MARTIN A. ELIOPULOS (Bar No. 149299)
elio@higgslaw.com
JAKE D. SESTI (Bar No. 339005)
sestij@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Plaintiffs
ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANDREW PAUL WILLIAMS,<br><br>    Debtor. | Case No. 24-bk-03761-CL7<br><br>Chapter 7 |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANDREW PAUL WILLIAMS,<br><br>    Defendant. | Adv No. 25-ap-90005-CL<br><br>**DECLARATION OF JAKE D. SESTI IN SUPPORT OF REQUEST TO ENTER DEFAULT OF DEFENDANT ANDREW PAUL WILLIAMS**<br><br>Dept.:  1<br>Judge:  Hon. Christopher B. Latham |

I, Jake D. Sesti, declare as follows:

1. I am an associate with Higgs Fletcher & Mack LLP, attorneys of record for ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON (collectively "Plaintiffs"). I am licensed to practice before all Courts of this State. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this Declaration in support of Plaintiffs' Request to Enter Default of Defendant and Debtor ANDREW PAUL WILLIAMS ("Defendant"), as required by LBR 7055-1(b).

///

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

12814538.1

1

DECLARATION OF JAKE D. SESTI IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT

2.      Plaintiffs filed their Adversary Complaint ("Complaint") against Defendant on January 6, 2025. ECF No. 1. By their Complaint, Plaintiffs seek an order preventing the discharge of debt pursuant to 11 U.S.C. sections 523(a)(2)(A) and (a)(6).

3.      Plaintiffs served the Summons and Complaint on Defendant and his counsel on January 7, 2025. ECF No. 4. Plaintiffs service the Summons and Complaint pursuant to FRBP 7004(b). A true and correct copy of the service of the Summons and Complaint on Defendant and his counsel is attached hereto as **Exhibit A**. Plaintiffs filed the proof of service of the Summons and Complaint with the Court the same day it was served. ECF No. 5.

4.      As of the date of this Declaration, Defendant has not answered or responded to the Complaint.  *See generally* ECF.

5.      The Defendant is not entitled to the benefits of the Servicemembers Civil Relief Act of 2003.

6.      The Defendant is not a minor or incompetent person.

7.      Concurrently with the filing of this Declaration, my office will serve a copy of this Declaration and the Request for Default, form CSD 3030, on Defendant and his counsel, including any other interested parties that may appear in this Adversary Proceeding.

8.      Pursuant to the above, Plaintiffs respectfully request the Clerk enter default against Defendant for failing to timely answer or respond to the Complaint pursuant to FRBP 7012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 14, 2025, in San Diego, California.

*/s/ Jake D. Sesti*
JAKE D. SESTI

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

12814538.1

2

DECLARATION OF JAKE D. SESTI IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT

# EXHIBIT "A"

CSD 2500A (12/15)

## U.S. Bankruptcy Court
## Southern District of California

In re:

Bankruptcy Case No.**24−03761−CL7**

**ANDREW PAUL WILLIAMS**

Debtor

Adversary Proceeding No.**25−90005−CL**

**ERIK ANDERSON**
**NICK ASHTON ET. AL.**

Plaintiff

v.
**ANDREW PAUL WILLIAMS**

Defendant

### *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

---

**Address of Clerk**

    **Clerk, U.S. Bankruptcy Court**
    **Southern District of California**
    **325 West F Street**
    **San Diego, California 92101**

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney**

    **Martin A. Eliopulos**
    **401 West A Street, Suite 2600**
    **San Diego, CA 92101**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Date Issued:*

**01/6/2025**

*Mark T. Schnakenberg, Clerk of Court*

CSD 2500A

**Listing Of Plaintiff Names:**

ERIK ANDERSON
C/O HIGGS FLETCHER & MACK LLP
ATTN: MARTIN A. ELIOPULOS, ESQ.
401 WEST A STREET, SUITE 2600

SAN DIEGO, CA 92101

NICK ASHTON
C/O HIGGS FLETCHER & MACK LLP
ATTN: MARTIN A. ELIOPULOS, ESQ.
401 WEST A STREET, SUITE 2600

SAN DIEGO, CA 92101

SANDRA ASHTON
C/O HIGGS FLETCHER & MACK LLP
ATTN: MARTIN A. ELIOPULOS, ESQ.
401 WEST A STREET, SUITE 2600

SAN DIEGO, CA 92101

CSD 2500A

CSD 2500A (Page 2) [12/15]

# PROOF OF SERVICE

I, _Marie Begay_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made _January 7, 2025_____ by:
[date]

[ ✔ ]    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92121

Ronald E. Stadtmueller, 10755 Scripps Poway Pkwy., #370, San Diego, CA 92131

[ ]    Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:

[ ]    Residence Service: By leaving the documents with the following adult at:

[ ]    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]    Publication: The defendant was served as follows: [describe briefly]

[ ]    State Law : The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_January 7, 2025_____                    /s/ Marie Begay_____
[Date]                                                    [Signature]

| Print Name  MARIE BEGAY |
| Business Address  401 West A Street, Suite 2600 |
| City  San Diego          State  CA          ZIP  92101 |

CSD 2500A