CSD1880
Rev. 04/04

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

| | |
|---|---|
| Andrew Paul Williams<br><br>Debtor(s) | BANKRUPTCY NO.    24–03761–CL7 |
| Erik Anderson<br><br>Plaintiff(s) | ADVERSARY NO.    25–90005–CL |
| v.<br><br>Andrew Paul Williams<br><br>Defendant(s) | |

## NOTICE OF ENTRY OF DEFAULT

TO COUNSEL FOR PLAINTIFF:

Default entered as requested on 2/14/25 as to the specific defendants listed below.

Andrew Williams
12136 Avenida Sivrita
San Diego CA 92121

☐    If checked, a separate judgment by default has been submitted to judge for approval.

Dated:  2/18/25                              Mark T. Schnakenberg
                                             Clerk of the Bankruptcy Court