# Notice Recipients

District/Off: 0974–3                    User: Admin.                    Date Created: 2/18/2025
Case: 25–90005–CL                      Form ID: 1880                   Total: 5


**Recipients of Notice of Electronic Filing:**
aty          Martin A. Eliopulos        elio@higgslaw.com

                                                                        TOTAL: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla          Erik Anderson        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street,
             Suite 2600        San Diego, CA 92101
pla          Nick Ashton        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street,
             Suite 2600        San Diego, CA 92101
pla          Sandra Ashton        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street,
             Suite 2600        San Diego, CA 92101
dft          Andrew Paul Williams        12136 Avenida Sivrita        San Diego, CA 92121

                                                                        TOTAL: 4