CSD1880
Rev. 04/04

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

| | |
|---|---|
| Andrew Paul Williams<br><br>            Debtor(s) | BANKRUPTCY NO.   24−03761−CL7 |
| Erik Anderson<br><br>            Plaintiff(s) | ADVERSARY NO.   25−90005−CL |
| v.<br><br>Andrew Paul Williams<br><br>            Defendant(s) | |

## NOTICE OF ENTRY OF DEFAULT

TO COUNSEL FOR PLAINTIFF:

Default entered as requested on  2/14/25 as to the specific defendants listed below.

Andrew Williams
12136 Avenida Sivrita
San Diego CA 92121

☐    If checked, a separate judgment by default has been submitted to judge for approval.

Dated:  2/18/25                              Mark T. Schnakenberg
                                             Clerk of the Bankruptcy Court

United States Bankruptcy Court

Southern District of California

Anderson,

    Plaintiff

Adv. Proc. No. 25-90005-CL

Williams,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 1880 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92128-4547 |
| pla | + | Erik Anderson, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |
| pla | + | Nick Ashton, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |
| pla | + | Sandra Ashton, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martin A. Eliopulos | |
| | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com  begaym@higgslaw.com |
| Martin A. Eliopulos | |
| | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com  begaym@higgslaw.com |
| Martin A. Eliopulos | |
| | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com  begaym@higgslaw.com |

District/off: 0974-3                        User: Admin.                        Page 2 of 2

Date Rcvd: Feb 18, 2025                     Form ID: 1880                       Total Noticed: 4

TOTAL: 3