CSD3038
12/16

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

| | |
|---|---|
| Andrew Paul Williams<br><br>　　　　Debtor(s) | BANKRUPTCY NO.　24–03761–CL7 |
| Erik Anderson<br>c/o Higgs Fletcher & Mack LLP<br>Attn: Martin A. Eliopulos, Esq.<br>401 West A Street, Suite 2600<br>San Diego, CA 92101<br><br>　　　　Plaintiff(s) | ADVERSARY NO.　25–90005–CL |
| v.<br><br>Andrew Paul Williams<br><br>　　　　Defendant(s) | |

### NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING

### WITHOUT PREJUDICE FOR WANT OF PROSECUTION

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that for the reason(s) listed below, this adversary proceeding will be dismissed without prejudice.

**More than three months have elapsed since the last action was taken in this adversary proceeding. Plaintiff has failed to submit a default judgment.**

**YOU ARE FURTHER NOTIFIED** that such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041–1; and that the above–entitled adversary proceeding will be dismissed without prejudice on the twenty first day following the date of service of this notice unless Plaintiff takes action during the twenty–one day[1] period either by filing the appropriate order or judgment or by noticing the matter for hearing.

You may obtain a hearing date and time by calling the Courtroom Deputy at 619–557–6019.

Dated:  8/14/25

Mark Schnakenberg
Clerk of the Bankruptcy Court

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.