# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 8/14/2025 |
| Case: 25–90005–CL | Form ID: 3038 | Total: 10 |

**Recipients of Notice of Electronic Filing:**
aty        Martin A. Eliopulos        elio@higgslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla        Erik Anderson        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street, Suite 2600        San Diego, CA 92101
pla        Nick Ashton        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street, Suite 2600        San Diego, CA 92101
pla        Sandra Ashton        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street, Suite 2600        San Diego, CA 92101
dft        Andrew Paul Williams        12136 Avenida Sivrita        San Diego, CA 92121
ust        Elvina Rofael        United States Trustee        880 Front Street Third Floor, Suite 3230        San Diego, CA 92101
ust        Office of the U.S. Trustee for Region 17        501 I Street, Suite 7–500        Sacramento, CA 95814
ust        Office of the U.S. Trustee for Region 17        501 I Street, Suite 7–500        Sacramento, CA 95814
ust        Rofael        United States Trustee        880 Front Street, Third Floor, Suite 323        San Diego, CA 92101
ust        United States Trustee        Office of the U.S. Trustee        880 Front Street        Suite 3230        San Diego, CA 92101

TOTAL: 9