CSD3038
12/16

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

| | |
|---|---|
| Andrew Paul Williams<br><br>Debtor(s) | BANKRUPTCY NO.    24−03761−CL7 |
| Erik Anderson<br>c/o Higgs Fletcher & Mack LLP<br>Attn: Martin A. Eliopulos, Esq.<br>401 West A Street, Suite 2600<br>San Diego, CA 92101<br><br>Plaintiff(s) | ADVERSARY NO.    25−90005−CL |
| v.<br><br>Andrew Paul Williams<br><br>Defendant(s) | |

## NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING

## WITHOUT PREJUDICE FOR WANT OF PROSECUTION

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that for the reason(s) listed below, this adversary proceeding will be dismissed without prejudice.

**More than three months have elapsed since the last action was taken in this adversary proceeding. Plaintiff has failed to submit a default judgment.**

**YOU ARE FURTHER NOTIFIED** that such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041−1; and that the above−entitled adversary proceeding will be dismissed without prejudice on the twenty first day following the date of service of this notice unless Plaintiff takes action during the twenty−one day[1] period either by filing the appropriate order or judgment or by noticing the matter for hearing.

You may obtain a hearing date and time by calling the Courtroom Deputy at 619−557−6019.

Dated:  8/14/25

Mark Schnakenberg
Clerk of the Bankruptcy Court

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

United States Bankruptcy Court

Southern District of California

Anderson,

    Plaintiff

Williams,

    Defendant

Adv. Proc. No. 25-90005-CL

# CERTIFICATE OF NOTICE

| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 3038 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92128-4547 |
| pla | + | Erik Anderson, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |
| pla | + | Nick Ashton, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |
| pla | + | Sandra Ashton, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: elvina.rofael@usdoj.gov | Aug 14 2025 23:22:00 | Elvina Rofael, United States Trustee, 880 Front Street Third Floor, Suite 3230, San Diego, CA 92101 |
| ust | Email/Text: elvina.rofael@usdoj.gov | Aug 14 2025 23:22:00 | Rofael, United States Trustee, 880 Front Street, Third Floor, Suite 323, San Diego, CA 92101 |
| ust | + Email/Text: ustpregion17.sc.ecf@usdoj.gov | Aug 14 2025 23:22:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + Email/Text: ustp.region15@usdoj.gov | Aug 14 2025 23:22:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0974-3

Date Rcvd: Aug 14, 2025

Date: Aug 16, 2025

User: Admin.

Form ID: 3038

Signature:        /s/Gustava Winters

Page 2 of 2

Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Martin A. Eliopulos | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com  begaym@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com  begaym@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com  begaym@higgslaw.com |

TOTAL: 3