MARTIN A. ELIOPULOS (Bar No. 149299)
elio@higgslaw.com
JAKE SESTI (Bar No. 339005)
sestij@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Plaintiffs
ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 24-bk-03761-CL7 |
| ANDREW PAUL WILLIAMS, | Chapter 7 |
| Debtor. | |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON, | Adv No. 25-ap-90005-CL |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT** |
| v. | Dept.:       1 |
| ANDREW PAUL WILLIAMS, | Judge:      Hon. Christopher B. Latham |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON (collectively "Plaintiffs") will and hereby do move the Court under Rule 55 of the Federal Rules of Civil Procedure for Entry of Default Judgment against Defendant and Debtor Andrew Paul Williams ("Debtor"). Plaintiffs move the Court for entry of Default Judgment against Debtor finding that the full amount of damages totaling at least $195,000 owed by Debtor to Plaintiffs is excepted from discharge pursuant to 11 U.S.C. sections 523(a)(2)(A) and (a)(6).

Because Debtor has not appeared in the matter, Plaintiffs were unable to participate in any meet and confer or conference of counsel before filing this Motion.

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 25-ap-90005-CL

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the accompanying Declarations of Plaintiff Erik Anderson and his counsel, including all exhibits attached thereto, any other papers and pleadings filed in this action, and any other evidence or argument that may be presented on this Motion.

PLEASE TAKE FURTHER NOTICE that the exhibits to these moving documents are voluminous and will be provided electronically upon request.

Dated: September 4, 2025

**HIGGS FLETCHER & MACK LLP**

By: /s/ *Martin A. Eliopulos*
MARTIN A. ELIOPULOS, ESQ.
JAKE SESTI, ESQ.
Attorneys for Plaintiffs
ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

2

Case No. 25-ap-90005-CL
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT