MARTIN A. ELIOPULOS (Bar No. 149299)
elio@higgslaw.com
JAKE SESTI (Bar No. 339005)
sestij@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Plaintiffs
ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 24-bk-03761-CL7 |
| ANDREW PAUL WILLIAMS, | Chapter 7 |
| Debtor. | |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON, | Adv No. 25-ap-90005-CL |
| Plaintiffs, | **DECLARATION OF JAKE SESTI IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| ANDREW PAUL WILLIAMS, | Dept.: 1 |
| Defendant. | Judge: Hon. Christopher B. Latham |

I, Jake Sesti, declare as follows:

1.     I am an associate with Higgs Fletcher & Mack LLP, attorneys of record for ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON (collectively "Plaintiffs"). I am licensed to practice before all Courts of this State. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this Declaration in support of Plaintiffs' Motion for Default Judgment against Defendant and Debtor ANDREW PAUL WILLIAMS ("Debtor").

///

///

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 25-ap-90005-CL

DECLARATION OF JAKE SESTI IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

2.    Plaintiffs filed their Adversary Complaint ("Complaint") against Debtor on January 6, 2025. ECF No. 1. By their Complaint, Plaintiffs seek an order preventing the discharge of debt pursuant to 11 U.S.C. sections 523(a)(2)(A) and (a)(6).

3.    Plaintiffs served the Summons and Complaint on Defendant and his counsel on January 7, 2025. ECF No. 4. Plaintiffs served the Summons and Complaint pursuant to FRBP 7004(b). Plaintiffs filed the proof of service of the Summons and Complaint with the Court the same day it was served. ECF No. 5.

4.    Debtor did not timely respond to the Complaint, so Plaintiff requested entry of default against the Debtor, which the Court entered on February 14, 2024. ECF No. 6.

5.    As of the date of this Declaration, Debtor still has not answered or responded to the Complaint. *See generally* ECF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 4, 2025, in San Diego, California.


/s/ *Jake Sesti*
JAKE SESTI

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

2

Case No. 25-ap-90005-CL

DECLARATION OF JAKE SESTI IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT