MARTIN A. ELIOPULOS (Bar No. 149299)
elio@higgslaw.com
JAKE SESTI (Bar No. 339005)
sestij@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Plaintiffs
ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 24-bk-03761-CL7 |
| ANDREW PAUL WILLIAMS, | Chapter 7 |
| Debtor. | Adv No. 25-ap-90005-CL |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW PAUL WILLIAMS,<br><br>Defendant. | **DECLARATION OF ERIK ANDERSON IN SUPPORT OF REQUEST TO ENTER DEFAULT OF DEFENDANT ANDREW PAUL WILLIAMS**<br><br>Dept.:       1<br>Judge:      Hon. Christopher B. Latham |

I, Erik Anderson, declare as follows:

1.      I am a competent adult over the age of eighteen years. I am a party to this action. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2.      In October 2023, Defendant ANDREW WILLIAMS ("Andrew") approached myself and Plaintiff NICK ASHTON ("Nick") with a business opportunity to own a car wash. In concept, a new entity would be formed (called West Covina Car Wash ("WCCW")) which in turn would hire Andrew's affiliated company Car Wash Management, LLC ("CWM") to oversee construction of the car wash. Andrew produced a "proforma" and a "prospectus" promoting the opportunities that

could be realized by investing with him in this plan. True and correct copies of these items are attached hereto as **Exhibit A**.

3.     During subsequent discussions in October 2023 among Andrew, Nick, myself and, ultimately Plaintiff SANDRA ASHTON ("Sandra"), the parties agreed to form a limited liability company in which CWM would be the primary owner (70%) while Nick, Sandra and myself would each hold a 10% interest.

4.     Under the proposal, Nick, Sandra and myself would be responsible for signage, painting, and marketing while CWM would build out the car wash. CWM would contribute $200,000 to the enterprise while Nick, Sandra and myself would each contribute $66,666.

5.     Andrew assured us the car wash would open before January 1, 2024. Andrew was anxious and insistent in receiving our money immediately.

6.     On October 26-27, 2023, an "operating agreement" for "West Covina Car Wash, a Delaware Limited Liability Company. DBA Dam Car Wash" was executed. A true and correct copy of the operating agreement is attached hereto as **Exhibit B**.

7.     Thereafter, Andrew directed myself, Nick and Sandra to deposit our contributions into a bank account which Andrew stated and represented he had set up for **_WCCW_** and provided the wire instructions.

8.     At that time, Andrew represented to us there would be approximately $100,000 for operating capital in the account after taking into consideration construction and related costs for the car wash.

9.     Nick and Sandra wired $100,000 to the account directed by Andrew on October 30, 2023 (Exhibit C at p. 612), and I wired $95,000 to the account on November 21, 2023 (Exhibit C at p. 618).

10.     However, I later learned the bank account where the monies were deposited not held in the name of WCCW and wholly controlled by Andrew. [See, Exhibit C.]

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

2

Case No. 25-ap-90005-CL

DECLARATION OF ERIK ANDERSON IN SUPPORT OF REQUEST FOR DEFAULT OF DEFENDANT

11.    More recently, after receiving copies of bank records from Bank of America, I learned Andrew immediately transferred the monies deposited by myself, Nick and Sandra to other accounts and used for Andrew's personal expenses and enterprises other than the enterprise we invested into. Copies of the pertinent bank records are attached hereto as **Exhibit C** reflecting the disbursement of the monies wired to the account (see, Exhibit C at 626-835). For example, see pages 647-648, 658, 673, 737 (personal credit card payments to Capital One).

12.    By December 2023, Andrew was not providing any company financial information to Nick, Sandra or myself despite repeated requests for same. This led to a meeting with Andrew, Nick, Sandra and myself.  During this meeting, Andrew told Nick, Sandra and myself the enterprise was approximately $70,000 over budget (*after just one month*) and that Nick, Sandra and myself would have to make up the deficit through our expected profits. Until this meeting, Andrew repeatedly told Nick, Sandra and myself the project was on schedule and on budget.

13.    A review of the bank records from Bank of America also revealed Andrew had been commingling our investment with WCCW funds in CWM's account. In other words, a separate bank account was never established for WCCW.

14.    Nick, Sandra and myself demanded verbally Andrew provide an accounting to demonstrate how he was keeping our investments separate and apart from any of Andrew's or CWM's other affairs in the account. Over three months later, Andrew emailed a report to us. A copy of the report and email is attached hereto as **Exhibit D**. Not surprisingly, the report did not reflect how our monies were used and did not provide the transparency and accounting we were demanding.  Nick, Sandra and myself next demanded Andrew open a new account dedicated to WCCW. Although he opened the account, Andrew never transferred our monies into the account.

\\\

\\\

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 25-ap-90005-CL

DECLARATION OF ERIK ANDERSON IN SUPPORT OF REQUEST FOR DEFAULT OF DEFENDANT

15. By April-May 2024, the car wash was nowhere close to opening. Nick, Sandra and myself quickly learned from the landlord for the car wash location that vendors and contractors (painters, landscapers, designer) had never been paid for their work at the car wash, building permits had not been obtained and insurance had not been procured, leaving to question where our money went. At no time did Andrew advise me, Nick or Sandra of these issues; instead, he verbally represented everything was on track to open on time and that all operational matters (permits, insurance) were under control.

16. As relayed to us by the landlord, in a desperate attempt to salvage the situation, Andrew attempted to open the car wash in May 2024 only to be immediately shut down for not having the proper permits. To date, the car wash remains non-operable, Andrew has refused to return our monies.

17. Despite requests for the return of the monies, no monies have been forthcoming from the Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on August 8, 2025, in San Diego, California.

_____
ERIC ANDERSON

# EXHIBIT "A"

**Car Wash Proforma West Covina**

Cars washed at pricing of $9.00, $13.00, $15.00, $20.00 wash packages
Average revenue per wash of:    **$14.00**        Hypothetical Average Revenue Per Wash:        $14.00
All wash packages are 4 pass washes, each pass is one car length.
Each Car Wash is capable of washing 1200+ cars per day
Proforma done for Southwest USA weather patterns

**Actual wash volume is dependent on competition, speed & type of traffic, visibility, weather and other factors**

| | Example 1 | Example 2 | Example 3 | | |
|---|---|---|---|---|---|
| **Cars Washed-Yearly Avg.** | **109,500** | **146,000** | **182,500** | | |
| Cars Per Day | 300 | 400 | 500 | | |
| | | | | | |
| Automatic Wash Revenue | $1,533,000.00 | $2,044,000.00 | $2,555,000.00 | | |
| | $0.00 | $0.00 | $0.00 | | |
| | | | | | |
| **Total Revenue Yearly** | $1,533,000.00 | $2,044,000.00 | $2,555,000.00 | | |
| | | | | | |
| **Operating Expenses** | | | | Operating expenses, cost per car | |
| Variable Expenses | | | | **Examples 1,2,3** | |
| Supplies: Soap, Wax, Salt | $54,750.00 | $73,000.00 | $91,250.00 | $0.50 | |
| *Utilities: Gas | $1,095.00 | $1,460.00 | $1,825.00 | $0.01 | |
| *Utilities: Water | $84,315.00 | $112,420.00 | $140,525.00 | $0.77 | |
| *Utilities: Electric | $93,075.00 | $124,100.00 | $155,125.00 | $0.85 | |
| Credit Card Fees | $28,470.00 | $37,960.00 | $47,450.00 | $0.26 | |
| | | | | | |
| Fixed Expenses | | | | Operating expenses, fixed per year | |
| Customer Claims | $3,000.00 | $3,000.00 | $1,000.00 | $3,000.00 | |
| Utilities:Phone & Internet: | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | |
| Insurance | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | |
| Mowing/Landscaping/Plow | $6,000.00 | $6,000.00 | $2,000.00 | $6,000.00 | |
| Labor ** | $200,000.00 | $200,000.00 | $200,000.00 | $200,000.00 | |
| Management | $0.00 | $0.00 | $0.00 | $0.00 | |
| Misc. | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | |
| | | | | | |
| **Total Operating Expenses** | $506,105.00 | $593,340.00 | $674,575.00 | | |
| Property Tax & Mortgage | $348,000.00 | $348,000.00 | $348,000.00 | | |
| **Gross Operating Profit (EBITDA)** | $678,895.00 | $1,102,660.00 | $1,532,425.00 | | |

To compare a hypothetical site Input the following in the yellow highlighted cells:

Hypothetical Average revenue per wash
Hypothetical Cars Washed - Yearly Avg.
Hypothetical Expenses, Cost Per Car
Hypothetical Expenses, Fixed, Yearly
Estimate Labor As Desired

**EBITDA: Earnings Before Interest, Taxes, Depreciation and Amortization.**
The EBITDA metric is a variation of operating income (EBIT) because it excludes non-operating expenses and certain non-cash expenses. The purpose of these deductions is to remove the factors that business owners have discretion over, such as debt financing, capital struction, methods of depreciation, and taxes (to some extent). It can be used to showcase a firm's financial performance without accounting for its capital structure.

*Utility rates vary

Site Notes:
Reclaim Used

Triple foamer & stand alone dryers installed.

Electric, Total Cost Per KWH: $0.1346
Gas, Distribution Cost Per MCF: $0.8615
Gas, Usage Cost Per MCF: $3.8200
Water, Cost Per Cubic Feet: $0.0690; Cost Per CCF: $6.900
Sewer Cost Per Cubic Feet: $0.0406; Cost Per CCF: $4.06

Avg. Water Usuage Per Car: 7.483 Cubic Feet (56 Gallons)
        Includes: Washing bay once per week, softeners & R.O. reject

This is meant to be a guide and needs to be tailored to actual items mentioned above such as labor, utilities, pricing, and usage rates. Some washes experience much higher usage than the # of cars per day shown here.

## West Covina Prospectus

| Item | Cost |
|---|---|
| Painting | $22,000.00 |
| Training | $12,000.00 |
| T-Shirts / uniform | $4,000.00 |
| Landscaping | $4,000.00 |
| Labor, Vacuum | $1,500.00 |
| Labor bay, equip, pump | $3,000.00 |
| Misc\. Parts, fittings | $2,000.00 |
| Total: | $48,500.00 |

# EXHIBIT "B"

DocuSign Envelope ID: 58E02783-5EBD-4F12-A031-AFFEAEAB3583

**OPERATING AGREEMENT**

For West Covina Car Wash, a Delaware Limited Liability Company. DBA, Dam Car Wash.

### 1. Formation

The members hereby form a Limited Liability Company ("Company") pursuant to the laws of the State of Delaware and agree to the terms and conditions set forth in this Operating Agreement.

### 2. Name

The name of the Company is West Covina Car wash, doing business as Dam Car Wash.

### 2.5. Registered Agent

Registered Agent Inc. 8 The Green, Ste A, Dover, DE 19901

### 3. Purpose

The purpose of the Company is to generate revenue for its members via the sales of car wash services.

### 4. Principal Place of Business

The principal place of business shall be 310 S Vincent Ave, West Covina, CA 91790.

### 5. Members and Contributions

The Members of the Company are:

- [Nick Ashton]: Contribution [$66,666], Ownership [10%]

- [Erik Anderson]: Contribution [$66,666], Ownership [10%]

- [Sandra Ashton]: Contribution [$66,666], Ownership [10%]

- [Car Wash Management LLC]: Contribution [$200,000], Ownership [70%]

### 6. Non-Diluting Membership Interests

Notwithstanding any provisions in this Agreement to the contrary, the membership interests of the Members, as described in Section 5, shall not be subject to dilution or reduction unless unanimously agreed upon in writing by all Members.

### 7. Management

The Company will be managed by its Members. Decisions shall be made by a majority vote unless otherwise stated in this Agreement.

### 8. Distribution of Profits and Losses

Profits and losses shall be distributed to the Members in proportion to their ownership percentages, as described in Section 5.

### 9. Membership Transfers

No Member may transfer or assign their interest in the Company without the unanimous written consent of the other Members.

### 10. Dissolution

The Company may be dissolved upon the unanimous agreement of the Members.

DocuSign Envelope ID: 58E02783-5EBD-4F12-A031-AFFEAEAB3583

## 11. Amendments

This Agreement may be amended or modified only with the unanimous written consent of all Members.

## 12. Governing Law

This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware.

## 13. Dispute Resolution

Any disputes arising from this Agreement shall be resolved through mediation or, if unsuccessful, through binding arbitration in Delaware.

## 14. Entire Agreement

This Agreement constitutes the entire agreement between the parties and supersedes all prior discussions, negotiations, and agreements, whether oral or written.

*IN WITNESS WHEREOF*, the undersigned have executed this Operating Agreement as of [Date].

DocuSigned by:

Nick Ashton
E8012935F83543F...

Nick Ashton                    10/26/2023

DocuSigned by:

292B32182CC3437...

Erik Anderson                  10/27/2023

DocuSigned by:

Sandra Ashton
2B08C4FC798F464...

Sandra Ashton                  10/26/2023

DocuSigned by:

8CE97C7DC45E4E3...

Car Wash Management            10/26/2023

# EXHIBIT "C"

**SUBP-010**

| PLAINTIFF/PETITIONER: ERIK ANDERSON, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ANDREW WILLIAMS, ET AL. | 24CU003299C |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS

1. I served this *Deposition Subpoena for Production of Business Records* by personally delivering a copy to the person served as follows:

   a. Person served (name): Amy Kelly

   b. Address where served: 655 W. Broadway #101 San Diego, CA 92101

   c. Date of delivery: 9/16/24

   d. Time of delivery: 10:45 A.M.

   e. (1) ☐ Witness fees were paid.
      Amount: . . . . . . . . . . . . . $ _____

      (2) ☒ Copying fees were paid.
      Amount: . . . . . . . . . . . . $ 15.00

   f. Fee for service: . . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on (date): 9/16/24

3. Person serving:
   a. ☐ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☒ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

   **KNOX ATTORNEY SERVICE**
   **1550 HOTEL CIRCLE NORTH SUITE 440**
   **SAN DIEGO CA 92108**

   **619-233-9700**

   **SAN DIEGO Photocopy Registration #4**

| | |
|---|---|
| **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | **(For California sheriff or marshal use only)** **I certify** that the foregoing is true and correct. |
| Date: 9/16/24 | Date: |
| _____ (SIGNATURE) | _____ (SIGNATURE) |

950124-00-01

| | | |
|---|---|---|
| SUBP-010 [Rev. January 1, 2012] | **PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS** | Page 2 of 2 |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, State Bar number, and address)*
MICHAEL R. GIBSON, ESQ. (199272)
HIGGS, FLETCHER & MACK LLP    (27545)
401 WEST A STREET, STE. 2600
SAN DIEGO CA 92101
TELEPHONE NO.: 619-236-1551        FAX NO.: 619-696-1410
ATTORNEY FOR *(name)*: PLAINTIFF ERIK ANDERSON, NICK ASHTON AND SANDRA ASHTON

NAME OF COURT: SUPERIOR COURT OF CA., COUNTY OF SAN DIEGO
STREET ADDRESS: 330 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO CA 92101
BRANCH NAME: CENTRAL DIVISION-HALL OF JUSTICE

PLAINTIFF/ PETITIONER: ERIK ANDERSON, ET AL

DEFENDANT/ RESPONDENT: ANDREW WILLIAMS, ET AL.

| DECLARATION OF CUSTODIAN OF RECORDS | CASE NUMBER:<br>24CU003299C |
|---|---|

I the Custodian of Records or other qualified witness for
BANK OF AMERICA, N.A.

The undersigned declares, as shown below in response to the Deposition Subpoena for Business Records scheduled as follows:

To (name of deposition officer): KNOX PHOTOCOPY SERVICE
On (date):   10/08/24                              At (time):  8:00 AM
Location (address):        1550 HOTEL CIRCLE NORTH SUITE 440, SAN DIEGO CA 92108

**Do not release the requested records to the deposition officer prior to the date and time stated above.**

The records are identified as:
**ANDREW WILLIAMS, ET AL.**
**FOR DATES OF: ANY AND ALL.**

**1.  CERTIFICATION OF RECORDS COPIED   (Please initial appropriate lines)**

I am a duly authorized Custodian of Records or other qualified witness for the above-named facility.  I have the authority to certify these records.  The photocopied records submitted herewith, under Evidence Code section 1560(e), are true copies of all the records described in the Deposition Subpoena for Business Records and/or Authorization. **Pursuant to Evidence Code Section 1271:** The records were prepared in the ordinary course of business, by personnel of said business for which I am the custodian of records, at or near the time of the acts, conditions, or events referenced.  No documents have been withheld in order to avoid their being photocopied.  If we have only part of the records described in the Deposition Subpoena for Business Records and/or Authorization, such records as are available are provided.

| | | X | | | | | |
|---|---|---|---|---|---|---|---|
| _____ | CERTIFICATION OF<br>RECORDS COPIED | _____ | ELECTRONIC<br>RECORDS | _____ | BILLING<br>RECORDS | _____ | MRI'S, X-RAYS<br>CAT SCANS |

**2.  CERTIFICATION OF NO RECORDS   (Please initial appropriate lines)**

After a thorough search has been made for the documents described in the Deposition Subpoena for Business Records and/or Authorization, no records were found.

| _____ | CERTIFICATION OF<br>NO RECORDS | _____ | NO ELECTRONIC<br>RECORDS | _____ | NO BILLING<br>RECORDS | _____ | NO MRI'S, X-RAYS<br>CAT SCANS |
|---|---|---|---|---|---|---|---|

**REASON(S) FOR NON-COMPLIANCE  (Please initial appropriate lines)**

_____   **Records requested have been destroyed. Number of years facility keeps records:** _____

_____   **Records exist but cannot be located by this office.**

_____   Other ✗ *See   Attached*  _____

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed
on _____  at __ SAN DIEGO CA 92101 _____.

**Print Name** _____     **Signature** _____
                          Custodian of Records

**AFFIDAVIT OF PROFESSIONAL PHOTOCOPIER**
(Pursuant to Section 22462 of Business and Professions Code)

I declare that I am the attorney's representative and that the attached records are complete and true copies of the records delivered to me by the Custodian of Records of the within named location and will be distributed to the authorized persons or entities. The method of reproduction was: Copied originals.

**Date** __11/12/24__          **Signature** _X Motin Garman_
                                                    Agent for KNOX PHOTOCOPY SERVICE

**BANK OF AMERICA**

Reference number
D091824003498

**Court case number**
24CU003299C

**Court or Issuer**
HIGGS, FLETCHER & MACK LLP

**Court case name:**
CAR WASH MANAGEMENT

# Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, Julene V. Silvas, who, being duly sworn by me, deposes and says as follows:

1. **Authority**

   I, Julene V. Silvas, am a duly authorized bank officer and/or custodian of the records of
   Bank of America, N.A. with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2. **Records**

   The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a

   regularly conducted banking activity that:

   - Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
   - Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   - Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| CAR WASH MANAGEMENT, LLC | 1319 | Debits, Statement Pages, Signature Card, Deposits, Offsets, Wires | 2023-05 - 2024-09 |
| CAR WASH MANAGEMENT, LLC | 1380 | Statement Pages, | 2023-05 - 2024-09 |

3. **Production**

   __X__ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

   **OR**

   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

4.  I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/12/2024            Signature: **Julene V. Silvas** Digitally signed by Julene V. Silvas
Date: 2024.11.12 14:34:57 -07'00'

LGLDEPDOC00-65-5248NSBWD091824003498

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1001

11-35/1210 CA
72468

DATE 6/1/2023

PAY TO THE ORDER OF Travis Beaudoin        $8,512.96—

Eight Thousand Five Hundred Twelve 96/100        DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Reimbursement

⑴"001001⑴" ⑆121000358⑆ 325183131319⑴"



NAVY FCU 256074974 0001 0139 6/5/2023 2 56 1
11:5340100

for mobile deposit at
NFCU only

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1004

11-35/1210 CA
72499

DATE 6-22-23

PAY TO THE ORDER OF SD Design     $ 400 00

Four Hundred 00/100 DOLLARS

BANK OF AMERICA

ACH RT 121000358

FOR Labels

⑈0001004⑈ ⑆121000358⑆ 325183131319⑈

. ? LOOC 358

DO LOO L

325 L63 L3 L3 L9

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
- ImageMatch™  Matching account and check number
  on back (Patent No. 7,240,305)
- MobileMark  Mobile Deposit check mark to indicate
  check has been deposited via mobile device
- The Security Weave™ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit™ Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back,
  and in Chemical Wash Detection Box

 

For Deposit Only - JPMC



☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1003

11-35/1210 CA
72468

DATE 7/10/2023

PAY TO THE ORDER OF RB Distributing          $86.00

Eighty Six Dollars          DOLLARS

**BANK OF AMERICA**

ACH RWT 121000358

FOR Water

⑆001003⑆ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X _____

PAY TO THE ORDER OF
U.S. BANK
FOR DEPOSIT ONLY
SWANSON DISTRIBUTION, INC.
DBA RB DISTRIBUTING
155524702216

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

3100000003319005111002

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1005

11-35/1210 CA
72468

DATE 7/11/2023

PAY TO THE ORDER OF DMV

$ 291.00 —

Two Hundred Ninety One Dollars — DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

72122M3

FOR Dodge Registration Renewal

⑈"001005⑈" ⑆121000358⑈: 325183131319⑈"    ⑈"000002291600⑈"

140 230715 06 3183 31 310000319005 441 230715 72122M3
DEPOSIT TO DEPT OF MOTOR VEHICLES ACCT ONLY

3100000031900511200Z

**CAR WASH MANAGEMENT, LLC**

9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1006

11-35/1210 CA
72468

DATE 7/11/2023

PAY
TO THE
ORDER OF  DMV

$ 320.00

Three Hundred Twenty Dollars.                              DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Chev Registration Renewal          72123M3

⑈"001006⑈" ⑈:121000358⑈: 325183131319⑈"                    ⑈"000003 2000⑈"

140 230715 06 3187 31 310000319005 445 230715 72123M3
DEPOSIT TO DEPT OF MOTOR VEHICLES ACCT ONLY

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1007

11-35/1210 CA
77468

DATE 8/1/2023

PAY TO THE ORDER OF SD DESIGN _____ $4,680.00—

Four Thousand Six Hundred Eighty Dollars ———— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Labels

⑈001007⑈ ⑆121000358⑈ 325183131319⑈

. 21000358

:25.03131319

..R WASH MANAGEMENT

Security Features exceed industry standards and include:
- PageMatch   Matching account and check number
  ..n back of item No. 1 240 ste.
- MobileMark  Mobile Deposit check mark to indicate
  : eck has been deposited via mobile device
- The Security Weave   pattern on back designed to deter fraud
- Microprint IMP Lines printed on front and back
- The words  ORIGINAL DOCUMENT  across the back
- Photo Safe Deposit  icon visible on front and back

.. not cash if
- ..ny of the features listed above are missing or appear altered
- ....ve Ink on back looks pink or has disappeared
- ...wn stains or colored spots appear on both front and back.
  :..s Chemical Wash Detection Box

 



For Deposit Only - JPMC

X

ENDORSE HERE

CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1008

11-35/1210 CA
72468

DATE 8/3/23

PAY TO THE ORDER OF _Miramar forklift_          $ 389.00

_three hundred eighty nine 00/00_ ————— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR _Maintenance_

⑆001008⑆ ⑈121000358⑈ 325183131319⑈

ENDORSE HERE

X   5884998617

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
☐ LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 0000953                    AU 0000953

**BANK OF AMERICA**

Checking  Savings  Withdrawal
Retiro de cuenta de cheques  Ahorro

**DEBIT**

Not Negotiable - Withdrawals are permitted
only through payment to the depositor

No negociable: Se permiten retiros sólo a
través de pago al depositario

Date / Fecha  8/31/23

Name
Nombre  Car wash Management LLC

Address
Dirección  9030 Keramar Dc
San Drego CA 92121

fifty  00/100

Dollars /
Dólares

Telephone No.
Nº de teléfono  (   )  N/A

X (signature)
Customer Signature / Firma del cliente

05-14-3075S  04-2019

For CA Use Only

Account Number / Número de cuenta

3251831313I9

Total Withdrawal / Retiro total

$  50.00

⑈540930135⑈

Seq: 141
Batch: 965203
Date: 08/31/23

Seq:00141 08/31/23
BAT:965203 CC:3160002584
WT 01 ITP3 Dallas PT
RC:Midway and Kamper RC C68-273

Tran 00068        08/31/2023  13:20
Entity NCA  CC 0002584  Tlr 00004
Account 325183131319
R/T# 540930135
Official Check Sale                    $50.00
  CKC CA****************    05/28

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

| RECEIVED <

SEP 0 8 2023

1009

11-35/1210 CA
72468

DATE 9/8/23

PAY TO THE ORDER OF Trepte Industrial Park ltd.          $ 33,090.49

thirty three thousand ninty 49/00 —————— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Security deposit & 1st month

⑈001009⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

PAY TO THE ORDER OF
CITY NATIONAL BANK
FOR DEPOSIT ONLY
MEISSNER JACQUET
RE MGMT GROUP INC AAF
TREPTE INDUSTRIAL PARK LTD.
555317433

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1010

11-35/1210 CA
72468

DATE 10/6/2023

PAY
TO THE
ORDER OF  Southern California Edison                    $ 120.70

One Hundred Twenty 70/100                                DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  7008218 92764

⑆001010⑆ ⑆121000358⑆ 325183131319⑆

CASH MANAGEMENT

...rity Features exceed industry standards and include:
...eMatch: Matching account and check number
...eck (Patent No 9,240,088)
...eMark: Mobile Deposit check mark to indicate
... has been deposited via mobile device
... Security Weave: pattern on back designed to deter fraud
...print (MP) lines printed on front and back
... words "ORIGINAL DOCUMENT" across the back
... Safe Deposit: icon visible on front and back

...t cash if:
... the features listed above are missing or appear altered
... the link on back looks pink or has disappeared
... stains or colored spots appear on both front and back,
... Chemical Wash Detection Box

PAY TO THE ORDER OF
WELLS FARGO
FOR DEPOSIT ONLY
SCE
4855573747

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1013

11-35/1210 CA
72468

DATE 11/1/23

PAY TO THE ORDER OF West Covina ranch                    $ 72,000.00

Seventy two thousand 00/00                                DOLLARS

**BANK OF AMERICA**

ACH R/T 121000388

FOR Security deposit + 1st rent

⑆001013⑆ ⑆121000358⑆ 325183131319⑆



**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1011

DATE 11/29/2023

PAY TO THE ORDER OF  So DESIGN                                    $ 300.00

Three Hundred Dollars _____ DOLLARS

**BANK OF AMERICA**

ACH RT 121XXXXXX

FOR Labels

⑈0010⑈⑈ ⑈121000358⑈ 3251831313⑈⑈



For Deposit Only - "JPMC"



**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1016

11-35/1210 CA
72468

DATE 12/1/23

PAY TO THE ORDER OF College glass Inc                    $ 675.00

Six hundred seventy five 00/00                         DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Glass

⑈001016⑈ ⑆121000358⑆ 325183131319⑈



X

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
122000247
FOR DEPOSIT ONLY
COLLEGE GLASS, INC

☐ CHECK BOX FOR 8884040039 REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1017

11-35/1210 CA
72468

DATE 11/30/2023

PAY TO THE ORDER OF  Crown Equipment Corporation                $120.00

One Hundred Twenty Dollars                                DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Invoice 148208582

⑈001017⑈ ⑆121000358⑆ 325183131319⑈

421000358

325183131319

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
- ImageMatch™ Matching account and check number on back (Patent No. D1,240,019)
- MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit™ icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

001017

20231211
US BANK NA    ST PAUL MN
>091000022<

ENDORSE HERE

X

PAYEE ENDORSEMENT GUARANTEED
CROWN EQUIPMENT CORPORATION
XXXXXXX7
001173

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1019

11-35/1210 CA
72468

DATE 1/22/2024

PAY TO THE ORDER OF Daniel Diaz            $951.24

Nine Hundred Fifty One 24/100            DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/1-1/14

⑁001019⑁ ⑁121000358⑁ 325183131315⑁

ENDORSE HERE

X

☐ CHECK

WRITE

CREDITED TO ACCOUNT O
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank

JPMorganChaseBank 012301 741378 945960010820

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1031

11-35/1210 CA
72468

DATE 2/1/2024

PAY TO THE ORDER OF Joseph Moreno    $2,642.88

Two Thousand Six Hundred Forty Two 88/100 ———— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/15/ - 1/28

⑈0010311⑈ ⑆121000358⑆ 325183131319⑈

121000358

001031

325103131319

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
- ImageMatch ™: Matching account and check number on back (Patent No # 245 0461)
- MobileMark ®: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave ® pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit ® Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back.



ENDORSE HERE

X

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1029

11-35/1210 CA
72468

DATE 2/1/2024

PAY TO THE ORDER OF __Taha Aljarabi__    $2,189.45—

Two Thousand One Hundred Eighty Nine 45/100 ——— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/15/ — 1/28

⑈001029⑈ ⑆121000358⑆ 325183131319⑈

JPMorganChaseBank 020205 740902 947070044535

ENDORSE HERE

X

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1033

11-35/1210 CA
72468

DATE 2/1/2024

PAY TO THE ORDER OF Ashley Gautschi                                 $1,174.02

One Thousand One Hundred Seventy Four 02/100                 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/15-1/28

⑈001033⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.

AU 00771                              AU 00771

☐ CHECK BOX FOR MOBILE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1032

11-35/1210 CA
72468

DATE 2/1/2024

PAY TO THE ORDER OF _Jason Ortiz_    $ 839.90

_Eight Hundred Thirty Nine 90/100_    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000356

FOR _Pay Period 1/15 - 1/28_

⑈001032⑈ ⑆121000358⑆ 325183131319⑈

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1028

11-35/1210 CA
72463

DATE  2/1/2024

PAY TO THE ORDER OF  Jose Ortiz                                                    $3,045.66

Three Thousand + Forty Five 66/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Pay Period 1/15 - 1/28

⑆001028⑆ ⑉121000358⑉ 325183131319⑈



For Deposit Only - JPMC

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1034

11-35/1210 CA
72468

DATE 2/1/2024

PAY TO THE ORDER OF _Travis Beaudoin_    $3,274.69-

Three Thousand Two Hundred Seventy Four 69/100    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Reimbursements

A. P. Will

⑆001034⑆ ⑆121000358⑆ 325183131319⑈



NAVY FCU 256074974 0001 0310 2/5/2024 2 340 2
02:33D3455

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1024

11-35/1210 CA
72468

DATE 2/1/2024

PAY TO THE ORDER OF _Travis Beaudoin_ $2,269.54

Two Thousand Two Hundred Sixty Nine 54/100 — DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/15 - 1/28

⑈001024⑈ ⑆121000358⑆ 325183131319⑈



NAVY FCU 256074974 0001 0310 2/5/2024 2 340 1
02:33D3455

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1030

11-35/1210 CA
72468

DATE 2/1/2024

PAY TO THE ORDER OF Frank Diaz                                    $1,646.38

One Thousand Six Hundred Forty Six 38/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/15 - 1/28

⑈001030⑈ ⑆121000358⑆ 325183131319⑈

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1035

11-35/1210 CA

DATE 2/14/24

PAY TO THE ORDER OF  Xavier Wade                                    $ 2249.64—

two thousand two hundred fourty nine 64/00 ——————— DOLLARS

BANK OF AMERICA

ACH R/T 121000358

FOR  Payroll

⑆001035⑆ ⑇121000358⑇ 325183131319⑈

121000358

325183131319

CAR WASH MANAGEMENT

**Security Features exceed industry standards and include**

- ImageMatch — Matching account and check number on back
- MobileMark — Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint MP lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit box visible on front and back

**Do not cash if**

- Any of the features listed above are missing or appear altered
- Fugitive ink on back turns pink or has disappeared
- Brown stains or circular spots appear on both front and back.



001035 ·

Navy Federal Credit Union
820 Follin Lane, Vienna VA 22180
02/14/2024 - 15:34:10
000000186020411
<<256074974>>
eDeposits

For mobile deposit only at NFCU.

CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1043

11-35/1210 CA
72468

DATE 2/14/2024

PAY TO THE ORDER OF Daniel Diaz

$ 660.83 —

Six Hundred Sixty 83/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/29 – 2/11

⑅0010043⑅ ⑆121000358⑆ 325183131319⑅

ENDORSE HERE

X

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

JPMorganChaseBank 021605 741378 9459600060721

**CAR WASH MANAGEMENT, LLC**                                                          1040

9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432                                                      11-35/1210 CA
                                                                                      72468

DATE  2/14/2024

PAY
TO THE
ORDER OF  Taha Aljanabi                                           $ 2,416.04 —

Two Thousand Four Hundred Sixteen 04/100                              DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Pay Period 1/29-2/11

⑈001040⑈  ⑆121000358⑇  325183131319⑈

**CAR WASH MANAGEMENT, LLC**
8030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1042

11-35/1210 CA
72468

DATE 2/14/2024

PAY TO THE ORDER OF Joseph Moreno    $2,860.01

Two Thousand Eight Hundred Sixty 01/100    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/29-2/11

⑈001042⑈ ⑆121000358⑆ 325183131319⑈

121000358          001042

325103131319

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
• ImageMatch™ Matching account and check number
  on back (Patent No. 9'240'088)
• MobileMark™ Mobile Deposit check mark to indicate
  check has been deposited via mobile device
• The Security Weave™ pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit™ icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back,
  and in Chemical Wash Detection Box

 



ENDORSE HERE
X
☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1041

11-35/1210 CA
72468

DATE 2/14/2024

PAY TO THE ORDER OF Frank Diaz

$1,396.12—

One Thousand Three Hundred Ninety Six 12/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/29–2/11

⑈001041⑈ ⑆121000358⑆ 325183131319⑈



**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1039

11-35/1210 CA
72468

DATE 2/14/2024

PAY TO THE ORDER OF Jose Ortiz                                $3,670.56—

Three Thousand Six Hundred Seventy 56/100 ————— DOLLARS

**BANK OF AMERICA**

FOR Pay Period 1/29-2/11

⑆001039⑆ ⑈121000358⑈ 325183131319⑈



For Deposit Only - JPMC

**CAR WASH MANAGEMENT, LLC**

9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1038

11-35/1210 CA
72468

DATE 2/14/2024

PAY TO THE ORDER OF Travis Beaudoin        $2,269.51-

Two Thousand Two Hundred Sixty Nine 51/100        DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/29-2/11

⑆001038⑆ ⑈121000358⑈ 325183131319⑆



NAVY FCU 256074974 0001 0310 2/16/2024 1 93 1 10:34D5851

**CAR WASH MANAGEMENT, LLC**
8030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1036

11-35/1210 CA
72468

DATE 2/14/2024

PAY TO THE ORDER OF Hilda Palomares                                    $617-02

Six Hundred Seventeen 02/100                                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/29-2/11

⑈001036⑈ ⑆121000358⑆ 325183131319⑈

DRL CA****************

09/24

Cash Check

$617.02

R/T# 540530135

Account

Security Features exceed industry standards

022 02/17/24

BATCH 087461 CC:3180000210

WT:01 LTPS:Dallas PT

BC:Pomona Main BC CAZ-110

- Microprint lines appear on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit ... visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Seq: 22
Batch: 087461
Date: 02/17/24

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

ENDORSE HERE

X [signature]

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1047

11-35/1210 CA
72458

DATE 2/14/2024

PAY TO THE ORDER OF SOGE

$189.31

One Hundred Eighty Nine 31/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR 2100 0106 1210 1

⑈001047⑈ ⑆121000358⑇ 325183131319⑈

ENDORSE HERE

X _____

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1045

DATE 2/14/2024

PAY TO THE ORDER OF Elias Pacheco                                   $274.48

Two Hundred Seventy Four 48/100                          DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 1/29-2/11

⑈001045⑈ ⑆121000358⑆ 325183131319⑈

121000358

325183131319

CAR WASH MANAGEMENT

001045

ARROWHEAD CU    RANCHO CUCAMONGA,CA

881500000001216

322282603

2/20/2024

SEQ# 949577 DEVICE # RDC

ACCT # 762271800007

322282603

Security Features exceed industry standards and include:
- ImageMatch — Matching account and check number on back
- MobileMark — Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave — pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

  

ENDORSE HERE

X Elias Pachero

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

for mobile deposit chs

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1044

11-35/1210 CA
72 058

DATE 2/14/2024

PAY TO THE ORDER OF Ashley Guntschi                                    $1,199.14 —

One Thousand One Hundred Ninety Nine 14/100                    DOLLARS

**BANK OF AMERICA**

ACH R.T 121000358

FOR Pay Period 1/29 - 2/11                    A.R. Wilson

⑈0010044⑈ ⑈121000358⑈ 325183131319⑈







**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1047

11-35/1210 CA
72468

DATE 2/14/2024

PAY TO THE ORDER OF  SOGE                                           $ 189.31

One Hundred Eighty Nine 31/100                                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  2100 0106 1210 1

⑆001047⑆ ⑈121000358⑈ 325183131319⑈

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1049

11-35/1210 CA
12468

DATE 2/19/2024

PAY TO THE ORDER OF Crown Lift trucks    $120.00

One Hundred Twenty Dollars    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000359

FOR Invoice 148211948

⑈0001049⑈ ⑈121000358⑈ 325183131319⑈

PAYEE ENDORSEMENT GUARANTEED
CROWN EQUIPMENT CORPORATION
XXXXXXXXX7
001173

20240227
US BANK NA    ST PAUL MN
>091000022<

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1046

11-35/1210 CA
72468

DATE _2/14/2024_

PAY TO THE ORDER OF _Juan Pacheco_    $212.12

_Two Hundred Twelve 12/100_    DOLLARS

**BANK OF AMERICA**

ACH R/T 1210000358

FOR _Pay Period 1/29-2/11_

⑈0010 46⑈ ⑉121000358⑉ 325183131319⑈

553·61·9353

909 292 7079

PAY TO THE ORDER OF
COMERICA BANK
RANCHO CUCAMONGA, CA 91730-0738
121137822
FOR DEPOSIT ONLY
E & A MARKETS VC
CARNICERIA DEL VALLE #3
1895549011

02272024
>4848000044<
Comerica Bank West
>4848000044<
This endorsement
added Electronically

HORA DE CAMBIO
FEB 24 PM5:00

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1023

11-35/1210 CA
72468

DATE _2/1/2024_

PAY TO THE ORDER OF _Janette Williams_                                    $1,063.28

_One Thousand & Sixty Three ³⁸/100_                                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR _Pay Period 1/15 – 1/28_                    _[signature]_

⑈0010 23⑈ ⑆121000358⑆ 3 25 18 3 1 3 1 3 19⑈



ENDORSE HERE

X

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1037

11-35/1210 CA
72468

DATE  2/14/2024

PAY TO THE ORDER OF  Janette Williams                    $ 981.17

Nine Hundred Eighty One 17/100                              DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Pay Period 1/29-2/11

⑈001037⑈ ⑈121000358⑈ 325183131319⑈

ENDORSE HERE

x *J H Williams.*

☐ USE OF LINE FOR MOBILE/REMOTE DEPOSIT

Case 25-90005-CL   Filed 09/04/25   Entered 09/04/25 14:29:25   Doc 12-3   Pg. 94 of

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1051

11-35/1210 CA
72468

DATE  2/28/2024

PAY TO THE ORDER OF  Travis Beaudoin                          $2,602.51

Two Thousand Six Hundred & Two 51/100 ————————— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Pay Period Feb 12-25th

⑈00⅂05⅂⑈ ⑊⅂2⅂000358⑊ 325⅂83⅂3⅂3⅂9⑈



NAVY FCU 256074974 0001 0310 3/4/2024 4 168 1 12:04C6897

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1048

11-35/1210 CA
72488

DATE 3/1/2024

PAY TO THE ORDER OF Frank Diaz

$262.01

Two Hundred Sixty Two 01/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Reimbursements

⑴0001048⑴ ⑴121000358⑴ 32518313131319⑴



☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1026

11 35/1210 CA
72468

DATE 1/29/2024

PAY TO THE ORDER OF _Penske_

$ 7,500.00

_Seven Thousand Five Hundred_ — DOLLARS

BANK OF AMERICA

ACH R T 121000358

FOR 629819 - 1170 - 6523

⑆001026⑆ ⑉121000358⑈ 325183131319⑆

⑃ 2 ⑃0 0 0 3 5 ⑃          0 0 1 0 2 ⑃

3 2 5 ⑃ 8 3 ⑃ 3 ⑃ 3 ⑃ ⑃

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
- ImageMatch : Matching account and check number on back (Patent No. 9 240,018)
- MobileMark : Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave  pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit  Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box



20240311
>031000053<
PNC Bank
DEP. TO CR. PAYEE
ABS. OF END. GTD.
>031000053<

ENDORSE HERE

X

20240311

827380

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1056

11-35/1218 CA
72458

DATE 3/13/2024

PAY TO THE ORDER OF Taha Aljanabi      $ 2,330.21—

Two Thousand Three Hundred Thirty 21/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 2/26-3/10

⑈001056⑈ ⑆121000358⑆ 3251831313191⑈

ENDORSE HERE

X _____

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME

JPMorganChaseBank 031301 740902 947070094516

ORIGINAL DC

The words ORIGINAL DC

Chase Safe Deposit Icon

\*072000096\*
02/29/2024
50000260

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS



NSF

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 316
SAN DIEGO, CA 92121-2432

1046

11-38/1210 CA
72456

DATE 2/14/2024

PAY TO THE ORDER OF _Juan Pacheco_                    $212.12

Two Hundred Twelve 12/00 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000286

FOR _Pay Period 1/29-2/11_

⑈001046⑈ ⑆121000358⑆ 325183131319⑈

⑈001046⑈ ⑆121000358⑆ 325183131319⑈          ⑈000000 21212⑈

*072000096*    02/27/2024
480330604
121103886    02/27/2024
8692623881
054007387    02/27/2024
8692623681 — RR - A
*072000096*    02/29/2024
50000260    RR - A

909 292 7079

→ Do not endorse or write below this line. →

03132024
>4848000004<
Comerica Bank West
PAY TO THE ORDER OF
COMERICA BANK
RANCHO CUCAMONGA, CA 91730-0738
121137522
FOR DEPOSIT ONLY
E & A MARKETS INC
CARNICERIA DEL VALLE #3
1895549911
This endorsement is Guaranteed
Added Electronically

HORA DE CAMBIO
FEB 24 PM 5:00

>121137522<    02/27/2024
85000100370040

PAY TO THE ORDER OF
COMERICA BANK
RANCHO CUCAMONGA, CA 91730-0738
121137522
FOR DEPOSIT ONLY
E & A MARKETS INC
CARNICERIA DEL VALLE #3
1895549911

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1062

11-35/1210 CA
72468

DATE 3/13/2024

PAY TO THE ORDER OF Daniel Diaz                                   $1,194.68—

One Thousand One Hundred Ninety Four 68/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 1210C0358

FOR Pay Period 2/26–3/10

⑈001062⑈ ⑆121000358⑆ 325183131315⑈

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1058

11-35/1210 CA
72468

DATE 3/13/2024

PAY TO THE ORDER OF Joseph Moreno

$3,366.02

Three Thousand Three Hundred Sixty Six 02/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 2/26 - 3/10

⑈001058⑈ ⑆121000358⑆ 325183131319⑈

121000350

325103131319

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
- ImageMatch ™ Matching account and check number on back (Patent No. 6 140 056)
- MobileMark ™ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave ™ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit ™ Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back.

001050

ENDORSE HERE

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE AB

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1054

11-35/1210 CA
72468

DATE 3/13/2024

PAY TO THE ORDER OF Travis Beaudoin                    $9,217.75

Nine Thousand Two Hundred Seventeen 75/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 2/26 - 3/10

⑆001054⑆ ⑈121000358⑈ 325183131319⑆



NAVY FCU 256074974 0001 0310 3/13/2024 3 109 1 10:18C9321

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1063

11-35/1210 CA
72468

DATE 3/13/2024

PAY TO THE ORDER OF Xavier Wade

$ 1,960.44

One Thousand Nine Hundred Sixty 44/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 2/26-3/10

⑈001063⑈ ⑆121000358⑆ 325183131319⑈



NAVY FCU 256074974 0001 0310 3/13/2024 3 107 1 10:17C9321



**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1057

11-35/1210 CA
72468

DATE 3/13/2024

PAY TO THE ORDER OF Frank Diaz                    $ 1,281.62

One Thousand Two Hundred Eighty One 62/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 2/26-3/10

⑈001057⑈ ⑆121000358⑆ 325183131319⑈

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1055

11-35/1210 CA
7243

DATE 3/13/2024

PAY TO THE ORDER OF _Jose Ortiz_ $5,320.24

Five Thousand Three Hundred Twenty 24/100 DOLLARS

**BANK OF AMERICA**

ACH R.T 121000356

FOR _Pay Period 2/26-3/10_

⑆001055⑈ ⑆121000358⑆ 3251831313149⑈

For Deposit Only - JPMC

features exceed industry standards and include:

check mark to indicate

designed to deter fraud

across the back

are on front and back

features listed above are missing or appear altered

front and back.

CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1061

11-35/1218 CA
72468

DATE 3/13/2024

PAY TO THE ORDER OF Juan Pacheco    $ 2,140.57

Two Thousand One Hundred Forty 57/100    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 2/26 - 3/10

⑈0010611⑈ ⑆121000358⑆ 325183131319⑈

Seq: 117
Batch: 393125
Date: 03/18/24

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1052

DATE 3/13/2024

PAY TO THE ORDER OF  Hilda Palomares                     $928.59—

Nine Hundred Twenty Eight 59/100                          DOLLARS

BANK OF AMERICA

ACH RT 121000358

FOR Pay Period 2/26-3/10

⑆001052⑆ ⑉121000358⑉ 325183131319⑈



Navy Federal Credit Union
820 Follin Lane, Vienna VA 22180
03/14/2024 - 18:57:40
000000187767707
<<256074974>>
eDeposits

Huldahlomer
for mobile Deposit
only at NFCU

CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1060

11-35/1210 CA
72463

DATE 3/13/2024

PAY TO THE ORDER OF   Jason Ortiz     $ 1,262.03

One Thousand Two Hundred Sixty Two 03/100     DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Pay Period 2/26-3/10

⑈001060⑈ ⑆121000358⑆ 325183131319⑈

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1059

11-35/1210 CA
72468

DATE 3/13/2024

PAY TO THE ORDER OF  Ashley Gautschi                     $ 1,273.15

One Thousand Two Hundred Seventy Three 15/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Pay Period 2/26 - 3/10

⑈0001059⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1018

11-35/1210 CA
72468

DATE 3/12/2024

PAY
TO THE
ORDER OF SDG&E                                          $ 337.02

Three Hundred Thirty Seven 02/100                     DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Trade St. 1/30 - 2/28
2100 0106 1210 1

⑈001018⑈ ⑆121000358⑈ 325183131319⑈

ENVISN:879 5 IRISD 031924 0924 N

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1066

11-35/1210 CA
72468

DATE 3/27/2024

PAY TO THE ORDER OF Travis Beaudoin

$ 2269.52

Two Thousand Two Hundred Sixty Nine 52/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 3/11 - 3/24

⑂"001066" ⑂:121000358⑂: 3251831313 19"



NAVY FCU 256074974 0001 0310 3/27/2024 3 49 1
10:42C9321

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1069

11-35-1710 CA
72458

DATE 3/27/2024

PAY TO THE ORDER OF Frank Diaz          $ 1922.74

One Thousand Nine Hundred Twenty Two 74/100          DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 3/11-3/24

⑈0010069⑈ ⑆121000358⑆ 325183131319⑈

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1064

11-35/1218 CA
72468

DV
1036

DATE 3/27/2024

PAY TO THE ORDER OF  H'lda Palomares                                    $863.04

Eight Hundred Sixty Three 04/100                                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000389

FOR Pay Period 3/11-3/24

⑈0010644⑈ ⑆121000358⑈ 325183131319⑈

Seq: 6
Batch: 491341
Date: 03/28/24

BAT:491341  CC:3180000210
WT:01  LTPS:Dallas PT
BC:Pomona Main BC CA7-110

ENDORSE HERE
x

CHECK BOX FOR MOBILE REMOTE DEPOSIT



**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1068

11-35/1210 CA
72468

DATE 3/27/2024

PAY TO THE ORDER OF _Taha Aljanabi_    $ 2870.99—

_Two Thousand Eight Hundred Seventy 99/00_ ___ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR _Pay Period 3/11-3/24_

⑆001068⑆ ⑆121000358⑆ 325183131319⑆

JPMorganChaseBank 032803 747152 950060054207

ENDORSE HERE

X

CHECK BOX

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1076

11-35/1210 CA
72468

DATE 3/27/2024

PAY TO THE ORDER OF Xavier Wade

$1,889.97

One Thousand Eight Hundred Eighty Nine 97/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 3/11–3/24

⑈0010076⑈ ⑆121000358⑆ 325183131319⑈



NAVY FCU 256074974 0001 0310 3/27/2024 3 51 1 10:43C9321

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1073

11-35/1210 CA
72468

1010
1038

DATE 3/27/2024

PAY TO THE ORDER OF Juan Pacheco                                    $ 918.64

Nine Hundred & Eighteen 64/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000089

FOR Pay Period 3/11–3/24                    A.P. William

⑆001073⑆ ⑆121000358⑆ 325183131319⑈

DRL CA**************** 10/24

Cash Check $918.64

Security Features exceed industry stand...

Account

Seq:00007 03/29/24
BAT:503339 CC:3180000210
...TPS:Dallas PT
BC:Pomona Main BC CA7-110

Do not cash if

Seq: 7
Batch: 503339
Date: 03/29/24

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1071

11-35/1210 CA
72488

DATE 3/27/2024

PAY TO THE ORDER OF _Joseph Moreno_        $3,661.71

Three Thousand Six Hundred Sixty One 71/100        DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR _Pay Period 3/11 - 3/24_

⑈0010711⑈ ⑆121000358⑆ 325183131319⑈

121000350
325103131319

CAR WASH MANAGEMENT

001071

Security Features exceed industry standards and include:
• ImageMatch ™ Matching account and check number
  on back (Patent No. 8 740 088)
• MobileMark ™ Mobile Deposit check mark to indicate
  check has been deposited via mobile device
• The Security Weave ™ pattern on back designed to deter fraud
• Microprint (M/P) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit ™ icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back,
  and in Chemical Wash Detection Box



ENDORSE HERE

x Joe Morris

CHECK BOX FOR MOBILE REMOTE DEPOS
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABO

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1067

11-35/1210 CA
72463

DATE 3/27/2024

PAY TO THE ORDER OF Jose Ortiz                                  $ 4772.12

Four Thousand Seven Hundred Seventy Two 12/100          DOLLARS

**BANK OF AMERICA**

ACH RT 121000358

FOR Pay Period 3/11 - 3/24

⑈001067⑈  ⑆121000358⑆  325183131319⑈

For Deposit Only - JPMC

Security Features exceed industry standards and include:
- account number - Matching account and check number on back (Security Screen Box)
- MicroMark - Mobile Deposit check mark to indicate check has been deposited via mobile deposit
- The Security Screen - pattern on back designed to deter fraud
- copyright 2015 Less printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Padlock Safe Unused Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Padlock Icon on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back. See Chemical Wash Detection Box



CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1074

11-35/1210 CA
72468

DATE 3/27/2024

PAY
TO THE
ORDER OF Daniel Diaz                                                   $ 502.95 —

Five Hundred & Two 95/100                                              DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 3/11–3/24

⑈001074⑈  ⑈121000358⑈  3251831313191⑈

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION PICTURED ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1077

11-35/1210 CA
72468

DATE 4/10/2024

PAY TO THE ORDER OF  Travis Beaudoin                    $3,829.14

Three Thousand Eight Hundred Twenty Nine ¹⁴/100   DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 3/25 - 4/7                    A. P. Williams

⑈00l077⑈  ⑈121000358⑈  325l83l3l3l9⑈

NAVY FCU 256074974 0001 0310 4/10/2024 3 34 3
09:04C9321

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1075

11-35/1210 CA
72468

DATE 3/27/2024

PAY TO THE ORDER OF Ashley Gautschi     $1326.50

One Thousand Three Hundred Twenty Six 50/100     DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 3/11-3/24

⑈001075⑈ ⑆121000358⑆ 325183131319⑈



121000358
325183131319
CAR WASH MANAGEMENT

Security Features exceed Industry standards and include:
* ImageMatch™: Matching account and check number on back (Patent no. 8,240,668)
* MobileMark™: Mobile Deposit check mark to indicate check has been deposited via mobile device
* The Security Weave™ pattern on back designed to deter fraud
* Microprint (MP) lines printed on front and back
* The words "ORIGINAL DOCUMENT" across the back
* Photo Safe Deposit™ Icon visible on front and back

Do not cash if:
* Any of the features listed above are missing or appear altered
* Fugitive Ink on back looks pink or has disappeared
* Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

001075



ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1078

11-35/1210 CA
72468

DATE 4/10/2024

PAY TO THE ORDER OF Xavier Wade

$ 1970.82

One Thousand Nine Hundred & Seventy 82/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 3/25 - 4/7

A. P. Willia

⑈001078⑈ ⑆121000358⑆ 325183131319⑈



NAVY FCU 256074974 0001 0310 4/10/2024 3 34 1

09:03C9321

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1087

11-35/1210 CA
72448

1037

DATE 4/10/24

PAY TO THE ORDER OF _Juan_                         $ 1168.11

One thousand one hundred sitty eight "/oo ——————— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR _Payroll_                         A. P. williams

⑈001087⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Date: 04/11/24
Batch: 603185
Seq: 23

BC:Pomona Main BC CA7-118
WI:01 LIPS:Dallas PI
BAT 603185 CC:3188000210
SEQ 00023 04/11/24

Team 00012 04/11/2024 16:54
Equity NCA CC 0000210 T1r 00001
Account 325183131319
R/T# 540930135
Cash Check $1,168.11
DRL CA*************** 10/24

Security Features exceed industry standards

Do not cash if:

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1084

11-35/1210 CA
72468

DATE 4/10/24

PAY TO THE ORDER OF  Taha Aljanabi                                   $ 2446.83

two thousand four hundred forty six 83/00 —————— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  payroll

⑂"0010844⑂ ⑂121000358⑂ 325183131319⑂

JPMorganChaseBank 041101 137995 9574900027777

• Security features... standards...
• ...check m...
• Mobile Deposit check mark in endorse...
• ...
• ...P...spe... ...and back
• ...ORIGINAL...
• ...Safe Deposit...icon visible on front and back

• ...
• ...bank...
• ...on both front and back
• ...W...Box

☐ CHECK BOX MOBILE REMOTE DEPOSIT
WRITE NAME... AUTHORIZATION ON LINE ABOVE

X
ENDORSE HERE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1085

11-35/1210 CA
7248

DATE 4/10/24

PAY TO THE ORDER OF Frank Diaz                              $ 1899.30

One thousand eight hundred ninty nine 30/00 ———————— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR payroll

A.P. williams

⑈001085⑈ ⑆121000358⑆ 325183131319⑈

121000350

125183131319

CAR WASH MANAGEMENT

001085

Security Features exceed Industry standards and include:
- ImageMatch™: Matching account and check number on back (Patent No. 8 240 085)
- MobileMark™: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit™ icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back.



CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE AB

ENDORSE HERE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1088

11-35/1210 CA
72468

DATE _4/10/24_

PAY TO THE ORDER OF _Daniel Diaz_ | $ _717.26_

_Seven hundred seventeen 26/00_ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR _Payroll_

⑈0001088⑈ ⑆121000358⑆ 325183131319⑈

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1091

11-35/1210 CA
72468

1009

DATE 4/10/24

PAY TO THE ORDER OF Hilda Palomares      $ 795.93

Seven hundred ninty five 93/00 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Payroll

⑈0010916⑈ ⑆121000358⑇ 325183131319⑈

Seq: 9
Batch: 618379
Date: 04/13/24

Seq:00009 04/13/24
BAT:618379  CC:3180000210
TY:01 LTPS:Dallas PT
BC:Pomona Main BC CA7-110

ENDORSE HERE

X _Hilda Palomares_

CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1083

11-35/1210 CA
72458

DATE 4/16/24

PAY TO THE ORDER OF Jose Ortiz                                          $ 3076 97

three thousand seventy six 97/00 —————— DOLLARS

**BANK OF AMERICA**

ACH RT 121000358

FOR Payroll

⑈001083⑈ ⑆121000358⑆ 325183131319⑈

For Deposit Only - JPMC

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1081

11-35/1210 CA
72463

DATE 4/10/2024

PAY TO THE ORDER OF   SDG-E                                      $ 221.17

Two Hundred Twenty One 17/100                          DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR March A/C 2100 0106 1261          A. P. William

⑈0010811⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X _____

_____

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
• ImageMatch™ Matching account and check number on back comment 2.249 0825
• MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave™ pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit™ Icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back and in Chemical Wash Detection Box

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1086

11-35/1210 CA
72468

DATE 4/10/2024

PAY TO THE ORDER OF Joseph Moreno                                    $2,607.61

Two Thousand Six Hundred & Seven 61/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 3/25=4/7                    A. P. William

⑂001086⑂ ⑂121000358⑂ 325183131319⑂

121000350

325103131319

CAR WASH MANAGEMENT

001086

Security Features exceed industry standards and include:
- ImageMatch™ Matching account and check number on back (Patent No. 9 240 088)
- MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit™ Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box



ENDORSE HERE X

□ CHECK BOX FOR MOBILE/REMOTE DEPOS

WRITE NAME OF FINANCIAL INSTITUTION ON LINE AB(

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1089

11-35/1210 CA
72468

DATE 4/10/2024

PAY TO THE ORDER OF Ashley Goutschi                $1,211.88

One Thousand Two Hundred Eleven 88/100                DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 3/25 – 4/7                A.P. William

⑈001089⑈ ⑆121000358⑆ 325183131319⑈

121000358

125183131319

CAR WASH MANAGEMENT

001089

Security Features exceed industry standards and include:
* ImageMatch™ Matching account and check number on back (Patent No. 6 240.088)
* MobileMark™, Mobile Deposit check mark to indicate check has been deposited via mobile device
* The Security Weave's pattern on back designed to deter fraud
* Microprint (MP) lines printed on front and back
* The words "ORIGINAL DOCUMENT" across the back
* Photo Safe Deposit™ icon visible on front and back

Do not cash if:
* Any of the features listed above are missing or appear altered
* Fugitive ink on back looks pink or has disappeared
* Brown stains or colored spots appear on both front and back,

ENDORSE HERE

X

CHECK BOX FOR MOBILE/REMOTE DEPOS

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABC

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1080

11-35/1210 CA
72468

DATE 4/25/2024

PAY TO THE ORDER OF  Xavier Wade                    $1,784.23

One Thousand Seven Hundred Eighty Four 23/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Pay Period 4/8-4/21.                    A. P. Willi...

⑈001080⑈ ⑆121000358⑆ 325183131319⑈



NAVY FCU 256074974 0001 0310 4/25/2024 12 50 1
09:0653331

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1092

11-35/1218 CA
72468

IU# 1040

DATE 4/25/2024

PAY TO THE ORDER OF  Juan Pacheco                    $ 1,168.46

One Thousand One Hundred Sixty Eight 46/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/8-4/21

⑆001092⑆ ⑈121000358⑈ 325183131319⑈

Security Features exceed industry standards

046100007 04/26/24
BAT:702981 CC:3180000530
WT:01 LTPS:Dallas PT
BC:West Covina BC CA7-130

Seq: 7
Batch: 702981
Date: 04/26/24

ENDORSE HERE

X

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1093

11-35/1210 CA
72468

DATE 4/25/2024

PAY TO THE ORDER OF Daniel Diaz

$853.16

Eight Hundred Fifty Three 16/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/8 - 4/21

⑈001093⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1094

11-35/1210 CA
72488

DATE  4/25/2024

PAY TO THE ORDER OF  Taha Aljanabi                                  $ 2,273.40

Two Thousand Two Hundred Seventy Three 40/100                   DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Pay Period 4/8-4/21

⑈001094⑈  ⑆121000358⑆  325183131319⑈

JPMorganChaseBank  042605  740902  947070103734

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1090

11-35/1210 CA
77468

DATE 4/25/2024

PAY TO THE ORDER OF Hilda Palomares        $2,056.29-

Two Thousand & Fifty Six 29/100        DOLLARS

**BANK OF AMERICA**

ACH RYT 121000358

FOR Pay Period 4/8-4/21

⑈001090⑈ ⑆121000358⑆ 325183131319⑈

Seq: 11
Batch: 702981
Date: 04/26/24



**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1097

11-35/1210 CA
72468

DATE 4/25/2024

PAY TO THE ORDER OF Jason Ortiz                    $ 80.54

Eighty Dollars 54/100                              DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/8/ - 4/21

⑈0010 97⑈ ⑆121000358⑆ 325183131319⑈

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1100

11-35/1210 CA
72468

DATE 4/25/2024

PAY TO THE ORDER OF Jose Ortiz

$3,076.97

Three Thousand & Seventy Six 97/00 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/8-4/21

⑈0011100⑈ ⑆121000358⑆ 325183131319⑈

For Deposit Only - JPMC

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1096

11-35/1210 CA
72468

DATE 4/25/2024

PAY TO THE ORDER OF Joseph Moreno $3,104.21

Three Thousand One Hundred & Faur 21/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/8-4/21

⑈0010961⑈ ⑈121000358⑈ 325183131319⑈

ENDORSE HERE

X   CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 00771                    AU 00771

☐ CHECK BOX FOR MOBILE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1095

11-35/1210 CA
72468

DATE 4/25/2024

PAY
TO THE
ORDER OF Frank Diaz                                            $2,218.85

Two Thousand Two Hundred Eighteen 85/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/8-4/21

⑆001095⑆ ⑆121000358⑆ 3251831313 19⑆

Security Features

2944021502

WRITE NAME OF FINANCIAL INSTITUTION

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

1099

11-35/1210 CA
72468

DATE 4/25/2024

PAY TO THE ORDER OF  Travis Beaudoin                              $2,269.52

Two Thousand Two Hundred Sixty Nine 52/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/8 - 4/21

⑈001099⑈ ⑆121000358⑆ 325183131319⑈

NAVY FCU 256074974 0001 0310 4/29/2024 4 161 1 11:10C6897

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1098

DATE 4/25/2024

PAY TO THE ORDER OF Ashley Gautschi                                    $1,199.29—

One Thousand One Hundred Ninety Nine 29/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/8 – 4/21

⑈0010988⑈ ⑆121000358⑆ 325183131319⑈

⌐ 1000538

5 8 9 8 8 9 4 5 4 5 4 9

14 WASH MANAGEMENT

Security features exceed industry standards and include:
• CheckMatch  Matching account and check number
  on back. Prevents alteration.
• MobileMark  Mobile Deposit check mark to indicate
  check has been deposited via mobile device
• The Security Weave  pattern on back designed to deter fraud
• Microprint (MP) is printed on front and back
• The words ORIGINAL DOCUMENT across the back
• Photo Safe Deposit  icon visible on front and back

Do not cash if
• Any of the features listed above are missing or appear altered
• Reactive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back,
  and in Chemical Wash Detection Box

  

001098

$184.00

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION CALL ALL ABOVE

X

ENDORSE HERE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1106

11-35/1210 CA
72468

DATE 4/30/2024

PAY TO THE ORDER OF Ashley Gautschi _____ $ 1,635·38

One Thousand Six Hundred Thirty Five 38/100 ____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR 4/22 - 4/29 Last Pay Check.

⑈001106⑈ ⑆121000358⑆ 325183131319⑈

☐ CHECK BOX  FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1114

11-35/1210 CA
72468

DATE 5/8/2024

PAY TO THE ORDER OF Xavier Wade

$2,181.29

Two Thousand One Hundred Eighty One 29/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/22-5/5

⑈001114⑈ ⑆121000358⑆ 325183131319⑈



NAVY FCU 256074974 0001 0083 5/8/2024 2 106 1
01:5350496

2V1064

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1112

11-35/1210 CA
72458

DATE 5/8/2024

PAY TO THE ORDER OF   Juan Pecheco                                         | $2,264.35

Two Thousand Two Hundred Sixty Four 35/100                        DOLLARS

**BANK OF AMERICA**

ACH R/T 121010088

FOR Pay Period 4/22 - 5/5                    A.P. Wilkins

⑆001112⑆ ⑆121000358⑆ 325183131319⑈



Seq: 3
Batch: 811379
Date: 05/10/24

ENDORSE HERE
X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1109

11-35/1210 CA
72468

DATE 5/8/2024.

PAY TO THE ORDER OF Taha Aljanabi                    $2,648.17

Two Thousand Six Hundred Forty Eight 17/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/22-5/5

⑈001109⑈ ⑆121000358⑆ 325183131319⑈

JPMorganChaseBank 051009 740902 947070093620

ENDORSE HERE

X

[ ] CHECK BOX FOR MOBILE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1110

11-25/7210 CA
T2468

DATE 5/8/2024

PAY TO THE ORDER OF Frank Diaz                                    $1,433.24

One Thousand Four Hundred Thirty Three 24/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/22 - 5/5

⑈0011110⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X _____

□ CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE



**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 316
SAN DIEGO, CA 92121-2432

1116

11-35/1210 CA
72468

DATE 5/9/2024

PAY TO THE ORDER OF Daniel Diaz     $516.60

Five Hundred Sixteen 60/100     DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/22 5/5

⑈001116⑈ ⑈121000358⑈ 325183131319⑈

X _____

_____

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1108

11-35/1210 CA
72458

DATE 5/8/2024

PAY TO THE ORDER OF Jose Ortiz

$3,076.97

Three Thousand & Seventy Six 97/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/22-5/5

⑈001108⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

453

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1111

11-35/1213 CA
72468

DATE 5/8/2024

PAY TO THE ORDER OF  Joseph Moreno    $3,186.55

Three Thousand One Hundred Eighty Six 55/100    DOLLARS

**BANK OF AMERICA**

ACH R-T 121000358

FOR Pay Period 4/22-5/5

⑈0011111⑈ ⑈121000358⑈ 325183131319⑈

Security Features exceed industry standards and include:
- **Security Ink** — Matching account and check number
- **Mobile Deposit** check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to **deter fraud**
- **ORIGINAL DOCUMENT** across the **back**
- **Photo Safe Deposit** icon visible on front and **back**

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fluorescent ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and **back**, and in Chemical Wash Detection Box





☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1107

11-35/1210 CA
72468

DATE 5/8/2024

PAY TO THE ORDER OF Travis Beaudoin    $2,269.52

Two Thousand Two Hundred Sixty Nine 52/100    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/22 - 5/5

⑈00⑈107⑈ ⑈121000358⑈ 325183131319⑈



NAVY FCU 256074974 0001 0310 5/10/2024 9 73 1
10:10B3665

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1102

11-35/1210 CA
72468

IV 1064

DATE 5/8/2024

PAY TO THE ORDER OF Hilda Palomares                    $ 2114.04

Two Thousand One Hundred Fourteen 04/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 12H000309

FOR Pay Period 4/22 - 5/5

⑆001102⑆ ⑆121000358⑆ 325183131319⑆

Security Features exceed industry standards and include:
- watermark
- MobileMark — Mobile deposit check mark to indicate check has been deposited via mobile device
- The Security Weave — pattern on back designed to de
- microprint
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit — icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box



Seq:00133 05/13/24
BAT:830061 CC:3180000210
WT:01 LTPS:Dallas PT
BC:Pomona Main BC CA7-110

Seq:  133
Batch:  830061
Date: 05/13/24

ENDORSE HERE

CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1122

11-35/1210 CA
72458

DATE 5/10/2024

PAY TO THE ORDER OF SDG-E $ 102-29—

One Hundred & Two 29/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR April 2100 0106 1210 1

A.P. _____

⑴00⌐122⑴ ⑊121000358⑊ 3251831313 19⑴

ENDORSE HERE

X _____

☐ CHECK BOX FOR MOBILE·REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Security Features exceed industry standards and include:
• ImageMatch - Matching account and check number
  on back (Position number is included)
• MobileMark - Mobile Deposit check mark to indicate
  check has been deposited via mobile device
• The Security Weave - pattern on back designed to deter fraud
• Microprint markings printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit - Icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive Ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back
  and in Chemical Wash Detection Box

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1123

11-35/1210 CA
72468

DATE 5/16/2024

PAY TO THE ORDER OF Jon Calvillo

$911.71

Nine Hundred & Eleven 71/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/29 - 5/12

⑈001123⑈ ⑆121000358⑆ 325183131319⑈



SchoolsFirst FCU
BOFD >322282001<
Date 5/21/2024 12:01 PM
Branch User: 029 u12750
2182694
DIN:890800000413817
4279356

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1115

11-35/1210 CA
72458

DATE 5/9/2024

PAY TO THE ORDER OF Destiny Love

$ 166·71—

One Hundred Sixty Six 71/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Last Pay Check 4/29 - 5/2

⑈0011115⑈ ⑆121000358⑆ 325183131319⑈

04/29

$166.71

DRL CA*********

Cash Check

R/T# 540901035

Account 325183131319

CC 0000530 TI 00006

05/23/2024 15:39

Cash 0071

Entity NCA 14 05/23/24

BAT 911407 CC:3180000530

WS:01 LTPS:Dallas PT

BC:West Covina BC CA7-130

Security Features exceed industry standards

- Image Match ... Matching ... number on back
- MicroMark ... check has been ...
- The Security ...
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit Icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back and in Chemical Wash Detection Box

Seq: 14
Batch: 911407
Date: 05/23/24

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

ENDORSE HERE

X

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1124

11-35/1210 CA
72468

DATE 5/16/2024

PAY TO THE ORDER OF Andrew Haro $ 1,009.33

One Thousand & Nine 33/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 4/29 - 5/12

⑊0011124⑊ ⑊121000358⑊ 325183131319⑊

ENDORSE HERE

X  _Auro_  _____

_____

☐ CHECK BOX  FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1134

11-35/1210 CA
72468

DATE 5/22/2024

PAY TO THE ORDER OF  Juan Pacheco                              $ 403.64—

Four Hundred & Three 64/100                                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 6-19 May

⑈001134⑈ ⑆121000358⑆ 325183131319⑈

Seq: 23
Batch: 920919
Date: 05/24/24



ENDORSE HERE
X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1126

11-35/1210 CA
72468

DATE 5/17/2024

PAY TO THE ORDER OF California State Disbursement Unit                    $ 383.04

Three Hundred Eighty Three 04/100                              DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR 0600099

⑈001126⑈ ⑆121000358⑆ 325183131319⑈

052324 08:12 FOR DEPOSIT ONLY CALIFORNIA STATE TREASURER DCSS 262 052424 mvue 47 478788 34 109

ENDORSE HERE

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE

Security Features and used industry standards and include.

Do not cash if:

CHECK BOX FOR MOBILE REMOTE DEPOSIT



AR WASH MANAGEMENT, LLC

KENANGAR OR STE 316
DIEGO, CA 92121-2432

1131

DATE 5/22/2024

Frank Dieg

$ 1944.69

Thousand Nine Hundred Forty Four 69/100 DOLLARS

BANK OF AMERICA

Pay Period 6-19 May

A.P. Wright

⑆001131⑆ ⑆121000358⑆ 325183131319⑈

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1132

11-35/1210 CA
72458

DATE 5/22/2024

PAY TO THE ORDER OF Hilda Palomares                     $1,006.45

One Thousand and Six 45/100                                 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 6-19 May

⑆001132⑈ ⑆121000358⑈ 325183131319⑈



Security Features exceed industry standards and include.

- Microprint ...
- MobileMark — Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave - pattern on back designed to det-
- ... inks printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit - Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Seq:00073  05/25/24
BAT:924609  CC:3180000210
WT:01  LTPS:Dallas  PT
BC:Pomona  Main  BC  CA7-110



Seq: 73
Batch: 924609
Date: 05/25/24

Tran 00211          05/28/2024 14:31
Entity NCA   CC 0000210  Tlr 00001
Account          325183131319
R/T# 540930135
Cash Check                      $1,006.45
CKCHCA*******************  04/29

CHECK BOX FOR MOBILE DEPOSIT — REMOTE DEPOSIT ONLY — WRITE NAME OF FINANCIAL INSTITUTION ONLY IN BOX ABOVE

ENDORSE HERE X

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1133

11-75/1210 CA
724E3

DATE  5/22/2024

PAY TO THE ORDER OF  Joseph Moreno                    $2,609.53

Two Thousand Six Hundred & Nine 53/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR  Pay Period  6-19 May

⑈0011330⑈ ⑈121000358⑈ 325183131319⑈



Security Features exceed industry standards and include:
- ImageMark™ — matches account and check number...
- Mobile... blue check mark to indicate check has been deposited via mobile device
- The Security Warp... pattern on back designed to deter fraud
- Microprint MP... on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit™ icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- ... ink on back looks pink or has discolored
- ... stains or... spots appear on both front and back.

ENDORSE HERE

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1135

11-35/1210 CA
72468

DATE 5/22/2024

PAY TO THE ORDER OF Taha Aljanabi

$2,563.76

Two Thousand Five Hundred Sixty Three 76/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 6-19 May

⑈001135⑈ ⑆121000358⑆ 325183131319⑈

.PMorganChaseBank 052809 740902 947070111478

Do not cash if:
any of the features lis
ptive ink on back
en stains or colo
Chemical Wast
Box

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

X

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1130

11-35/1210 CA
72468

DATE 5/22/2024

PAY TO THE ORDER OF _Daniel Diaz_    $ 1,327.52

One Thousand Three Hundred Twenty Seven 52/100    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR _Pay Period 6 - 19 May_

⑈001130⑈ ⑆121000358⑆ 325183131319⑈

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1129

11-25/1210 CA
77468

DATE 5/16/2024

PAY TO THE ORDER OF Oscar Ramirez                    $795.61

Seven Hundred & Ninety Five 61/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000064

FOR Pay Period 4/29 - 5/12

⑈001129⑈  ⑈121000358⑈  325183131319⑈

Navy Federal Credit Union
820 Follin Lane, Vienna VA 22180
05/23/2024 - 17:09:47
000000191994979
<<256074974>>
eDeposits

OSCAR RODRIGUEZ
Pay to the order of Hilda Palomares
for mobile deposit only at NFCU
Hilda Palomares

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT



**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1127

11-35/1210 CA
72468

DATE 5/16/2024

PAY TO THE ORDER OF Hacen Pulido

$455.81 —

Four Hundred Fifty Five 81/100 _____ DOLLARS

BANK OF AMERICA

ACH R T 121000358

FOR Pay Period 4/29 - 5/12

⑈001127⑈ ⑆121000358⑆ 3251831313 19⑈

ENDORSE HERE

for deposit only at Bank
of America

CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 316
SAN DIEGO, CA 92121-2432

1139

11-35/1210 CA
72468

DATE 5/25/2024

PAY TO THE ORDER OF Juan Pacheco                                   $1,193.68

One Thousand One Hundred Ninety Three 68/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Backpay P.P. 5/6-5/19.

⑆001139⑆ ⑈121000358⑈ 325183131319⑈

Seq: 80
Batch: 943579
Date: 05/29/24

□ CHECK BOX FOR MOBILE REMOTE DEPOSIT

ENDORSE HERE

X _____

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Cash Check

$1,193.68

R/T# 540930135

Account 325183131319

Entry NCA   CC 0000070 TTr 00000 B 80000

Tr 00017  LIPS:Dallas PT
BC:Ontario BC CA5-103

Security Features exceed industry standar
• Image Global   Matching a
  On Back relative to a ...
• Mobile Deposit   TL
  check has been d ...
• Top Security We... 05/29/2024 15:38
• Microprint letters printed on front and back
• The words  ORIGINAL DOCUMENT  across the back
• Photo Safe Deposit   Icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive Ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back
  and in Chemical Wash Detection Box

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1136

11-35/1210 CA
72468

DATE 5/22/2024

PAY TO THE ORDER OF _Travis Beaudoin_                    $2,533.38

_Two Thousand Five Hundred Thirty Three 38/100_     DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR _Pay Period 6-19 May_

⑈001136⑈ ⑆121000358⑆ 325183131319⑈

NAVY FCU 256074974 0001·0310 5/28/2024 9 3 1
09:02B3665

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1137

11-35/1210 CA
72468

DATE 5/22/2024

PAY TO THE ORDER OF Jose Ortiz

$ 3,045.66

Three Thousand & Forty Five 66/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 6-19 May

⑈0011370⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1143

11-35/1210 CA
72458

DATE 6/6/2024

PAY TO THE ORDER OF  Daniel Diaz     $ 339.32

Three Hundred Thirty Nine 32/100     DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 5/20 - 6/2

⑈0011143⑈  ⑆121000358⑆  325183131319⑈

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1144

11-35/1210 CA
72468

DATE 6/6/2024

PAY TO THE ORDER OF Joseph Moreno    $3,473.05

Three Thousand Four Hundred Seventy Three 05/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 5/20 - 6/2

⑈001144⑈ ⑈121000358⑈ 325183131319⑈



☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1128

11-35/1210 CA
72458

DATE 5/16/2024

PAY TO THE ORDER OF Sarah Orias

$51.41

Fifty One 41/100 DOLLARS

BANK OF AMERICA

ACH R/T 121000358

FOR Pay Period 4/29-5/12

⑆0011128⑆ ⑈121000358⑈ 325183131319⑈

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ONLY ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1140

11-35/1210 CA
72468

DATE 6/6/2024

PAY TO THE ORDER OF Frank Diaz                          $1,594.11

One Thousand Five Hundred Ninety Four 4/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 5/20 - 6/2

⑈00 1140⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X _____

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1138

11-35/1216 CA
72468

DATE 6/6/2024

PAY TO THE ORDER OF _Tala Aljanabi_   $ 2,061.00

Two Thousand & Sixty One — DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 5/20-6/2

⑈0011138⑈ ⑆121000358⑆ 325183131319⑈

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

JPMorganChaseBank 061208 741378 9459601 04500

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

IV 1098

1142

11-35/1210 CA
72468

DATE 6/6/2024

PAY TO THE ORDER OF Juan Pacheco

$792.74

Seven Hundred Ninety Two 74/100 DOLLARS

BANK OF AMERICA

ACH R/T 1210003258

FOR Pay Period 5/20 - 6/2

⑈001142⑈ ⑈121000358⑈ 325183131319⑈

Seq: 48
Batch: 103399
Date: 06/20/24

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

Seq:00048 06/20/24
BAT:103399 CC:3180000530
WF:01 TPS:Dallas PT
BC:West Covina BC CA7-130

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1148

11-35/1210 CA
72468

DATE 6/17/2024

PAY TO THE ORDER OF SDG-E

$96.64

Ninety Six 64/100 DOLLARS

BANK OF AMERICA

ACH R/T 121000358

FOR May 2100 0106 1210 1

�串001148�串 ⑈121000358⑈ 325183131319⑈

ENVSN1882 5 bra 061924 0360 N

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1155

11-35/1210 CA
91146

DATE 6/20/2024

PAY TO THE ORDER OF Daniel Diaz — $887-72—

Eight Hundred Eighty Seven 72/100 — DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 6/3 - 6/16

⑈001155⑈ ⑆121000358⑆ 325183131319⑈

⅄ 2 ⅃ 0 0 0 ⅉ 5 8

ⅉ 2 5 ⅃ 8 ⅉ ⅃ ⅉ ⅃ ⅉ ⅃ ⅂

OO⅃⅃55

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
- ImageMatch : Matching account and check number on back (Patent No. 9.240.058)
- MobileMark : Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ENDORSE HERE
X

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1150

11-3571210 CA
72455

DATE 6/20/2024

PAY TO THE ORDER OF Frank Diaz                                $ 551.03

Five Hundred Fifty One 03/100                                DOLLARS

**BANK OF AMERICA**

ACH R.T 121000358

FOR Reimbursements

⑆001150⑆ ⑆121000358⑆ 325183131319⑆

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Security Features exceed industry standards and include:
• Image Match  Matching account and check number
• Ox Lock Padlock is a 220,500
• Mobile Mark  Mobile deposit check mark to indicate check has been deposited via mobile device
• The Security Weave  pattern on back designed to deter fraud
• Microprint  Microprint on front and back
• The words ORIGINAL DOCUMENT across the back
• Photo Safe Deposit  Icon visible on front and back

Do not cash if
• Any of the features listed above are missing or appear altered
• Hollow ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back
• add to Chemical Wash Detection Box

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1152

11-35/1210 CA
91145

DATE 6/20/2024

PAY TO THE ORDER OF Frank Diaz                                    $1,443.10

One Thousand Four Hundred 10/100                          DOLLARS

**BANK OF AMERICA**

ACH R.T 121000358

FOR Pay Period 6/3-6/16

⑂001152⑂ ⑂121000358⑂ 325183131319⑂

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Security Features exceed industry standards and include:
- ImageMatch  Matching account and check number
- on back, Patent No. 6,209,102
- Microprint  Mobile Deposit check mark to indicate check has been deposited via a mobile device
- The Security Weave  pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit  icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Additive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back and in Chemical Wash Detection Box

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1153

11-25/1210 CA
91145

DATE 6/20/2024

PAY TO THE ORDER OF _Joseph Moreno_                                  $ 3,473.20

_Three Thousand Four Hundred Seventy Three_ $\frac{20}{100}$ DOLLARS

**BANK OF AMERICA**

ACH RT 121000358

FOR _Pay Period 6/3-6/16_

⑈0011530⑈  ⑆121000358⑆  325183131319⑈

x _Joe Morano_

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1151

11-35/1210 CA
91146

DATE 6/20/2024

PAY TO THE ORDER OF Taha Aljanabi

$1,870.18

One Thousand Eight Hundred Seventy 18/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 5/20 - 5 6/3 - 6/16

⑆001151⑆ ⑈121000358⑈ 325183131319⑉

JPMorganChaseBank 062408 740902 9470701609332

ords ORIGIN
Sale Deposit

cash if
the features
ve Ink on bar
stains or co
n in Chemical W



ENDORSE
X

CHECK BOX FOR MOBILE REMOTE DEPOSIT

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1154

11-35/1210 CA
91146

DATE 6/20/2024

PAY TO THE ORDER OF __Juan Pacheco__   $497.22

Four Hundred Ninety Seven 22/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 1210003588

FOR Pay Period 6/3-6/13

⑈0011154⑈ ⑆121000358⑆ 325183131319⑈

Security Features exceed industry standards

- Unique Match - Matching number on back
- MembersMark ... check has been ...
- The Security Weave ...
- Microprint ... lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back and in Chemical Wash Detection Box

10/24 11/19

$497.22

DRL CA********

Cash Check

R/T# 540930135

Account 325183131319

CC 0000210 TLR 00006

07/03/2024 11:06

Cash Check

0018

Seq:00173 07/03/24

BAT:198267 CC:3180000210

WT:01 LTPS:Dallas PT

BC:Ramona Main BC CA7-119

Seq: 173
Batch: 198267
Date: 07/03/24

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1160

11-38/1210 CA
81140

DATE 7/3/2024

PAY TO THE ORDER OF Daniel Diaz                    $ 609.13 —

Six Hundred + Nine 13/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 6/13-6/30

⑆001160⑆ ⑉121000358⑉ 325183131319⑈

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY,
JPMorgan Chase Bank, N.A.

X

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1157

11-35/1210 CA
91146

DATE 7/3/2024

PAY TO THE ORDER OF  Taha Aljanabi                    $ 2,741.59

Two Thousand Seven Hundred Forty One 59/100          DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 6/17 - 6/30

⑆0011157⑆ ⑈121000358⑈ 325183131319⑆

ENDORSE

X

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1158

11-35/1210 CA
91146

DATE 7/3/2024

PAY TO THE ORDER OF Frank Diaz          2447325648          $ 1839.85

One Thousand Eight Hundred Thirty Nine 85/100          DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 6/17 - 6/30

⑆001158⑆ ⑆121000358⑆ 325183131319⑈

001458

121000356
375183131164

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
- ImageMatch - Matching account and check number on back (Patent No. 9,240,020)
- MobileMark - Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave - pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit - Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box



ENDORSE HERE

X

CREDITED TO THE A
WITHIN NAMED P
LACK OF ENDORSEMENT
WELLS FARGO BANK

AU 0000985

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1159

11-35/1210 CA
91146

DATE 7/3/2024

PAY TO THE ORDER OF Joseph Moreno $2,816.28

Two Thousand Eight Hundred Sixteen 28/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 6/17 - 6/30

⑈0011159⑈ ⑆121000358⑆ 3251831313 19⑈

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 00771
WELLS FARGO BANK
AU 00771

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1161

11-35/1210 CA
91146

DATE 7/8/2024

PAY TO THE ORDER OF __SDGE__

$ 141.91

One Hundred Forty One 91/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR A/C 2100 0106 1210 1

⑈0011611⑈ ⑆121000358⑈ 325183131319⑈

121000356

325163131319

CAR WASH MANAGEMENT

001161

Security Features exceed industry standards and include:
- ImageMatch™: Matching account and check number on back (Patent No. 9,240,068)
- MobileMark™: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit™ Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ENDORSE HERE

X

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1162

11-35/1216 CA
91146

DATE 7/18/2024

PAY TO THE ORDER OF Juan Pacheco                    $ 1,071.91

One Thousand & Seventy One 91/100                    DOLLARS

BANK OF AMERICA

FOR Pay Period July 1-14

⑆001162⑆ ⑆121000358⑆ 325183131319⑆

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Seq: 2
Batch: 304281
Date: 07/19/24

1000358 001162

325183131319

10/24

DRL CA************

$1,071.91

Cash Check

R/T# 540930135

Account 325183131319

0000210 CC 00004 07/19/2024 14:27

Seq:00002 07/19/24
BAT:304281 CC:3188000210
ETPS:Dallas PT

Security Features exceed industry standards

- ImageMatch - Matching account number on back (Patent No.)
- MobileMark - check has been deposited
- The Security Weave pattern on back designed to deter
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit - Icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1165

DATE 7/18/2024

PAY TO THE ORDER OF Erach Diaz                           $ 1,471.79—

One Thousand Four Hundred Seventy One 79/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 171000358

FOR Pay Period 7/1 – 7/14

⑈001165⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
- ImageMatch™ Matching account and check number on back panel No. 924) use.
- MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device.
- The Security Weave® pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit color visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back feels (ink or has disappeared)
- Brown stains or colored spots appear on both front and back and in Chemical Wash Detection Box

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1164

11-35/1210 CA
91146

DATE 7/18/2024

PAY TO THE ORDER OF Joe Moreno ____ $2,876.51

Two Thousand Eight Hundred Seventy Six 51/100 ____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 7/1 - 7/14

⑈0011164⑈ ⑆121000358⑆ 325183131319⑈

126000358
325183131319
CAR WASH MANAGEMENT

001164

Security Features exceed industry standards and include:
- ImageMatch   Matching account and check number on back (Pattern # 14 060)
- MobileMan   Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave   pattern on back designed to deter fraud
- Microprint (MP) Lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit   Icon visible on front and back

Do not cash if
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box





CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1163

11-35/1210 CA
91146

DATE 7/18/2024

PAY TO THE ORDER OF Taha Aljanabi          $ 1,982.37—

One Thousand Nine Hundred Eighty Two 37/100          DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 7/1 - 7/14

�semicircle0011163⑈ ⑈121000358⑈ 3251831313191⑈

JPMorganChaseBank 072210 741454 947850110474

ENDORSE HERE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1166

11-35/1210 CA
91146

DATE 7/18/2024

PAY TO THE ORDER OF _Adrian Garcia_ $1,504.85—

One Thousand Five Hundred & Four 85/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR _Pay Period 7/1 – 7/14_

⑈001166⑈ ⑆121000358⑆ 325183131317⑈



121000358

325183134319

CAR WASH MANAGEMENT

001166

Security Features exceed industry standards and include:
- ImageMatch: Matching account and check number on back (Patent No. 9,240,033)
- MobileMark: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ENDORSE HERE
X

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1167

11-35/1210 CA
91146

DATE 7/15/2024

PAY TO THE ORDER OF Daniel Diaz

$253.33

Two Hundred Fifty Three 33/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 7/1 — 7/14

⑆001167⑆ ⑆121000358⑆ 325183131317⑈

X _____

☐ CHECK BOX  FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1168

11-35/1210 CA
91145

DATE 7/22/2024

PAY TO THE ORDER OF _Frank Diaz_      $178-69—

One Hundred Seventy Eight 69/100     DOLLARS

**BANK OF AMERICA**

ACH RUT 121000358

FOR _Reimbursements_

⑆001168⑆ ⑈121000358⑈ 325183131319⑈

⌊2⌊000358

325⌊83⌊3⌊3⌊9

CAR WASH MANAGEMENT

**Security Features exceed industry standards and include:**
- ImageMatch: Matching account and check number on back (Patent No. 9,743,088)
- MobileMarker: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit icon visible on front and back

**Do not cash if:**
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box





**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1173

11-35/1210 CA
91146

DATE 8/1/2024

PAY TO THE ORDER OF Adrian Garcia

$ 2,169.65 —

Two Thousand One Hundred Sixty Nine 65/100 _____ DOLLARS  Photo Safe Deposit

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 7/15 - 7/28

⑈0011173⑈ ⑆121000358⑆ 325183131319⑈



121000358

325183131319

CAR WASH MANAGEMENT

001173

Security Features exceed industry standards and include:
- ImageMatch©: Matching account and check number on back (Patent No. 9,240,000)
- MobileMark©: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave© pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit© Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1171

11-35/1210 CA
91146

DATE 8/1/2024

PAY TO THE ORDER OF Joseph Moreno

$ 3,310.39

Three Thousand Three Hundred & Ten 39/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 7/15 - 7/28

⑈001171⑈ ⑆121000358⑆ 325183131319⑈

X

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
ACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
953                                    AU 00953

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1104

11-35/1210 CA
72468

DATE 8/1/2024

PAY TO THE ORDER OF Frank Diaz    $ 300.00

Three Hundred Dollars ———— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR

⑈001104⑈ ⑈121000358⑈ 325183131319⑈

ENDORSE HERE

X

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 009531

**CAR WASH MANAGEMENT, LLC**
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

1105

11-35/1210 CA
72468

DATE 8/1/2024

PAY TO THE ORDER OF Frank Diaz                    $219.41

Two Hundred Nineteen 41/100                DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Reimbursements

⑈0011105⑈ ⑈121000358⑈ 325183131319⑈

ENDORSE HERE
X

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 00953                                    AU 00953

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1170

11-35/1210 CA
91145

DATE 8/1/2024

PAY TO THE ORDER OF Frank Diaz                $ 1,466.72—

One Thousand Four Hundred Sixty Six 72/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 7/15 - 7/28

⑈001170⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.

AU 00953                    AU 00953

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1169

11-35/1210 CA
91146

DATE 8/1/2024

PAY TO THE ORDER OF Taha Aljarabi        $2841.37—

Two Thousand Eight Hundred Forty One 37/100        DOLLARS

BANK OF AMERICA

ACH R.T 121000356

FOR Pay Period 7/15—7/28

⑈001169⑈ ⑆121000358⑆ 325183131319⑈



**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1180

11-35/1218 CA
91146

DATE 8/14/2024

PAY TO THE ORDER OF Adrian Garcia

$ 2,444.87

Two Thousand Four Hundred Forty Four 87/100 DOLLARS

**BANK OF AMERICA**

ACH R/T 121000085

FOR Pay Period 7/29-8/11

⑈001180⑈ ⑈121000358⑈ 325183131319⑈

121000358

325103131319

CAR COACH MANAGEMENT

001160

Security Features exceed industry standards and include:
- ImageMatch . Matching account and check number on back (Patent No. 9 240 048)
- MobileMark . Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave . pattern on back designed to deter fraud
- Microprint (SIP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit . Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back. and in Chemical Wash Detection Box



Seq:00135 08/16/24
BAT:439021 CC:3180001089

Seq: 135
Batch: 439021
Date: 08/16/24

ENDORSE HERE

X

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1176

11-35/1218 CA
91146

DATE 8/14/2024

PAY TO THE ORDER OF Taha Aljanabi    $ 2,339.96 -

Two Thousand Three Hundred Thirty Nine 96/100    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 7/29-8/11

⑈001176⑈ ⑆121000358⑆ 325183131319⑈

X

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

JPMorganChaseBank 081607 741374 9459401052OO

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1178

11-35/1210 CA
91146

DATE 8/14/2024

PAY TO THE ORDER OF Joseph Moreno                    $ 2,699.36—

Two Thousand Six Hundred Ninety Nine 36/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 1210C0358

FOR Pay Period 7/29-8/11

⑅001178⑅ ⑆1210C0358⑆ 32518313131319⑅

ENDORSE HERE

X

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 00771    CHECK BOX FOR MOBILE REMOTE DEPOSIT    AU 00771

NAME OF FINANCIAL INSTITUTION OR AGENT

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1179

11-35/1218 CA
81145

DATE 8/14/2024

PAY TO THE ORDER OF ___Juan Pacheco___ | $825.26—

Eight Hundred Twenty Five 26/100 ___ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 7/29 – 8/11

⑈001179⑈ ⑆121000358⑆ 325183131319⑈

X _____

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Seq: 10
Batch: 439475
Date: 08/16/24

Cash Check
DRL CA**************

Security Features exceed industry standard
• Matchmatch
• MobileMark
• The Security Wire
• Microprint
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit" Icon visible on front and back

Do not cash it:
• Any of the features listed above are missing or appear altered
• Fugitive Ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1175

11-35/1210 CA
91146

DATE 8/14/2024

PAY TO THE ORDER OF Frank Diaz

$ 1,750.34

One Thousand Seven Hundred Fifty 34/100 _____ DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period 7/29-8/11

A. P. Will

⑈001175⑈ ⑆121000358⑆ 325183131319⑈

ENDORSE HERE

X

CREDITED TO THE ACCOUNT
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.

AU 00771                                    AU 00771

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1181

11-35/1210 CA
91146

DATE 8/13/2024

PAY TO THE ORDER OF SDG-E                                        $ 333.93 —

Three Hundred Thirty Three 93/100 ———————— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR 2100 0106 1210 1                    A.P. Will

⑈001181⑈ ⑉121000358⑉ 325183131319⑈

⑆ ⑈ 21000358 ⑆

325163131317

CAR WASH MANAGEMENT

Security Features exceed industry standards and include:
- ImageMatch : Matching account and check number on back (Patent No. 9,240,088)
- MobileMark . Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave. pattern on back designed to deter fraud
- Microprint (MPI) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit - Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

001181

**$197.00**

ENDORSE HERE

X

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1186

11-39/1210 CA
91146

DATE 8/29/2024

PAY TO THE ORDER OF Adrian Garcia

$ 2,445.45

Two Thousand Four Hundred Forty Five 45/100 DOLLARS

**BANK OF AMERICA**

ACH RVT 121000358

FOR Pay Period Aug 12-25

⑈0011186⑈ ⑊121000358⑊ 325183131319⑈

12 10 13 40

3 25 16 3 4 3 6 3 6 9

CAR WASH MANAGEMENT

Security Features exceed industry standards +
• ImageShield    Matching account and check no.
  on back (Patent No. 9 240 048)
• MobileMark    Mobile Deposit check mark form
  check has been deposited via mobile device
• The Security Weave  pattern on back designed
• Microprint 3249 lines printed on front and ba  •
• The words  ORIGINAL DOCUMENT  across the
• Photo Safe Deposit   Icon visible on front an  •

Do not cash if:
• Any of the features listed above are not  ••  •
• Fugitive Ink on back looks desk or is  ••  •
• Brown stains or coloring spots  appear on the
  and in Chemical Wash the techniques



Seq  80111  04  29  24
PA1  405441  03  113088189
A:  81  L  PS  Laila  PT
R  Rancho  Fernando,  85  CA8  163

Seq:  100
Batch:  465493
Date: 08/29/24



**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1182

11-35/1210 CA
91146

DATE 8/29/2024

PAY TO THE ORDER OF __Taha Aljanabi__   $2,482.18—

Two Thousand Four Hundred Eighty Two 18/100 ____ DOLLARS

**BANK OF AMERICA**

ACH R/T 1210C0358

FOR Pay Period 12-25 Aug.

⑈001182⑈ ⑆121000358⑆ 325183131319⑈

X

**CREDITED TO ACCOUNT OF**
**WITHIN NAMED PAYEE**
☐ CH      **FOR DEPOSIT ONLY** DEPOSIT
with **JPMorgan Chase Bank, N.A.**

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1183

11-35/1210 CA
91146

DATE 8/29/2024

PAY TO THE ORDER OF Frank Diaz                    $ 1,440.99

One Thousand Far Hundred Forty 99/100                    DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period Aug 12-25

⑈"001183⑈ ⑈:121000358⑈: 325183131319⑈"

X

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 00771

AU 00771

☐ CHECK BOX  FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1184

11-35/1210 CA
91146

DATE 8/29/2024

PAY TO THE ORDER OF Joseph Moreno          $3,045.27—

Three Thousand & Forty Five 27/100 —————————— DOLLARS

**BANK OF AMERICA**

ACH R/T 121000358

FOR Pay Period Aug 12-25

⑈001184⑈ ⑈121000358⑈ 325183131319⑈

ENDORSE HERE

X

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 00771                              AU 00771

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

DO NOT WRITE OR SIGN BELOW THIS LINE

**CAR WASH MANAGEMENT, LLC**
1701 S GROVE AVE STE E
ONTARIO CA 91761

1185

11-35/1210 CA
91146

DATE 8/29/2024

PAY TO THE ORDER OF _Juan Pacheco_    $ 235.72

_Two Hundred Thirty Five_ 72/100 ———— DOLLARS

BANK OF AMERICA

ACH R/T 121000358

FOR _Pay Period Aug 12-28_

⑈001185⑈ ⑆121000358⑆ 325183131319⑈

**. 21000358**
**125183131319**
CAR WASH MANAGEMENT

Security Features exceed Industry standards and include:
- ImageMatch™: Matching account and check number on back (Patent No 9 740 088)
- MobileMark ©: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave ✦ pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit ✦ icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and/or Chemical Wash Detection Box





ENDORSE HERE
X

☐ CHECK BOX FOR MOBILE/REMOTE DEPOS;

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABE

**SABRA GAS & OIL, INC**
1105 N. GAFFEY ST
SAN PEDRO, CA 90731

5658

16-419W/1220

DATE 5/12/23

PAY TO THE ORDER OF _Car wash mangent_   $ 932.94

_nine hundred thirty two_ 94/100  DOLLARS

HAB BANK 18537 PIONEER BLVD ARTEZIA CA 90701

FOR _Chamical_

⑅005658⑅ ⑈122041989⑈ 0501212933⑈

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

PAY TO THE ORDER OF
BANK OF AMERICA
SAN DIEGO, CA 92121-1754
FOR DEPOSIT ONLY
CAR WASH MANAGEMENT, LLC
328183131319

SABRA GAS & OIL, INC
1105 N. GAFFEY ST
SAN PEDRO, CA 90731

5659

DATE 5/12/23

PAY TO THE ORDER OF _Cur Wosh Murgent_  $ 1704.85

One Thous _____ 85/100 DOLLARS

HAB BANK 18537 PIONEER BLVD ARTEZIA CA 90701

FOR _Chemical_

⑈005659⑈ ⑆122041989⑆ 05012127933⑈

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WITH NAME OF FINANCIAL INSTITUTION ON CHECK ABOVE

PAY TO THE ORDER OF
BANK OF AMERICA
SAN DIEGO, CA 92121-1784
FOR DEPOSIT ONLY
CAR WASH MANAGEMENT, LLC
326183131319



WAREH, INC.
130 W VALLEY BLVD
COLTON, CA 92324

2119

DATE 5-30.2023

PAY TO THE ORDER OF CAR WASH MANAGEMENT   $ 929.75/100

THE SUM 929 DOLLARS

PROVIDENT Bank

FOR

⑆002119⑆ ⑆322270518⑆ 520 2031⑆

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

**PAY TO THE ORDER OF
BANK OF AMERICA
SAN DIEGO, CA 92121-1704
FOR DEPOSIT ONLY
CAR WASH MANAGEMENT, LLC
325183131310**

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK PATTERN ON THE BACK - HOLD AT ANGLE TO VIEW

**H&S Energy Products, LLC**
2860 N. Santiago Blvd
Orange, CA 92867
(714) 761-5426

**Capital One Bank**   65-7198 / 2550

DATE: 06/21/23

CHECK NUMBER: 0011971

PAY EXACTLY THIS AMOUNT

Eighty-Seven Thousand Three Hundred Ninety Dollars  Seven Cents

AMOUNT: ****87,390.07

TO THE ORDER OF

CAR WASH MANAGEMENT LLC
9030 KENAMAR DR, SUITE 315
SAN DIEGO, CA 92121

SIGNATURE HAS A COLORED BACKGROUND

⑈0011971⑈ ⑆255071981⑆ 136129884 1⑈

Seq: 47
Batch: 919039
Date: 06/23/23

Seq:00047 06/23/23
BAT:919039 CC:3180001053
WT:01 LTPS:Dallas PT
BC:Jackson-Hyde Park BC CA0-158



THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK PATTERN ON THE BACK - HOLD AT ANGLE TO VIEW

**H&S Energy Products, LLC**
2860 N. Santiago Blvd
Orange, CA 92867
(714) 761-5426

Capital One Bank    65-7198 / 2550    06/29/23    0012090
DATE    CHECK NUMBER

PAY EXACTLY THIS AMOUNT    AMOUNT

Eighty-Seven Thousand Three Hundred Ninety Dollars  Eight Cents    ****87,390.08

TO THE
ORDER
OF

CAR WASH MANAGEMENT LLC
9030 KENAMAR DR, SUITE 315
SAN DIEGO, CA 92121

SIGNATURE HAS A COLORED BACKGROUND

�串0012090⑪  ⑆255071981⑆  1361298841⑪

Seq: 29
Batch: 036191
Date: 06/30/23

Seq:00029 06/30/23
BAT:036191 CC:3180001053
WT:01 LTPS:Dallas PT
BC:Jackson-Hyde Park BC CA0-158



1826

DB OIL
7494 INDIANA AVE
RIVERSIDE, CA 92504

DATE 6/28/23        16-4123/1220

PAY TO THE ORDER OF Car Wash Management        $ 2774.46

two thousand seven hundred seventy four dollars 46/100 DOLLARS

Bank of Hope

FOR DBoil Indiana 46.

⑈001826⑈ ⑆122041235⑆ ⑈640059402⑈

PAY TO THE ORDER OF
BANK OF AMERICA
SAN DIEGO, CA 92121-1784
FOR DEPOSIT ONLY
CAR WASH MANAGEMENT, LLC
326183131319

1834

**DB OIL**
7404 INDIANA AVE
RIVERSIDE, CA 92504

DATE 7/12/23          1G-4123/1220

PAY TO THE ORDER OF Car Wash Managment                    $ 1945.47

One thousand nine hundred fourty five dollars 47/100 DOLLARS

Bank of Hope

FOR

⑆001834⑆ ⑉122041235⑊ 640059402⑆

PAY TO THE ORDER OF
BANK OF AMERICA
SAN DIEGO, CA 92121-1764
FOR DEPOSIT ONLY
CAR WASH MANAGEMENT, LLC
328163131319

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**WAREH, INC.**
130 W VALLEY BLVD
COLTON, CA 92324

2148

90-7051/3222
14

DATE 9-8-2023

PAY TO THE ORDER OF _CAR WASH MANAGEMENT_   $245.26/100

THE SUN 245 _____ DOLLARS

**PROVIDENT** Bank

FOR _327 755 503_

⑈002148⑈ ⑆322270518⑈   520203⑈

ENDORSE HERE

X

Credited To The Account Of
The Within Named Payee
— Endorsement Guaranteed
☐ CH  Bank of America, N.A.  CTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON THE ABOVE

Seq: 119
Batch: 347431
Date: 09/28/23



PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: 00 | | $1,540.38

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324158537-8513

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O Box 74818
Chicago, IL 60675-4818

WELLS FARGO BANK, NA

13963 6448502 064272 064272 0001/0002 k064260

-156/531

0091634054

September 18, 2023

Pay  ONE THOUSAND FIVE HUNDRED FORTY AND 38/100 —————————————————— DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

13963

$ *****1,540.38

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑈0091634054⑈ ⑆053101561⑆ 8018548167⑈

X _____

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 117
Batch: 347431
Date: 09/28/23

Seq:001117 09/28/23
BAT:347431 CC:318000889
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

Security features on this document include a Micro-Print Border, Artificial Watermark. Absence of these features may indicate alteration.
&Padlock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



WARNING - DO NOT CASH CHECK WITHOUT

NOTING WATERMARK

HOLD To Credited To The Account
For any of The Within Named Payee is a Federal
imprisonment Endoursement Guarantee and ten years
Bank of America, N.A.

Seq: 120
Batch: 347431
Date: 09/28/23

Seq:00120 09/28/23 CC:3180001089
BAT:347431 LIPS:Dallas PT
WT:01 WT:01
BC:Rancho Bernardo BC CAB-163

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**WAREH, INC.**
130 W VALLEY BLVD
COLTON, CA 92324

2144

90-7091/3222
14

DATE 8.23.2023

PAY TO THE ORDER OF _CAR WASH MANAGEMENT_ $373.45/100

THE SUM 373 DOLLARS

**PROVIDENT Bank**
3312 La Sierra Ave., Ste. 105, Riverside, CA 92503 • (800) 442-5201

FOR 324158494/ 34158417

⑂002144⑂ ⑂322270518⑂ 520 2031

ENDORSE HERE

X _____ M'

- Credited To The Account Of ------- M'
- The Within Named Payee
Endorsement Guaranteed
☐ Bank of America, N.A.
CHECK FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON ON LINE ABOVE

Seq: 118
Batch: 347431
Date: 09/28/23

DepositMark™ Mobile Deposit check mark to indicate check has
been deposited via mobile device.

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER-VOID FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

Account: 00

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$4,707.40

LAS VIRGENES MOBIL. INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324158528

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O Box 74818
Chicago, IL 60675-4818

-156/531

0091634055

September 18, 2023

WELLS FARGO BANK, NA
13953 6448502 064273 064273 0002/0002 K054281

Pay   FOUR THOUSAND SEVEN HUNDRED SEVEN AND 40/100 ————————————————   DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

$ ******4,707.40

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑆0091634055⑈ ⑆053101561⑈ 8018548167⑈

ENDORSE HERE

X

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

1409093640

Seq: 116
Batch: 347431
Date: 09/28/23

Seq:0#116  09/28/23  318000089  CA0-163
BAT:347431  CC:318000089  BC
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo

Security features on this document include a Micro-Print Border, Artificial Watermark. Absence of these features may indicate alteration.
Rf'd lock design is a registered trademark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



# United States Treasury 15-51/000   B 455,072,158



Check No.

07 18 23 20092900   KANSAS CITY, MO        4045 30966187
000829997506     4045 30966187 I        20231842900000

Pay to
the order of

CAR WASH MANAGEMENT LLC
CAR WASH MANAGEMENT
% ANDREW WILLIAMS SOLE MBR
9030 KENAMAR DR STE 315
SAN DIEGO CA 92121 2432

$*******68*45

VOID AFTER ONE YEAR



CARW    OGDEN    12/2021    F-940 REF    10
5.18 INT 158 DAYS

⑆4045⑆    ⑈000000518⑈    30966187⑉⑈    050723

WARNING - DO NOT CASH CHECK WITHOUT

NOTING    U.S. TREASURY U.S. TREASURY U.S.    WATERMARK

U.S. TREASURY U.S. TREASURY U.S.

HOLD TO LIGHT TO VERIFY WATERMARK

Forgery of endorsement. This is a Federal crime. Maximum imprisonment. (8-9)

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

Seq: 178
Batch: 396077
Date: 10/02/23

Seq::00178 10/02/23 CC:318000I089
BAT::396077 LTPS:Dallas PT
WT::01 BC CAB-163
BC:Rancho Bernardo BC CAB-163

**State Farm** STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

AUTO INJURY

INJ CA OFFICE  PAGECNTQ.P74INJ

JPMORGAN CHASE BANK, NA  56-1544/441
COLUMBUS, OH

1 23 018108 J

DATE  09-18-2023
MM DD YYYY

CLAIM NO 75-54P8-66Z

LOSS DATE 08-15-2023

INSURED CHENG, JIAQI & GAO, XIALEI

**EXACTLY FOUR THOUSAND FIVE HUNDRED FORTY-SEVEN AND 07/100 DOLLARS

$*****4,547.07

Pay to the
Order of: CAR WASH MANAGEMENT LLC

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

⑈23170181108⑈ ⑆044115443⑆    777145194⑈

MUST BE ENDORSED BY ALL PAYEES

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

This Notice Only. For our Service Providers:
By endorsing this _____ agree not to use or
disclose any personal customer information received from us unless
necessary for the services we requested

Seq: 181
Batch: 396077
Date: 10/02/23

Seq:00181 10/02/23
BAT:396077 CC:31800001089
WT:01 LTPS:Dallas-PT
BC:Rancho Bernardo BC CA0-163

2959

**MINA H MAKSIMOUS**
MARKET PLACE
PH. 760-328-8353
34021 DATE PALM DR
CATHEDRAL CITY, CA 92234-6860

DATE 9-25-23

90-8578/3222

PAY TO THE ORDER OF Car Wash Management $620.00

Six hundred twenty 00/100 Only DOLLARS

PACIFIC PREMIER BANK

FOR Inv#329/58674

Vivia Maksimous

⑈002959⑈ ⑆322285781⑆ 171719576 7⑈

ENDORSE HERE

CHECK HE

Credited To The Account Only
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DO NOT WRITE

Seq: 180
Batch: 396077
Date: 10/02/23

Seq: 00180  10/02/23
BAT:396077 CC:318000001009
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

Security Features:

INV# 324158444

1388

**H & M OIL, INC**
670 N ARCHILBALD AVE
ONTARIO CA 91764

DATE 8-22-23

90-4371/1222

PAY TO THE ORDER OF CAR WASH MANAGEMGNT   $ 616.42

Six Hundred Sixteen Dollers. 42/100   DOLLARS

GOLDEN STATE BANK

FOR

⑈001388⑈ ⑈122243716⑈ 006209527⑈

ENDORSE HERE

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

☐ CHECK HERE FOR DEPOSIT ONLY

DATE _____

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Seq: 179
Batch: 396077
Date: 10/02/23

**Account: 00**

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**$764.31**

35/1210

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324158642

Please Direct Any Questions To
(855) 739-0858
ONLINE BANKING - BILL PAYMENT

BANK OF AMERICA, N.A.
04460 6822004 015496 015496 0001/0002 k015456

**0000008861**

**October 06, 2023**

Pay SEVEN HUNDRED SIXTY FOUR AND 31/100 ——————————————————— DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

04460

$ *******764.31

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈008861⑈ ⑆121000358⑆ 325026624679⑈ 189

Credited To The Account Of

x The Within Named Payee

Endorsement Guaranteed

Bank of America N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 40
Batch: 619049
Date: 10/18/23

Security features on this document include a Micro-Print Border. Artificial Watermark. Absence of these features may indicate alteration. Padlock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**WAREH, INC.**
130 W VALLEY BLVD
COLTON, CA 92324

2164

90-7051/3222
14

DATE 10.29.2023

PAY TO THE ORDER OF  CAR WASH MANAGEMENT                    $ 245. 00/100

THE SUM 245                                               DOLLARS

**PROVIDENT Bank**
3312 La Sierra Ave., Ste. 105, Riverside, CA 92503 • (800) 442-5201

FOR _____

⑈002164⑈ ⑈322270518⑈    520 203 ⑈

ENDORSE HERE

X      · Credited To The Account Of
       The Within Named Payee
       Endorsement Guaranteed
       Bank of America, N.A.
☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Seq: 120
Batch: 924123
Date: 11/09/23

ENDORSE HERE

MobileMa -

1868

DB OIL
7494 INDIANA AVE
RIVERSIDE, CA 92504

DATE 8/23/23   16-4123/1220

PAY TO THE ORDER OF Car Wash Management   $ 585.62

five hundred eighty five dollars 62/100   DOLLARS

Bank of Hope
(808) 811 8272
ba.bankhope.com
Bank SWIFT Code: HANAUS3L

FOR

⑈001868⑈ ⑆122041235⑆ ⑈640059402⑈

Seq: 122
Batch: 924123
Date: 11/09/23

Credited To The Account O:
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

Seq:00122 11/09/23
BAT:924123 CC:3180001089
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, AVOID FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**                                                                                                    **$480.31**

-156/531

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O Box 74618
Chicago, IL 60675-4618

**0098248532**

MEMO: Invoice#324158812

WELLS FARGO BANK, NA

**October 26, 2023**

03296 8907535 003306 003306 0001/0001 k003296

Pay  FOUR HUNDRED EIGHTY AND 31/100 ————————————————————————  DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

03296

$ *******480.31

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑆0098248532⑆ ⑆053101561⑆ 8018548167⑈

41649047

X

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 119
Batch: 924123
Date: 11/09/23

Seq:00119 11/09/23 CC:31880917089
BAT:924123 LTPS:Dallas P7:
WT:01 Rancho Bernardo CC CA3-163
BC:Rancho Bernardo CC CA3-163

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration,
3Padlock design is a certification mark of Check Payment Systems Association

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



3708

**Moniko CONSTRUCTION & PLUMBING**

9030 KENAMAR DR STE 316
SAN DIEGO, CALIFORNIA 92121
(619) 962-6145

DATE 10/30/2023

PAY TO THE ORDER OF Car Wash Management                    $ 1,500.00

One thousand five hundred and 00/100 _____ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR warehouse racks

Oscar Moya

⑈003708⑈ ⑆322271627⑈   873821255⑈

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

Seq: 118
Batch: 924123
Date: 11/09/23





LOAD THIS DIRECTION

Seq: 121
Batch: 924123
Date: 11/09/23

KNOW YOUR ENDORSER
This is not a travelers check. Do not cash for

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.
Payee's Endorsement:

**MOBILE DEPOSIT PROHIBITED**

DO NOT CASH UNLESS THE MACHINE PRINTED DOLLARS LOOK LIKE THIS

✳✳✳ [] 1 2 3 4

EXAMPLE ONLY. YOUR DOLLAR AMOUNT MAY DIFFER.

Seq:091121 11/09/23 CC:3180001089 LTPS:Callias PT:_ BC:Rancho Bernardo BC CA3-1

LOAD THIS DIRECTION

**PURCHASER'S AGREEMENT**
Upon purchasing this money order, you agree to all terms on the money order and to this contract. You agree to immediately fill in payee's name, the date, your name and address. This Original Purchaser's Copy is your proof of purchase. An $18.00 service fee applies to issuing a refund when applicable or a copy of the paid money order. At minimum forty five (45) days must lapse following purchaser's date before a refund may be issued. No stop payment will be issued against any money order. Fill in before leaving premises. If lost or stolen in blank, purchaser shall not have recourse against issuer.

**ADMINISTRATIVE SERVICE CHARGES**
If this money order is not presented to issuer for payment within one year (three years in California) from the date of purchase, a non-refundable service charge shall be deducted from the face amount of this instrument where not otherwise prohibited by law. The monthly charge is 35 cents (25 cents in California) from the date of purchase. Accrued service charges will be capped at $29.40 ($21.00 in California).

**PROHIBITED / IMPERMISSIBLE USE BY APPOINTED AGENTS**
The business or person appointed as an agent is prohibited from using Continental Express money orders to pay personal or business obligations. Such wrongful use is an abuse of agent's authority for which the agent alone, shall be solely liable to you. Continental Express reserves the right to dishonor this money order if it's been used in any prohibited or impermissible manner. In the event of dishonor, your only recourse shall be against the original debtor.



**BEAR VALLEY ROAD AND 2ND AVENUE LLC**
1536 SOUTH ALAMEDA STREET
LOS ANGELES, CA 90021

18-3939/1220

503

DATE _Oct. 25, 2023_

PAY TO THE ORDER OF _CAR WASH MANAGEMENT_ | $ _147,650.88_

_One hundred forty seven thousand six hundred fifty + 88/100_ _____ DOLLARS

**Hanmi Bank**
www.hanmi.com
1-855-773-8778

MEMO _Inv 324156991_

⑈122039399⑈0503⑈500405554⑈

ENDORSE HERE

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

CHECK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Seq: 21
Batch: 941973
Date: 11/10/23

A FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**Cucamonga Valley Water District**
10440 Ashford Street
Rancho Cucamonga, CA 91730
Phone: (909) 987-2591

WELLS FARGO BANK
11-24/1210(6)

| Vendor Number | Check Number | Check Date |
|---|---|---|
| 2397 | 141477 | 11/02/2023 |

\*\*\* Five Hundred And Fifty-Two Dollars And Seven Cents \*\*\*

$552.07

PayTo
The
Order Of

CAR WASH MANAGEMENT LLC
9030 KENAMAR DRIVE SUITE 315
SAN DIEGO, CA 92121

————————————— MP

————————————— MP

BORDER CONTAINS MICROPRINTING

⑈00141477⑈ ⑆121000248⑆4159289925⑈

Seq: 22
Batch: 941973
Date: 11/10/23

Seq:00022 11/10/23
BAT:941973 CC:3180001089
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.



Account: 00    PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER    $438.28

35/1210

LAS VIRGENES MOBIL INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0856
ONLINE BANKING - BILL PAYMENT

0000008897

November 08, 2023

MEMO: Job#1015123863

BANK OF AMERICA, N.A.

Pay  FOUR HUNDRED THIRTY EIGHT AND 28/100 —————————————————    DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

09161

$  *******438.28

Vod After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

⑈008897⑈ ⑆121000358⑆ 325026624679⑈ 189

ENDORSE HERE

419921788

X _____

Credited To The Account Of
The Within Named Payee
DO NOT Endorsement Guaranteed THIS LINE
Bank of America, N.A.
FOR FINANCIAL INSTITUTED USE.

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK – HOLD AT AN ANGLE TO VIEW



**Cucamonga Valley Water District**
10440 Ashford Street
Rancho Cucamonga. CA 91730
Phone: (909) 987-2591

| WELLS FARGO BANK 11-24/1210(6) | Vendor Number | Check Number | Check Date |
|---|---|---|---|
| | 2397 | 141554 | 11/16/2023 |

\*\*\* Five Hundred And Ten Dollars And Sixty-One Cents \*\*\*

$510.61

PayTo The Order Of

CAR WASH MANAGEMENT LLC
7776 TRADE STREET
SUITE E
SAN DIEGO, CA 92121

— MP

— MP

BORDER CONTAINS MICROPRINTING

⑈OO141554⑈ ⑆121000248⑆4159289925⑈

Seq: 73
Batch: 111751
Date: 11/25/23

Seq:00073 11/25/23
BAT:111751 CC:3180001089
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

Credited To The Account Of
The Within Named Payee -
Endorsement Guaranteed
Bank of America, N.A.

**BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY**

1314 DOUGLAS STREET, SUITE 1400
OMAHA, NEBRASKA 68102-1944
(402) 916-3691

11-24
1210

WELLS FARGO BANK, N.A.
OMAHA, NE

| Check Date | Check No. |
|---|---|
| 11/21/2023 | 8800408769 |

PAY EXACTLY ONE THOUSAND SIX HUNDRED FORTY THREE DOLLARS & 04/100

TO THE ORDER OF

CAR WASH MANAGEMENT LLC

| Check Amount |
|---|
| $******1,643.04 |

CAR WASH MANAGEMENT LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121

⑈8800408769⑈ ⑆121000248⑈ 4121985691⑈

Seq: 205
Batch: 184403
Date: 12/01/23

Seq:00205 12/01/23
BAT:184403 CC:3180000917
WT:01 LTPS:Dallas PT
BC:Lemon Grove BC CA0-149

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**H.G. FENTON PROPERTY COMPANY**
**COMMERCIAL OPERATING ACCOUNT**
7577 Mission Valley Road
San Diego, CA 92108

US BANK
633 W. 5th Street
Los Angeles, CA 90071

90-3582
1222

| Date | Check No. | Check Amount |
|---|---|---|
| 11/29/2023 | 002913 | 7,664.10 |

Seven Thousand Six Hundred Sixty Four AND 10/100 Dollars

VOID IF NOT CASHED WITHIN 180 DAYS WITHIN DATE OF ISSUE

Pay to the order of:

Car Wash Management

7776 Trade Street Suite E
San Diego, CA 92121

⑆002913⑈ ⑆122235821⑆ 1575346891??⑆

Seq: 206
Batch: 184403
Date: 12/01/23

Seq:00206 12/01/23
BAT:184403 CC:3180000917
WT:01 LTPS:Dallas PT
BC:Lemon Grove BC CA0-149



PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: 00

$15.14

-156/531

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: sales tax for Invoice#324158925

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O Box 74618
Chicago, IL 60675-4618

WELLS FARGO BANK, NA
00652 6363630 012675 012675 0002/0002 k012663

0002412196

November 17, 2023

Pay FIFTEEN AND 14/100 —————————————————————————————————— DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

$ ********15.14

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑈000241219⑈ ⑉0531015611⑉ 80185481671⑈

421649622

Seq: 152
Batch: 202321
Date: 12/02/23

Seq:00152 12/02/23
BAT:202321 CC:318000?0
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

x
Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features on this document include a MicroPrint Border, Artificial Watermark.
Absence of these features may indicate alteration.
*MicroPrint design is a certification mark of Check Payment Systems Association
* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: 00

$779.40

-156/531

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O Box 74618
Chicago, IL 60675-4618

0001977163

November 15, 2023

WELLS FARGO BANK, NA
03652 6363530 012674 012674 0001/0002 k012662

Pay SEVEN HUNDRED SEVENTY NINE AND 40/100 ----------------------------------------------- DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

03652

$ *******779.40

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS.

AUTHORIZED SIGNATURE

⑈0001977163⑈ ⑆053101561⑆ 8018548167⑈

4216496235

Credited To The Account Of

x    The Within Named Payee

Endorsement Guaranteed

Bank of America, N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 153
Batch: 202321
Date: 12/02/23

EC::Rancho Bernardo BC CAD-163

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



Account: 00

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$1,914.20

-156/531

LAS VIRGENES MOBIL, INC
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324158948 foam &wax

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P.O. Box 74818
Chicago, IL 60675-4818

WELLS FARGO BANK, NA
14686 6632562 014606 014658 0001/0001 014686

0003499443

November 27, 2023

Pay  ONE THOUSAND NINE HUNDRED FOURTEEN AND 20/100 ———————————— DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

14686

$ *****1,914.20

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS.

AUTHORIZED SIGNATURE

⑆0003499443⑆ ⑈053101561⑈ 8018548167⑈

ENDORSE HERE

X————Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
————Bank of America, N.A.
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**                                                                                          **$326.31**

-156/531

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324158952-24158959

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O Box 74618
Chicago, IL 60675-4618

**WELLS FARGO BANK, NA**
08749 8701782 008761 008781 0001/0001 k008749

**0003905179**

**November 29, 2023**

Pay  THREE HUNDRED TWENTY SIX AND 31/100 ————————————————————————  DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

08749

$ *******326.31

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑈0003905179⑈ ⑆053101561⑆ 8018548167⑈

Case 25-90005-CL   Filed 09/04/25   Entered 09/04/25 14:29:25   Doc 12-3   Pg. 390 of 453

425974368

Seq: 82
Batch: 311215
Date: 12/11/23

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE

Seq:00082  12/11/23
BAT:311215  CC:318000017
WT:01  LTPS:Dallas PT
BC:Lemon Grove BC CA0-149

Security features on this document include a Micro Print
Border, Artificial Watermark,
Absence of these features may indicate alteration.

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**

**$1,006.82**

35/1210

Please Direct Any Questions To
(855) 739-0856
ONLINE BANKING - BILL PAYMENT

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

**0000008933**

MEMO: Invoice#324158974

**December 07, 2023**

BANK OF AMERICA, N.A.
05884 8467890 005695 005696 0001/0001 k005884

Pay  ONE THOUSAND SIX AND 82/100 ———————————————————————————————    **DOLLARS**

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

05884

$ *****1,006.82

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈008933⑈ ⑆121000358⑆ 3250266246 79⑈ 189

425802497

Seq: 81
Batch: 311215
Date: 12/11/23

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Seq:00081  12/11/23
BAT:311215  CC:3180000917
WT:01 LTPS:Dallas PT
BC:Lemon Grove BC CA0-149

Security features on this document include a Micro-Print Border, Artificial Watermark.
Absence of these features may indicate alteration.

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**Cucamonga Valley Water District**
Cucamonga Valley Water District
10440 Ashford Street
Rancho Cucamonga, CA 91730
Phone: (909) 987-2591

WELLS FARGO BANK
11-24/1210(8)

| Vendor Number | Check Number | Check Date |
|---|---|---|
| 2397 | 141651 | 12/07/2023 |

\*\*\* Two Hundred And Sixty-One Dollars And Forty-One Cents \*\*\*

$261.41

PayTo
The
Order Of

CAR WASH MANAGEMENT LLC
7776 TRADE STREET
SUITE E
SAN DIEGO, CA 92121

— MP

— MP

BORDER CONTAINS MICROPRINTING

⦙⦙"OO⅃4⅃65⅃"⦙ ⦙:⅃2⅃OOO 248⦙:4⅃59 2899 25"⦙



Seq: 83
Batch: 311215
Date: 12/11/23

Seq:00083 12/11/23
BAT:311215 CC:3180000917
WT:01 LTPS:Dallas PT
BC:Lemon Grove BC CA0-149

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**AMINDER SINGH RANDHAWA**
**DBA WEST HILLS CHEVRON**
22756 VANOWEN ST
WEST HILLS, CA 91307-2648

5329

16-24/1220 11358

DATE 12-15-23

PAY TO THE ORDER OF _CARWASH MANAGEMENT_ $ 40795 XX/XX

Forty thousend seven hundred ninety five — DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _____

№0000005329  ⑆122002479⑆  629643402 7⑈

Seq: 97
Batch: 411179
Date: 12/19/23

Seq:00097 12/19/23
BAT:411179 CC:3180801089
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

**Redwood Fire and Casualty Insurance Company**
PO BOX 31361
OMAHA, NE 68131
(402) 916-3800

WELLS FARGO N.A.
91-24
7/19

| Check Date | Check No. |
|---|---|
| 12/08/2023 | 1710323 |

VOID IN 6 MONTHS

$********7,477.43

PAY: SEVEN THOUSAND FOUR HUNDRED SEVENTY SEVEN DOLLARS & 48/100

TO THE ORDER OF:

CAR WASH MANAGEMENT LLC

_Steven R. Hansen_

Two signatures required

⌐0001710323⌐ ⑆121000248⑆ 4295819734⌐

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.
MUST BE ENDORSED BY ALL PAYEES

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE



ORIGINAL DOCUMENT

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

HOLD AT AN ANGLE TOWARD LIGHT TO VERIFY ARTIFICIAL WATERMARK ON BACK

**FIONA MA, CPA, TREASURER**
**STATE OF CALIFORNIA**
SACRAMENTO

ACCOUNT - NUMBER - SERIAL
045 - 7530639

90-1342
1211

Pay Exactly:   *Five Hundred Sixty-Two and NO/100 Dollars*

PAY TO THE ORDER OF

| ISSUE DATE | CHECK AMOUNT |
|---|---|
| 01-04-24 | $**********562.00** |

DEPARTMENT OF MOTOR VEHICLES

CAR WASH MGMT LLC
7776 TRADE ST STE E
SAN DIEGO    CA 92121

By _Jennie Chang_

⑈0045⑈  ⑆1211134231⑆  075306393 ⑈

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

THIS WARRANT MUST BE ENDORSED BY PAYEE EXACTLY AS DRAWN
AND WHEN MADE PAYABLE TO MORE THAN ONE PAYEE EACH PAYEE
MUST ENDORSE.

Payees Signature Endorsement

Batch: 8031

Date: 01/24

ENDORSE ABOVE THIS LINE

01/24/24  CC:318001889
45 LTPS:Dallas PT
81 BC:Rancho Bernardo BC  CAB-163
BAT:8031
WT:81

2012

**DB OIL**
7494 INDIANA AVE
RIVERSIDE, CA 92504

DATE 1/17/24                16-4123/1220

PAY TO THE ORDER OF _Car Wash Management_                              $ 5830.77

_five thousand eight hundred thirty dollars 77/000_ DOLLARS

**Bank of Hope**
(888) 811-6272
bankofhope.com

FOR _Invo # 32(1)50)019_

⑈002012⑈  ⑈122046235⑈  ⑈640059402 ⑈

Seq: 78
Batch: 803145
Date: 01/24/24

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A. *REMOTE DEPOSIT*

Seq:03073 01/24/24
BAT:803145 CC:3180001089
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA8-163

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**WAREH, INC.**
130 W VALLEY BLVD
COLTON, CA 92324

2184

90-7051/3222
14

DATE 1-5-2024

PAY TO THE ORDER OF CAR WASH MANAGEMENT                    $ 245,00/100

THE SUM 245                                    DOLLARS

**PROVIDENT** Bank
3312 La Sierra Ave., Ste 105, Riverside, CA 92503 • (800) 442-5201

FOR _____

⑃002184⑃ ⑆322270518⑆ 520 203 1⑃

ENDORSE HERE

X Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

Seq: 80
Batch: 803145
Date: 01/24/24

**1143**

**CHASE ○**
JPMorgan Chase Bank, N.A.
www.Chase.com
90-7162/3222

**VIP QUICK CAR WASH AND LUBE, INC.**
17985 BEAR VALLEY RD
HESPERIA, CA 92345

1/19/2024

PAY TO THE
ORDER OF    Car Wash Management

$ **1,377.67

One Thousand Three Hundred Seventy-Seven and 67/100******************************************************************    DOLLARS

Car Wash Management

MEMO

AUTHORIZED SIGNATURE

Invoice #324159172

⑈001143⑈ ⑆322271627⑈    260792590⑈

) ENDORSE HERE

◯  CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE_____

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER. HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**AMINDER SINGH RANDHAWA**
**DBA WEST HILLS CHEVRON**
22756 VANOWEN ST
WEST HILLS, CA 91307-2648

5432

16-24/1220 11358

DATE *1-29-24*

PAY TO THE ORDER OF *CAR WASH MANAGEMENT*        $ *52027 81/xx*

*Fifty two thousand twenty seven* ————  DOLLARS *81/00*

Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _____

⑈000000 5432⑈  ⑆1 2200 0247⑆  6296434027⑈

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

Seq: 8
Batch: 861851
Date: 01/30/24

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**WAREH, INC.**
130 W VALLEY BLVD
COLTON, CA 92324

2193

80-7051/3222
14

DATE _2-1-2024_

PAY TO THE ORDER OF _CAR WASH MANAGEMENT_                          $375, 00/100

_THE SUM 375_                                          DOLLARS

**PROVIDENT** Bank
3312 La Sierra Ave, Ste 105, Riverside, CA 92503 • (800) 442-5201

FOR _____

⑈002193⑈ ⑆322270518⑆ 520 2031⑈

ENDORSE HERE

X

M

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

Seq: 50
Batch: 982197
Date: 02/08/24

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**

**$498.55**

-156/531

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324159206

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O Box 74616
Chicago, IL 60675-4618

WELLS FARGO BANK, NA
08667 4694965 006879 006879 0001/0001 x006667

**0017290904**

**February 14, 2024**

Pay  FOUR HUNDRED NINETY EIGHT AND 55/100 ————————————————————————  DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

06667

$ *******498.55

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑈0017290904⑈ ⑆053101561⑆ 8018548167⑈

ENDORSE HERE

44241 3834

X Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 13
Batch: 170383
Date: 02/26/24

Security features on this document include a Micro-Print Border, Artificial Watermark. Absence of these features may indicate alteration.

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 324159210**

**$251.39**

7051/3222

WAREH, INC.
130 W. VALLEY BLVD.
COLTON, CA 92324

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center

**0000995842**

**March 12, 2024**

PROVIDENT SAVINGS BANK
11517 5264060 011529 011529 0001/0001 K011517

Pay  TWO HUNDRED FIFTY ONE AND 39/100 ——————————————————  DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGEMENT
7776 TRADE ST STE E
SAN DIEGO, CA 92121-2424

11517

$ *******251.39

Void After  180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈995842⑈ ⑆322270518⑆ 520203⑈

ENDORSE HERE

X ───────────────────

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 57
Batch: 444151
Date: 03/22/24

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association.

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

**1721**

MINA H MAKSIMOUS
MARKET PLACE
PH. 760-328-8353
34021 DATE PALM DR
CATHEDRAL CITY, CA 92234-6860

90-8578/3222

DATE 12-31-23

PAY TO THE ORDER OF _Car Wash Management_ $373.59

_Three hundred seventy three 59/100 Only_ DOLLARS

PACIFIC PREMIER BANK

FOR _INV #324159035_

Vivian Maksimous

⑈00⑈721⑈ ⑆322285781⑆ 171719576 7⑈

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America. N.A.

Seq: 56
Batch: 444151
Date: 03/22/24

2097

DB OIL
7494 INDIANA AVE
RIVERSIDE, CA 92504

DATE 3/23/24                16-4123/1220

PAY TO THE ORDER OF Car Wash Management _____ $720.73

Seven hundred twenty dollars ____ 73/100 ____ DOLLARS

Bank of Hope
(DIR) 811-8272
bankofhope.com
Bank SWIFT Code NARAUS6L

FOR _____

⑈00 20 9 7⑈ ⑆1 2 20 4 1 2 35⑈ ⑈6400594021⑈



Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, VOID FEATURE, SIMULATED WATERMARK, REVERSE SIDE MICROPRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**                                                                                    **$1,211.00**

35/1210

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945                    Please Direct Any Questions To
                                            (855) 739-0858
                                            ONLINE BANKING - BILL PAYMENT                    0000009051

MEMO: Invoice#324159331                                                                      **April 09, 2024**

                                            BANK OF AMERICA, N.A.
                                            08535 5695865 026626 026626 0003/0003 k026814

Pay  ONE THOUSAND TWO HUNDRED ELEVEN AND 00/100 ———————————————————                          DOLLARS

TO      CAR WASH MANAGMENT                                                        $ *****1,211.00
THE     8030 KENAMAR DR STE 315
ORDER   SAN DIEGO, CA 92121-2432                                                  Void After 180 DAYS.
OF                                                                               *Signature On File*
                                                                                 This check has been authorized
                                                                                 by your depositor

⑆009051⑆ ⑈121000358⑈ 3250266246 79⑈ 189

454473647

Seq: 11
Batch: 635863
Date: 04/16/24

Security features on this document include a Micro-Print Border, Artificial Watermark. Absence of these features may indicate alteration.

* FEDERAL RESERVE BOARD OF GOVERNORS REG CC

X

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America N.A.
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

BAT-615863 CC-3180001083

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**

**$2,085.58**

35/1210

Please Direct Any Questions To
(855) 739-0858
ONLINE BANKING - BILL PAYMENT

**0000009047**

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324159367

BANK OF AMERICA, N.A.

**April 08, 2024**

06535 5895865 026624 026624 0001/0003 k026612

Pay  TWO THOUSAND EIGHTY FIVE AND 58/100 ------------------------------------------------    DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

06535

$ *****2,085.58

Void After  180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈0090047⑈  ⑆121000358⑆  3250 266 24679⑈  189

454473649

Seq: 9
Batch: 635863
Date: 04/16/24

X Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America N.A
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Seq:01169 04/16/24
BAT:635863 CC:318000?089

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

 Cucamonga Valley Water District

**Cucamonga Valley Water District**
10440 Ashford Street
Rancho Cucamonga, CA 91730
Phone: (909) 987-2591

WELLS FARGO BANK
11-24/1210(8)

| Vendor Number | Check Number | Check Date |
|---|---|---|
| 2397 | 142332 | 04/11/2024 |

\*\*\* Four Hundred And Eighty-Five Dollars And Fifty-Five Cents \*\*\*

$485.55

PayTo
The
Order Of

CAR WASH MANAGEMENT LLC
7776 TRADE STREET
SUITE E
SAN DIEGO, CA 92121

— MP

— MP

BORDER CONTAINS MICROPRINTING

⌐⁰00142332⁰⌐  ⌐:121000248:415928992511⁰

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

Seq: 12
Batch: 635863
Date: 04/16/24

PAPER IS ALTERATION PROTECTED WITH A COLORED BACKGROUND - NOT A WHITE BACKGROUND

Moller Retail Inc.
6591 Collins Drive, Ste. E-11
Moorpark, CA 93021
(805) 299-8200

City National Bank
Oxnard, CA

04/10/24 — DATE —
0130519 — CHECK NUMBER —

PAY EXACTLY THIS AMOUNT

Seven Thousand Ninety-Seven Dollars  Nine Cents

AMOUNT
****7,097.09

TO THE
ORDER
OF

CAR WASH MANAGEMENT LLC
7776 TRADE STREET SUITET E
SAN DIEGO, CA 92121

PAPER HAS A TRUE WATERMARK VISIBLE ON FRONT AND BACK

⑈0130519⑈  ⑆122016066⑆ 031090385⑈

**Please endorse here**

X    Credited To The Account Of

The Within Named Payee

~~Endorsement Guaranteed~~

Bank of America, N.A.

Do not write, stamp or sign below this line

Reserved for financial institution use

Seq: 8
Batch: 635863
Date: 04/16/24

**Account:  00**

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**$559.72**

35/1210

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0856
ONLINE BANKING - BILL PAYMENT

**0000009050**

MEMO: Invoice#324159386

BANK OF AMERICA, N.A.

**April 09, 2024**

06535 5695885 026625 026625 0002/0003 K026613

Pay  **FIVE HUNDRED FIFTY NINE AND 72/100** ———————————————————————  **DOLLARS**

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

$ ********559.72

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑆009050⑆ ⑈121000358⑈ 3250266246 79⑆ 189

454473648

Seq:   10
Batch: 635863
Date: 04/16/24

x

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America NA
DO NOT WRITE STAIN OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features on this document include a Micro-Print
Border, Artificial Watermark
Absence of these features may indicate alteration.

* FEDERAL RESERVE BOARD OF GOVERNORS REG CC

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

**Account: 00**

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**$1,737.25**

35/1210

Please Direct Any Questions To
(855) 739-0858
ONLINE BANKING - BILL PAYMENT

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

**0000009072**

MEMO: Invoice#324159377

BANK OF AMERICA, N.A.

13168 7052310 048099 048099 0002/0002 k046087

**May 01, 2024**

Pay ONE THOUSAND SEVEN HUNDRED THIRTY SEVEN AND 25/100 ——————————————— DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

$ ******1,737.25

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈009072⑈ ⑆121000358⑆ 3250266246791⑈ 189

ENDORSE HERE

X _____

—————Credited To The Account Of————

The Within Named Payee

Endorsement Guaranteed

Bank of America, N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

4586680766

Seq: 74
Batch: 784055
Date: 05/07/24

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER–VOID FEATURE–SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**   **$245.00**

35/1210

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0858
ONLINE BANKING - BILL PAYMENT

0000009073

MEMO: Invoice#324169500

BANK OF AMERICA, N.A.
12668 7067801 012680 012680 0001/0001 kO12668

**May 03, 2024**

Pay  TWO HUNDRED FORTY FIVE AND 00/100 ————————————————————  DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

12668

$ *******245.00

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈009073⑈ ⑆121000358⑆ 3250266246 79⑈ 189

Case 25-90005-CL   Filed 09/04/25   Entered 09/04/25 14:29:25   Doc 12-3   Pg. 432 of 453

459956113

Seq: 75
Batch: 784055
Date: 05/07/24

Seq:00075 05/07/24
BAT:784055 CC.3180000000
WT.01 LTPS:Dallas PT

Bank of America, N.A.
Endorsement Guaranteed
The Within Named Payee
X Credited To The Account Of

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features on this document include a Micro-Print Border, Artifical Watermark.
Absence of these features may indicate alteration.
Padlock design is a trademark of Check Payment Systems Association.
* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

Cucamonga Valley Water District

**Cucamonga Valley Water District**
10440 Ashford Street
Rancho Cucamonga, CA 91730
Phone: (909) 987-2591

| | WELLS FARGO BANK 11-24/1210(8) | Vendor Number 2397 | Check Number 142466 | Check Date 05/02/2024 |

*** Eight Hundred And Seventy-Three Dollars And Forty-Two Cents ***

$873.42

PayTo
The
Order Of

CAR WASH MANAGEMENT LLC
7776 TRADE STREET
SUITE E
SAN DIEGO, CA 92121

— MP

— MP

BORDER CONTAINS MICROPRINTING

⑈00142466⑈  ⑆121000248⑆415928992 5⑈

Credited To The Account Of -
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

Seq: 72
Batch: 784055
Date: 05/07/24



PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: 00

$251.49

35/1210

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0856
ONLINE BANKING - BILL PAYMENT

0000009069

MEMO: Invoice#324159477

BANK OF AMERICA, N.A.
13168 7052310 046098 046098 0001/0002 k046088

April 30, 2024

Pay  TWO HUNDRED FIFTY ONE AND 49/100 ———————————————————————    DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

13168

$ *******251.49

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

⑈00906⑈ ⑆121000358⑆ 3250266246⑈ 189

ENDORSE HERE

X _____

_____
Credited To The Account Of
The Within Named Payee
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
Endorsement Guaranteed
RESERVED FOR FINANCIAL INSTITUTION USE
Bank of America, N.A.
_____

Seq: 73
Batch: 784055
Date: 05/07/24

4586807767

Security features on this document include a Micro-Print Border, Artificial Watermark. Absence of these features may indicate alteration. Padlock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



ENDORSE HERE

X          Credited To The Account Of
           The Within Named Payee
           —— Endorsement Guaranteed ——
           Bank of America, N.A.

325 83133 1319

Seq: 11
Batch: 830139
Date: 05/13/24

PAPER IS ALTERATION PROTECTED WITH A COLORED BACKGROUND - NOT A WHITE BACKGROUND

Moller Retail Inc.
6591 Collins Drive, Ste. E-11
Moorpark, CA 93021
(805) 299-8200

City National Bank
Oxnard, CA

05/13/24 — DATE
0130746 — CHECK NUMBER

PAY EXACTLY THIS AMOUNT

AMOUNT

Eleven Thousand One Hundred Fifty-Nine Dollars  Twenty-Four Cents

****11,159.24

TO THE
ORDER
OF

CAR WASH MANAGEMENT LLC
7776 TRADE STREET SUITET E
SAN DIEGO, CA 92121

PAPER HAS A TRUE WATERMARK VISIBLE ON FRONT AND BACK

⑃0130746⑃   ⑆122016066⑈ 031090385⑈

Please endorse here

X___ Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.
Do not write, stamp or sign below this line
Reserved for financial institution use

Seq: 91
Batch: 870589
Date: 05/17/24

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**Cucamonga Valley Water District**
Cucamonga Valley Water District
10440 Ashford Street
Rancho Cucamonga, CA 91730
Phone: (909) 987-2591

WELLS FARGO BANK
11-24/1210(8)

| Vendor Number | Check Number | Check Date |
|---|---|---|
| 2397 | 142578 | 05/23/2024 |

\*\*\* Six Hundred And Ninety-Three Dollars And Twenty-Five Cents \*\*\*

$693.25

Pay To
The
Order Of

CAR WASH MANAGEMENT LLC
7776 TRADE STREET
SUITE E
SAN DIEGO, CA 92121

— MP

— MP

BORDER CONTAINS MICROPRINTING

⌐°°⌐

⑈°00142578⑈° ⑈:121000248⑈:4159289925⑈°

Seq:  125
Batch:  979653
Date:  06/03/24

SEQ 06.25 06 03 24
BA 979653 CC.3160001089
W. B1 TIPS Dallas PT
PC Rancho Bernardo BC CA0-163

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.



PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account: 00

$740.00

Please Direct Any Questions To
(855) 739-0856
ONLINE BANKING - BILL PAYMENT

35/1210

0000009094

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324159601

BANK OF AMERICA, N.A.

06338 7391524 006348 006348 0001/0001 k006338

May 30, 2024

Pay   SEVEN HUNDRED FORTY AND 00/100 ———————————————————————————   DOLLARS

TO
THE
ORDER
OF

'CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

06338

$ *******740.00

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑆009094⑆ ⑈121000358⑈ 325026624679⑈ 189

466346693

ENDORSE HERE

Credited To The Account Of
X _____
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 3
Batch: 994159
Date: 06/05/24

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association

☆ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

PAPER IS ALTERATION PROTECTED WITH A COLORED BACKGROUND - NOT A WHITE BACKGROUND

Moller Retail Inc.
6591 Collins Drive, Ste. E-11
Moorpark, CA 93021
(805) 299-8200

City National Bank
Oxnard, CA

05/30/24 | 0130886
— DATE — | — CHECK NUMBER —

PAY EXACTLY THIS AMOUNT | AMOUNT

One Thousand Seven Hundred Sixty-Eight Dollars  Twenty-Four Cents | *****1,768.24

TO THE
ORDER
OF

CAR WASH MANAGEMENT LLC
7776 TRADE STREET SUITET E
SAN DIEGO, CA 92121

PAPER HAS A TRUE WATERMARK VISIBLE ON FRONT AND BACK

⑈0130886⑈  ⑆122016066⑆ 031090385⑈

Please endorse here

X _____

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Do not write stamp or sign below this line
Bank of America, N.A.
Reserved for financial institution use

Seq: 2
Batch: 994159
Date: 06/05/24

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

Cucamonga Valley Water District

**Cucamonga Valley Water District**
10440 Ashford Street
Rancho Cucamonga, CA 91730
Phone: (909) 987-2591

WELLS FARGO BANK
11-24/1210(8)

| Vendor Number | Check Number | Check Date |
|---|---|---|
| 2397 | 142664 | 06/06/2024 |

*** Two Hundred And Forty-Five Dollars And Zero Cents ***

$245.00

Pay To The Order Of

CAR WASH MANAGEMENT LLC
7776 TRADE STREET
SUITE E
SAN DIEGO, CA 92121

MP

MP

BORDER CONTAINS MICROPRINTING

⑈00142664⑈ ⑆121000248⑆4159289925⑈

Seq: 73
Batch: 030743
Date: 06/10/24

Seq:00073 06/10/24
BAT:030743 CC:3180001089
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: KENDALL CARWASH**  $3,977.00

-156/531

MAGNUS RETAIL INC
4887 E LA PALMA AVE STE 707
ANAHEIM, CA 92807-1958

Please Direct Any Questions To
877-246-7923
Payment Processing Center
P O. Box 74618
Chicago, IL 60675-4618

0048128845

June 07, 2024

MEMO: 324169372

WELLS FARGO BANK, NA

03650 7467589 003662 003662 0001/0001 k003650

Pay  THREE THOUSAND NINE HUNDRED SEVENTY SEVEN AND 00/100 ———————————  DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGEMENT
7778 TRADE ST STE E
SAN DIEGO, CA 92121-2424

03650

$ ******3,977.00

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS.

AUTHORIZED SIGNATURE

⑈0048128845⑈ ⑆053101561⑈ 8018775539⑈

476031195

Seq: 72
Batch: 030743
Date: 06/10/24

ENDORSE HERE

x

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq:00072 06/10/24
BAT:030743 CC:3183331089
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

PAPER IS ALTERATION PROTECTED WITH A COLORED BACKGROUND - NOT A WHITE BACKGROUND

Moller Retail Inc.
6591 Collins Drive, Ste. E-11
Moorpark, CA 93021
(805) 299-8200

City National Bank
Oxnard, CA

| 06/07/24 | 0130928 |
|---|---|
| DATE | CHECK NUMBER |

PAY EXACTLY THIS AMOUNT

AMOUNT

Nine Hundred Eighty-Three Dollars  Sixty-Three Cents

****983.63

TO THE
ORDER
OF

CAR WASH MANAGEMENT LLC
7776 TRADE STREET SUITET E
SAN DIEGO, CA 92121

PAPER HAS A TRUE WATERMARK VISIBLE ON FRONT AND BACK

⑈0130928⑈  ⑆122016066⑈ 031090385⑈

Seq: 26
Batch: 086469
Date: 06/17/24

Please endorse Credited To The Account Of
x    The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

Do not write, stamp or sign below this line
Reserved for financial institution use

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW



**Cucamonga Valley Water District**
10440 Ashford Street
Rancho Cucamonga, CA 91730
Phone: (909) 987-2591

| | WELLS FARGO BANK 11-24/1210(B) | Vendor Number | Check Number | Check Date |
|---|---|---|---|---|
| | | 2397 | 142790 | 06/27/2024 |

*** Seven Hundred And Eight Dollars And Nineteen Cents ***

$708.19

PayTo
The
Order Of

CAR WASH MANAGEMENT LLC
7776 TRADE STREET
SUITE E
SAN DIEGO, CA 92121

— MP

— MP

BORDER CONTAINS MICROPRINTING

⑂⁰0014279⑂⁰ ⑈121000248⑈⑈4159289925⑈