Seq: 177
Batch: 181889
Date: 07/02/24

Seq 00177 07 02 24
BA: 181889 CC 3188881889
WI.81 LIPS Dallas PI
BC:Rancho Bernardo BC CA3 163

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

**DB OIL**
7494 INDIANA AVE
RIVERSIDE, CA 92504

2210

DATE 7/3/24                16-4123/1220

PAY TO THE ORDER OF  Car Wash Managment                    $ 4,290.66

four thousand two hundred ninety dollars 66/100 DOLLARS

**Bank of Hope**
(868): 811-6272
bankofhope.com
Bank SWIFT Code: MARAUSLL

FOR DB OIL

⑆002210⑆ ⑉122041235⑉ ⑆6400594021⑆

**ENDORSE HERE**

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

( ) CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE _____

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Seq: 39
Batch: 232701
Date: 07/09/24

The security features listed below, as well as those
not listed, exceed industry guidelines.

Security Features:
MicroPrinture
Chemically Sensitive Paper
Security Screen

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



47235974 3

X _____

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

**DO NOT WRITE STAMP OR SIGN BELOW THIS LINE**
**RESERVED FOR FINANCIAL INSTITUTION USE**

Seq: 85
Batch: 240511
Date: 07/10/24

Security features on this document include a Micro-Print Border. Artificial Watermark. Absence of these features may indicate alteration.
Padlook design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**                                                                **$553.83**

35/1210

Please Direct Any Questions To
(855) 739-0856
ONLINE BANKING - BILL PAYMENT                                **0000009133**

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324159748-3                    BANK OF AMERICA, N.A.            **July 05, 2024**

03701 3101935 014131 014131 0003/0005 k014119

Pay  FIVE HUNDRED FIFTY THREE AND 83/100 ———————————————————  DOLLARS

TO
THE        CAR WASH MANAGMENT
ORDER      9030 KENAMAR DR STE 315                                    $ *******553.83
OF         SAN DIEGO, CA 92121-2432

                                                                Void After 180 DAYS.
                                                                *Signature On File*
                                                          This check has been authorized
                                                                by your depositor

⑈009133⑈ ⑆121000358⑆ 3250 266 24679⑈ 189

ENDORSE HERE

X ___Credited To The Account Of___
___The Within Named Payee___
___Endorsement Guaranteed___
___Bank of America, N.A.___

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

47235974

Seq: 83
Batch: 240511
Date: 07/10/24

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
DPa Bock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



**Account: 00**

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**$674.68**

35/1210

LAS VIRGENES MOBIL. INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0856
ONLINE BANKING - BILL PAYMENT

**0000009135**

**July 05, 2024**

MEMO: Invoice#324159725

BANK OF AMERICA, N.A.
03701 3101935 014133 014133 0005/0005 x014121

Pay  SIX HUNDRED SEVENTY FOUR AND 68/100 ————————————————— DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

$ ********674.68

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈009135⑈ ⑆121000358⑆ 325026624679⑈ 189

4723597740

ENDORSE HERE

X
Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 81
Batch: 240511
Date: 07/10/24

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**                                                                 **$350.11**

                                                                                  35/1210

Please Direct Any Questions To
(855) 739-0856
**ONLINE BANKING - BILL PAYMENT**                                      **0000009131**

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324159666                                                **July 05, 2024**

BANK OF AMERICA, N.A.
03701 3101935 014129 014129 0001 0005 k014117

Pay  THREE HUNDRED FIFTY AND 11/100 ——————————————————————                     **DOLLARS**

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

03701

$ *******350.11

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈009131⑈ ⑆121000358⑆ 3250 2662 4679⑈ 189

ENDORSE HERE

X _____

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

4723597744

Seq: 84
Batch: 240511
Date: 07/10/24

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
®Padlock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



**PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER**

Account: 00    $307.22

35/1210

Please Direct Any Questions To
(855) 739-0856
ONLINE BANKING - BILL PAYMENT

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

0000009134

MEMO: Invoice#324159750-3

BANK OF AMERICA, N.A.
03701 3101935 014132 014132 0004/0005 k014120

July 05, 2024

Pay  THREE HUNDRED SEVEN AND 22/100 ————————————————    DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

$  *******307.22

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑆009134⑆ ⑇121000358⑇ 325026624679⑈ 189

X   Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 82
Batch: 240511
Date: 07/10/24

Security features on this document include a Micro-Print Border. Artificial Watermark. Absence of these features may indicate alteration. Padlock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**WAREH, INC.**
130 W VALLEY BLVD
COLTON, CA 92324

2238

90-7051/3222
14

DATE 7-8-2024

PAY TO THE ORDER OF _CAR WASH MANEAMENT_                    $ 538.49

THE SUM 538 _____ DOLLARS

**PROVIDENT Bank**
3312 La Sierra Ave., Ste. 108, Riverside, CA 92503 • (800) 442-5201

FOR _____

⑈002238⑈ ⑈322270518⑈     520203⑈

ENDORSE HERE

X    Credited To The Account Of
     The Within Named Payee
     ——— Endorsement Guaranteed
     Bank of America, N.A.

Seq: 229
Batch: 279113
Date: 07/16/24



Seq:  93
Batch:  323579
Date:  07/23/24

Seq:00093 07/23/24
BAT:323579 CC:3189982352
WT:9) LTPS:Dallas PT
SC:Carmel Mountain BC CA6-216

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

Account: 00

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$815.57

-156/531

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Inmvoice#324159817

Please Direct Any Questions To
(855) 739-0858
Payment Processing Center
P.O. Box 74818
Chicago, IL 60675-4818

WELLS FARGO BANK, NA

00510 3307734 001639 001639 0002/0002 k001827

0055688399

July 26, 2024

Pay  EIGHT HUNDRED FIFTEEN AND 57/100 ————————————————————   DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

$ ********815.57

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑈0055688399⑈  ⑆053101561⑈  8018775539⑈

4774673460

ENDORSE HERE

X _____

_____

_____

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Bank of America, N.A.
The Within Named Guarantee
Endorsement
Credited to the Within
Prior Endorsee
Account Of

Seq: 88
Batch: 356507
Date: 07/29/24

Security features on this document include a Micro-Print Border, Artificial Watermark. Absence of these features may indicate alteration.
*Padlock design is a certification mark of Check Payment Systems Association.

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**

**$2,375.43**

-156/531

LAS VIRGENES MOBIL INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O. Box 74618
Chicago, IL 80675-4618

**0055419114**

MEMO: Invoice#324169794

WELLS FARGO BANK, NA

**July 25, 2024**

00510 3307734 001636 001836 0001/0002 k001626

Pay  TWO THOUSAND THREE HUNDRED SEVENTY FIVE AND 43/100 ———————————————  DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

00510

$ ******2,375.43

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑈0055419114⑈ ⑆053101561⑆ 801877553⑈

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Security features on this document include a Micro-Print Border, Artificial Watermark.
Absence of these features may indicate alteration.
*Padlock design is a certification mark of Check Payment Systems Association.

Seq: 87
Batch: 356507
Date: 07/29/24

4774673347

ENDORSE HERE

X

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** 00                                          **$178.44**

35/1210

Please Direct Any Questions To
(855) 739-0858
ONLINE BANKING - BILL PAYMENT

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

**0000009159**

MEMO: Invoice#324159798

BANK OF AMERICA, N.A.

**August 01, 2024**

13462 3361703 013474 013474 0001/0001 k013462

Pay  ONE HUNDRED SEVENTY EIGHT AND 44/100 —————————————————— DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

13462

$ *******178.44

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈009159⑈ ⑆121000358⑆ 3250266246 79⑈ 189

ENDORSE HERE

4789906663

X  Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 129
Batch: 439021
Date: 08/16/24

Security features on this document include a Micro-Print Border. Artificial Watermark. Absence of these features may indicate alteration. The Padlock Design is a certification mark of Check Payment Systems Association.

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**

**$702.28**

-156/531

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O Box 74818
Chicago, IL 60875-4818

**0058505749**

MEMO: Invoice#324159832

WELLS FARGO BANK, NA

01824 7942184 007035 007035 0002/0002 k007023

**August 12, 2024**

Pay  SEVEN HUNDRED TWO AND 28/100 ———————————————————————————— DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

$ ********702.28

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑈0058505749⑈ ⑆053101561⑈ 8018775539⑈

ENDORSE HERE

Credited To The Account Of

x    The Within Named Payee

Endorsement Guaranteed

Bank of America, N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 156
Batch: 444667
Date: 08/19/24



Security features on this document include a Micro-Print
Border, Artifical Watermark
Absence of these features may indicate alteration
Padlock design

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



Account: 00

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$885.83

-156/531

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

MEMO: Invoice#324159855

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O Box 74618
Chicago, IL 60675-4618

WELLS FARGO BANK, NA

01824 7942184 007034 007034 0001/0002 k007022

0058505748

August 12, 2024

Pay  EIGHT HUNDRED EIGHTY FIVE AND 83/100 ———————————————   DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

01824

$ *******885.83

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑈0058505748⑈ ⑆053101561⑆ 8018775539⑈

ENDORSE HERE

Credited To The Account Of
The Within Named Payee

X

Endorsement Guaranteed

Bank of America, N.A.

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

4835549967

Seq: 155
Batch: 444667
Date: 08/19/24

Security features on this document include a Micro-Print
Border, Artificial Watermark
Absence of these features may indicate alteration

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

2262

**DB OIL**
7494 INDIANA AVE
RIVERSIDE, CA 92504

DATE 8/26/24

16-4123/1220

PAY TO THE ORDER OF Carwash Managment

$ 3,177.41

three thousand one hundred seventy seven dollars 41/100 DOLLARS

Bank of Hope
(888) 811-5272
bankofhope.com
Bank SWIFT Code: NARAUS6L

FOR DB Oil

⑈002262⑈ ⑆122041235⑆ ⑈6400594021⑈

Seq: 22
Batch: 464107
Date: 08/28/2...

CHECK HERE AFT...

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DO NOT W...
DATE

REMOTE DEPOSIT

SIGN BELOW THIS LINE

ENDORSE HERE

Seq:00022  08/28/24

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

The security features listed here, as well as those
not listed exceed industry guidelines.

Security Features              Results of document alteration

Security Screen

4161

I-10 MOBIL
43411 MONROE ST
INDIO, CA 92201-2025

DATE 8-19-24    90-8578/3222

PAY TO THE ORDER OF _Car Wash Management_ _____ $ 245.00

Two hundred forty five 00/100 Only _____ DOLLARS

PACIFIC PREMIER BANK
866-843-4070
WWW.PPBI.COM

INV
FOR #324159908

⑈004161⑈ ⑈322285781⑈ 1517200316⑈

ENDORSE HERE

To The Account Of
within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT _____ DATE_____
NAME OF FINANCIAL INSTITUTION

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ★

Seq: 23
Batch: 464107
Date: 08/28/24

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, VOID FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO PRINT BORDER

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 00**

**$352.72**

LAS VIRGENES MOBIL, INC.
4830 LAS VIRGENES RD
CALABASAS, CA 91302-1945

Please Direct Any Questions To
(855) 739-0856
Payment Processing Center
P O. Box 74618
Chicago, IL 80675-4618

-156/531

**0060139907**

WELLS FARGO BANK, NA
04409 7821470 004421 004421 0001/0001 k004409

**August 23, 2024**

Pay   THREE HUNDRED FIFTY TWO AND 72/100 ——————————————————————————————   DOLLARS

TO
THE
ORDER
OF

CAR WASH MANAGMENT
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

04409

$ *******352.72

REMITTANCE VOID IF NOT CASHED WITHIN  90 DAYS.

AUTHORIZED SIGNATURE

⑆0060139907⑆ ⑆053101561⑆ 8018775539⑈

ENDORSE HERE

X _____

_____

_____

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 31
Batch: 470069
Date: 08/31/24

Security features on this document include a Micro-Print Border, Artificial Watermark. Absence of these features may indicate alteration. &Padlock design is a certification mark of Check Payment Systems Association

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**VENUS ENERGY INC**
SHELL - DIAMOND BAR
3241 S BREA CANYON RD
DIAMOND BAR, CA 91765

2231

DATE 08/26/2024

PAY TO THE ORDER OF _CARWASH MANAGEMENT_    $ 274.19/100

Two Hundred Seventy Four & 19/100 $ —————    DOLLARS

GOLDEN BANK
2827 PARK AVENUE, SUITE 10A
TUSTIN, CA 92782

FOR INV # 32415 97 88

⑆002231⑆ ⑇113015500⑇ 492497⑈

Seq: 30
Batch: 470069
Date: 08/31/24

# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



Bank of America

# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



**BANK OF AMERICA**    Counter Deposit **CREDIT**

90 ☐ Customer Connection  82 ☐ (AZ)  36 ☐ (AR)  84 ☑ (CA)  76 ☐ (CT)  30 ☐ (MI)  34 ☐ (MO)  87 ☐ (NV)  61 ☐ (NH)  74 ☐ (TX)  53 ☐ (VA)  50 ☐ (WA&C)  99 ☐ (WASH)

79 ☐ (FL)  58 ☐ (GA)  86 ☐ (ID)  32 ☐ (IL)  31 ☐ (IN)  33 ☐ (IA)  35 ☐ (KS)  88 ☐ (ME)  52 ☐ (MD)  77 ☐ (MA)  39 ☐ (PA)  89 ☐ (RI)  57 ☐ (SC)  63 ☐ (TN)

55 ☐ (NJ)  38 ☐ (NM)  81 ☐ (NY)  56 ☐ (NC)  37 ☐ (OK)  97 ☐ (OR)

00-14-3074B  11-2020

Name Travis Beaudoin

(Please Print)

Address 9030 Kenamar dr STE 315

(Please Print)

City/State/Zip Code San Diego CA 92121

(Please Print)

Telephone ( ) N/A

X _____

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

Date 6-23-23

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required.

Deposits may not be available for immediate withdrawal.

Cash ▶

Checks ▶ 87390.07

Subtotal ▶

Less Cash ▶

Location/Store/Serial # (For Business customers only)

Proof Code  Account Number

84 325 183131319

Total Deposit $ 87390.07

⑆ 5409501311 ⑆                    5

Enter This Total On The Front Of This Ticket

Dollars

Cents

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

Seq:00046 06/23/23
BAT:919039 CC:3180001053
WT:01 LTPS:Dallas PT
BC:Jackson-Hyde Park BC CA0-158

Seq: 46
Batch: 919039
Date: 06/23/23

Do not write in this area

06/23/2023 15:21 NCA T00060  R540930135
Acct# *******1319 CC 0001053 Tlr 00005
HOLDS APPLIED SEE HOLD NOTICE
Deposit            DDA            $87,390.07
Credit Pending Posts on          06/23/2023
Available Now                         $0.00

IntRef        1U999X76AM4C848138FT7C6

**BANK OF AMERICA**

**Counter Deposit    CREDIT**

90 ☐ Customer Connection  82 ☐ (AZ)  36 ☐ (AR)  84 ☒ (CA)  76 ☐ (CT)  30 ☐ (AL)  34 ☐ (MO)  87 ☐ (NV)  61 ☐ (NH)  74 ☐ (TX)  53 ☐ (VA)  50 ☐ (WA)  99 ☐ (WASH)

79 ☐ (FL)  58 ☐ (GA)  86 ☐ (ID)  32 ☐ (IL)  31 ☐ (IN)  33 ☐ (IA)  35 ☐ (KS)  88 ☐ (NM)  52 ☐ (MD)  77 ☐ (MA)  39 ☐ (PA)  89 ☐ (RI)  57 ☐ (NC)  63 ☐ (TN)

55 ☐ (NJ)  38 ☐ (NM)  81 ☐ (NY)  56 ☐ (NC)  37 ☐ (OK)  97 ☐ (OR)

00-14-3074B  10-2022

Name  *Car Wash Managemt*

Address  *9030 Kenamer 'OF*  (Please Print)

City/State/Zip Code  *San Drego CA92121*  (Please Print)

Telephone (    *N/A*

Date  *6-30-23*

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required

Deposits may not be available for immediate withdrawal.

Cash ▶

Checks ▶

Subtotal ▶

Location/Store/Serial # (For Business customers only)

Proof Code: Account Number

*84 325183131319*

⑆540950136⑈

Total Deposit  $  *87390.08*

5



Enter This Total On The Front Of This Ticket

Dollars

Cents

10.
9.
8.
7.
6.
5.
4.
3.
2.
1.

Seq:00028 06/30/23
BAT:036191 CC:3180001053
WT:01 LTPS:Dallas PT
BC:Jackson-Hyde Park BC CA0-158

Seq: 28          Do not write in this area
Batch: 036191
Date: 06/30/23

Tran 00070    06/30/2023    15:07
Entity NCA   CC 0001053 Tlr 00005
Account              ********1319
R/T# 540930135
Deposit                    $67,390.08

IntRef        1V999X76AM4C2481380FT943

# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Bag #: _____

DATE: 9/25/2023

DEPOSIT TICKET

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

$  6958.84

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

⑆540930106⑆ 325183131319⑉





FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Bag #: _____

DATE: 10/2/2023

**DEPOSIT TICKET**

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | 12301508 | 459.07 |
| | 2959 | 620.00 |
| | 1355 | 616.42 |
| | 30966187 | 765.45 |
| TOTAL | | 5851.94 |

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

BANK OF AMERICA

ACH R/T 121000358

$  5851.94

⑆540930106⑆ 325183131319⑈





1V999X76AM7A6V98CV8A8T

IntRef

TOT

Deposit $5,851.94

R/T# 540930135

Account ********1319

Entity NCA CC 0001089 Tlr 00008

Tran 0049 10/02/2023 11:17

177 10/02/23

BAT 396077 CC 3180001089

:01 LTPS:Dallas PT

BC:Rancho Bernardo BC CA8-163

TOTAL

Seq: 177

Batch: 396077

Date: 10/02/23

Seq: 39
Batch: 619049
Date: 10/18/23

Sca:00039 10/18/23
BAI:619049 CC:318000 352

Tran 00040    10/18/2023    11:35
Entity NCA   CC 0002352 Tlr 00011
Account          *********1319
R/TN 540930135
Deposit                              $764.31

IntRef          1V999X76AMC3T290V1591





Seq: 117
Batch: 924123
Date: 11/09/23

Seq:00117  11/09/23
BAT:924123  CC:315000089
WT:01 LTPS Dallas RT
BC:Rancho Bernardo BC CA0-163

Tran 000360  11/09/2023    10:01
Entity NCA  CQ 0001089 Tlr 00004
Account          ********1319
R/T# 5009201235
Deposit                        $3,197.20

IntRef          1V999X76AM7A6V96456912



FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: Jon

Deposited By: Jon

Bag #:

DATE: 11/10/2023

DEPOSIT TICKET

| | CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | 1 503 | 1476 50 | 88 |
| | 2 14 74 77 | 552 | 07 |

TOTAL 6202.95

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED LIST EACH CHECK SEPARATELY

BANK OF AMERICA

ACH R/T 121000358

$ 14820 2.95

⑆540930106⑆ 325183131319⑈



Seq: 20
Batch: 941973
Date: 11/10/23

Seq: 00020  11/10/23
BAT:941973  CC:3T8880  089
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA8-163

Tran 000110  11/10/2023    10:49
Entity NCA  CC 0001089 Tlr 00004
Account          *********1319
R/TH 540930135
Deposit                $148,202.95

IntRef          1V999X76AM2FV2CTOF8AXC9T

# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.





FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED

Prepared By: Sam

Deposited By: Sam

Bag #:

DATE 11/25/2023

DEPOSIT TICKET

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | 141554 | 510 61 |

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000388

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

TOTAL

$ 510.61.

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE
RECEIVED FOR DEPOSIT SUBJECT TO
THE PROVISIONS OF THE UNIFORM
COMMERCIAL CODE OR ANY
APPLICABLE COLLECTION
AGREEMENT. DEPOSITS MAY NOT BE
AVAILABLE FOR IMMEDIATE
WITHDRAWAL.

⑈540930106⑈ 325183131319⑈



Seq: 72
Batch: 111751
Date: 11/25/23

Seq: 0072 11/25/23
BAT: 111751 CC: 3T8090 089
WT: 01 LTPS: Dallas PT
BC: Rancho Bernardo BC CA0 163

Tran 000210  11/27/2023    15:23
Entity NCA  CC 0001089 Tlr 00002
Account        ********1319
R/T# 540930135
Deposit                        $510.61

IntRef        1V999X76AMC3T28CF255F

**BANK OF AMERICA**

Counter Deposit **CREDIT**

98 ☐ Customer Connection  82 ☐ (AZ)  36 ☐ (AR)  84 ☒ (CA)  76 ☐ (CT)  30 ☐ (MI)  34 ☐ (MO)  87 ☐ (NV)  61 ☐ (NH)  74 ☐ (TX)  53 ☐ (VA)  50 ☐ (WASH)  99 ☐ (WATT)

79 ☐ (FL)  58 ☐ (GA)  86 ☐ (ID)  32 ☐ (IL)  31 ☐ (IN)  33 ☐ (IA)  35 ☐ (KS)  88 ☐ (ME)  52 ☐ (MD)  77 ☐ (MA)  39 ☐ (PA)  89 ☐ (RI)  57 ☐ (SC)  63 ☐ (TN)

55 ☐ (NJ)  38 ☐ (NM)  81 ☐ (NY)  56 ☐ (NC)  37 ☐ (OH)  97 ☐ (OR)

00-14-3074B  10-2022

Name  *Carwash Management*

(Please Print)

Address  *9030 Kenamir DR-135*   Date *12/01/23*

(Please Print)

City/State/Zip Code  *San Diego CA 92121*

(Please Print)

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required

Telephone (     )   *m*

Deposits may not be available for immediate withdrawal.

Cash ▶

Checks ▶   *9,307.14*

Subtotal ▶

Location/Store/Serial # (For Business customers only)   Proof Code  Account Number

*84 325183131319*

Total Deposit $   *9,307.14*

⑈540950631⑈   5

Enter This Total On The Front Of This Ticket

10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Dollars

Cents

Seq: 204       Do not write in this area
Batch: 184403
Date: 12/01/23

Seq:00204  12/01/23
BAT:184403  CC:3180000917
WT:01  LTPS:Dallas PT
BC:Lemon Grove BC CA0-149

Tran 00121     12/01/2023     14:39
Entity NCA   CC 0000917 Tlr 00013
Account            ********1319
R/TH 540930135
Deposit                          $9,307.14

IntRef        1V999X76AM7A6V9C1918V9



FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

DEPOSIT TICKET

CURRENCY
COINS
CHECKS LIST EACH SEPARATELY

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

⑆540930106⑆ 325183131319⑈

$    794.54

TOTAL 794.54

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

Date: 12/02/23
Batch: 202321
Seq: 151

TOTAL

Tran 00132 12/04/2023 13:18
Entity NCA CC 0001089 Tlr 00900
Account ********1319
R/T# 540930135
Deposit $794.54

IntRef 1V999X76AMC3T2914775X

# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



**Bank of America**

**BANK OF AMERICA**

**Counter Deposit  CREDIT**

90 ☐ Customer Connection  82 ☐ (AZ)  36 ☐ (AR)  88 ☑ (CA)  76 ☐ (CT)  38 ☐ (MI)  34 ☐ (MO)  87 ☐ (NV)  61 ☐ (NH)  74 ☐ (TX)  53 ☐ (VA)  50 ☐ (WASH)  99 ☐ (WASH)

79 ☐ (FL)  58 ☐ (GA)  86 ☐ (ID)  32 ☐ (IL)  31 ☐ (IN)  33 ☐ (IA)  35 ☐ (KS)  88 ☐ (ME)  52 ☐ (MD)  77 ☐ (NM)  39 ☐ (PA)  89 ☐ (RI)  57 ☐ (SC)  63 ☐ (TN)

55 ☐ (NJ)  38 ☐ (NM)  81 ☐ (NY)  56 ☐ (NC)  37 ☐ (OK)  97 ☐ (OR)

00-14-3074B  10-2022

Name  Car wash management.
(Please Print)

Date  12/11/23

Address  9030 Kenmar Dr. Ste 315
(Please Print)

City/State/Zip Code  San Diego CA  92121
(Please Print)

Telephone ( )

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required

Deposits may not be available for immediate withdrawal.

Cash ▶  2000.—

Checks ▶  1006 82
326.31
261.41

Subtotal ▶  3594.54

Total Deposit $  3594.54

Location/Store/Serial # (For Business customers only)  Proof Code  Account Number

84325 /83131319

⑈540950 13⑈  5

Enter This Total On The Front Of This Ticket

10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Dollars

Cents

Seq:00079 12/11/23
BAT:311215 CC:3180000917
WT:01 LTPS:Dallas PT
BC:Lemon Grove BC CA0-149

Seq: 79
Batch: 311215
Date: 12/11/23

Do not write in this area

Tran 00409   12/11/2023   16:36
Entity NCA   CC 0000917 Tlr 00001
Account        ********1319
R/T# 540930135
Deposit                              $3,594.54

IntRef        1V999X76AM7A6V96A66X15

**BANK OF AMERICA** 〰

Counter Deposit    **CREDIT**

90 ☐ Customer Connection   82 ☐ (AZ)   36 ☐ (AR)   84 ☒ (CA)   76 ☐ (CT)   36 ☐ (MI)   34 ☐ (MO)   87 ☐ (NV)   61 ☐ (NH)   74 ☐ (TX)   53 ☐ (VA)   50 ☐ (W, DC)   99 ☐ (WA, NT)

79 ☐ (FL)   58 ☐ (GA)   86 ☐ (ID)   32 ☐ (IL)   31 ☐ (IN)   33 ☐ (IA)   35 ☐ (KS)   88 ☐ (ME)   52 ☐ (MD)   77 ☐ (MA)   39 ☐ (PA)   89 ☐ (RI)   57 ☐ (SC)   63 ☐ (TN)

55 ☐ (NJ)   38 ☐ (NM)   81 ☐ (NY)   56 ☐ (NC)   37 ☐ (OK)   97 ☐ (OR)

00-14-3074B   10-2022   o-account

Name _Car Wash Management, LLC_
(Please Print)

Address _7776 Trade st. ste E_
(Please Print)     Date _12/19/2023_

City/State/Zip Code _San Diego, Ca 92121_
(Please Print)

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required

Telephone ( )

Deposits may not be available for immediate withdrawal.

Cash ▶

Checks ▶     _40,795.—_

_Aw_     Subtotal ▶

Location/Store/Serial # (For Business customers only)   Proof Code Account Number

_84 3251 83131 319_     Total Deposit $     _40,795.—_

⑆540950⑆⑈     5     _Aw_



Seq: 96          Do not write in this area

Batch: 411179

Date: 12/19/23

Seq:00096 12/19/23
BAT:411179 CC:3180001089
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo BC CA0-163

Tran 00141    12/19/2023    16:53
Entity NCA   CC 0001089 Tlr 00008
Account         *******1319
R/T# 540930135
Deposit                    $40,795.00

IntRef        1V999X76AM4C847T72027A8

# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



**BANK OF AMERICA**

**Counter Deposit CREDIT**

90 ☐ Customer Connection  82 ☐ (AZ)  36 ☐ (AR)  84 ☑ (CA)  76 ☐ (CT)  36 ☐ (MT)  34 ☐ (MO)  87 ☐ (NN)  61 ☐ (NH)  74 ☐ (TN)  53 ☐ (VA)  58 ☐ (WA)  99 ☐ (WWI)

79 ☐ (FL)  58 ☐ (GA)  86 ☐ (ID)  32 ☐ (IL)  31 ☐ (IN)  33 ☐ (IA)  35 ☐ (KS)  88 ☐ (ME)  52 ☐ (MD)  77 ☐ (MM)  39 ☐ (PA)  89 ☐ (RI)  57 ☐ (SC)  63 ☐ (TX)

55 ☐ (NJ)  38 ☐ (NM)  81 ☐ (NV)  56 ☐ (NC)  37 ☐ (OK)  97 ☐ (OR)

00-14-3074B  10-2022  0-000000

Name _Car Wash Management LLC_ (Please Print)

Address _7776 Trade St. Suite E_ (Please Print)

City/State/Zip Code _San Diego CA 92121._ (Please Print)

Telephone _(808) 465 2291._

Date _1/24/24._

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required

Deposits may not be available for immediate withdrawal

Cash ▶

Checks ▶ 6637.77.

Subtotal ▶

Total Deposit $ 6637.77

Location/Store/Serial # (For Business customers only)  Proof Code Account Number

84 325183131319.

⑊540950131⑊

5



Enter This Total On The Front Of This Ticket

6637.77



Dollars

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

Cents

Seq:00077 01/24/24
BAT:803145 CC 31 0 0 89
WT:01 LTPS:Dallas PT
BC:Rancho Bernardo EC CA8-163

Seq: 77          Do not write in this area
Batch: 803145
Date: 01/24/24

Tran 00071D  01/24/2024     16:01
Entity NCA  CC 0001089 Tlr 00002
Account          ********1319
R/T# 540930135
Deposit                     $6,637.77

IntRef      IV999X76AM7A6V998V650V

# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.





**BANK OF AMERICA**

**Counter Deposit**  **CREDIT**

Name Car wash management LLC   Date 1-30-24

Address 7776 Trade St STE E

City/State/Zip Code San Diego    CA 92121

Telephone ( 585 730-1493

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required

Deposits may not be available for immediate withdrawal.

00-14-3074B 10-2022

Cash ▶

Checks ▶    52027.81

Subtotal ▶

Location/Store/Serial # (For Business customers only)   Proof Code  Account Number

84 325183131319   Total Deposit $    52027.81

⑆5409501311⑆    5

Enter This Total On The Front Of This Ticket

Dollars

Cents

10.
9.
8.
7.
6.
5.
4.
3.
2.
1.

Seq: 7

Batch: 861851

Date: 01/30/24

Do not write in this area

Seq:00007 01/30/24
BAT:861851 CC:3180000782
WT:01 LTPS:Dallas PT
BC:Walnut BC CA7-141

01/30/2024 12:57 NCA T00084   R540930135
Acct# *******1319 CC 0000782 Tlr 00007
HOLDS APPLIED SEE HOLD NOTICE
Deposit              DDA           $52,027.81
Credit Pending Posts on            01/30/2024
Available Now                          $0.00
Available Balance                   1,829.82
IntRef        1V999X76AM4C847F1V68A31





Seq: 49
Batch: 982197
Date: 02/08/24

1V999X76AMC3T28AT09F3

$375.00

IntRef

Deposit

R/T# 540930135

Account ********1319

CC 0001089 TLr 00008   Entley NCA

02/08/2024   14:13   26000  Tran 00092   CC 3180001089

LTPS Dallas PT

BC:Rancho Bernardo BC CA0 163



FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Bag #: _____

Date: 2/26/24

**DEPOSIT TICKET**

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | 1729090H | 498 55 |
| | | |
| | | |
| | | |
| | | |
| TOTAL | 498 55 |

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS [ ]

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

**BANK OF AMERICA**

ACH R/T 121000358

$        498.55

⑆540930106⑆ 325183131319⑈



Tran 00039    02/26/2024    15:57
Entity NCA    CC 0002352 Tlr 00007
Account          ********1319
R/T# 540930135
Deposit                              $498.55

IntRef            1V999X76AMC3T2BCC33F1

FOR CLEAN COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _Jan_

Deposited By: _____

Bag #: _____

DATE _____

## DEPOSIT TICKET

CAR WASH MANAGEMENT, LLC
8030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1 9958 42 | 251 | 39 |
| 2 1721 | 373 | 59 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| TOTAL | 624.98 | |

BANK OF AMERICA

ACH R/T 121000086

$

TOTAL ITEMS

Do Not Use For Pre-encoded Items

624.98



BC:Rancho Bernardo BC CA3 163

Tran 0161    03/22/2024    15:49
Entity NCA    CC 0001089 Tlr 00008
Account  ********1319
R/T# 540930135
Deposit                              $624.98

IntRef    1V999X76AMC3T28TX11C1

# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.





CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

$  1,438.94

⑆540930106⑆ 325183131319⑈

Tran 00083    04/16/2024    13:40
Entity NCA    CC 0001089  Tlr 00006
Account            ********1319
R/T# 540930135
Deposit                    $11,438.94

IntRef    1V999X76AM4C847CX212659

Batch: 635863   Date: 04/16/24
Seq: 7

TOTAL

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _Jan_____

Deposited By: _Jan._____

Bag #: _____

DATE _5/7/2024._____

## DEPOSIT TICKET

CAR WASH MANAGEMENT, LLC
9020 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1  9072 | 1737 | 25 |
| 2  9069 | 251 | 49 |
| 3  9073 | 245 | — |
| 142 466 | 873 | 42 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| TOTAL | 3107 | 16 |

BANK OF AMERICA

ACH RT 121000358

$ 

⑈540930⑆08⑉: 325⑆83⑆3⑆3⑆9⑈

Do Not Use For
Pre-encoded items

TOTAL
ITEMS

3107.16



Seq: 71
Batch: 784055
Date: 05/07/24

Seq:00071 05/07/24
BAT.784055 CC.31000001074
WT:01 LTPS:Dallas PT
BC.Mira Mesa-Scripps BC CA0-100

Tran 00085    05/07/2024    13:12
Entity NCA   CC 0001074 Tlr 00005
Account          : ********1319
R/TM 540930135
Deposit                              $3,107.16

IntRef          1V999X76AM7A6V962F6VC3



Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

$  316.82

⑈540930106⑈ 325183131319⑈

Seq: 10
Batch: 830139
Date: 05/13/24

...18 05/13/24
...30139 CC: 3180001089
...: LIPS Dallas PT
BC: Rancho Bernardo BC CA0-163

Tran 00229 05/13/2024 16:08
Entity NCA CC 0001089 Tlr 00008
Account ********1319
R/TN 540930135
Deposit $316.82
IntRef 1V999X76AMC3T289FV59F

COIN
COUPONS
TOTAL

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Bag #: _____

DATE _____

DEPOSIT TICKET

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | 013746 1115924 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| PLEASE ENTER TOTAL HERE ▸ TOTAL | | |

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

Do Not Use For
Pre-encoded Items

TOTAL ITEMS [ ]

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

$ 11159.24

⑈540930106⑈ 325183131319⑈



Date: 05/17/24
Batch: 870589
Seq: 90

TOTAL

Tran 00438 05/17/2024 16:42
Entity RCA CC 0001074 Tlr 00004
Account ********1319
R/T# 540930135
Deposit $11,159.24
IntRef 1V999X76AM4CB47CAVCVC97

CAR WASH MANAGEMENT, LLC
8030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

$    693.25

Do Not Use For
Pre-encoded Items

TOTAL ITEMS



Seq: 124
Batch: 979653
Date: 06/03/24

Tran 00199    06/03/2024    11:36
Entity NCA   CC 0001089 Tlr 00003
Account              ***********319
R/TN 540930135
Deposit                              $693.25

IntRef        IV999X76AMC3T28FXXC6V



DEPOSIT TICKET

FOR CLEAR COPY, PRESS FIRMLY. ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE 6/5/24

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

Do Not Use For Pre-encoded Items

TOTAL ITEMS

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED LIST EACH CHECK SEPARATELY

TOTAL

$ 2508.24

⑆540930106⑆ 325183131319⑈



Seq: 1
Batch: 994159
Date: 06/05/24

Seq:00001 06.05.24
BAT:994159 CC:318000001009
WI:01 LIPS:Dallas Pi
BC Rancho Bernardo BC CA0 1183

Tran 000400   06/05/2024      13:20
Entity NCA  CC 0001089 Tlr 00002
Account          *********1319
R/T# 540930135
Deposit                        $2,508.24

IntRef        1V999X76AM7A6V959VJ569





BC:Rancho Bernardo BC CA0-163
WI:01 LTPS Dallas PI

Date: 06/10/24
Batch: 030743
Seq: 71

COIN
COUPONS
TOTAL

Tran 00015 06/10/2024 10:00
Entity NCA CC 0001089 Tlr 00008
Account ********1319
R/T# 540930135
Deposit $4,222.00
IntRef 1V999X76AM7A6V973F9X51

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

DEPOSIT TICKET

DOLLARS | CENTS

CURRENCY

COINS

CHECKS

130928  963  63.

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

TOTAL

$  983.63

⑆540930106⑆ 325183131319⑈



06/17/2024 16:25
CC 0001089 Tlr 00008
Account *******1319
R/TN [illegible]0135
Deposit $983.63
IntRef 1V999X76AMC3T2942A13X

Seq: 25
Batch: 086469
Date: 06/17/24

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

DEPOSIT TICKET

7/2/24

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

DOLLARS | CENTS

708 | 19

142790

TOTAL 708.19

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

BANK OF AMERICA

ACH R/T 121000088

$   708.19

⑈540930106⑈ 325183131319⑈

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

Seq: 176
Batch: 181889
Date: 07/02/24



IntRef 1V999X76AMC3T28FF6257 TOT

$708.19    Deposit

R/T# 540930135

Account 1 *********1319

Entity MCA CC 0001089 TLr 00008

Tran 00018    07/02/2024    09:58

BC:Rancho Bernardo BC CA8:163

TPS:Dallas PI



CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

**BANK OF AMERICA**

ACH R/T 121000358

$ 4290.66

⑆540930106⑆ 325183131319⑈

DEPOSIT TICKET

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:
Deposited By:
Bag #:
DATE 2/9/2024

CURRENCY
COINS
CHECKS LIST EACH SEPARATELY
DOLLARS | CENTS
2210
4290.66

TOTAL 4290.66

Do Not Use For
Pre-encoded Items

TOTAL ITEMS





FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Bag #: _____

DATE _____

DEPOSIT TICKET

7/10/2024

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 553 | 63 |
| | 674 | 68 |
| COINS | 207 | 22 |
| | 350 | 11 |
| CHECKS LIST EACH SEPARATELY | 754 | 03 |

9133
9135
9134
9131
9132

TOTAL 2639.87

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

$ 2639.87

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

⑆540930106⑆ 325183131319⑈



Seq: 80
Batch: 240511
Date: 07/10/24

07/10/2024 14:06 NCA T00074 R540930135
Acct: ******1319 CC 0001074 Tlr 00002

Total Deposit To CHK $2,639.87
Credit Pending Posts on 07/10/2024
Available Now $0.00

IntRef 1V999X76AH7A6V95XV57F2

WT:01 LTPS:Dallas Pl
DC:mira mesa Scripps DC CA0 100

TOTAL

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

**BANK OF AMERICA**

ACH R/T 121000358

$  538.49

⑈540930106⑈ 325183131319⑈

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

TOTAL 538.49



Date: 07/16/24
Batch: 279113
Seq: 228

TOTAL

07/16/2024 14:46 NCA T00085 R540930135
*******1319 CC 0001074 Tlr 00002

| | |
|---|---|
| Total Deposit To CHK | $538.49 |
| Credit Pending Posts on | 07/16/2024 |
| Available Now | $0.00 |

IntRef - 1V999X76AMC3T28V5F40X

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA

ACH R/T 121000358

⑆540930106⑆ 325183131319⑈

$ 507.40









Seq: 86
Batch: 356507
Date: 07/29/24

TOTAL

Tran 00183 07/29/2024 16:52
Entity WCA CC 0001074 Tlr 00006
Account ********1319
R/T# 540930135
Deposit $3,191.00
IntRef 1V999X76AM7A6V9643T61F
TOT.

Seq: 128
Batch: 439021
Date: 08/16/24

Tran 00018D   08/16/2024   09:59
Entity NCA   CC 0001089   Tlr 00004
Account          ********1319
R/T# 340930135
Deposit                              $178.44

IntRef          1V999X76AMC3T2B7TOV1C



**FOR CLEAR COPY, PRESS FIRMLY.**
ALL ITEMS MUST BE PROPERLY ENDORSED

Prepared By:

Deposited By:

Bag #:

DATE  8/19/2024

**DEPOSIT TICKET**

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | 58505748 | 863 |
| | 58505749 | 702 28 |

CAR WASH MANAGEMENT, LLC
9030 KEHAMAR DR STE 316
SAN DIEGO, CA 92121-2432

TOTAL 1588.11

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED LIST EACH CHECK SEPARATELY.

**BANK OF AMERICA**

ACH R/T 121000358

$   1588.11

⑆540930106⑆ 325183131319⑈



Tran Q0022    08/19/2024    10:50
Entity NCA   CC 0001089 Tlr 00008
Account |    ********1319
R/TN 540930135
Deposit |                    $1,588.11

IntRef                       1V999X76AM7A6V94XC9121

Seq: 154
Batch: 444667
Date: 08/19/24



FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED

Prepared By:

Deposited By: Jan

Bag #: 8/28/24

DATE

DEPOSIT TICKET

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | 1 4161 | 245 |
| | 2 2262 | 3177 41 |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |
| | TOTAL | 3422.4 |

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**BANK OF AMERICA**

ACH R/T 121000358

$ 3422.41

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE
RECEIVED FOR DEPOSIT SUBJECT TO
THE PROVISIONS OF THE UNIFORM
COMMERCIAL CODE OR ANY
APPLICABLE COLLECTION
AGREEMENT DEPOSITS MAY NOT BE
AVAILABLE FOR IMMEDIATE
WITHDRAWAL

⑆540930106⑆ 325183131319⑈

Tran 00031 08/28/2024 13:22
Entity NCA CC 0001074 Tlr 00006
Account ********1319
R/T# 540930135
Deposit $3,422.41
IntRef 1V999X76AM7A6V967C652F

Date: 08/28/24
Batch: 464107
Seq: 21

TOTAL

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____ Jan

Deposited By: _____ Jan

Bag #: _____

Date: _____

## DEPOSIT TICKET

| | DOLLARS | CEN'S |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | 60 | |
| | 139967 | 352 72 |
| | 22331 | 274 19 |
| | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| PLEASE ENTER TOTAL HERE | TOTAL | 626.91 |

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

**BANK OF AMERICA**

ACH R/T 121000358

$ 626.91

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

⑈540930106⑈ 325183131319⑈



THIS SIDE FOR BANK USE ONLY

$626.91

SPLIT CHECK

CHECK

LESS DEPOSIT

CASH RETURNED

BILLS

Seq: 29
Batch: 470069
Date: 08/31/24

15:14  00002
09/03/2024  Tlr 1319
Tran 00122  CC 0001074
Entity NCA  ********
Account  : 540930125
R/TH  Deposit

1V999X76AMC3T28TX8A16

IntRef

COIN

COUPONS

TOTAL

| COIN | | |
|---|---|---|
| P | | |
| N | | |
| D | | |
| Q | | |
| H | | |
| ODD | | |
| TOT | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Item Date | Sequence Number | Ordinal | End Sequence Number | End Routing Number | End Date | End Bank Name | Bofd | TRUNC | File Name |
| 2 | 6/6/2023 | 8592638427 | 4 | 8592638427 | 0 | 6/6/2023 | Bank of America, NA | 0 | 0 | |
| 3 | 6/6/2023 | 8592638427 | 3 | 3754860946 | 0 | 6/6/2023 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 4 | 6/6/2023 | 8592638427 | 2 | 17036993 | 0 | 6/5/2023 | Navy Federal Credit Union | 0 | 0 | |
| 5 | 6/6/2023 | 8592638427 | 1 | 17036993 | 139 | 6/5/2023 | Navy Federal Credit Union | 1 | 1 | |
| 6 | 6/23/2023 | 4492627782 | 2 | 4492627782 | 0 | 6/23/2023 | Bank of America, NA | 0 | 0 | |
| 7 | 6/23/2023 | 4492627782 | 1 | 6080889935 | 0 | 6/23/2023 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 8 | 7/12/2023 | 9492204799 | 1 | 3.06E+14 | 0 | 7/12/2023 | US Bank National Association | 1 | 1 | |
| 9 | 7/12/2023 | 9492204799 | 3 | 8614388276 | 0 | 7/12/2023 | US Bank National Association | 0 | 0 | |
| 10 | 7/12/2023 | 9492204799 | 2 | 6680480286 | 0 | 7/12/2023 | US Bank National Association | 0 | 0 | |
| 11 | 7/12/2023 | 9492204799 | 4 | 9492204799 | 0 | 7/12/2023 | Bank of America, NA | 0 | 0 | |
| 12 | 7/28/2023 | 3992224789 | 1 | 3992224789 | 0 | 7/28/2023 | Bank of America, NA | 1 | 1 | |
| 13 | 7/28/2023 | 3992224790 | 1 | 3992224790 | 0 | 7/28/2023 | Bank of America, NA | 1 | 1 | |
| 14 | 8/1/2023 | 5192716548 | 1 | 2290732612 | 0 | 8/1/2023 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 15 | 8/1/2023 | 5192716548 | 2 | 5192716548 | 0 | 8/1/2023 | Bank of America, NA | 0 | 0 | |
| 16 | 8/4/2023 | 8892591991 | 1 | 2448166468 | 0 | 8/4/2023 | Wells Fargo Bank NA | 1 | 1 | |
| 17 | 8/4/2023 | 8892591991 | 2 | 8892591991 | 0 | 8/4/2023 | Bank of America, NA | 0 | 0 | |
| 18 | 8/31/2023 | 3252303497 | 1 | 3252303497 | 0 | 8/31/2023 | Bank of America, NA | 1 | 1 | |
| 19 | 9/13/2023 | 4692420547 | 1 | 8.10E+13 | 0 | 9/13/2023 | City National Bank | 1 | 1 | |
| 20 | 9/13/2023 | 4692420547 | 2 | 4692420547 | 0 | 9/13/2023 | Bank of America, NA | 0 | 0 | |
| 21 | 10/19/2023 | 5692865210 | 1 | 384080731 | 0 | 10/19/2023 | Wells Fargo Bank NA | 1 | 1 | |
| 22 | 10/19/2023 | 5692865210 | 2 | 5692865210 | 0 | 10/19/2023 | Bank of America, NA | 0 | 0 | |
| 23 | 11/2/2023 | 8392829729 | 1 | 3.06E+14 | 0 | 11/2/2023 | US Bank National Association | 1 | 1 | |
| 24 | 11/2/2023 | 8392829729 | 4 | 8392829729 | 0 | 11/2/2023 | Bank of America, NA | 0 | 0 | |
| 25 | 11/2/2023 | 8392829729 | 2 | 6670854544 | 0 | 11/2/2023 | US Bank National Association | 0 | 0 | |
| 26 | 11/2/2023 | 8392829729 | 3 | 8913007578 | 0 | 11/2/2023 | US Bank National Association | 0 | 0 | |
| 27 | 11/29/2023 | 4192248977 | 2 | 4192248977 | 0 | 11/29/2023 | Bank of America, NA | 0 | 0 | |
| 28 | 11/29/2023 | 4192248977 | 1 | 9870083003 | 0 | 11/29/2023 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 29 | 12/6/2023 | 5292866001 | 1 | 6941658682 | 0 | 12/6/2023 | Wells Fargo Bank NA | 1 | 1 | |
| 30 | 12/6/2023 | 5292866001 | 2 | 5292866001 | 0 | 12/6/2023 | Bank of America, NA | 0 | 0 | |
| 31 | 12/11/2023 | 8992741659 | 2 | 8015154821 | 0 | 12/11/2023 | US Bank National Association | 0 | 0 | |
| 32 | 12/11/2023 | 8992741659 | 3 | 8992741659 | 0 | 12/11/2023 | Bank of America, NA | 0 | 0 | |
| 33 | 12/11/2023 | 8992741659 | 1 | 5.41E+14 | 0 | 12/11/2023 | US Bank National Association | 1 | 1 | |
| 34 | 1/23/2024 | 9692693049 | 2 | 9692693049 | 0 | 1/23/2024 | Bank of America, NA | 0 | 0 | |
| 35 | 1/23/2024 | 9692693049 | 1 | 5590369206 | 0 | 1/23/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 36 | 2/2/2024 | 9192928478 | 2 | 9192928478 | 0 | 2/2/2024 | Bank of America, NA | 0 | 0 | |
| 37 | 2/2/2024 | 9192928478 | 1 | 572686768 | 0 | 2/2/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 38 | 2/2/2024 | 9292173487 | 2 | 9292173487 | 0 | 2/2/2024 | Bank of America, NA | 0 | 0 | |
| 39 | 2/2/2024 | 9292173487 | 1 | 2470566776 | 0 | 2/2/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 40 | 2/5/2024 | 9492539492 | 2 | 9492539492 | 0 | 2/5/2024 | Bank of America, NA | 0 | 0 | |
| 41 | 2/5/2024 | 9492539492 | 1 | 1481636174 | 0 | 2/5/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 42 | 2/5/2024 | 9392065424 | 2 | 9392065424 | 0 | 2/5/2024 | Bank of America, NA | 0 | 0 | |
| 43 | 2/5/2024 | 9392065424 | 1 | 9980738465 | 0 | 2/2/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 44 | 2/6/2024 | 9692353854 | 2 | 9692353854 | 0 | 2/6/2024 | Bank of America, NA | 0 | 0 | |
| 45 | 2/6/2024 | 9692353854 | 1 | 4790269706 | 0 | 2/6/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 46 | 2/6/2024 | 5492416363 | 4 | 5492416363 | 0 | 2/6/2024 | Bank of America, NA | 0 | 0 | |
| 47 | 2/6/2024 | 5492416363 | 3 | 5943855673 | 0 | 2/6/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 48 | 2/6/2024 | 5492416363 | 2 | 17092070 | 0 | 2/5/2024 | Navy Federal Credit Union | 0 | 0 | |
| 49 | 2/6/2024 | 5492416363 | 1 | 17092070 | 310 | 2/5/2024 | Navy Federal Credit Union | 1 | 1 | |
| 50 | 2/6/2024 | 5492416362 | 4 | 5492416362 | 0 | 2/6/2024 | Bank of America, NA | 0 | 0 | |
| 51 | 2/6/2024 | 5492416362 | 3 | 5943855672 | 0 | 2/6/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 52 | 2/6/2024 | 5492416362 | 2 | 17092069 | 0 | 2/5/2024 | Navy Federal Credit Union | 0 | 0 | |
| 53 | 2/6/2024 | 5492416362 | 1 | 17092069 | 310 | 2/5/2024 | Navy Federal Credit Union | 1 | 1 | |
| 54 | 2/8/2024 | 8192298712 | 2 | 8192298712 | 0 | 2/8/2024 | Bank of America, NA | 0 | 0 | |
| 55 | 2/8/2024 | 8192298712 | 1 | 2942145366 | 0 | 2/8/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 56 | 2/15/2024 | 5792923400 | 4 | 5792923400 | 0 | 2/15/2024 | Bank of America, NA | 0 | 0 | |
| 57 | 2/15/2024 | 5792923400 | 3 | 6032666897 | 0 | 2/15/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 58 | 2/15/2024 | 5792923400 | 2 | 13039845 | 0 | 2/14/2024 | Navy Federal Credit Union | 0 | 0 | |
| 59 | 2/15/2024 | 5792923400 | 1 | 186020411 | 0 | 2/14/2024 | Navy Federal Credit Union | 1 | 1 | |
| 60 | 2/16/2024 | 9192512104 | 1 | 9590973392 | 0 | 2/16/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 61 | 2/16/2024 | 9192512104 | 2 | 9192512104 | 0 | 2/16/2024 | Bank of America, NA | 0 | 0 | |
| 62 | 2/16/2024 | 9292321630 | 1 | 9290991147 | 0 | 2/16/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 63 | 2/16/2024 | 9292321630 | 2 | 9292321630 | 0 | 2/16/2024 | Bank of America, NA | 0 | 0 | |
| 64 | 2/20/2024 | 9392748425 | 2 | 9392748425 | 0 | 2/20/2024 | Bank of America, NA | 0 | 0 | |
| 65 | 2/20/2024 | 9392748425 | 1 | 477145253 | 0 | 2/20/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 66 | 2/20/2024 | 9492804781 | 1 | 3043811753 | 0 | 2/20/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 67 | 2/20/2024 | 9492804781 | 2 | 9492804781 | 0 | 2/20/2024 | Bank of America, NA | 0 | 0 | |
| 68 | 2/20/2024 | 9392910730 | 2 | 9392910730 | 0 | 2/20/2024 | Bank of America, NA | 0 | 0 | |
| 69 | 2/20/2024 | 9392910730 | 1 | 6380350259 | 0 | 2/20/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 70 | 2/20/2024 | 5892867791 | 2 | 17027747 | 0 | 2/16/2024 | Navy Federal Credit Union | 0 | 0 | |
| 71 | 2/20/2024 | 5892867791 | 3 | 6051689316 | 0 | 2/20/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 72 | 2/20/2024 | 5892867791 | 4 | 5892867791 | 0 | 2/20/2024 | Bank of America, NA | 0 | 0 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 2/20/2024 | 5892867791 | 1 | 17027747 | 310 | 2/16/2024 | Navy Federal Credit Union | 1 | 1 | |
| 74 | 2/20/2024 | 4952508139 | 1 | 4952508139 | 0 | 2/20/2024 | Bank of America, NA | 1 | 1 | |
| 75 | 2/20/2024 | 9492397761 | 2 | 8315485894 | 0 | 2/20/2024 | US Bank National Association | 0 | 0 | |
| 76 | 2/20/2024 | 9492397761 | 1 | 2.20E+13 | 0 | 2/20/2024 | US Bank National Association | 1 | 1 | |
| 77 | 2/20/2024 | 9492397761 | 3 | 9492397761 | 0 | 2/20/2024 | Bank of America, NA | 0 | 0 | |
| 78 | 2/21/2024 | 5992735714 | 3 | 5992735714 | 0 | 2/21/2024 | Bank of America, NA | 0 | 0 | |
| 79 | 2/21/2024 | 5992735714 | 2 | 6074155490 | 0 | 2/21/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 80 | 2/21/2024 | 5992735714 | 1 | 8.82E+14 | 54 | 2/20/2024 | Arrowhead Central Credit Union | 1 | 1 | |
| 81 | 2/21/2024 | 9792410134 | 2 | 9792410134 | 0 | 2/21/2024 | Bank of America, NA | 0 | 0 | |
| 82 | 2/21/2024 | 9792410134 | 1 | 6388864432 | 0 | 2/21/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 83 | 2/21/2024 | 9792499567 | 6 | 8615592489 | 0 | 2/21/2024 | US Bank National Association | 0 | 0 | |
| 84 | 2/21/2024 | 9792499567 | 7 | 9792499567 | 0 | 2/21/2024 | Bank of America, NA | 0 | 0 | |
| 85 | 2/21/2024 | 9792499567 | 4 | 9492397761 | 0 | 2/20/2024 | Bank of America, NA | 0 | 0 | |
| 86 | 2/21/2024 | 9792499567 | 5 | 99003042 | 0 | 2/21/2024 | US Bank National Association | 0 | 0 | |
| 87 | 2/21/2024 | 9792499567 | 2 | 8315485894 | 0 | 2/20/2024 | US Bank National Association | 0 | 0 | |
| 88 | 2/21/2024 | 9792499567 | 3 | 9492397761 | 0 | 2/20/2024 | Bank of America, NA | 0 | 0 | |
| 89 | 2/21/2024 | 9792499567 | 1 | 2.20E+13 | 0 | 2/20/2024 | US Bank National Association | 1 | 1 | |
| 90 | 2/27/2024 | 8592835340 | 1 | 5.41E+14 | 0 | 2/27/2024 | US Bank National Association | 1 | 1 | |
| 91 | 2/27/2024 | 8592835340 | 2 | 8314198339 | 0 | 2/27/2024 | US Bank National Association | 0 | 0 | |
| 92 | 2/27/2024 | 8592835340 | 3 | 8592835340 | 0 | 2/27/2024 | Bank of America, NA | 0 | 0 | |
| 93 | 2/27/2024 | 8692623881 | 3 | 8692623881 | 0 | 2/27/2024 | Bank of America, NA | 0 | 0 | |
| 94 | 2/27/2024 | 8692623881 | 2 | 480330604 | 0 | 2/27/2024 | Comerica Bank | 0 | 0 | |
| 95 | 2/27/2024 | 8692623881 | 1 | 8.50E+13 | 0 | 2/27/2024 | Comerica Bank | 1 | 1 | |
| 96 | 3/4/2024 | 9292270594 | 2 | 9292270594 | 0 | 3/4/2024 | Bank of America, NA | 0 | 0 | |
| 97 | 3/4/2024 | 9292270594 | 1 | 2687200766 | 0 | 3/4/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 98 | 3/4/2024 | 9292270595 | 1 | 2687200767 | 0 | 3/4/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 99 | 3/4/2024 | 9292270595 | 2 | 9292270595 | 0 | 3/4/2024 | Bank of America, NA | 0 | 0 | |
| 100 | 3/5/2024 | 4492577745 | 1 | 17037438 | 310 | 3/4/2024 | Navy Federal Credit Union | 1 | 1 | |
| 101 | 3/5/2024 | 4492577745 | 2 | 17037438 | 0 | 3/4/2024 | Navy Federal Credit Union | 0 | 0 | |
| 102 | 3/5/2024 | 4492577745 | 3 | 6185683786 | 0 | 3/5/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 103 | 3/5/2024 | 4492577745 | 4 | 4492577745 | 0 | 3/5/2024 | Bank of America, NA | 0 | 0 | |
| 104 | 3/6/2024 | 9692913171 | 1 | 6381696878 | 0 | 3/6/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 105 | 3/6/2024 | 9692913171 | 2 | 9692913171 | 0 | 3/6/2024 | Bank of America, NA | 0 | 0 | |
| 106 | 3/11/2024 | 8392716414 | 3 | 8392716414 | 0 | 3/11/2024 | Bank of America, NA | 0 | 0 | |
| 107 | 3/11/2024 | 8392716414 | 2 | 8500157338 | 0 | 3/11/2024 | PNC Bank National Association | 0 | 0 | |
| 108 | 3/11/2024 | 8392716414 | 1 | 5.99E+11 | 0 | 3/11/2024 | PNC Bank National Association | 1 | 1 | |
| 109 | 3/13/2024 | 8892227307 | 2 | 8892227307 | 0 | 3/13/2024 | Bank of America, NA | 0 | 0 | |
| 110 | 3/13/2024 | 8892227307 | 1 | 3170705785 | 0 | 3/13/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 111 | 3/13/2024 | 8892338988 | 2 | 480167473 | 0 | 3/13/2024 | Comerica Bank | 0 | 0 | |
| 112 | 3/13/2024 | 8892338988 | 1 | 8.50E+13 | 0 | 3/13/2024 | Comerica Bank | 1 | 0 | |
| 113 | 3/13/2024 | 8892338988 | 3 | 8892338988 | 0 | 3/13/2024 | Bank of America, NA | 0 | 0 | |
| 114 | 3/14/2024 | 8892919674 | 2 | 8892919674 | 0 | 3/14/2024 | Bank of America, NA | 0 | 0 | |
| 115 | 3/14/2024 | 8892919674 | 1 | 5590269241 | 0 | 3/14/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 116 | 3/14/2024 | 8992080036 | 2 | 8992080036 | 0 | 3/14/2024 | Bank of America, NA | 0 | 0 | |
| 117 | 3/14/2024 | 8992080036 | 1 | 473500932 | 0 | 3/14/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 118 | 3/14/2024 | 4892195770 | 1 | 17020732 | 310 | 3/13/2024 | Navy Federal Credit Union | 1 | 1 | |
| 119 | 3/14/2024 | 4892195770 | 2 | 17020732 | 0 | 3/13/2024 | Navy Federal Credit Union | 0 | 0 | |
| 120 | 3/14/2024 | 4892195770 | 3 | 6276342407 | 0 | 3/14/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 121 | 3/14/2024 | 4892195770 | 4 | 4892195770 | 0 | 3/14/2024 | Bank of America, NA | 0 | 0 | |
| 122 | 3/14/2024 | 4892195769 | 1 | 17020730 | 310 | 3/13/2024 | Navy Federal Credit Union | 1 | 1 | |
| 123 | 3/14/2024 | 4892195769 | 2 | 17020730 | 0 | 3/13/2024 | Navy Federal Credit Union | 0 | 0 | |
| 124 | 3/14/2024 | 4892195769 | 3 | 6276342406 | 0 | 3/14/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 125 | 3/14/2024 | 4892195769 | 4 | 4892195769 | 0 | 3/14/2024 | Bank of America, NA | 0 | 0 | |
| 126 | 3/15/2024 | 9092886464 | 2 | 9092886464 | 0 | 3/15/2024 | Bank of America, NA | 0 | 0 | |
| 127 | 3/15/2024 | 9092886464 | 1 | 2942147599 | 0 | 3/15/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 128 | 3/15/2024 | 9092010275 | 2 | 9092010275 | 0 | 3/15/2024 | Bank of America, NA | 0 | 0 | |
| 129 | 3/15/2024 | 9092010275 | 1 | 6080515628 | 0 | 3/15/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 130 | 3/18/2024 | 3852594858 | 1 | 3852594858 | 0 | 3/18/2024 | Bank of America, NA | 1 | 1 | |
| 131 | 3/18/2024 | 4992102941 | 1 | 187767707 | 0 | 3/15/2024 | Navy Federal Credit Union | 1 | 1 | |
| 132 | 3/18/2024 | 4992102941 | 2 | 13008194 | 0 | 3/15/2024 | Navy Federal Credit Union | 0 | 0 | |
| 133 | 3/18/2024 | 4992102941 | 3 | 6295243552 | 0 | 3/18/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 134 | 3/18/2024 | 4992102941 | 4 | 4992102941 | 0 | 3/18/2024 | Bank of America, NA | 0 | 0 | |
| 135 | 3/18/2024 | 9192696294 | 1 | 9590678930 | 0 | 3/18/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 136 | 3/18/2024 | 9192696294 | 2 | 9192696294 | 0 | 3/18/2024 | Bank of America, NA | 0 | 0 | |
| 137 | 3/18/2024 | 9292180157 | 2 | 9292180157 | 0 | 3/18/2024 | Bank of America, NA | 0 | 0 | |
| 138 | 3/18/2024 | 9292180157 | 1 | 6381614844 | 0 | 3/18/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 139 | 3/19/2024 | 9492731198 | 1 | 3.19E+13 | 0 | 3/19/2024 | US Bank National Association | 1 | 1 | |
| 140 | 3/19/2024 | 9492731198 | 3 | 9492731198 | 0 | 3/19/2024 | Bank of America, NA | 0 | 0 | |
| 141 | 3/19/2024 | 9492731198 | 2 | 8313867584 | 0 | 3/19/2024 | US Bank National Association | 0 | 0 | |
| 142 | 3/28/2024 | 5392290585 | 3 | 636091134 | 0 | 3/28/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 143 | 3/28/2024 | 5392290585 | 4 | 5392290585 | 0 | 3/28/2024 | Bank of America, NA | 0 | 0 | |
| 144 | 3/28/2024 | 5392290585 | 1 | 17023779 | 310 | 3/27/2024 | Navy Federal Credit Union | 1 | 1 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 145 | 3/28/2024 | 5392290585 | 2 | 17023779 | 0 | 3/27/2024 | Navy Federal Credit Union | 0 | 0 | |
| 146 | 3/28/2024 | 8892899139 | 1 | 6381582070 | 0 | 3/28/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 147 | 3/28/2024 | 8892899139 | 2 | 8892899139 | 0 | 3/28/2024 | Bank of America, NA | 0 | 0 | |
| 148 | 3/28/2024 | 4252205210 | 1 | 4252205210 | 0 | 3/28/2024 | Bank of America, NA | 1 | 1 | |
| 149 | 3/28/2024 | 8892150089 | 1 | 9590021772 | 0 | 3/28/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 150 | 3/28/2024 | 8892150089 | 2 | 8892150089 | 0 | 3/28/2024 | Bank of America, NA | 0 | 0 | |
| 151 | 3/28/2024 | 5392290586 | 2 | 17023781 | 0 | 3/27/2024 | Navy Federal Credit Union | 0 | 0 | |
| 152 | 3/28/2024 | 5392290586 | 3 | 6396091135 | 0 | 3/28/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 153 | 3/28/2024 | 5392290586 | 1 | 17023781 | 310 | 3/27/2024 | Navy Federal Credit Union | 1 | 1 | |
| 154 | 3/28/2024 | 5392290586 | 4 | 5392290586 | 0 | 3/28/2024 | Bank of America, NA | 0 | 0 | |
| 155 | 3/29/2024 | 4252673236 | 1 | 4252673236 | 0 | 3/29/2024 | Bank of America, NA | 1 | 1 | |
| 156 | 3/29/2024 | 8992544308 | 1 | 477449477 | 0 | 3/29/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 157 | 3/29/2024 | 8992544308 | 2 | 8992544308 | 0 | 3/29/2024 | Bank of America, NA | 0 | 0 | |
| 158 | 3/29/2024 | 8992779688 | 1 | 5570072935 | 0 | 3/29/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 159 | 3/29/2024 | 8992779688 | 2 | 8992779688 | 0 | 3/29/2024 | Bank of America, NA | 0 | 0 | |
| 160 | 3/29/2024 | 9092457767 | 2 | 9092457767 | 0 | 3/29/2024 | Bank of America, NA | 0 | 0 | |
| 161 | 3/29/2024 | 9092457767 | 1 | 4870449923 | 0 | 3/29/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 162 | 4/11/2024 | 5892900707 | 1 | 17016526 | 310 | 4/10/2024 | Navy Federal Credit Union | 1 | 1 | |
| 163 | 4/11/2024 | 5892900707 | 2 | 17016526 | 0 | 4/10/2024 | Navy Federal Credit Union | 0 | 0 | |
| 164 | 4/11/2024 | 5892900707 | 3 | 6524427834 | 0 | 4/11/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 165 | 4/11/2024 | 5892900707 | 4 | 5892900707 | 0 | 4/11/2024 | Bank of America, NA | 0 | 0 | |
| 166 | 4/11/2024 | 8992509927 | 2 | 8992509927 | 0 | 4/11/2024 | Bank of America, NA | 0 | 0 | |
| 167 | 4/11/2024 | 8992509927 | 1 | 579869703 | 0 | 4/11/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 168 | 4/11/2024 | 5892900706 | 1 | 17016525 | 310 | 4/10/2024 | Navy Federal Credit Union | 1 | 1 | |
| 169 | 4/11/2024 | 5892900706 | 2 | 17016525 | 0 | 4/10/2024 | Navy Federal Credit Union | 0 | 0 | |
| 170 | 4/11/2024 | 5892900706 | 3 | 6524427833 | 0 | 4/11/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 171 | 4/11/2024 | 5892900706 | 4 | 5892900706 | 0 | 4/11/2024 | Bank of America, NA | 0 | 0 | |
| 172 | 4/11/2024 | 4652747973 | 1 | 4652747973 | 0 | 4/11/2024 | Bank of America, NA | 1 | 1 | |
| 173 | 4/11/2024 | 8992796248 | 1 | 8490398496 | 0 | 4/11/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 174 | 4/11/2024 | 8992796248 | 2 | 8992796248 | 0 | 4/11/2024 | Bank of America, NA | 0 | 0 | |
| 175 | 4/12/2024 | 9092368155 | 1 | 471324434 | 0 | 4/12/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 176 | 4/12/2024 | 9092368155 | 2 | 9092368155 | 0 | 4/12/2024 | Bank of America, NA | 0 | 0 | |
| 177 | 4/12/2024 | 9092684092 | 1 | 5670739939 | 0 | 4/12/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 178 | 4/12/2024 | 9092684092 | 2 | 9092684092 | 0 | 4/12/2024 | Bank of America, NA | 0 | 0 | |
| 179 | 4/15/2024 | 4752405412 | 1 | 4752405412 | 0 | 4/15/2024 | Bank of America, NA | 1 | 1 | |
| 180 | 4/15/2024 | 9292040307 | 1 | 4180953478 | 0 | 4/15/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 181 | 4/15/2024 | 9292040307 | 2 | 9292040307 | 0 | 4/15/2024 | Bank of America, NA | 0 | 0 | |
| 182 | 4/15/2024 | 9392071764 | 3 | 9392071764 | 0 | 4/15/2024 | Bank of America, NA | 0 | 0 | |
| 183 | 4/15/2024 | 9392071764 | 2 | 8014836225 | 0 | 4/15/2024 | US Bank National Association | 0 | 0 | |
| 184 | 4/15/2024 | 9392071764 | 1 | 4.15E+13 | 0 | 4/15/2024 | US Bank National Association | 1 | 1 | |
| 185 | 4/17/2024 | 9792513619 | 2 | 9792513619 | 0 | 4/17/2024 | Bank of America, NA | 0 | 0 | |
| 186 | 4/17/2024 | 9792513619 | 1 | 571278449 | 0 | 4/17/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 187 | 4/18/2024 | 8092443116 | 2 | 8092443116 | 0 | 4/18/2024 | Bank of America, NA | 0 | 0 | |
| 188 | 4/18/2024 | 8092443116 | 1 | 571600289 | 0 | 4/18/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 189 | 4/26/2024 | 4492605191 | 1 | 17013802 | 310 | 4/25/2024 | Navy Federal Credit Union | 1 | 1 | |
| 190 | 4/26/2024 | 4492605191 | 2 | 17013802 | 0 | 4/25/2024 | Navy Federal Credit Union | 0 | 0 | |
| 191 | 4/26/2024 | 4492605191 | 3 | 6659468627 | 0 | 4/26/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 192 | 4/26/2024 | 4492605191 | 4 | 4492605191 | 0 | 4/26/2024 | Bank of America, NA | 0 | 0 | |
| 193 | 4/26/2024 | 2752513273 | 1 | 2752513273 | 0 | 4/26/2024 | Bank of America, NA | 1 | 1 | |
| 194 | 4/26/2024 | 9092164465 | 1 | 5570517663 | 0 | 4/26/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 195 | 4/26/2024 | 9092164465 | 2 | 9092164465 | 0 | 4/26/2024 | Bank of America, NA | 0 | 0 | |
| 196 | 4/26/2024 | 9092342057 | 2 | 9092342057 | 0 | 4/26/2024 | Bank of America, NA | 0 | 0 | |
| 197 | 4/26/2024 | 9092342057 | 1 | 3170521643 | 0 | 4/26/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 198 | 4/26/2024 | 2752513277 | 1 | 2752513277 | 0 | 4/26/2024 | Bank of America, NA | 1 | 1 | |
| 199 | 4/29/2024 | 9192289000 | 1 | 8670583436 | 0 | 4/26/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 200 | 4/29/2024 | 9192289000 | 2 | 9192289000 | 0 | 4/29/2024 | Bank of America, NA | 0 | 0 | |
| 201 | 4/29/2024 | 9192506006 | 2 | 9192506006 | 0 | 4/29/2024 | Bank of America, NA | 0 | 0 | |
| 202 | 4/29/2024 | 9192506006 | 1 | 9870688287 | 0 | 4/29/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 203 | 4/29/2024 | 9292369103 | 1 | 1481634782 | 0 | 4/29/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 204 | 4/29/2024 | 9292369103 | 2 | 9292369103 | 0 | 4/29/2024 | Bank of America, NA | 0 | 0 | |
| 205 | 4/30/2024 | 9492872450 | 2 | 9492872450 | 0 | 4/30/2024 | Bank of America, NA | 0 | 0 | |
| 206 | 4/30/2024 | 9492872450 | 1 | 2944021502 | 0 | 4/30/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 207 | 4/30/2024 | 4592801174 | 1 | 17063607 | 310 | 4/29/2024 | Navy Federal Credit Union | 1 | 1 | |
| 208 | 4/30/2024 | 4592801174 | 2 | 17063607 | 0 | 4/29/2024 | Navy Federal Credit Union | 0 | 0 | |
| 209 | 4/30/2024 | 4592801174 | 3 | 6685855458 | 0 | 4/30/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 210 | 4/30/2024 | 4592801174 | 4 | 4592801174 | 0 | 4/30/2024 | Bank of America, NA | 0 | 0 | |
| 211 | 5/8/2024 | 8792071338 | 1 | 6389525312 | 0 | 5/8/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 212 | 5/8/2024 | 8792071338 | 2 | 8792071338 | 0 | 5/8/2024 | Bank of America, NA | 0 | 0 | |
| 213 | 5/8/2024 | 8792071339 | 2 | 8792071339 | 0 | 5/8/2024 | Bank of America, NA | 0 | 0 | |
| 214 | 5/8/2024 | 8792071339 | 1 | 6389525318 | 0 | 5/8/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 215 | 5/9/2024 | 4992808794 | 1 | 17044984 | 83 | 5/8/2024 | Navy Federal Credit Union | 1 | 1 | |
| 216 | 5/9/2024 | 4992808794 | 4 | 4992808794 | 0 | 5/9/2024 | Bank of America, NA | 0 | 0 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 217 | 5/9/2024 | 4992808794 | 2 | 17044984 | 0 | 5/8/2024 | Navy Federal Credit Union | 0 | 0 | |
| 218 | 5/9/2024 | 4992808794 | 3 | 6780997241 | 0 | 5/9/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 219 | 5/10/2024 | 3252237454 | 1 | 3252237454 | 0 | 5/10/2024 | Bank of America, NA | 1 | 1 | |
| 220 | 5/10/2024 | 9092848404 | 1 | 4570858439 | 0 | 5/10/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 221 | 5/10/2024 | 9092848404 | 2 | 9092848404 | 0 | 5/10/2024 | Bank of America, NA | 0 | 0 | |
| 222 | 5/10/2024 | 9192353151 | 1 | 6382528132 | 0 | 5/10/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 223 | 5/10/2024 | 9192353151 | 2 | 9192353151 | 0 | 5/10/2024 | Bank of America, NA | 0 | 0 | |
| 224 | 5/10/2024 | 9192572480 | 1 | 8670742948 | 0 | 5/10/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 225 | 5/10/2024 | 9192572480 | 2 | 9192572480 | 0 | 5/10/2024 | Bank of America, NA | 0 | 0 | |
| 226 | 5/13/2024 | 9292913900 | 2 | 9292913900 | 0 | 5/13/2024 | Bank of America, NA | 0 | 0 | |
| 227 | 5/13/2024 | 9292913900 | 1 | 7770987445 | 0 | 5/13/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 228 | 5/13/2024 | 9292295094 | 1 | 6383681916 | 0 | 5/13/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 229 | 5/13/2024 | 9292295094 | 2 | 9292295094 | 0 | 5/13/2024 | Bank of America, NA | 0 | 0 | |
| 230 | 5/13/2024 | 5092720599 | 3 | 6803722865 | 0 | 5/13/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 231 | 5/13/2024 | 5092720599 | 4 | 5092720599 | 0 | 5/13/2024 | Bank of America, NA | 0 | 0 | |
| 232 | 5/13/2024 | 5092720599 | 1 | 17023605 | 310 | 5/10/2024 | Navy Federal Credit Union | 1 | 1 | |
| 233 | 5/13/2024 | 5092720599 | 2 | 17023605 | 0 | 5/10/2024 | Navy Federal Credit Union | 0 | 0 | |
| 234 | 5/13/2024 | 3252974679 | 1 | 3252974679 | 0 | 5/13/2024 | Bank of America, NA | 1 | 1 | |
| 235 | 5/17/2024 | 8092286415 | 3 | 8092286415 | 0 | 5/17/2024 | Bank of America, NA | 0 | 0 | |
| 236 | 5/17/2024 | 8092286415 | 2 | 9212491073 | 0 | 5/17/2024 | US Bank National Association | 0 | 0 | |
| 237 | 5/17/2024 | 8092286415 | 1 | 5.17E+13 | 0 | 5/17/2024 | US Bank National Association | 1 | 1 | |
| 238 | 5/22/2024 | 5492466402 | 3 | 5492466402 | 0 | 5/22/2024 | Bank of America, NA | 0 | 0 | |
| 239 | 5/22/2024 | 5492466402 | 2 | 6898363263 | 0 | 5/22/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 240 | 5/22/2024 | 5492466402 | 1 | 8.91E+14 | 29 | 5/21/2024 | SchoolsFirst Federal Credit Un | 1 | 1 | |
| 241 | 5/23/2024 | 3652222911 | 1 | 3652222911 | 0 | 5/23/2024 | Bank of America, NA | 1 | 1 | |
| 242 | 5/23/2024 | 8892004610 | 1 | 6090005732 | 0 | 5/23/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 243 | 5/23/2024 | 8892004610 | 2 | 8892004610 | 0 | 5/23/2024 | Bank of America, NA | 0 | 0 | |
| 244 | 5/24/2024 | 3652552983 | 1 | 3652552983 | 0 | 5/24/2024 | Bank of America, NA | 1 | 1 | |
| 245 | 5/24/2024 | 3992096440 | 1 | 3992096440 | 0 | 5/24/2024 | Bank of America, NA | 1 | 1 | |
| 246 | 5/24/2024 | 8992901439 | 1 | 6385445058 | 0 | 5/24/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 247 | 5/24/2024 | 8992901439 | 2 | 8992901439 | 0 | 5/24/2024 | Bank of America, NA | 0 | 0 | |
| 248 | 5/28/2024 | 3652804888 | 1 | 3652804888 | 0 | 5/28/2024 | Bank of America, NA | 1 | 1 | |
| 249 | 5/28/2024 | 9192308501 | 2 | 9192308501 | 0 | 5/28/2024 | Bank of America, NA | 0 | 0 | |
| 250 | 5/28/2024 | 9192308501 | 1 | 6386105862 | 0 | 5/28/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 251 | 5/28/2024 | 9092699659 | 2 | 9092699659 | 0 | 5/28/2024 | Bank of America, NA | 0 | 0 | |
| 252 | 5/28/2024 | 9092699659 | 1 | 9590301707 | 0 | 5/28/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 253 | 5/28/2024 | 9092685187 | 2 | 9092685187 | 0 | 5/28/2024 | Bank of America, NA | 0 | 0 | |
| 254 | 5/28/2024 | 9092685187 | 1 | 4790505906 | 0 | 5/28/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 255 | 5/28/2024 | 5592718454 | 3 | 6923525774 | 0 | 5/28/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 256 | 5/28/2024 | 5592718454 | 4 | 5592718454 | 0 | 5/28/2024 | Bank of America, NA | 0 | 0 | |
| 257 | 5/28/2024 | 5592718454 | 1 | 191994979 | 0 | 5/24/2024 | Navy Federal Credit Union | 1 | 1 | |
| 258 | 5/28/2024 | 5592718454 | 2 | 13001704 | 0 | 5/24/2024 | Navy Federal Credit Union | 0 | 0 | |
| 259 | 5/28/2024 | 7352104023 | 1 | 7352104023 | 0 | 5/28/2024 | Bank of America, NA | 1 | 1 | |
| 260 | 5/29/2024 | 3752537280 | 1 | 3752537280 | 0 | 5/29/2024 | Bank of America, NA | 1 | 1 | |
| 261 | 5/29/2024 | 5692501237 | 3 | 6941146687 | 0 | 5/29/2024 | Federal Reserve Bank of Atlant | 0 | 0 | |
| 262 | 5/29/2024 | 5692501237 | 2 | 17048655 | 0 | 5/28/2024 | Navy Federal Credit Union | 0 | 0 | |
| 263 | 5/29/2024 | 5692501237 | 4 | 5692501237 | 0 | 5/29/2024 | Bank of America, NA | 0 | 0 | |
| 264 | 5/29/2024 | 5692501237 | 1 | 17048655 | 310 | 5/28/2024 | Navy Federal Credit Union | 1 | 1 | |
| 265 | 6/4/2024 | 8692014534 | 1 | 8670648323 | 0 | 6/4/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 266 | 6/4/2024 | 8692014534 | 2 | 8692014534 | 0 | 6/4/2024 | Bank of America, NA | 0 | 0 | |
| 267 | 6/10/2024 | 9492857069 | 2 | 9492857069 | 0 | 6/10/2024 | Bank of America, NA | 0 | 0 | |
| 268 | 6/10/2024 | 9492857069 | 1 | 8670697271 | 0 | 6/10/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 269 | 6/10/2024 | 9392100690 | 1 | 6389935050 | 0 | 6/10/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 270 | 6/10/2024 | 9392100690 | 2 | 9392100690 | 0 | 6/10/2024 | Bank of America, NA | 0 | 0 | |
| 271 | 6/10/2024 | 9492806369 | 1 | 8302075653 | 0 | 6/10/2024 | Citibank NA | 1 | 1 | |
| 272 | 6/10/2024 | 9492806369 | 2 | 9492806369 | 0 | 6/10/2024 | Bank of America, NA | 0 | 0 | |
| 273 | 6/11/2024 | 9592665392 | 1 | 6381822692 | 0 | 6/11/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 274 | 6/11/2024 | 9592665392 | 2 | 9592665392 | 0 | 6/11/2024 | Bank of America, NA | 0 | 0 | |
| 275 | 6/12/2024 | 9792205758 | 1 | 2090294674 | 0 | 6/12/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 276 | 6/12/2024 | 9792205758 | 2 | 9792205758 | 0 | 6/12/2024 | Bank of America, NA | 0 | 0 | |
| 277 | 6/20/2024 | 4452695194 | 1 | 4452695194 | 0 | 6/20/2024 | Bank of America, NA | 1 | 1 | |
| 278 | 6/20/2024 | 8792321283 | 2 | 8912236225 | 0 | 6/20/2024 | US Bank National Association | 0 | 0 | |
| 279 | 6/20/2024 | 8792321283 | 1 | 6.19E+13 | 0 | 6/19/2024 | US Bank National Association | 1 | 1 | |
| 280 | 6/20/2024 | 8792321283 | 3 | 8792321283 . | 0 | 6/20/2024 | Bank of America, NA | 0 | 0 | |
| 281 | 6/20/2024 | 8992213627 | 1 | 4070259399 | 0 | 6/20/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 282 | 6/20/2024 | 8992213627 | 2 | 8992213627 | 0 | 6/20/2024 | Bank of America, NA | 0 | 0 | |
| 283 | 6/21/2024 | 9192035200 | 2 | 9192035200 | 0 | 6/21/2024 | Bank of America, NA | 0 | 0 | |
| 284 | 6/21/2024 | 9192035200 | 1 | 6381802792 | 0 | 6/21/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 285 | 6/21/2024 | 9192035278 | 1 | 6381806628 | 0 | 6/21/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 286 | 6/21/2024 | 9192035278 | 2 | 9192035278 | 0 | 6/21/2024 | Bank of America, NA | 0 | 0 | |
| 287 | 6/24/2024 | 9192929983 | 1 | 6382082106 | 0 | 6/24/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 288 | 6/24/2024 | 9192929983 | 2 | 9192929983 | 0 | 6/24/2024 | Bank of America, NA | 0 | 0 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 289 | 6/24/2024 | 9192462532 | 2 | 9192462532 | 0 | 6/24/2024 | Bank of America, NA | 0 | 0 | |
| 290 | 6/24/2024 | 9192462532 | 1 | 9590697721 | 0 | 6/24/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 291 | 7/3/2024 | 4852889868 | 1 | 4852889868 | 0 | 7/3/2024 | Bank of America, NA | 1 | 1 | |
| 292 | 7/5/2024 | 8992855682 | 1 | 5690971824 | 0 | 7/5/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 293 | 7/5/2024 | 8992855682 | 2 | 8992855682 | 0 | 7/5/2024 | Bank of America, NA | 0 | 0 | |
| 294 | 7/5/2024 | 8992855693 | 1 | 5690972878 | 0 | 7/5/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 295 | 7/5/2024 | 8992855693 | 2 | 8992855693 | 0 | 7/5/2024 | Bank of America, NA | 0 | 0 | |
| 296 | 7/5/2024 | 8992539880 | 1 | 2447325648 | 0 | 7/5/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 297 | 7/5/2024 | 8992539880 | 2 | 8992539880 | 0 | 7/5/2024 | Bank of America, NA | 0 | 0 | |
| 298 | 7/8/2024 | 9092750492 | 2 | 9092750492 | 0 | 7/8/2024 | Bank of America, NA | 0 | 0 | |
| 299 | 7/8/2024 | 9092750492 | 1 | 2687201808 | 0 | 7/8/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 300 | 7/16/2024 | 8392918402 | 1 | 7.16E+13 | 0 | 7/16/2024 | US Bank National Association | 1 | 1 | |
| 301 | 7/16/2024 | 8392918402 | 3 | 8392918402 | 0 | 7/16/2024 | Bank of America, NA | 0 | 0 | |
| 302 | 7/16/2024 | 8392918402 | 2 | 8314271830 | 0 | 7/16/2024 | US Bank National Association | 0 | 0 | |
| 303 | 7/19/2024 | 3052467427 | 1 | 3052467427 | 0 | 7/19/2024 | Bank of America, NA | 1 | 1 | |
| 304 | 7/19/2024 | 8892202013 | 1 | 6386763308 | 0 | 7/19/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 305 | 7/19/2024 | 8892202013 | 2 | 8892202013 | 0 | 7/19/2024 | Bank of America, NA | 0 | 0 | |
| 306 | 7/22/2024 | 8992576405 | 2 | 8992576405 | 0 | 7/22/2024 | Bank of America, NA | 0 | 0 | |
| 307 | 7/22/2024 | 8992576405 | 1 | 6388397946 | 0 | 7/22/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 308 | 7/22/2024 | 9092180220 | 2 | 9092180220 | 0 | 7/22/2024 | Bank of America, NA | 0 | 0 | |
| 309 | 7/22/2024 | 9092180220 | 1 | 1070212866 | 0 | 7/22/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 310 | 7/22/2024 | 652817578 | 1 | 652817578 | 0 | 7/22/2024 | Bank of America, NA | 1 | 1 | |
| 311 | 7/22/2024 | 9192704306 | 1 | 8670670817 | 0 | 7/22/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 312 | 7/22/2024 | 9192704306 | 2 | 9192704306 | 0 | 7/22/2024 | Bank of America, NA | 0 | 0 | |
| 313 | 7/24/2024 | 9492688451 | 2 | 9492688451 | 0 | 7/24/2024 | Bank of America, NA | 0 | 0 | |
| 314 | 7/24/2024 | 9492688451 | 1 | 6380492128 | 0 | 7/24/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 315 | 8/2/2024 | 2452286235 | 1 | 2452286235 | 0 | 8/2/2024 | Bank of America, NA | 1 | 1 | |
| 316 | 8/2/2024 | 8792940445 | 1 | 6240700431 | 0 | 8/2/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 317 | 8/2/2024 | 8792940445 | 2 | 8792940445 | 0 | 8/2/2024 | Bank of America, NA | 0 | 0 | |
| 318 | 8/2/2024 | 8792940446 | 2 | 8792940446 | 0 | 8/2/2024 | Bank of America, NA | 0 | 0 | |
| 319 | 8/2/2024 | 8792940446 | 1 | 6240700435 | 0 | 8/2/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 320 | 8/2/2024 | 8792940447 | 2 | 8792940447 | 0 | 8/2/2024 | Bank of America, NA | 0 | 0 | |
| 321 | 8/2/2024 | 8792940447 | 1 | 6240700436 | 0 | 8/2/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 322 | 8/2/2024 | 8792940448 | 2 | 8792940448 | 0 | 8/2/2024 | Bank of America, NA | 0 | 0 | |
| 323 | 8/2/2024 | 8792940448 | 1 | 6240700437 | 0 | 8/2/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 324 | 8/5/2024 | 5992243461 | 1 | 2180017534 | 0 | 8/5/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 325 | 8/5/2024 | 5992243461 | 2 | 5992243461 | 0 | 8/5/2024 | Bank of America, NA | 0 | 0 | |
| 326 | 8/16/2024 | 3652060864 | 1 | 3652060864 | 0 | 8/16/2024 | Bank of America, NA | 1 | 1 | |
| 327 | 8/16/2024 | 9592855857 | 2 | 9592855857 | 0 | 8/16/2024 | Bank of America, NA | 0 | 0 | |
| 328 | 8/16/2024 | 9592855857 | 1 | 9890137870 | 0 | 8/16/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 329 | 8/16/2024 | 9592732293 | 1 | 1147304988 | 0 | 8/16/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 330 | 8/16/2024 | 9592732293 | 2 | 9592732293 | 0 | 8/16/2024 | Bank of America, NA | 0 | 0 | |
| 331 | 8/16/2024 | 3652079987 | 1 | 3652079987 | 0 | 8/16/2024 | Bank of America, NA | 1 | 1 | |
| 332 | 8/16/2024 | 9592731650 | 2 | 9592731650 | 0 | 8/16/2024 | Bank of America, NA | 0 | 0 | |
| 333 | 8/16/2024 | 9592731650 | 1 | 1147304992 | 0 | 8/16/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 334 | 8/19/2024 | 9892193597 | 2 | 8014435246 | 0 | 8/19/2024 | US Bank National Association | 0 | 0 | |
| 335 | 8/19/2024 | 9892193597 | 3 | 9892193597 | 0 | 8/19/2024 | Bank of America, NA | 0 | 0 | |
| 336 | 8/19/2024 | 9892193597 | 1 | 8.19E+13 | 0 | 8/19/2024 | US Bank National Association | 1 | 1 | |
| 337 | 8/29/2024 | 3652983362 | 1 | 3652983362 | 0 | 8/29/2024 | Bank of America, NA | 1 | 1 | |
| 338 | 8/29/2024 | 9292378762 | 1 | 1290978044 | 0 | 8/29/2024 | JPMorgan Chase Bank, NA | 1 | 1 | |
| 339 | 8/29/2024 | 9292378762 | 2 | 9292378762 | 0 | 8/29/2024 | Bank of America, NA | 0 | 0 | |
| 340 | 8/29/2024 | 9292390341 | 1 | 1481638607 | 0 | 8/29/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 341 | 8/29/2024 | 9292390341 | 2 | 9292390341 | 0 | 8/29/2024 | Bank of America, NA | 0 | 0 | |
| 342 | 8/29/2024 | 9292390343 | 1 | 1481638603 | 0 | 8/29/2024 | Wells Fargo Bank NA | 1 | 1 | |
| 343 | 8/29/2024 | 9292390343 | 2 | 9292390343 | 0 | 8/29/2024 | Bank of America, NA | 0 | 0 | |
| 344 | 9/3/2024 | 9692165633 | 2 | 9692165633 | 0 | 9/3/2024 | Bank of America, NA | 0 | 0 | |
| 345 | 9/3/2024 | 9692165633 | 1 | 478702182 | 0 | 9/3/2024 | Wells Fargo Bank NA | 1 | 1 | |

## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA
### Preferred Rewards
For Business

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

🏦  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

> 🔔  Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for May 16, 2023 to May 31, 2023                    Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---:|---|---|
| Beginning balance on May 16, 2023 | $0.00 | # of deposits/credits: | 2 |
| Deposits and other credits | 95,106.53 | # of withdrawals/debits: | 6 |
| Withdrawals and other debits | -65,459.35 | # of items-previous cycle[1]: | 0 |
| Checks | -0.00 | # of days in cycle: | 16 |
| Service fees | -60.00 | Average ledger balance: | $44,507.76 |
| **Ending balance on May 31, 2023** | **$29,587.18** | [1]Includes checks paid, deposited items and other debits | |



## Welcome to Preferred Rewards for Business

Congratulations—as a Platinum tier member, you get rewarded for the business you do with no fees on select banking services, bonus rewards on eligible credit cards and more.

To learn more, visit **bankofamerica.com/BusinessWelcome**, schedule an appointment with a Small Business Specialist or call **888.BUSINESS (888.287.4637)**.

SSM-08-22-0107.81 | 4878930

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 16, 2023 to May 31, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**BANK OF AMERICA**

## Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 16, 2023 to May 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 05/18/23 | WIRE TYPE:WIRE IN DATE: 230518 TIME:1700 ET TRN:2023051800440386 SEQ:2023051880001/001445 ORIG:VEER ETHANOL PARTNERS INC ID:2000002655 SND BK:CALIFORNIA BUSINESS BANK ID:122044119 PMT DET:VENDOR PAYMENT | 66,250.00 |
| 05/22/23 | WIRE TYPE:WIRE IN DATE: 230522 TIME:1657 ET TRN:2023052200502116 SEQ:CP00100018007168/567090 ORIG:ARAD OIL,INC. ID:501213434 SND BK:HABIB AMERI CAN BANK ID:0736 PMT DET:/REC/PAYMENT FOR NEW DRYE R //HAB/ART/864929/23 | 28,856.53 |

**Total deposits and other credits**  **$95,106.53**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 05/24/23 | WIRE TYPE:WIRE OUT DATE:230524 TIME:1331 ET TRN:2023052400375389 SERVICE REF:010313 BNF:WASHWORLD INC ID:83010268 BNF BK:BANK FIRST N. A ID:075901134 PMT DET:439531120 MACHINE DEPOSIT 1 OK, LED SIGNAGE | -20,000.00 |
| 05/24/23 | WIRE TYPE:WIRE OUT DATE:230524 TIME:1530 ET TRN:2023052400427014 SERVICE REF:013116 BNF:CAR WASH MANAGEMENT LLC ID:321380315 BNF BK:CA TALYST CORPORATE FCU ID:311990511 PMT DET:43954781 0 TRANSFER | -36,000.00 |
| 05/31/23 | VENMO          DES:PAYMENT    ID:1027311712125  INDN:ANDREW WILLIAMS        CO ID:3264681992 WEB | -259.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|------|-------------|--------|
| 05/26/23 | CHECKCARD  0524 LEVEL 7 CHEMICAL 855-927-1777 AR 24934873145030015302023 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -9,200.35 |

**Subtotal for card account # XXXX XXXX XXXX 4413**  **-$9,200.35**

**Total withdrawals and other debits**  **-$65,459.35**

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 05/24/23 | Wire Transfer Fee | -30.00 |
| 05/24/23 | Wire Transfer Fee | -30.00 |

**Total service fees**  **-$60.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

---

**REMEMBER**

## You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Ana Miramontes
951.474.1095
ana.s.miramontes@bofa.com

SSM-08-22-0105.B | 4678868

CAR WASH MANAGEMENT, LLC | Account # 3251 8313 1319 | May 16, 2023 to May 31, 2023

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|-------------|
| 05/18 | 66,250.00 | 05/24 | 39,046.53 | 05/31 | 29,587.18 |
| 05/22 | 95,106.53 | 05/26 | 29,846.18 | | |

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news – we are lowering and eliminating fees related to international wires and transactions!**

Starting May 21, we will lower the Incoming International Wire Transfer Fee from $16 to $15.

As a reminder, on May 23, 2023, we will stop charging an International Transaction Fee when an international debit card purchase is processed in U.S. dollars. However, keep in mind, debit card purchases processed in a foreign currency will continue to be charged the International Transaction Fee which is equal to 3% of the U.S. dollar amount of the transaction.

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   May 16, 2023 to May 31, 2023

This page intentionally left blank

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   May 16, 2023 to May 31, 2023

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 16, 2023 to May 31, 2023

This page intentionally left blank

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 16, 2023 to May 31, 2023

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 16, 2023 to May 31, 2023

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

🏦 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for June 1, 2023 to June 30, 2023

Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2023 | $29,587.18 | # of deposits/credits: 5 |
| Deposits and other credits | 178,347.69 | # of withdrawals/debits: 10 |
| Withdrawals and other debits | -24,099.75 | # of items-previous cycle[1]: 0 |
| Checks | -8,912.96 | # of days in cycle: 30 |
| Service fees | -65.00 | Average ledger balance: $25,444.83 |
| **Ending balance on June 30, 2023** | **$174,857.16** | [1]Includes checks paid, deposited items and other debits |

REMEMBER

## You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Ana Miramontes
951.474.1095
ana.s.miramontes@bofa.com

SSM-56-2240105B | 4878868

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  June 1, 2023 to June 30, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**



**BANK OF AMERICA**

<div align="right">

## Your checking account
</div>

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   June 1, 2023 to June 30, 2023

## Deposits and other credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/01/23 | BKOFAMERICA MOBILE 06/01 3739719348 DEPOSIT | *MOBILE | CA | 1,704.85 |
| 06/01/23 | BKOFAMERICA MOBILE 06/01 3771158470 DEPOSIT | *MOBILE | CA | 932.94 |
| 06/20/23 | BKOFAMERICA MOBILE 06/19 3720864643 DEPOSIT | *MOBILE | CA | 929.75 |
| 06/26/23 | Counter Credit | | | 87,390.07 |
| 06/30/23 | Counter Credit | | | 87,390.08 |
| **Total deposits and other credits** | | | | **$178,347.69** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/06/23 | TRANSFER CAR WASH MANAGEMENT,:Colonial Chemical In Confirmation# 1308383847 | -3,511.75 |
| 06/09/23 | WIRE TYPE:WIRE OUT DATE:230609 TIME:0459 ET TRN:2023060800460268 SERVICE REF:003819 BNF:CAR WASH MANAGEMENT LLC ID:321380315 BNF BK:CA TALYST CORPORATE FCU ID:311990511 PMT DET:44184299 6 ACCOUNT 64371 | -19,000.00 |
| 06/29/23 | WIRE TYPE:WIRE OUT DATE:230629 TIME:1559 ET TRN:2023062900449364 SERVICE REF:018193 BNF:CAR WASH MANAGEMENT LLC ID:321380315 BNF BK:CA TALYST CORPORATE FCU ID:311990511 PMT DET:44460839 0 ACCOUNT NUMBER 64371 | -1,000.00 |
| 06/29/23 | Online Banking transfer to CHK 1380 Confirmation# 7206896689 | -10.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | | Amount |
|---|---|---|---|
| 06/08/23 | CHECKCARD 0606 MCC ELECTRICAL SUPPLY VENTURA CKCD 5251 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | CA 24692163158103469804596 | -578.00 |
| **Subtotal for card account # XXXX XXXX XXXX 4413** | | | **-$578.00** |
| **Total withdrawals and other debits** | | | **-$24,099.75** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 06/06/23 | 1001 | -8,512.96 | | 06/23/23 | 1004* | -400.00 |
| | | | | **Total checks** | | **-$8,912.96** |
| | | | | **Total # of checks** | | **2** |

\*  There is a gap in sequential check numbers



CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  June 1, 2023 to June 30, 2023

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 05/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓   $15,000+ combined average monthly balance in linked business accounts has been met

- ✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 06/07/23 | External transfer fee - Next Day - 06/06/2023 | -5.00 |
| 06/09/23 | Wire Transfer Fee | -30.00 |
| 06/29/23 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$65.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/01 | 32,224.97 | 06/09 | 587.26 | 06/26 | 88,507.08 |
| 06/06 | 20,200.26 | 06/20 | 1,517.01 | 06/29 | 87,467.08 |
| 06/07 | 20,195.26 | 06/23 | 1,117.01 | 06/30 | 174,857.16 |
| 06/08 | 19,617.26 | | | | |

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   June 1, 2023 to June 30, 2023

## Check images

**Account number: 3251 8313 1319**
Check number: 1001   |   Amount: $8,512.96

Check number: 1004   |   Amount: $400.00

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  June 1, 2023 to June 30, 2023

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

☐  1.888.BUSINESS (1.888.287.4637)

☐  bankofamerica.com

☐  Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for July 1, 2023 to July 31, 2023

Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on July 1, 2023 | $174,857.16 | # of deposits/credits: 5 | |
| Deposits and other credits | 271,558.34 | # of withdrawals/debits: 41 | |
| Withdrawals and other debits | -274,143.73 | # of items-previous cycle[1]: 4 | |
| Checks | -697.00 | # of days in cycle: 31 | |
| Service fees | -135.00 | Average ledger balance: $185,218.79 | |
| **Ending balance on July 31, 2023** | **$171,439.77** | [1]Includes checks paid, deposited items and other debits | |

---

REMEMBER

## You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Ana Miramontes
951.474.1095
ana.s.miramontes@bofa.com

SSM-06-22-0105B | 4878868

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   July 1, 2023 to July 31, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**BANK OF AMERICA**

Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2023 to July 31, 2023

## Deposits and other credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/03/23 | BKOFAMERICA MOBILE 07/03 3727575140 DEPOSIT | *MOBILE | CA | 2,774.46 |
| 07/07/23 | WIRE TYPE:WIRE IN DATE: 230707 TIME:1552 ET TRN:2023070700456939 SEQ:2023070780002/001412 ORIG:VEER ETHANOL PARTNERS INC ID:2000002655 SND BK:CALIFORNIA BUSINESS BANK ID:122044119 PMT DET:VENDOR PAYMENT | | | 179,750.00 |
| 07/07/23 | Prfd Rwds for Bus-ATM Oper Rebate Refund of $3.50 | | | 3.50 |
| 07/12/23 | COLONIAL ENERGY  DES:CORP PAY   ID:  INDN:CAR WASH MANAGEMENT   CO ID:1475196631 CCD | | | 87,084.91 |
| 07/20/23 | BKOFAMERICA MOBILE 07/20 3742115265 DEPOSIT | *MOBILE | CA | 1,945.47 |
| **Total deposits and other credits** | | | | **$271,558.34** |

## Withdrawals and other debits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/03/23 | WIRE TYPE:WIRE OUT DATE:230703 TIME:0420 ET TRN:2023070300072392 SERVICE RFF:003807 BNF:CAR WASH MANAGEMENT LLC ID:321380315 BNF BK:CA TALYST CORPORATE FCU ID:311990511 PMT DET:44497014 6 ACCOUNT 64371 KOOLAU | | | -10,000.00 |
| 07/03/23 | TRANSFER CAR WASH MANAGEMENT,:ORGANIC DYES AND PIG Confirmation# 4038379455 | | | -8,540.04 |
| 07/03/23 | TRANSFER CAR WASH MANAGEMENT,:Colonial Chemical In Confirmation# 1338380463 | | | -5,613.08 |
| 07/06/23 | WIRE TYPE:WIRE OUT DATE:230706 TIME:1457 ET TRN:2023070600464380 SERVICE RFF:014925 BNF:CAR WASH MANAGEMENT LLC ID:321380315 BNF BK:CA TALYST CORPORATE FCU ID:311990511 PMT DET:44571949 6 KOOLAU FCU ACCOUNT 64371 | | | -30,000.00 |
| 07/06/23 | Online Banking transfer to CHK 1380 Confirmation# 4369499188 | | | -90.00 |
| 07/10/23 | TRANSFER CAR WASH MANAGEMENT,:Level 7 Chemical Confirmation# 0398759087 | | | -6,931.97 |
| 07/10/23 | TRANSFER CAR WASH MANAGEMENT,:Car Wash Management Confirmation# 4098777341 | | | -10,000.00 |
| 07/10/23 | TRANSFER CAR WASH MANAGEMENT,:Washworld Inc Confirmation# 0502472765 | | | -142,874.80 |
| 07/10/23 | TRANSFER CAR WASH MANAGEMENT,:Arcadian Services LL Confirmation# 1702829226 | | | -11,882.58 |
| 07/10/23 | CAPITAL ONE     DES:ONLINE PMT ID:3RYBD6LC8LNLKWZ  INDN:ANDREW P WILLIAMS   CO ID:9279744391 CCD | | | -3,000.00 |
| 07/11/23 | CAPITAL ONE     DES:ONLINE PMT ID:3RYJC0SO8A4E78J  INDN:ANDREW P WILLIAMS   CO ID:9279744391 CCD | | | -4,717.55 |
| 07/12/23 | TRANSFER CAR WASH MANAGEMENT,:RM Auctions Confirmation# 1718622306 | | | -5,006.90 |

continued on the next page

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code.**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                SSM-12-22-0030A  |  5197654



CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2023 to July 31, 2023

## Withdrawals and other debits - continued

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 07/12/23 | Square Inc      DES:Rule of De ID:T37YC1DWYKGRVBV  INDN:Andrew Williams      ID:JXXXXXXXXX CCD | CO | -7,500.00 |
| 07/14/23 | TRANSFER CAR WASH MANAGEMENT,:Colonial Chemical In Confirmation# 1336874525 | | -10,495.00 |
| 07/17/23 | CAPITAL ONE      DES:ONLINE PMT ID:3RZSMH5CUXZAGBN  INDN:ANDREW P WILLIAMS      ID:9279744391 CCD | CO | -784.00 |
| 07/17/23 | VENMO      DES:PAYMENT      ID:1028198697799  INDN:ANDREW WILLIAMS      ID:3264681992 WEB | CO | -24.25 |
| 07/19/23 | CAPITAL ONE      DES:ONLINE PMT ID:3S07WGDHBAICEUB  INDN:ANDREW P WILLIAMS      ID:9279744391 CCD | CO | -23.00 |
| 07/21/23 | CAPITAL ONE      DES:MOBILE PMT ID:3S0MP01FKUICOMB  INDN:ANDREW P WILLIAMS      ID:9279744380 CCD | CO | -4,997.33 |
| 07/24/23 | CAPITAL ONE      DES:ONLINE PMT ID:3S18SX8ANFN39YB  INDN:ANDREW P WILLIAMS      ID:9279744391 CCD | CO | -1,201.46 |
| 07/24/23 | CAPITAL ONE      DES:MOBILE PMT ID:3S0UR1FTKR05JXF  INDN:ANDREW P WILLIAMS      ID:9279744380 CCD | CO | -208.00 |
| 07/25/23 | WIRE TYPE:WIRE OUT DATE:230725 TIME:0452 ET TRN:2023072400585961 SERVICE REF:002855 BNF:JOSE SERRANO ID:682759100 BNF BK:JPMORGAN CHAS E BANK, NA ID:322271627 PMT DET:448040780 FORKLIFT | | -5,000.00 |
| 07/26/23 | TRANSFER CAR WASH MANAGEMENT,:Level 7 Chemical Confirmation# 1340948211 | | -3,050.27 |
| 07/26/23 | CAPITAL ONE      DES:MOBILE PMT ID:3S1OZV3VRORHMOZ  INDN:ANDREW P WILLIAMS      ID:9279744380 CCD | CO | -2,100.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 07/07/23 | SP001841      07/07 #000442323 WITHDRWL SPEEDWAY # 3-P001  SAN DIEGO      CA | | -103.50 |

| | Amount |
|--|-------:|
| Subtotal for card account # XXXX XXXX XXXX 4413 | -$103.50 |
| Total withdrawals and other debits | -$274,143.73 |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|-------:|--|------|---------|-------:|
| 07/12/23 | 1003 | -86.00 | | 07/28/23 | 9059006* | -320.00 |
| 07/28/23 | 1005* | -291.00 | | | | |
| | | | | Total checks | | -$697.00 |
| | | | | Total # of checks | | 3 |

* There is a gap in sequential check numbers

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 06/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|-------:|
| 07/03/23 | Wire Transfer Fee | -30.00 |
| 07/05/23 | External transfer fee - Next Day - 07/03/2023 | -5.00 |

continued on the next page



**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2023 to July 31, 2023

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 07/05/23 | External transfer fee – Next Day – 07/03/2023 | -5.00 |
| 07/06/23 | Wire Transfer Fee | -30.00 |
| 07/07/23 | Prfd Rwds for Bus-ATM Wthdrwl Fee Waiver of $2.50 | -0.00 |
| 07/07/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 07/11/23 | External transfer fee – Next Day – 07/10/2023 | -5.00 |
| 07/11/23 | External transfer fee – Next Day – 07/10/2023 | -5.00 |
| 07/11/23 | External transfer fee – Next Day – 07/10/2023 | -5.00 |
| 07/11/23 | External transfer fee – Next Day – 07/10/2023 | -5.00 |
| 07/13/23 | External transfer fee – Next Day – 07/12/2023 | -5.00 |
| 07/17/23 | External transfer fee – Next Day – 07/14/2023 | -5.00 |
| 07/25/23 | Wire Transfer Fee | -30.00 |
| 07/27/23 | External transfer fee – Next Day – 07/26/2023 | -5.00 |
| **Total service fees** | | **-$135.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|-----------|------|-------------|
| 07/01 | 174,857.16 | 07/12 | 198,033.61 | 07/21 | 183,645.50 |
| 07/03 | 153,448.50 | 07/13 | 198,028.61 | 07/24 | 182,236.04 |
| 07/05 | 153,438.50 | 07/14 | 187,533.61 | 07/25 | 177,206.04 |
| 07/06 | 123,318.50 | 07/17 | 186,720.36 | 07/26 | 172,055.77 |
| 07/07 | 302,968.50 | 07/19 | 186,697.36 | 07/27 | 172,050.77 |
| 07/10 | 128,279.15 | 07/20 | 188,642.83 | 07/28 | 171,439.77 |
| 07/11 | 123,541.60 | | | | |

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   July 1, 2023 to July 31, 2023

Page 6 of 8

This page intentionally left blank

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2023 to July 31, 2023

## Check images

**Account number: 3251 8313 1319**
Check number: 1003  |  Amount: $86.00

Check number: 1005  |  Amount: $291.00

Check number: 9059006  |  Amount: $320.00

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   July 1, 2023 to July 31, 2023

This page intentionally left blank



## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

BANK OF AMERICA
### Preferred Rewards
For Business

**Customer service information**

☎  1.888.BUSINESS (1.888.287.4637)

🖳  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

---

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for August 1, 2023 to August 31, 2023                     Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 1, 2023 | $171,439.77 | # of deposits/credits: 1 | |
| Deposits and other credits | 130,107.47 | # of withdrawals/debits: 32 | |
| Withdrawals and other debits | -168,995.16 | # of items-previous cycle[1]: 3 | |
| Checks | -5,069.00 | # of days in cycle: 31 | |
| Service fees | -89.00 | Average ledger balance: $120,276.45 | |
| **Ending balance on August 31, 2023** | **$127,394.08** | [1]Includes checks paid, deposited items and other debits | |

---

 Mobile and Online Banking — convenient, secure, simple[1]

Help reduce check fraud by writing fewer checks and switching to digital payments.
Scammers are targeting the mail to steal checks and other information.

To learn more, scan the code or go to **bofa.com/BillPay**



[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
When you use the ORC feature, certain information is collected from your mobile device for business purposes.

SSM-02-23-0509C . 5471540

---

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2023 to August 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

## BANK OF AMERICA

## Your checking account

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/21/23 | AscentiumCapital DES:APModule  ID:365146  INDN:CAR WASH MANAGEMENT LL  CO ID:9176794003 CCD | 130,107.47 |

| | | |
|--|--|--|
| **Total deposits and other credits** | | **$130,107.47** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/23 | CAPITAL ONE      DES:ONLINE PMT ID:3S2XI11FYQ7X6W3  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -2,100.00 |
| 08/04/23 | CAPITAL ONE      DES:ONLINE PMT ID:3S3LJETPWI6X9UC  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -31.58 |
| 08/07/23 | WIRE TYPE:WIRE OUT DATE:230807 TIME:0415 ET TRN:2023080700062704 SERVICE REF:002890 BNF:CAR WASH MANAGEMENT LLC ID:321380315 BNF BK:CA TALYST CORPORATE FCU ID:311990511 PMT DET:45003660 4 KOOLAU ACCOUNT 64371 | -4,000.00 |
| 08/07/23 | TRANSFER CAR WASH MANAGEMENT,:Norman, Fox & Co. Confirmation# 0440775683 | -1,207.82 |
| 08/11/23 | TRANSFER CAR WASH MANAGEMENT,:Colonial Chemical In Confirmation# 0477694351 | -1,585.76 |
| 08/11/23 | TRANSFER CAR WASH MANAGEMENT,:Colonial Chemical In Confirmation# 2877707531 | -2,101.00 |
| 08/11/23 | TRANSFER CAR WASH MANAGEMENT,:Colonial Chemical In Confirmation# 0477718573 | -9,626.00 |
| 08/11/23 | CAPITAL ONE      DES:ONLINE PMT ID:3S52OSSS9WPV12B  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -3,001.00 |
| 08/14/23 | TRANSFER CAR WASH MANAGEMENT,:DRB Confirmation# 0401186037 | -113,057.63 |
| 08/14/23 | TRANSFER CAR WASH MANAGEMENT,:Norman, Fox & Co. Confirmation# 0401237450 | -1,932.32 |
| 08/15/23 | TRANSFER CAR WASH MANAGEMENT,:Premier Touchless dr Confirmation# 1613022202 | -8,585.00 |
| 08/15/23 | CAPITAL ONE      DES:ONLINE PMT ID:3S5PUX42CCJEN8J  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -3,000.00 |
| 08/21/23 | WIRE TYPE:WIRE OUT DATE:230821 TIME:0412 ET TRN:2023082100055155 SERVICE REF:002997 BNF:CAR WASH MANAGEMENT LLC ID:321380315 BNF BK:CA TALYST CORPORATE FCU ID:311990511 PMT DET:45190185 6 ACCOUNT 64371 CAR WASH MANAGEMENT | -2,000.00 |
| 08/21/23 | TRANSFER CAR WASH MANAGEMENT,:Jose Serrano Confirmation# 0461732320 | -1,000.00 |
| 08/23/23 | TRANSFER CAR WASH MANAGEMENT,:Premier Touchless dr Confirmation# 1681898298 | -666.92 |
| 08/31/23 | TRANSFER CAR WASH MANAGEMENT,:Norman, Fox & Co. Confirmation# 3748154788 | -4,478.84 |
| 08/31/23 | TRANSFER CAR WASH MANAGEMENT,:Astromatic Inc Confirmation# 0650972066 | -10,560.65 |
| 08/31/23 | Customer Withdrawal Image | -50.00 |

continued on the next page

BUSINESS ADVANTAGE

## Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.



SSM-01-23-2632.B | 5421106

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2023 to August 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| Card account # XXXX XXXX XXXX 4413 | | |
| 08/25/23 | CHECKCARD  0824 SQ *THYME FOR LUNCH CAF San Diego   CA 24692163236104465521750 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -10.64 |
| Subtotal for card account # XXXX XXXX XXXX 4413 | | -$10.64 |
| Total withdrawals and other debits | | -$168,995.16 |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 08/01/23 | 1007 | -4,680.00 | 08/04/23 | 1008 | -389.00 |
| | | | Total checks | | -$5,069.00 |
| | | | Total # of checks | | 2 |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 07/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $15,000+ combined average monthly balance in linked business accounts has been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 08/07/23 | Wire Transfer Fee | -30.00 |
| 08/08/23 | External transfer fee - 3 Day -  08/07/2023 | -1.00 |
| 08/14/23 | External transfer fee - Next Day - 08/11/2023 | -5.00 |
| 08/14/23 | External transfer fee - Next Day - 08/11/2023 | -5.00 |
| 08/14/23 | External transfer fee - Next Day - 08/11/2023 | -5.00 |
| 08/15/23 | External transfer fee - Next Day - 08/14/2023 | -5.00 |
| 08/15/23 | External transfer fee - 3 Day -  08/14/2023 | -1.00 |
| 08/16/23 | External transfer fee - Next Day - 08/15/2023 | -5.00 |
| 08/21/23 | Wire Transfer Fee | -30.00 |
| 08/22/23 | External transfer fee - 3 Day -  08/21/2023 | -1.00 |
| 08/24/23 | External transfer fee - 3 Day -  08/23/2023 | -1.00 |
| **Total service fees** | | **-$89.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/01 | 164,659.77 | 08/07 | 159,001.37 | 08/11 | 142,686.61 |
| 08/04 | 164,239.19 | 08/08 | 159,000.37 | 08/14 | 27,681.66 |

continued on the next page

**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2023 to August 31, 2023

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|------|------------|------|------------|------|------------|
| 08/15 | 16,090.66 | 08/22 | 143,162.13 | 08/25 | 142,483.57 |
| 08/16 | 16,085.66 | 08/23 | 142,495.21 | 08/31 | 127,394.08 |
| 08/21 | 143,163.13 | 08/24 | 142,494.21 | | |

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   August 1, 2023 to August 31, 2023

This page intentionally left blank

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2023 to August 31, 2023

## Check images

**Account number: 3251 8313 1319**
Check number: 1007  |  Amount: $4,680.00

Check number: 1008  |  Amount: $389.00

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Now funds deposited by check may be available to you earlier.**

We are changing when funds are available to you when your check deposit is not made in person to one of our employees at a financial center. Beginning August 11, 2023, the funds from your check deposit will be available the first business day after the day of your deposit.

Please keep in mind, all deposits are subject to a hold review at any time – and we may place longer holds on certain items in some cases, which could impact your ability to withdraw or use the deposited funds or result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

📞  1.888.BUSINESS (1.888.287.4637)

🖥️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for September 1, 2023 to September 30, 2023

Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2023 | $127,394.08 | # of deposits/credits: 1 |
| Deposits and other credits | 6,958.84 | # of withdrawals/debits: 23 |
| Withdrawals and other debits | -45,836.45 | # of items-previous cycle[1]: 2 |
| Checks | -33,090.49 | # of days in cycle: 30 |
| Service fees | -27.00 | Average ledger balance: $94,436.21 |
| **Ending balance on September 30, 2023** | **$55,398.98** | [1]Includes checks paid, deposited items and other debits |

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A | 5197654





CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2023 to September 30, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

-   Tell us your name and account number.
-   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
-   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   September 1, 2023 to September 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 09/28/23 | Deposit | 6,958.84 |
| **Total deposits and other credits** | | **$6,958.84** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/11/23 | TRANSFER CAR WASH MANAGEMENT,:Colonial Chemical In Confirmation# 0645796787 | -7,964.21 |
| 09/18/23 | CAPITAL ONE    DES:ONLINE PMT ID:3SCOJJ5WXDTOVTV  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -3,000.00 |
| 09/19/23 | Credit Strong  DES:CSTR PAYMT ID:769232  INDN:Andrew Williams    CO ID:5122002825 WEB | -25.00 |
| 09/20/23 | TRANSFER CAR WASH MANAGEMENT,:Jose Serrano Confirmation# 1620843418 | -1,000.00 |
| 09/21/23 | TRANSFER CAR WASH MANAGEMENT,:Arcadian Services LL Confirmation# 1529453451 | -6,155.00 |
| 09/25/23 | TRANSFER CAR WASH MANAGEMENT,:Norman, Fox & Co. Confirmation# 0164088447 | -5,832.00 |
| 09/25/23 | TRANSFER CAR WASH MANAGEMENT,:Norman, Fox & Co. Confirmation# 1564088569 | -7,964.21 |
| 09/26/23 | CAPITAL ONE    DES:MOBILE PMT ID:3SERL6PH05AVR4Z  INDN:ANDREW P WILLIAMS    CO ID:9279744380 CCD | -2,000.00 |
| 09/27/23 | WIRE TYPE:WIRE OUT DATE:230927 TIME:1620 ET TRN:2023092700487528 SERVICE REF:016038 BNF:WASHWORLD INC ID:83010268 BNF BK:BANK FIRST N. A ID:075901134 PMT DET:457406494 PO 1570 | -11,675.01 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|------|-------------|--------|
| 09/11/23 | PMNT SENT  0911 CASH APP*JUSTICE BADIO 800-9691940  CA 24793383254001633037074 CKCD 4829 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -50.00 |
| 09/12/23 | PMNT SENT  0912 CASH APP*JUSTICE BADIO 800-9691940  CA 24793383254010961926071 CKCD 4829 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -50.00 |
| 09/13/23 | PMNT SENT  0912 CASH APP*JUSTICE BADIO 800-9691940  CA 24793383255008495788073 CKCD 4829 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -50.00 |
| 09/29/23 | CHECKCARD  0928 SQ *THYME FOR LUNCH CAF San Diego    CA 24692163271109419072707 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -11.07 |
| **Subtotal for card account # XXXX XXXX XXXX 4413** | | **-$161.07** |

continued on the next page

BANK OF AMERICA BUSINESS ADVANTAGE

### Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633B | 5421083

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2023 to September 30, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| | Card account # XXXX XXXX XXXX 4421 | |
| 09/29/23 | CHECKCARD 0928 CERTIFYME.NET 888-699-4800 AZ 24765013271286277758350 CKCD 7399 XXXXXXXXXXXX4421 XXXX XXXX XXXX 4421 | -59.95 |
| | Subtotal for card account # XXXX XXXX XXXX 4421 | -$59.95 |
| | **Total withdrawals and other debits** | **-$45,836.45** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 09/13/23 | 1009 | -33,090.49 |
| **Total checks** | | **-$33,090.49** |
| **Total # of checks** | | **1** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $15,000+ combined average monthly balance in linked business accounts has been met

- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 09/01/23 | External transfer fee - Next Day - 08/31/2023 | -5.00 |
| 09/01/23 | External transfer fee - 3 Day -  08/31/2023 | -1.00 |
| 09/12/23 | External transfer fee - Next Day - 09/11/2023 | -5.00 |
| 09/21/23 | External transfer fee - 3 Day -  09/20/2023 | -1.00 |
| 09/22/23 | External transfer fee - Next Day - 09/21/2023 | -5.00 |
| 09/26/23 | External transfer fee - Next Day - 09/25/2023 | -5.00 |
| 09/26/23 | External transfer fee - Next Day - 09/25/2023 | -5.00 |
| 09/27/23 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| **Total service fees** | | **-$27.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 127,388.08 | 09/19 | 83,153.38 | 09/26 | 60,186.17 |
| 09/11 | 119,373.87 | 09/20 | 82,153.38 | 09/27 | 48,511.16 |
| 09/12 | 119,318.87 | 09/21 | 75,997.38 | 09/28 | 55,470.00 |
| 09/13 | 86,178.38 | 09/22 | 75,992.38 | 09/29 | 55,398.98 |
| 09/18 | 83,178.38 | 09/25 | 62,196.17 | | |

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2023 to September 30, 2023

## Check images

**Account number: 3251 8313 1319**
Check number: 1009  |  Amount: $33,090.49

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   September 1, 2023 to September 30, 2023

This page intentionally left blank

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2023 to September 30, 2023

This page intentionally left blank

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2023 to September 30, 2023

This page intentionally left blank

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2023 to September 30, 2023

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

☐  1.888.BUSINESS (1.888.287.4637)

▨  bankofamerica.com

▨  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for October 1, 2023 to October 31, 2023

Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2023 | $55,398.98 | # of deposits/credits: 4 |
| Deposits and other credits | 193,701.17 | # of withdrawals/debits: 21 |
| Withdrawals and other debits | -67,684.61 | # of items-previous cycle[1]: 6 |
| Checks | -120.70 | # of days in cycle: 31 |
| Service fees | -16.00 | Average ledger balance: $56,324.08 |
| **Ending balance on October 31, 2023** | **$181,278.84** | [1]Includes checks paid, deposited items and other debits |

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108B | 4878896

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   October 1, 2023 to October 31, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**BANK OF AMERICA**

<div align="right">

Your checking account

</div>

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  October 1, 2023 to October 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/23 | Deposit | 5,851.94 |
| 10/18/23 | Deposit | 764.31 |
| 10/20/23 | WIRE TYPE:WIRE IN DATE: 231020 TIME:0733 ET TRN:2023102000232768 SEQ:US231020683068/000563 ORIG:H S ENERGY PRODUCTS, LLC ID:1361298841 SND BK:CAPITAL ONE, NA ID:056073502 PMT DET:001243 0646 | 87,084.92 |
| 10/30/23 | WIRE TYPE:WIRE IN DATE: 231030 TIME:0424 ET TRN:2023103000190990 SEQ:G0133032403001/147018 ORIG:SANDRA ASHTON ID:042039431525 SND BK:CITIBANK , N.A. ID:0008 PMT DET:SANDRA ASHTON ITF SANDRA V. A SHTONREVOCABLE T | 100,000.00 |
| **Total deposits and other credits** | | **$193,701.17** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/23 | WIRE TYPE:WIRE OUT DATE:231002 TIME:0409 ET TRN:2023100200031775 SERVICE REF:002990 BNF:CAR WASH MANAGEMENT LLC ID:321380315 BNF BK:CA TALYST CORPORATE FCU ID:311990511 PMT DET:45791627 6 ACCOUNT 64371 | -10,000.00 |
| 10/02/23 | TRANSFER CAR WASH MANAGEMENT,:Car Wash Management Confirmation# 2924592160 | -5,000.00 |
| 10/04/23 | CAPITAL ONE    DES:ONLINE PMT ID:3SGGZ6H9K0MT003  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -4,000.00 |
| 10/12/23 | WIRE TYPE:WIRE OUT DATE:231012 TIME:0512 ET TRN:2023101200148833 SERVICE REF:003967 BNF:CAR WASH MANAGEMENT LLC ID:321380315 BNF BK:CA TALYST CORPORATE FCU ID:311990511 PMT DET:45966139 6 ACCOUNT 64371 | -16,000.00 |
| 10/12/23 | TRANSFER CAR WASH MANAGEMENT,:Car Wash Management Confirmation# 0110898246 | -16,000.00 |
| 10/19/23 | TRANSFER CAR WASH MANAGEMENT,:Jose Serrano Confirmation# 0171405758 | -1,000.00 |
| 10/19/23 | Credit Strong    DES:CSTR PAYMT ID:818311  INDN:Andrew Williams    CO ID:5122002825 WEB | -449.00 |
| 10/25/23 | TRANSFER CAR WASH MANAGEMENT,:Car Wash Management Confirmation# 0126404939 | -5,000.00 |
| 10/30/23 | CA TLR cash withdrawal from CHK 1319 | -600.00 |
| 10/30/23 | CAPITAL ONE    DES:ONLINE PMT ID:3SLYHPTIGZ4YEXV  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -4,000.00 |

*continued on the next page*

---

## Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.    SSM-05-23-0009C | 5695722

CAR WASH MANAGEMENT, LLC | Account # 3251 8313 1319 | October 1, 2023 to October 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| Card account # XXXX XXXX XXXX 4413 | | |
| 10/02/23 | CHECKCARD 0929 NATIONALCARWASHSOLUTION 515-986-3700 IA 24072803272286880200213 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -4,245.73 |
| 10/26/23 | CHECKCARD 1025 PROGRESSIVE INS 855-758-0945 OH 24692163298101670974597 CKCD 6300 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,389.88 |
| Subtotal for card account # XXXX XXXX XXXX 4413 | | -$5,635.61 |
| Total withdrawals and other debits | | -$67,684.61 |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 10/19/23 | 1010 | -120.70 |
| Total checks | | -$120.70 |
| Total # of checks | | 1 |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 09/29/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $15,000+ combined average monthly balance in linked business accounts has been met

- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 10/02/23 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 10/03/23 | External transfer fee - Next Day - 10/02/2023 | -5.00 |
| 10/12/23 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 10/13/23 | External transfer fee - Next Day - 10/12/2023 | -5.00 |
| 10/20/23 | External transfer fee - 3 Day - 10/19/2023 | -1.00 |
| 10/20/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 10/26/23 | External transfer fee - Next Day - 10/25/2023 | -5.00 |
| 10/30/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| Total service fees | | -$16.00 |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 55,398.98 | 10/12 | 6,000.19 | 10/20 | 92,273.72 |
| 10/02 | 42,005.19 | 10/13 | 5,995.19 | 10/25 | 87,273.72 |
| 10/03 | 42,000.19 | 10/18 | 6,759.50 | 10/26 | 85,878.84 |
| 10/04 | 38,000.19 | 10/19 | 5,189.80 | 10/30 | 181,278.84 |

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   October 1, 2023 to October 31, 2023

## Check images
**Account number: 3251 8313 1319**
Check number: 1010   |   Amount: $120.70

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   October 1, 2023 to October 31, 2023

This page intentionally left blank

## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for November 1, 2023 to November 30, 2023          Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2023 | $181,278.84 | # of deposits/credits: 6 |
| Deposits and other credits | 254,285.49 | # of withdrawals/debits: 48 |
| Withdrawals and other debits | -321,324.16 | # of items-previous cycle[1]: 6 |
| Checks | -72,300.00 | # of days in cycle: 30 |
| Service fees | -56.00 | Average ledger balance: $108,683.51 |
| **Ending balance on November 30, 2023** | **$41,884.17** | [1]Includes checks paid, deposited items and other debits |



Can you spot a scam?   Be aware of these common red flags:

⚑ Contacted unexpectedly and asked for sensitive information

⚑ Pressured to act immediately

⚑ Asked to provide codes or click links to verify information

Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.          SSM-02-23-0079B  |  5449173

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  November 1, 2023 to November 30, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**



## BANK OF AMERICA

**Your checking account**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   November 1, 2023 to November 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 11/09/23 | Deposit | 3,197.20 |
| 11/10/23 | Deposit | 148,202.95 |
| 11/17/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-16) | 6,936.45 |
| 11/20/23 | Counter Credit | 438.28 |
| 11/21/23 | WIRE TYPE:WIRE IN DATE: 231121 TIME:1444 ET TRN:2023112100432716 SEQ:3427483325ES/023881 ORIG:ERIK F ANDERSON ID:936891982 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:DCD OF 23/11/2 1 | 95,000.00 |
| 11/27/23 | Deposit | 510.61 |

**Total deposits and other credits**      **$254,285.49**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/01/23 | WIRE TYPE:WIRE OUT DATE:231101 TIME:1557 ET TRN:2023110100478515 SERVICE REF:016491 BNF:WASHWORLD INC ID:83010268 BNF BK:BANK FIRST N. A ID:075901134 PMT DET:462659298 SO_10_2666 AND 10_2746 | -8,654.96 |
| 11/01/23 | TRANSFER CAR WASH MANAGEMENT,:Norman, Fox & Co. Confirmation# 0186917707 | -15,464.18 |
| 11/03/23 | TRANSFER CAR WASH MANAGEMENT,:Laguna Industries LL Confirmation# 0104824506 | -15,401.25 |
| 11/03/23 | CAPITAL ONE   DES:ONLINE PMT ID:3SMSTXHFDEAJX2B INDN:ANDREW P WILLIAMS   CO ID:9279744391 CCD | -5,000.00 |
| 11/06/23 | TRANSFER CAR WASH MANAGEMENT,:DRB Confirmation# 1530914722 | -46,039.50 |
| 11/06/23 | CAPITAL ONE   DES:ONLINE PMT ID:3SN708PU9L2MB6R INDN:Andrew P Williams   CO ID:9279744391 CCD | -4,000.00 |
| 11/07/23 | CAPITAL ONE   DES:ONLINE PMT ID:3SNNGFXIYZ8YVJ7 INDN:ANDREW P WILLIAMS   CO ID:9279744391 CCD | -851.88 |
| 11/08/23 | CAPITAL ONE   DES:ONLINE PMT ID:3SNUW1PBWMNKAAR INDN:ANDREW P WILLIAMS   CO ID:9279744391 CCD | -4,001.00 |
| 11/13/23 | CAPITAL ONE   DES:ONLINE PMT ID:3SOPC81MKZOP9GJ INDN:ANDREW P WILLIAMS   CO ID:9279744391 CCD | -2,000.00 |
| 11/13/23 | CAPITAL ONE   DES:MOBILE PMT ID:3SOWYLABBSATKPV INDN:ANDREW P WILLIAMS   CO ID:9279744380 CCD | -2,000.00 |

continued on the next page

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America' small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0136.B 1 4878696

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  November 1, 2023 to November 30, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/14/23 | CAPITAL ONE    DES:MOBILE PMT ID:3SP4BLAYGUCFAQR  INDN:ANDREW P WILLIAMS    CO ID:9279744380 CCD | -2,000.00 |
| 11/16/23 | KAISER GROUP DUE DES:TELEPHONE  ID:043000099986272  INDN:1400310000037212936019 CO ID:9049040030 TEL | -6,936.45 |
| 11/20/23 | CAPITAL ONE    DES:ONLINE PMT ID:3SQ6U8P03FGVG9V  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -3,000.00 |
| 11/21/23 | TRANSFER CAR WASH MANAGEMENT,:Gallop Brush Co. Confirmation# 1659675544 | -2,975.58 |
| 11/21/23 | TRANSFER CAR WASH MANAGEMENT,:Premier Touchless dr Confirmation# 0359711699 | -22,525.00 |
| 11/21/23 | TRANSFER CAR WASH MANAGEMENT,:Compressed Air Syste Confirmation# 0359765047 | -8,315.00 |
| 11/21/23 | TRANSFER CAR WASH MANAGEMENT,:Arcadian Services LL Confirmation# 1659919362 | -5,104.25 |
| 11/21/23 | CAPITAL ONE    DES:ONLINE PMT ID:3SQLKHMWN3UKYZN  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -5,001.00 |
| 11/21/23 | CAPITAL ONE    DES:ONLINE PMT ID:3SQLJZ2QA27U90J  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -5,000.00 |
| 11/21/23 | Credit Strong   DES:CSTR PAYMT ID:869878  INDN:Andrew Williams    CO ID:5122002825 WEB | -449.00 |
| 11/22/23 | CAPITAL ONE    DES:ONLINE PMT ID:3SQS0L6MXW5ARS3  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -15,256.31 |
| 11/24/23 | TRANSFER CAR WASH MANAGEMENT,:Car Wash Management Confirmation# 2685704747 | -10,000.00 |
| 11/24/23 | TRANSFER CAR WASH MANAGEMENT,:Petit Auto Wash Confirmation# 0386376191 | -80,369.33 |
| 11/27/23 | TRANSFER CAR WASH MANAGEMENT,:Colonial Chemical In Confirmation# 1608764639 | -2,687.77 |
| 11/27/23 | TRANSFER CAR WASH MANAGEMENT,:Laguna Industries LL Confirmation# 0311889866 | -682.00 |
| 11/29/23 | WIRE TYPE:WIRE OUT DATE:231129 TIME:0501 ET TRN:2023112900128850 SERVICE REF:246154 BNF:ADP ID:00412283 BNF BK:DEUTSCHE BANK TRUST CO  ID:0103 PMT DET:466327272 REFERENCE: L5P5B | -23,851.65 |
| 11/29/23 | TRANSFER CAR WASH MANAGEMENT,:A.V.W. Equipment Co. Confirmation# 1629909079 | -10,704.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|------|-------------|--------|
| 11/14/23 | CHECKCARD  1110 PRIME DUMPSTER 630-2519183  IL 24750763317900016934451 CKCD 4900 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,985.21 |
| 11/30/23 | CHECKCARD  1130 SONNYS ENTERPRISES INC 954-720-4100 FL 24692163334107631986162 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -9,052.62 |
| 11/30/23 | CHECKCARD  1130 SONNYS ENTERPRISES INC 954-720-4100 FL 24692163334107631986444 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -205.88 |

Subtotal for card account # XXXX XXXX XXXX 4413    **-$11,243.71**

Card account # XXXX XXXX XXXX 4421

| Date | Description | Amount |
|------|-------------|--------|
| 11/08/23 | CHECKCARD  1103 DRB SYSTEMS 330-6454200  OH 24639233311900019423277 CKCD 7372 XXXXXXXXXXXX4421 XXXX XXXX XXXX 4421 | -1,810.34 |

Subtotal for card account # XXXX XXXX XXXX 4421    **-$1,810.34**

Total withdrawals and other debits    **-$321,324.16**

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 11/29/23 | 1011 | -300.00 | 11/02/23 | 1013* | -72,000.00 |
| | | | Total checks | | -$72,300.00 |
| | | | Total # of checks | | 2 |

\*  There is a gap in sequential check numbers

**Your checking account**

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  November 1, 2023 to November 30, 2023

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 10/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- $15,000+ combined average monthly balance in linked business accounts has been met
- Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/01/23 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 11/02/23 | External transfer fee - Next Day - 11/01/2023 | -5.00 |
| 11/06/23 | External transfer fee - Next Day - 11/03/2023 | -5.00 |
| 11/07/23 | External transfer fee - Next Day - 11/06/2023 | -5.00 |
| 11/21/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 11/22/23 | External transfer fee - Next Day - 11/21/2023 | -5.00 |
| 11/22/23 | External transfer fee - Next Day - 11/21/2023 | -5.00 |
| 11/22/23 | External transfer fee - Next Day - 11/21/2023 | -5.00 |
| 11/22/23 | External transfer fee - Next Day - 11/21/2023 | -5.00 |
| 11/27/23 | External transfer fee - Next Day - 11/24/2023 | -5.00 |
| 11/27/23 | External transfer fee - Next Day - 11/24/2023 | -5.00 |
| 11/28/23 | External transfer fee - Next Day - 11/27/2023 | -5.00 |
| 11/28/23 | External transfer fee - 3 Day -  11/27/2023 | -1.00 |
| 11/29/23 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 11/30/23 | External transfer fee - Next Day - 11/29/2023 | -5.00 |

**Total service fees**                                                                 **-$56.00**

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 157,159.70 | 11/10 | 159,440.88 | 11/22 | 179,247.81 |
| 11/02 | 85,154.70 | 11/13 | 155,440.88 | 11/24 | 88,878.48 |
| 11/03 | 64,753.45 | 11/14 | 151,455.67 | 11/27 | 86,009.32 |
| 11/06 | 14,708.95 | 11/16 | 144,519.22 | 11/28 | 86,003.32 |
| 11/07 | 13,852.07 | 11/17 | 151,455.67 | 11/29 | 51,147.67 |
| 11/08 | 8,040.73 | 11/20 | 148,893.95 | 11/30 | 41,884.17 |
| 11/09 | 11,237.93 | 11/21 | 194,524.12 | | |

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  November 1, 2023 to November 30, 2023

This page intentionally left blank

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   November 1, 2023 to November 30, 2023

## Check images

**Account number: 3251 8313 1319**
Check number: 1011   |   Amount: $300.00

Check number: 1013   |   Amount: $72,000.00

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   November 1, 2023 to November 30, 2023

This page intentionally left blank

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  November 1, 2023 to November 30, 2023

This page intentionally left blank

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  November 1, 2023 to November 30, 2023

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA
**Preferred Rewards**
For Business

### Customer service information

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

🏠  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for December 1, 2023 to December 31, 2023

Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2023 | $41,884.17 | # of deposits/credits: 5 |
| Deposits and other credits | 56,405.42 | # of withdrawals/debits: 47 |
| Withdrawals and other debits | -57,669.29 | # of items-previous cycle[1]: 11 |
| Checks | -795.00 | # of days in cycle: 31 |
| Service fees | -5.00 | Average ledger balance: $34,755.56 |
| **Ending balance on December 31, 2023** | **$39,820.30** | [1]Includes checks paid, deposited items and other debits |

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps or just scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America' small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B | 4978896

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   December 1, 2023 to December 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and    Equal Housing Lender**

# BANK OF AMERICA

## Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  December 1, 2023 to December 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/01/23 | Counter Credit | 9,307.14 |
| 12/04/23 | Deposit | 794.54 |
| 12/05/23 | Counter Credit | 1,914.20 |
| 12/11/23 | Counter Credit | 3,594.54 |
| 12/19/23 | Counter Credit | 40,795.00 |
| **Total deposits and other credits** | | **$56,405.42** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/01/23 | CA TLR cash withdrawal from CHK 1319 | -2,000.00 |
| 12/04/23 | TRANSFER CAR WASH MANAGEMENT,:Car Wash Management Confirmation# 3769303514 | -10,000.00 |
| 12/04/23 | CAPITAL ONE    DES:ONLINE PMT ID:3ST4YUVUW29KHSZ  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -5,000.00 |
| 12/04/23 | CAPITAL ONE    DES:ONLINE PMT ID:3STC4PX8XX27WV7  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -5,000.00 |
| 12/05/23 | 1701 GROVE AVENU DES:SALE    ID:  INDN:ANDREW WILLIAMS    CO ID:9215986202 CCD | -1,550.00 |
| 12/14/23 | CAPITAL ONE    DES:MOBILE PMT ID:3SVG39KFBOUI883  INDN:ANDREW P WILLIAMS    CO ID:9279744380 CCD | -1,000.00 |
| 12/18/23 | CAPITAL ONE    DES:MOBILE PMT ID:3SVVAA9ZT9IAQ03  INDN:ANDREW P WILLIAMS    CO ID:9279744380 CCD | -2,000.00 |
| 12/18/23 | CAPITAL ONE    DES:ONLINE PMT ID:3SW9SCAIMKYDUZN  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -2,000.00 |
| 12/18/23 | CAPITAL ONE    DES:MOBILE PMT ID:3SWAYB9GEWYXNOJ  INDN:ANDREW P WILLIAMS    CO ID:9279744380 CCD | -1,000.00 |
| 12/19/23 | Credit Strong    DES:CSTR PAYMT ID:919355  INDN:Andrew Williams    CO ID:5122002825 WEB | -449.00 |
| 12/27/23 | CAPITAL ONE    DES:ONLINE PMT ID:3SY036PLYYGD7OJ  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -2,000.00 |
| 12/29/23 | CAPITAL ONE    DES:MOBILE PMT ID:3SYMF2AHRNULRFN  INDN:ANDREW P WILLIAMS    CO ID:9279744380 CCD | -2,500.00 |

continued on the next page



BANK OF AMERICA BUSINESS ADVANTAGE

Fraud prevention:
**We're here to help**

- **Update your contact information** so we can reach you if we suspect fraud.
- **Set up alerts**[1] in our Mobile Banking app[2] so we can reach you quickly if we see anything suspicious.
- **Report suspicious activity** right away.

Learn more about fraud and scam prevention in our Business Security Center at **bankofamerica.com/securitybusiness**.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. [2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-23-7588.B | 5422885

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   December 1, 2023 to December 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| | Card account # XXXX XXXX XXXX 4413 | |
| 12/11/23 | CHECKCARD  1209 SQ *PLUMBING HEROES LLC gosq.com   CA 246921633431106294505219 CKCD 1711 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,350.00 |
| 12/11/23 | CHECKCARD  1209 SQ *PLUMBING HEROES LLC gosq.com   CA 246921633431106304031719 CKCD 1711 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,100.00 |
| 12/13/23 | CHECKCARD  1211 EGOV-ASSIST.COM 844565 844-565-3473 MD 24240043346017017933992 CKCD 8999 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -249.00 |
| 12/13/23 | CHECKCARD  1211 EGOV-ASSIST.COM 844565 844-565-3473 MD 24240043346017017934008 CKCD 8999 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -456.00 |
| 12/13/23 | CHECKCARD  1212 DELAWARE CORP & TAX WEB 302-739-3073 DE 24943003347200658204906 CKCD 9399 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -210.00 |
| 12/13/23 | CHECKCARD  1213 DRB/NOPILEUPS HTTPSWWW.DRBSOH 24492163347000020650829 CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -899.00 |
| 12/15/23 | CHECKCARD  1213 PRIME DUMPSTER 630-2519183  IL 24750763348900010202247 CKCD 4900 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,985.21 |
| 12/15/23 | CHECKCARD  1213 FERRIS & BRITTON A PROF 619-2333131  CA 24559303348900014413442 CKCD 8111 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -2,267.50 |
| 12/15/23 | CHECKCARD  1213 FERRIS & BRITTON A PROF 619-2333131  CA 24559303348900014413459 CKCD 8111 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -415.00 |
| 12/15/23 | CHECKCARD  1214 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692163348101237213448 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.84 |
| 12/19/23 | CHECKCARD  1218 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692163352101948114573 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6.85 |
| 12/19/23 | CHECKCARD  1218 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692163352101973025454 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -12.39 |
| 12/20/23 | CHECKCARD  1219 SPRAGUES' READY MIX 626-445-2125 CA 24323003353200500200012 CKCD 5039 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,399.59 |
| 12/27/23 | CHECKCARD  1227 UNITED PACIFIC WEST COVINA  CA CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -51.76 |
| 12/28/23 | CHECKCARD  1227 CAR AROMA SUPPLIES INC 310-834-2682 CA 24055223361612406071693 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -282.67 |
| 12/28/23 | CHECKCARD  1227 SQ *JUICE N' BOWLS (VIN West Covina  CA 24692163361109405362956 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -11.57 |
| 12/28/23 | THE HOME DEPOT  12/28 #000140149 PURCHASE THE HOME DEPOT 18  COVINA         CA | -39.16 |
| 12/28/23 | THE HOME DEPOT  12/28 #000909048 PURCHASE THE HOME DEPOT 18  COVINA         CA | -8.78 |
| 12/28/23 | THE HOME DEPOT  12/28 #000181857 PURCHASE THE HOME DEPOT 18  COVINA         CA | -123.56 |
| 12/28/23 | THE HOME DEPOT  12/28 #000448438 PURCHASE THE HOME DEPOT 18  COVINA         CA | -190.19 |
| 12/29/23 | CHECKCARD  1228 STARBUCKS STORE 06744 WEST COVINA  CA 24692163362100087224159 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -5.95 |
| 12/29/23 | CHECKCARD  1228 WALTERS WHLSALE ELEC #3 IRWINDALE    CA 24445003362300603258800 CKCD 5065 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -326.45 |
| 12/29/23 | CHECKCARD  1229 UP2 HOLDINGS, TEMECULA    CA CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -52.37 |
| 12/29/23 | THE HOME DEPOT  12/29 #000369176 PURCHASE THE HOME DEPOT 18  COVINA         CA | -868.48 |
| **Subtotal for card account # XXXX XXXX XXXX 4413** | | **-$12,330.32** |
| | Card account # XXXX XXXX XXXX 4421 | |
| 12/07/23 | CHECKCARD  1206 AMERICAN WATER PRODUCTS FOUNTAIN VALLCA 24497783340900010300011 CKCD 5085 XXXXXXXXXXXX4421 XXXX XXXX XXXX 4421 | -840.99 |
| 12/07/23 | CHECKCARD  1206 AMERICAN WATER PRODUCTS FOUNTAIN VALLCA 24497783340900010300029 CKCD 5085 XXXXXXXXXXXX4421 XXXX XXXX XXXX 4421 | -6,125.88 |

continued on the next page

## BANK OF AMERICA

### Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  December 1, 2023 to December 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 12/07/23 | CHECKCARD  1206 AMERICAN WATER PRODUCTS FOUNTAIN VALLCA 24497783340900010300037 CKCD 5085 XXXXXXXXXXXX4421 XXXX XXXX XXXX 4421 | -329.50 |
| 12/11/23 | CHECKCARD  1207 DRB SYSTEMS 330-6454200  OH 24639233342900012441030 CKCD 7372 XXXXXXXXXXXX4421 XXXX XXXX XXXX 4421 | -164.55 |
| 12/19/23 | BKOFAMERICA ATM 12/19 #000001263 WITHDRWL CAPISTRANO PALISAD SAN CLEMENTE  CA | -350.00 |
| 12/27/23 | CHECKCARD  1226 CAR AROMA SUPPLIES INC WILMINGTON   CA 24055223360612404216978 CKCD 5099 XXXXXXXXXXXX4421 XXXX XXXX XXXX 4421 | -2,145.00 |
| 12/28/23 | CHECKCARD  1227 (PC) 5440 CED 909-9832654  CA 24767903361880301756355 CKCD 5065 XXXXXXXXXXXX4421 XXXX XXXX XXXX 4421 | -800.10 |
| 12/29/23 | CHECKCARD  1228 WALTERS WHLSALE ELEC #3 IRWINDALE   CA 24445003362300603258982 CKCD 5065 XXXXXXXXXXXX4421 XXXX XXXX XXXX 4421 | -83.95 |
| Subtotal for card account # XXXX XXXX XXXX 4421 | | -$10,839.97 |
| Total withdrawals and other debits | | -$57,669.29 |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 12/06/23 | 1016 | -675.00 | 12/11/23 | 1017 | -120.00 |
| | | | Total checks | | -$795.00 |
| | | | Total # of checks | | 2 |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 11/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓    $15,000+ combined average monthly balance in linked business accounts has been met

✓    Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 12/05/23 | External transfer fee - Next Day - 12/04/2023 | -5.00 |
| Total service fees | | -$5.00 |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/01 | 49,191.31 | 12/11 | 23,233.67 | 12/19 | 50,709.88 |
| 12/04 | 29,985.85 | 12/13 | 21,419.67 | 12/20 | 49,310.29 |
| 12/05 | 30,345.05 | 12/14 | 20,419.67 | 12/27 | 45,113.53 |
| 12/06 | 29,670.05 | 12/15 | 15,733.12 | 12/28 | 43,657.50 |
| 12/07 | 22,373.68 | 12/18 | 10,733.12 | 12/29 | 39,820.30 |

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   December 1, 2023 to December 31, 2023

This page intentionally left blank

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  December 1, 2023 to December 31, 2023

## Check images
**Account number: 3251 8313 1319**
Check number: 1016  |  Amount: $675.00

Check number: 1017  |  Amount: $120.00

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  December 1, 2023 to December 31, 2023

This page intentionally left blank

## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

> Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for January 1, 2024 to January 31, 2024

Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on January 1, 2024 | $39,820.30 | # of deposits/credits: 10 | |
| Deposits and other credits | 135,991.33 | # of withdrawals/debits: 75 | |
| Withdrawals and other debits | -120,201.26 | # of items-previous cycle[1]: 11 | |
| Checks | -951.24 | # of days in cycle: 31 | |
| Service fees | -25.00 | Average ledger balance: $20,242.85 | |
| **Ending balance on January 31, 2024** | **$54,634.13** | [1]Includes checks paid, deposited items and other debits | |

## You've got a banking partner ready to help.



As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Ana Miramontes
951.474.1095
ana.s.miramontes@bofa.com

SSM-09-23-0714 B | 5972S04

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  January 1, 2024 to January 31, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   – Tell us your name and account number.
   – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  🏠  **Equal Housing Lender**



# BANK OF AMERICA

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  January 1, 2024 to January 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/04/24 | Counter Credit | 7,477.48 |
| 01/09/24 | Deposit | 500.00 |
| 01/09/24 | MERCH BNKCD NSD DES:DEPOSIT ID:526411161882 INDN:WEST COVINA CAR WASH L CO ID:BXXXXXXXXX CCD | 30.00 |
| 01/12/24 | Online Banking transfer from CHK 1380 Confirmation# 7608888184 | 75.00 |
| 01/16/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-12) | 200.00 |
| 01/22/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 449.00 |
| 01/22/24 | WIRE TYPE:WIRE IN DATE: 240122 TIME:1738 ET TRN:2024012200566603 SEQ:2024012200013897/004678 ORIG:MOLLER RETAIL INC, DBA CO ID:031090385 SND BK:CITY NATIONAL BANK ID:122016066 PMT DET:INV 24159153 | 67,216.60 |
| 01/24/24 | Counter Credit | 6,637.77 |
| 01/26/24 | BKOFAMERICA ATM 01/26 #000004475 DEPOSIT SPRING VALLEY SHOP SPRING VALLEY CA | 1,377.67 |
| 01/30/24 | Counter Credit | 52,027.81 |
| **Total deposits and other credits** | | **$135,991.33** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 01/02/24 | CAPITAL ONE DES:ONLINE PMT ID:3SZ1JU3U8RDHF6R INDN:ANDREW P WILLIAMS CO ID:9279744391 CCD | -4,001.00 |
| 01/03/24 | MERCH BNKCD NSD DES:DEPOSIT ID:526411161882 INDN:WEST COVINA CAR WASH L CO ID:BXXXXXXXXX CCD | -16.86 |
| 01/09/24 | WIRE TYPE:WIRE OUT DATE:240109 TIME:1552 ET TRN:2024010900439782 SERVICE REF:012663 BNF:ASCENTIUM CAPITAL LLC ID:0093723237 BNF BK:REG IONS BANK ID:062005690 PMT DET:472652660 FINANCE A GREEMENT 2763169 | -34,339.71 |
| 01/09/24 | WIRE TYPE:WIRE OUT DATE:240109 TIME:1648 ET TRN:2024010900462505 SERVICE REF:013603 BNF:ASCENTIUM CAPITAL LLC ID:0093723237 BNF BK:REG IONS BANK ID:062005690 PMT DET:472663220 FINANCE A GREEMENT 2763169 | -770.00 |
| 01/09/24 | 1701 GROVE AVENU DES:SALE ID: INDN:CAR WASH MANAGEMENT LL CO ID:9215986202 CCD | -1,550.00 |

*continued on the next page*

 ## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash — once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.    SSM-09-23-0692A | 6039180

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  January 1, 2024 to January 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 01/10/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | -0.98 |
| 01/12/24 | CAPITAL ONE     DES:MOBILE PMT ID:3WRLON21OWKWBVN  INDN:ANDREW P WILLIAMS CO ID:9279744380 CCD | -200.00 |
| 01/19/24 | Credit Strong   DES:CSTR PAYMT ID:969884  INDN:Andrew Williams        CO ID:5122002825 WEB | -449.00 |
| 01/22/24 | TRANSFER CAR WASH MANAGEMENT,:Car Wash Management Confirmation# 0596331510 | -5,000.00 |
| 01/22/24 | CAPITAL ONE     DES:ONLINE PMT ID:3WTP7UMDWJTDZXF  INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -4,000.00 |
| 01/24/24 | ULINE        DES:SUPPLIES  ID:2719097  INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -1,193.56 |
| 01/24/24 | SO CAL EDISON CO DES:BILL PAYMT ID:700847932517  INDN:CARWASH MANAGEMENT INC CO ID:4951240335 WEB | -1,089.17 |
| 01/24/24 | Credit Strong   DES:CSTR PAYMT ID:979010  INDN:Andrew Williams        CO ID:5122002825 WEB | -449.00 |
| 01/24/24 | SO CAL EDISON CO DES:BILL PAYMT ID:700821892764  INDN:CARWASH MANAGEMENT INC CO ID:4951240335 WEB | -136.99 |
| 01/25/24 | TRANSFER CAR WASH MANAGEMENT,:Norman, Fox & Co. Confirmation# 1721552479 | -8,633.27 |
| 01/25/24 | TRANSFER CAR WASH MANAGEMENT,:Washworld Inc Confirmation# 1721612943 | -35,000.00 |
| 01/25/24 | TRANSFER CAR WASH MANAGEMENT,:Jason Ortiz Confirmation# 1721662170 | -1,949.84 |
| 01/25/24 | PROG EXPRESS     DES:INS PREM  ID:POL XXXXXXXXX  INDN:Car Wash Management    CO ID:9409348112 WEB | -1,395.00 |
| 01/26/24 | TRANSFER CAR WASH MANAGEMENT,:Juan Pacheco Confirmation# 0530244128 | -1,976.78 |
| 01/26/24 | WIRE TYPE:WIRE OUT DATE:240126 TIME:1646 ET TRN:2024012600482002 SERVICE REF:016084 BNF:ELIAS PACHECO ID:10700762271809 BNF BK:ARROWHE AD CENTRAL CREDI ID:322282603 PMT DET:475065298 PA YROLL | -1,589.36 |
| 01/26/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,000.00 |
| 01/26/24 | CAPITAL ONE     DES:ONLINE PMT ID:3WUCDQW10FJTWDF  INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -1,000.00 |
| 01/26/24 | SUBURBAN WATER S DES:SWWC      ID:006000182107  INDN:CAR WASH MANAGEMENT LL  CO ID:1951371870 CCD | -288.69 |
| 01/29/24 | CAPITAL ONE     DES:ONLINE PMT ID:3WUYS80ZDUVFZFN  INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -1,000.00 |
| 01/29/24 | AR CONSOLIDATED  DES:SALE     ID:  INDN:CAR WASH MANAGEMENT LL  CO ID:9215986202 CCD | -533.16 |
| 01/29/24 | AR CONSOLIDATED  DES:SALE     ID:  INDN:CAR WASH MANAGEMENT LL  CO ID:9215986202 CCD | -79.69 |
| 01/30/24 | CA TLR cash withdrawal from CHK 1319 | -500.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|---|---|---|
| 01/02/24 | CHECKCARD  1229 TST* BUN STREET WEST COVINA  CA 24137463363100513374335 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -23.97 |
| 01/02/24 | CHECKCARD  1229 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692163363101096134289 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.84 |
| 01/02/24 | CHECKCARD  1229 BRIDGESTONE HOSEPOWER 904-264-1267 FL 24493983363636000090012 CKCD 5039 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -270.25 |
| 01/02/24 | CHECKCARD  1229 MERRITTS ACE HDWE LA PUENTE   CA 24431063364400357002897 CKCD 5251 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -90.48 |
| 01/02/24 | CHECKCARD  1229 CHICK-FIL-A #04111 WEST COVINA  CA 24427333364710028082893 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -11.99 |

continued on the next page

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  January 1, 2024 to January 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 01/02/24 | CHECKCARD 1230 CIRCLE K # 06476 ESCONDIDO  CA 24692163365102185545383 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -54.24 |
| 01/02/24 | CHECKCARD 1230 SQ *JUICE N' BOWLS (VIN West Covina CA 24692163364101961477630 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -12.94 |
| 01/02/24 | CHECKCARD 1230 MERRITTS ACE HDWE LA PUENTE  CA 24431063365400359001599 CKCD 5251 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -95.46 |
| 01/02/24 | CHECKCARD 1230 MERRITTS ACE HDWE LA PUENTE  CA 24431063365400359002845 CKCD 5251 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -77.95 |
| 01/02/24 | CHECKCARD 1230 TROY'S BURGERS & TERI LA PUENTE  CA 24323604001664274262618 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -46.72 |
| 01/02/24 | THE HOME DEPOT 12/30 #000330212 PURCHASE THE HOME DEPOT 18 COVINA      CA | -206.89 |
| 01/02/24 | CHECKCARD 1231 IN-N-OUT CHINO CHINO      CA 24692163365102565968650 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -10.72 |
| 01/02/24 | THE HOME DEPOT 12/31 #000205610 PURCHASE THE HOME DEPOT #0 SAN DIEGO   CA | -513.95 |
| 01/02/24 | CHECKCARD 0101 CIRCLE K # 064 ESCONDIDO  CA CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -42.34 |
| 01/02/24 | CHECKCARD 0102 UP2 HOLDINGS, TEMECULA   CA CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -29.12 |
| 01/02/24 | THE HOME DEPOT 01/02 #000479401 PURCHASE THE HOME DEPOT 18 COVINA      CA | -66.37 |
| 01/03/24 | CHECKCARD 0102 CHEVRON 0376101 TEMECULA   CA 24692164002103707952955 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6.25 |
| 01/03/24 | CHECKCARD 0102 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692164002103922374159 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.90 |
| 01/03/24 | CHECKCARD 0102 MARSHALLS INDSTRL HRDWR SAN DIEGO  CA 24801974003091766000866 CKCD 5251 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -85.33 |
| 01/03/24 | CHECKCARD 0102 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692164002104018132295 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -12.96 |
| 01/03/24 | THE HOME DEPOT 01/02 #000489080 PURCHASE THE HOME DEPOT 18 COVINA      CA | -78.70 |
| 01/04/24 | CHECKCARD 0103 SUPPLYHOUSE.COM 888-757-4774 NY 24692164003104901786289 CKCD 5074 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -575.84 |
| 01/04/24 | CHECKCARD 0103 IN-N-OUT WEST COVINA WEST COVINA CA 24692164003104717130193 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -14.45 |
| 01/04/24 | CHECKCARD 0103 CHEVRON 0376101 TEMECULA   CA 24692164003104620885909 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -52.72 |
| 01/04/24 | CHECKCARD 0103 CHEVRON 0376101 TEMECULA   CA 24692164003104620885867 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -7.37 |
| 01/04/24 | CHECKCARD 0103 SUPPLYHOUSE.COM 888-757-4774 NY 24692164003104901806970 CKCD 5074 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -45.08 |
| 01/04/24 | BKOFAMERICA ATM 01/03 #000002684 WITHDRWL WEST COVINA      WEST COVINA CA | -100.00 |
| 01/05/24 | CHECKCARD 1229 PENSKE TRK LSG 652310 SAN DIEGO   CA 24138294004706000011546 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,304.50 |
| 01/08/24 | CHECKCARD 0106 WEST COVINA CAR WASH LL SAN DIEGO   CA 24116414008400751000017 CKCD 7349 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -12.00 |
| 01/08/24 | CHECKCARD 0106 WEST COVINA CAR WASH LL SAN DIEGO   CA 24116414008400751000025 CKCD 7349 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.00 |
| 01/09/24 | CHECKCARD 0108 MR NOZZLE INC RIVERSIDE  CA 24431064009400000433779 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,760.52 |

continued on the next page

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  January 1, 2024 to January 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 01/12/24 | CHECKCARD 0103 PENSKE TRK LSG 652310 SAN DIEGO    CA 24138294011706000008659 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,304.50 |
| 01/12/24 | THE HOME DEPOT 01/12 #000388687 PURCHASE THE HOME DEPOT 18  COVINA        CA | -28.31 |
| 01/16/24 | CHECKCARD 0112 SQ *CAFE VALER West Covina CA 24692164012102029587075 CKCD 5499 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -20.33 |
| 01/19/24 | CHECKCARD 0110 PENSKE TRK LSG 652310 SAN DIEGO    CA 24138294018706000013967 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,256.50 |
| 01/26/24 | CHECKCARD 0123 PRIME DUMPSTER 630-2519183 IL 24750764025900014327931 CKCD 4900 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,985.21 |
| 01/29/24 | CHECKCARD 0125 PENSKE TRK LSG 652310 SAN DIEGO    CA 24138294026706000010070 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,256.50 |
| 01/29/24 | CHECKCARD 0125 PENSKE TRK LSG 652310 SAN DIEGO    CA 24138294026706000010138 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -543.00 |

Subtotal for card account # XXXX XXXX XXXX 4413 — **-$12,059.20**

Total withdrawals and other debits — **-$120,201.26**

## Checks

| Date | Check # | Amount |
|------|---------|-------:|
| 01/23/24 | 1019 | -951.24 |

Total checks — **-$951.24**

Total # of checks — **1**

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 12/29/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- $15,000+ combined average monthly balance in linked business accounts has been met

- Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| 01/09/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 01/09/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 01/22/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 01/23/24 | External transfer fee - Next Day - 01/22/2024 | -5.00 |
| 01/26/24 | External transfer fee - Next Day - 01/25/2024 | -5.00 |
| 01/26/24 | External transfer fee - Next Day - 01/25/2024 | -5.00 |
| 01/26/24 | External transfer fee - Next Day - 01/25/2024 | -5.00 |
| 01/26/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 01/29/24 | External transfer fee - Next Day - 01/25/2024 | -5.00 |

Total service fees — **-$25.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

**BANK OF AMERICA**

Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  January 1, 2024 to January 31, 2024

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 01/01 | 39,820.30 | 01/09 | 1,485.36 | 01/23 | 56,210.10 |
| 01/02 | 34,247.07 | 01/10 | 1,484.38 | 01/24 | 59,979.15 |
| 01/03 | 34,028.07 | 01/12 | 26.57 | 01/25 | 13,001.04 |
| 01/04 | 40,710.09 | 01/16 | 206.24 | 01/26 | 6,523.67 |
| 01/05 | 39,405.59 | 01/19 | -1,499.26 | 01/29 | 3,106.32 |
| 01/08 | 39,375.59 | 01/22 | 57,166.34 | 01/30 | 54,634.13 |

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  January 1, 2024 to January 31, 2024

This page intentionally left blank

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  January 1, 2024 to January 31, 2024

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  January 1, 2024 to January 31, 2024

## Check images

**Account number: 3251 8313 1319**
Check number: 1019  |  Amount: $951.24

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Good news!
**We no longer charge these service fees — here are the details.**

- **Legal Order Process Fee**
  On October 16, 2023, we stopped charging a fee for each legal order or process that directs us to freeze, attach or withhold funds or other property.

- **Check Image Service Fee**
  On November 6, 2023, we stopped charging a fee for returning images of canceled checks with statements sent in the mail.

In addition, we stopped charging these service fees on December 11, 2023:

- **Check and Statement Copy Fees**
  For ordering one or more copies of your checks or statements

- **Deposit Slips and other Credit Item Copies**
  For ordering one or more copies of your deposit slips or credit items

- **ATM Balance Inquiry Fees**
  For requesting an account balance at a non-Bank of America ATM in the U.S. or in a foreign country

- **NY Protest Fee**
  For New York residents filing a certificate of protest when a payment instrument has not been honored

- **Bond Coupon Collection Fees**
  For debt obligations with coupons that represent semiannual interest payments



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA 92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for February 1, 2024 to February 29, 2024          Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2024 | $54,634.13 | # of deposits/credits: 36 |
| Deposits and other credits | 527,993.47 | # of withdrawals/debits: 89 |
| Withdrawals and other debits | -362,780.30 | # of items-previous cycle[1]: 6 |
| Checks | -35,406.61 | # of days in cycle: 29 |
| Service fees | -210.00 | Average ledger balance: $46,234.14 |
| **Ending balance on February 29, 2024** | **$184,230.69** | [1]Includes checks paid, deposited items and other debits |

---

 ## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.          SSM-09-23-0692.A I 6030180

---

PULL: E  CYCLE: 67  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: CA6

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  February 1, 2024 to February 29, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  - Tell us your name and account number.
  - Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  - Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



**BANK OF AMERICA**                                                                                 Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  February 1, 2024 to February 29, 2024

## Deposits and other credits

| Date | Description | | Amount |
|---|---|---|---|
| 02/01/24 | Intuit Inc. | 01/31 #000631955 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 4,103.39 |
| 02/01/24 | Intuit Inc. | 01/31 #000632075 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 3,200.00 |
| 02/01/24 | Intuit Inc. | 01/31 #000632195 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 2,500.00 |
| 02/01/24 | Intuit Inc. | 01/31 #000632295 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 1,099.88 |
| 02/01/24 | Intuit Inc. | 01/31 #000632035 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 938.07 |
| 02/02/24 | WIRE TYPE:WIRE IN DATE: 240202 TIME:1408 ET TRN:2024020200448054 SEQ:2024020200012166/003370 ORIG:MOLLER RETAIL INC, DBA CO ID:031090385 SND BK:CITY NATIONAL BANK ID:122016066 PMT DET:INV 24159153 | | 86,612.00 |
| 02/02/24 | Intuit Inc. | 02/02 #000206205 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 4,155.30 |
| 02/02/24 | CHECKCARD  0201 WEST COVINA CAR WASH LL SAN DIEGO   CA 74116414033400752 00 | | 18.00 |
| 02/02/24 | Prfd Rwds for Bus-ATM Oper Rebate Refund of $3.50 | | 3.50 |
| 02/05/24 | Intuit Inc. | 02/05 #000620855 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 1,187.17 |
| 02/05/24 | Intuit Inc. | 02/05 #000644185 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 652.68 |
| 02/05/24 | Intuit Inc. | 02/05 #000466505 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 291.75 |
| 02/06/24 | Intuit Inc. | 02/06 #000693645 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 439.65 |
| 02/07/24 | WIRE TYPE:WIRE IN DATE: 240207 TIME:1739 ET TRN:2024020700492951 SEQ:2024020700010042/004856 ORIG:MOLLER RETAIL INC, DBA CO ID:031090385 SND BK:CITY NATIONAL BANK ID:122016066 PMT DET:INV 24159201 | | 219,389.53 |
| 02/08/24 | Deposit | | 375.00 |
| 02/09/24 | Intuit Inc. | 02/09 #000377655 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 2,424.06 |
| 02/12/24 | Intuit Inc. | 02/12 #000866615 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 739.03 |
| 02/12/24 | Intuit Inc. | 02/12 #000708005 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 320.02 |
| 02/14/24 | Intuit Inc. | 02/14 #000280545 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 375.00 |
| 02/20/24 | Intuit Inc. | 02/18 #000864485 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 4,189.57 |
| 02/20/24 | Intuit Inc. | 02/18 #000864495 PMNT RCVD Intuit Inc. | VISA DIRECT  CA | 3,806.81 |
| 02/21/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-20) | | 1,000.00 |

*continued on the next page*

## Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app[1] is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture — all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking

When you use the QRC feature, certain information is collected from your mobile device for business purposes
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-07-23-0816B | 5636705

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  February 1, 2024 to February 29, 2024

## Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 02/21/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-20) | | 200.00 |
| 02/21/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-20) | | 189.31 |
| 02/21/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-20) | | 172.99 |
| 02/21/24 | Intuit Inc.    02/21 #000344985 PMNT RCVD Intuit Inc. | VISA DIRECT   CA | 2,325.09 |
| 02/21/24 | Intuit Inc.    02/21 #000489295 PMNT RCVD Intuit Inc. | VISA DIRECT   CA | 245.00 |
| 02/26/24 | Deposit | | 498.55 |
| 02/28/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-27) | | 212.12 |
| 02/28/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-27) | | 120.00 |
| 02/28/24 | Intuit Inc.    02/28 #000547905 PMNT RCVD Intuit Inc. | VISA DIRECT   CA | 421.44 |
| 02/29/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 02-28) | | 449.00 |
| 02/29/24 | WIRE TYPE:WIRE IN DATE: 240229 TIME:1734 ET TRN:2024022900704288 SEQ:2024022900023695/007981 ORIG:MOLLER RETAIL INC, DBA CO ID:031090385 SND BK:CITY NATIONAL BANK ID:122016066 PMT DET:INV  24159240 | | 171,739.32 |
| 02/29/24 | Intuit Inc.    02/29 #000839015 PMNT RCVD Intuit Inc. | VISA DIRECT   CA | 12,226.52 |
| 02/29/24 | Intuit Inc.    02/29 #000803575 PMNT RCVD Intuit Inc. | VISA DIRECT   CA | 998.72 |
| 02/29/24 | Intuit Inc.    02/29 #000754365 PMNT RCVD Intuit Inc. | VISA DIRECT   CA | 375.00 |
| **Total deposits and other credits** | | | **$527,993.47** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 02/01/24 | WIRE TYPE:WIRE OUT DATE:240201 TIME:0459 ET TRN:2024020100132249 SERVICE REF:004377 BNF:JAVIER LOPEZ ID:10100001064738 BNF BK:CALIFORN IA COAST CREDIT ID:322281578 PMT DET:475779020 LAN DSCAPING | -7,450.00 |
| 02/02/24 | CAPITAL ONE    DES:ONLINE PMT ID:3WW0P2GR3UHJU3N  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -5,000.00 |
| 02/02/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -570.00 |
| 02/05/24 | WIRE TYPE:WIRE OUT DATE:240205 TIME:1424 ET TRN:2024020500490537 SERVICE REF:013047 BNF:WASHWORLD INC ID:83010268 BNF BK:BANK FIRST N. A ID:075901134 PMT DET:476606268 CAR WASH MANAGEME NT APEX | -48,676.88 |
| 02/05/24 | WIRE TYPE:WIRE OUT DATE:240205 TIME:1426 ET TRN:2024020500491463 SERVICE REF:012652 BNF:ASTROMATIC INC ID:274621 BNF BK:LLANO NATIONAL  BANK ID:114911506 PMT DET:476606738 CAR WASH MANA GEMENT CHAIN AND ROLLE | -5,690.23 |
| 02/05/24 | TRANSFER CAR WASH MANAGEMENT,:Car Wash Management Confirmation# 0116210930 | -10,000.00 |
| 02/05/24 | CAPITAL ONE    DES:ONLINE PMT ID:3WWNCEQ8HHHFN6R  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -5,000.00 |
| 02/05/24 | MERCH BNKCD NSD DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | -953.28 |
| 02/06/24 | TRANSFER CAR WASH MANAGEMENT,:Premier Touchless dr Confirmation# 0125296099 | -3,824.06 |
| 02/06/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -600.00 |
| 02/07/24 | WIRE TYPE:WIRE OUT DATE:240207 TIME:1624 ET TRN:2024020700467986 SERVICE REF:486445 BNF:INNOVATIVE CONTROL SYSTEMS ID:701957232 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:476 986746 CAR WASH MANAGEMENT CUSTOMER 187235 | -32,938.38 |

continued on the next page



# BANK OF AMERICA

## Your checking account

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   February 1, 2024 to February 29, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 02/07/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -300.00 |
| 02/07/24 | SO CAL EDISON CO DES:BILL PAYMT ID:700821892764  INDN:CARWASH MANAGEMENT INC CO ID:4951240335 WEB | -135.76 |
| 02/08/24 | WIRE TYPE:WIRE OUT DATE:240208 TIME:0453 ET TRN:2024020800087991 SERVICE REF:208199 BNF:ERIK ANDERSON ID:936891982 BNF BK:JPMORGAN CHA SE BANK, N. ID:0002 PMT DET:477017942 DAM CAR WASH  BEAVER DESIGN | -2,000.00 |
| 02/08/24 | WIRE TYPE:WIRE OUT DATE:240208 TIME:1654 ET TRN:2024020800468722 SERVICE REF:016055 BNF:WASHWORLD INC ID:83010268 BNF BK:BANK FIRST N. A ID:075901134 PMT DET:477155578 | -150,930.62 |
| 02/08/24 | WIRE TYPE:WIRE OUT DATE:240208 TIME:1754 ET TRN:2024020800486323 SERVICE REF:470265 BNF:JOSE ORTIZ ID:8712678975 BNF BK:JPMORGAN CHASE  BANK, N. ID:0002 PMT DET:477156474 ICS MACHINE ON  CC | -32,000.00 |
| 02/08/24 | 1701 GROVE AVENU DES:SALE      ID:  INDN:CAR WASH MANAGEMENT LL  CO ID:9215986202 CCD | -1,550.00 |
| 02/09/24 | CAPITAL ONE     DES:ONLINE PMT ID:3WXI26T1VCBS17N  INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -5,000.00 |
| 02/09/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -400.00 |
| 02/12/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 02/13/24 | WIRE TYPE:WIRE OUT DATE:240213 TIME:1534 ET TRN:2024021300366418 SERVICE REF:012022 BNF:VACUUM TECHNOLOGIES LLC ID:01060152845 BNF BK: THE HUNTINGTON NATIONAL ID:044000024 PMT DET:47775 5532 SOVT 025318 | -10,830.00 |
| 02/13/24 | CAPITAL ONE     DES:MOBILE PMT ID:3WYBYOFPA8QTKPV  INDN:ANDREW P WILLIAMS     CO ID:9279744380 CCD | -3,500.00 |
| 02/13/24 | CAPITAL ONE     DES:ONLINE PMT ID:3WYCD8BXSQ3YECJ  INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -2,000.00 |
| 02/13/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -500.00 |
| 02/14/24 | WIRE TYPE:WIRE OUT DATE:240214 TIME:0503 ET TRN:2024021400125394 SERVICE REF:159339 BNF:ADP ID:9102628675 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:477801706 REFERENCE L5 P5B | -11,380.09 |
| 02/14/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 02/15/24 | AscentiumCapital DES:LEASECHG  ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -5,918.76 |
| 02/15/24 | CAPITAL ONE     DES:ONLINE PMT ID:3WYRPPTHQQI30O3  INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -2,000.00 |
| 02/16/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,000.00 |
| 02/20/24 | CAPITAL ONE     DES:ONLINE PMT ID:3WZT87IQ5FKH15V  INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -1,000.00 |
| 02/20/24 | CAPITAL ONE     DES:MOBILE PMT ID:3WZ6LV339F8FQ50  INDN:ANDREW P WILLIAMS     CO ID:9279744380 CCD | -200.00 |
| 02/20/24 | SUBURBAN WATER S DES:SWWC      ID:006000182107  INDN:CAR WASH MANAGEMENT LL  CO ID:1951371870 CCD | -172.99 |

continued on the next page

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  February 1, 2024 to February 29, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/21/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -400.00 |
| 02/21/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 02/22/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -300.00 |
| 02/23/24 | CAPITAL ONE    DES:MOBILE PMT ID:3X0FXJGAJOTW3S3  INDN:ANDREW P WILLIAMS    CO ID:9279744380 CCD | -400.00 |
| 02/23/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -300.00 |
| 02/28/24 | Credit Strong   DES:CSTR PAYMT ID:1023824  INDN:Andrew Williams    CO ID:5122002825 WEB | -449.00 |
| 02/29/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -300.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|------|-------------|--------|
| 02/02/24 | CHECKCARD  0126 PENSKE TRK LSG 652310 SAN DIEGO   CA 24138294032706000018240 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,276.50 |
| 02/02/24 | CHASE     02/02 #000014427 WITHDRWL 100 S VINCENT AVE  WEST COVINA  CA | -203.50 |
| 02/08/24 | CHECKCARD  0206 PENSKE TRK LSG 068310 NATIONAL CITYCA 24138294038706000025348 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,140.17 |
| 02/12/24 | CHECKCARD  0131 PENSKE TRK LSG 652310 SAN DIEGO   CA 24138294040706000010478 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,276.50 |
| 02/13/24 | CHECKCARD  0208 PRIME DUMPSTER 630-2519183  IL 24750764043900015990693 CKCD 4900 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,985.21 |
| 02/15/24 | CHECKCARD  0214 FLORAL GALLERY THE SAN DIEGO   CA 24377354046000004168961 CKCD 5992 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -75.37 |
| 02/20/24 | CHECKCARD  0208 PENSKE TRK LSG 652310 SAN DIEGO   CA 24138294047706000010539 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,276.50 |
| 02/26/24 | CHECKCARD  0215 PENSKE TRK LSG 652310 SAN DIEGO   CA 24138294054706000010927 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,276.50 |
| Subtotal for card account # XXXX XXXX XXXX 4413 | | -$8,510.25 |
| Total withdrawals and other debits | | -$362,780.30 |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 02/06/24 | 1024 | -2,269.54 | 02/20/24 | 1038* | -2,269.51 |
| 02/06/24 | 1028* | -3,045.66 | 02/20/24 | 1039 | -3,670.56 |
| 02/02/24 | 1029 | -2,189.45 | 02/16/24 | 1040 | -2,416.04 |
| 02/08/24 | 1030 | -1,646.38 | 02/20/24 | 1041 | -1,396.12 |
| 02/02/24 | 1031 | -2,642.88 | 02/20/24 | 1042 | -2,860.01 |
| 02/05/24 | 1032 | -839.90 | 02/16/24 | 1043 | -660.83 |
| 02/05/24 | 1033 | -1,174.02 | 02/21/24 | 1044 | -1,199.14 |
| 02/06/24 | 1034 | -3,274.69 | 02/21/24 | 1045 | -274.48 |
| 02/15/24 | 1035 | -2,249.64 | 02/27/24 | 1046 | -212.12 |
| 02/20/24 | 1036 | -617.02 | 02/20/24 | 1047 | -189.31 |

continued on the next page

**BANK OF AMERICA**

# Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  February 1, 2024 to February 29, 2024

## Checks - continued

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 02/21/24 | 1047* | -189.31 | 02/27/24 | 1049* | -120.00 |
| | | | Total checks | | -$35,406.61 |
| | | | Total # of checks | | 22 |

* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft fees | $50.00 | $50.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 01/31/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 02/01/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 02/02/24 | Prfd Rwds for Bus-ATM Wthdrwl Fee Waiver of $2.50 | -0.00 |
| 02/02/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 02/05/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 02/05/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 02/06/24 | External transfer fee - Next Day - 02/05/2024 | -5.00 |
| 02/07/24 | External transfer fee - Next Day - 02/06/2024 | -5.00 |
| 02/07/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 02/07/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 02/08/24 | Wire Transfer Fee | -30.00 |
| 02/08/24 | Wire Transfer Fee | -30.00 |

continued on the next page

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  February 1, 2024 to February 29, 2024

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/08/24 | Wire Transfer Fee | -30.00 |
| 02/13/24 | Wire Transfer Fee | -30.00 |
| 02/14/24 | Wire Transfer Fee | -30.00 |
| 02/20/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-20 | -10.00 |
| 02/21/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-21 | -10.00 |
| 02/21/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-21 | -10.00 |
| 02/23/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-23 | -10.00 |
| 02/23/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-23 | -10.00 |
| 02/29/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |

**Total service fees**     **-$210.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 02/01 | 59,025.47 | 02/12 | 48,784.76 | 02/22 | 267.64 |
| 02/02 | 137,931.94 | 02/13 | 29,939.55 | 02/23 | -452.36 |
| 02/05 | 67,729.23 | 02/14 | 18,704.46 | 02/26 | -1,230.31 |
| 02/06 | 55,149.93 | 02/15 | 8,460.69 | 02/27 | -1,562.43 |
| 02/07 | 241,160.32 | 02/16 | 4,383.82 | 02/28 | -1,257.87 |
| 02/08 | 52,178.15 | 02/20 | -1,281.82 | 02/29 | 184,230.69 |
| 02/09 | 49,202.21 | 02/21 | 567.64 | | |

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   February 1, 2024 to February 29, 2024

## Check images

**Account number: 3251 8313 1319**

Check number: 1024  |  Amount: $2,269.54

Check number: 1028  |  Amount: $3,045.66

Check number: 1029  |  Amount: $2,189.45

Check number: 1030  |  Amount: $1,646.38

Check number: 1031  |  Amount: $2,642.88

Check number: 1032  |  Amount: $839.90

Check number: 1033  |  Amount: $1,174.02

Check number: 1034  |  Amount: $3,274.69

Check number: 1035  |  Amount: $2,249.64

Check number: 1036  |  Amount: $617.02

continued on the next page

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  February 1, 2024 to February 29, 2024

## Check images - continued
**Account number: 3251 8313 1319**
Check number: 1038  |  Amount: $2,269.51

Check number: 1039  |  Amount: $3,670.56

Check number: 1040  |  Amount: $2,416.04

Check number: 1041  |  Amount: $1,396.12

Check number: 1042  |  Amount: $2,860.01

Check number: 1043  |  Amount: $660.83

Check number: 1044  |  Amount: $1,199.14

Check number: 1045  |  Amount: $274.48

Check number: 1047  |  Amount: $189.31



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

△ Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for March 1, 2024 to March 31, 2024                    Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2024 | $184,230.69 | # of deposits/credits: 21 |
| Deposits and other credits | 330,501.67 | # of withdrawals/debits: 116 |
| Withdrawals and other debits | -448,133.95 | # of items-previous cycle¹: 24 |
| Checks | -62,905.09 | # of days in cycle: 31 |
| Service fees | -190.00 | Average ledger balance: $54,787.28 |
| **Ending balance on March 31, 2024** | **$3,503.32** | ¹Includes checks paid, deposited items and other debits |



# Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                    SSM-09-23-0692.A | 6039180

PULL: E  CYCLE: 67  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: CA3

CAR WASH MANAGEMENT, LLC | Account # 3251 8313 1319 | March 1, 2024 to March 31, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

# BANK OF AMERICA

## Your checking account

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   March 1, 2024 to March 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/01/24 | WIRE TYPE:WIRE IN DATE: 240301 TIME:1615 ET TRN:2024030100578739 SEQ:2024030100023186/008127 ORIG:MOLLER RETAIL INC, DBA CO ID:031090385 SND BK:CITY NATIONAL BANK ID:122016066 PMT DET:INV 24159270 | 41,636.54 |
| 03/04/24 | MERCH BNKCD NSD DES:DEPOSIT ID:526411161882 INDN:WEST COVINA CAR WASH L CO ID:BXXXXXXXXX CCD | 450.00 |
| 03/04/24 | CHECKCARD 0229 PENSKE TRK LSG 652310 SAN DIEGO CA 74138294061706000001 | 50.00 |
| 03/05/24 | FULLSTEAM SV93 DES:3343296775 ID:Car Wash Manage INDN:Car Wash Management LL CO ID:1043575881 CCD PMT INFO:Car Wash Management LLC | 3,770.34 |
| 03/07/24 | FULLSTEAM SV95 DES:3343296775 ID:Car Wash Manage INDN:Car Wash Management LL CO ID:1043575881 CCD PMT INFO:Car Wash Management LLC | 2,251.88 |
| 03/07/24 | FULLSTEAM SV9T DES:3343296775 ID:Car Wash Manage INDN:Car Wash Management LL CO ID:1043575881 CCD PMT INFO:Car Wash Management LLC | 801.70 |
| 03/07/24 | Yardi Penny Test DES:ACCTVERIFY ID:N2MCYF INDN:Car Wash Management CO ID:9000652497 PPD | 0.24 |
| 03/08/24 | WIRE TYPE:WIRE IN DATE: 240308 TIME:0925 ET TRN:2024030800284517 SEQ:202403070049333/000032 ORIG:PETIT AUTO WASH INC ID:2610799230 SND BK:PEOP LES BANK ID:044202505 | 50,241.28 |
| 03/08/24 | FULLSTEAM SV9T DES:3343296775 ID:Car Wash Manage INDN:Car Wash Management LL CO ID:1043575881 CCD PMT INFO:Car Wash Management LLC | 573.73 |
| 03/11/24 | FULLSTEAM SV9T DES:3343296775 ID:Car Wash Manage INDN:Car Wash Management LL CO ID:1043575881 CCD PMT INFO:Car Wash Management LLC | 9,484.21 |
| 03/12/24 | FULLSTEAM SV93 DES:3343296775 ID:Car Wash Manage INDN:Car Wash Management LL CO ID:1043575881 CCD PMT INFO:Car Wash Management LLC | 1,131.44 |
| 03/19/24 | FULLSTEAM SV93 DES:3343296775 ID:Car Wash Manage INDN:Car Wash Management LL CO ID:1043575881 CCD PMT INFO:Car Wash Management LLC | 7,099.21 |
| 03/20/24 | FULLSTEAM SV94 DES:3343296775 ID:Car Wash Manage INDN:Car Wash Management LL CO ID:1043575881 CCD PMT INFO:Car Wash Management LLC | 7,843.16 |
| 03/21/24 | FULLSTEAM SV95 DES:3343296775 ID:Car Wash Manage INDN:Car Wash Management LL CO ID:1043575881 CCD PMT INFO:Car Wash Management LLC | 396.55 |
| 03/22/24 | Washworld, Inc. DES:PY03/20/24 ID:000003945 INDN:Car Wash Management LL CO ID:1743050493 CCD | 176,552.71 |

continued on the next page

## Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app¹ is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture—all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
¹ Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-23-0816.B | 5826705

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   March 1, 2024 to March 31, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,381.86 |
| 03/22/24 | Deposit | 624.98 |
| 03/26/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 9,150.98 |
| 03/27/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 13,957.18 |
| 03/27/24 | Counter Credit | 720.73 |
| 03/29/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 382.95 |
| **Total deposits and other credits** | | **$330,501.67** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/24 | WIRE TYPE:WIRE OUT DATE:240301 TIME:0458 ET TRN:2024030100119800 SERVICE REF:244052 BNF:JOSE ORTIZ ID:8712678975 BNF BK:JPMORGAN CHASE  BANK, N. ID:0002 PMT DET:480213134 PAYMENT | -7,000.00 |
| 03/01/24 | TRANSFER CAR WASH MANAGEMENT,:Car Wash Management Confirmation# 1729745662 | -10,000.00 |
| 03/01/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,000.00 |
| 03/04/24 | TRANSFER CAR WASH MANAGEMENT,:Bonomi North America Confirmation# 2655613613 | -3,998.55 |
| 03/04/24 | WIRE TYPE:WIRE OUT DATE:240304 TIME:1555 ET TRN:2024030400559099 SERVICE REF:015599 BNF:DRB ID:130126737431 BNF BK:U.S. BANK NATIONAL ASSO ID:041202582 PMT DET:480891674 CAR WASH MANAG EMENT | -96,205.50 |
| 03/04/24 | CAPITAL ONE       DES:ONLINE PMT ID:3X2K8GVME6CGSGZ  INDN:ANDREW P WILLIAMS       CO ID:9279744391 CCD | -4,001.00 |
| 03/04/24 | CAPITAL ONE       DES:ONLINE PMT ID:3X1XU2Q54WOGLCZ  INDN:ANDREW P WILLIAMS       CO ID:9279744391 CCD | -2,000.00 |
| 03/04/24 | CAPITAL ONE       DES:ONLINE PMT ID:3X2D6JPSNJEGKYR  INDN:ANDREW P WILLIAMS       CO ID:9279744391 CCD | -2,000.00 |
| 03/04/24 | SO CAL EDISON CO DES:BILL PAYMT ID:700847932517  INDN:CARWASH MANAGEMENT INC  CO ID:4951240335 WEB | -711.11 |
| 03/04/24 | CAPITAL ONE       DES:MOBILE PMT ID:3X2CMRO39G87W2C  INDN:ANDREW P WILLIAMS       CO ID:9279744380 CCD | -595.00 |
| 03/05/24 | WIRE TYPE:WIRE OUT DATE:240305 TIME:1549 ET TRN:2024030500472044 SERVICE REF:014282 BNF:ELIAS PACHECO ID:10700762271809 BNF BK:ARROWHE AD CENTRAL CREDI ID:322282603 PMT DET:481100582 PA YROLL | -1,575.15 |
| 03/05/24 | WIRE TYPE:WIRE OUT DATE:240305 TIME:1613 ET TRN:2024030500483469 SERVICE REF:014589 BNF:TAHA ALJANABI ID:903137557 BNF BK:JPMORGAN CHA SE BANK, NA ID:322271627 PMT DET:481103922 PAYROLL | -2,407.66 |
| 03/05/24 | WIRE TYPE:WIRE OUT DATE:240305 TIME:1624 ET TRN:2024030500488620 SERVICE REF:014912 BNF:HILDA PALOMARES ID:3179905264 BNF BK:NAVY FEDE RAL CREDIT UNI ID:256074974 PMT DET:481104696 PAYR OLL | -1,053.77 |
| 03/05/24 | WIRE TYPE:WIRE OUT DATE:240305 TIME:1655 ET TRN:2024030500482978 SERVICE REF:015530 BNF:FRANCISCO DIAZ ID:3183487085 BNF BK:WELLS FARG O BANK, NA ID:121000248 PMT DET:481103158 PAYROLL | -1,568.07 |
| 03/05/24 | ADP Tax       DES:ADP Tax   ID:L5P5B 030804A01  INDN:CAR WASH MANAGEMENT LL  CO ID:1941711111 CCD | -8,114.29 |

continued on the next page

**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  March 1, 2024 to March 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/05/24 | CAPITAL ONE    DES:ONLINE PMT ID:3X2RTO7D44KHJC3  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -4,001.00 |
| 03/05/24 | Credit Strong  DES:CSTR PAYMT ID:1048762  INDN:Andrew Williams    CO ID:5122002825 WEB | -449.00 |
| 03/05/24 | SUBURBAN WATER S DES:SWWC    ID:006000182107  INDN:CAR WASH MANAGEMENT LL  CO ID:1951371870 CCD | -190.99 |
| 03/06/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -2,000.00 |
| 03/07/24 | CAPITAL ONE    DES:ONLINE PMT ID:3X36SCMJJHT8AHV  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -4,000.00 |
| 03/07/24 | CAPITAL ONE    DES:ONLINE PMT ID:3X3745KKBCM6LGJ  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -3,000.00 |
| 03/07/24 | 1701 GROVE AVENU DES:SALE    ID:  INDN:CAR WASH MANAGEMENT LL  CO ID:9215986202 CCD | -1,550.00 |
| 03/07/24 | ADP PAY-BY-PAY  DES:PAY-BY-PAY ID:532070170797P5B  INDN:CAR WASH MANAGEMENT LL CO ID:9555555505 CCD | -1,332.78 |
| 03/07/24 | ADP WAGE GARN   DES:WAGE GARN  ID:592054644959P5B  INDN:CAR WASH MANAGEMENT LL CO ID:9333006057 CCD | -323.65 |
| 03/08/24 | WIRE TYPE:WIRE OUT DATE:240308 TIME:1624 ET TRN:2024030800485846 SERVICE REF:017698 BNF:JE ADAMS INDUSTRIES ID:60002692560 BNF BK:COLL INS COMMUNITY CREDI ID:273972949 PMT DET:481677124  ORDER NUMBER 0019859 | -28,569.82 |
| 03/08/24 | SO CAL EDISON CO DES:BILL PAYMT ID:700821892764  INDN:CARWASH MANAGEMENT INC CO ID:4951240335 WEB | -137.97 |
| 03/11/24 | MEISSNERJACQUET- DES:SIGONFILE  ID:K74ZYF  INDN:Car Wash Management LL  CO ID:9000327993 CCD | -13,957.04 |
| 03/11/24 | CAPITAL ONE    DES:ONLINE PMT ID:3X413VNYMBE5H5V  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -4,000.00 |
| 03/11/24 | CAPITAL ONE    DES:ONLINE PMT ID:3X41EYTWPP30XER  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -1,000.00 |
| 03/12/24 | CAPITAL ONE    DES:ONLINE PMT ID:3X41USIKOG2E1B7  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -5,000.00 |
| 03/12/24 | CLOVER APP MRKT  DES:CLOVER APP ID:899-9945851-000  INDN:WEST COVINA CAR WASH L CO ID:1841128086 PPD | -59.78 |
| 03/13/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,000.00 |
| 03/15/24 | AscentiumCapital DES:LEASECHG  ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -5,987.29 |
| 03/15/24 | CAPITAL ONE    DES:ONLINE PMT ID:3X4ON851GQ1WE1V  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -4,000.00 |
| 03/15/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,000.00 |
| 03/15/24 | ADP PAYROLL FEES DES:ADP FEES  ID:782071776880  INDN:XXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -226.01 |
| 03/18/24 | WIRE TYPE:WIRE OUT DATE:240318 TIME:0413 ET TRN:2024031800174763 SERVICE REF:215753 BNF:TAHA ALJANABI ID:903137557 BNF BK:JPMORGAN CHA SE BANK, N. ID:0002 PMT DET:482778238 PAYROL | -2,407.66 |

continued on the next page

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   March 1, 2024 to March 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/18/24 | WIRE TYPE:WIRE OUT DATE:240318 TIME:0416 ET TRN:2024031800175951 SERVICE REF:003368 BNF:ASHLEY GAUTSCHI ID:6559999559 BNF BK:WELLS FAR GO BANK, N.A. ID:121000248 PMT DET:482778522 PAYRO LL | -1,220.04 |
| 03/19/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -500.00 |
| 03/20/24 | CAPITAL ONE      DES:ONLINE PMT ID:3X5QQGPYCHZA8F7  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -3,000.00 |
| 03/20/24 | Credit Strong   DES:CSTR PAYMT ID:1076985  INDN:Andrew Williams      CO ID:5122002825 WEB | -926.00 |
| 03/20/24 | SO CAL EDISON CO DES:BILL PAYMT ID:700847932517  INDN:CARWASH MANAGEMENT INC CO ID:4951240335 WEB | -887.75 |
| 03/20/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -300.00 |
| 03/21/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -500.00 |
| 03/22/24 | WIRE TYPE:WIRE OUT DATE:240322 TIME:1722 ET TRN:2024032200630454 SERVICE REF:020564 BNF:BEAR VALLEY ROAD & 2ND AVE ID:500405554 BNF BK:HANMI BANK ID:122039399 PMT DET:483625240 R EFUND | -153,675.00 |
| 03/22/24 | KAISER GROUP DUE DES:INTERNET  ID:99342161  INDN:1400310000037523342161  CO ID:9049040030 PPD | -13,872.90 |
| 03/22/24 | CAPITAL ONE      DES:ONLINE PMT ID:3X6CZIZQ5SP1PGJ  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -10,673.00 |
| 03/22/24 | ADP Tax      DES:ADP Tax   ID:L5P5B 032707A01  INDN:CAR WASH MANAGEMENT LL  CO ID:1941711111 CCD | -8,006.97 |
| 03/22/24 | CAPITAL ONE      DES:ONLINE PMT ID:3X6CRXF9PUWMVC3  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -5,000.00 |
| 03/22/24 | ADP PAYROLL FEES DES:ADP FEES  ID:746069533537  INDN:XXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -193.95 |
| 03/25/24 | CAPITAL ONE      DES:ONLINE PMT ID:3X6ZRX5EUCFX4WK  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -2,163.01 |
| 03/25/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -2,000.00 |
| 03/25/24 | CAPITAL ONE      DES:ONLINE PMT ID:3X6ZRRM9QZL5ZX0  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -595.00 |
| 03/25/24 | CAPITAL ONE      DES:ONLINE PMT ID:3X6SK0KVELRURZ7  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -417.77 |
| 03/26/24 | ADP PAY-BY-PAY  DES:PAY-BY-PAY ID:942429911335P5B  INDN:CAR WASH MANAGEMENT LL CO ID:9555555505 CCD | -1,320.72 |
| 03/26/24 | ADP WAGE GARN   DES:WAGE GARN  ID:485070595897P5B  INDN:CAR WASH MANAGEMENT LL CO ID:9333006057 CCD | -227.17 |
| 03/27/24 | CAPITAL ONE      DES:ONLINE PMT ID:3X77X1W5HQUYC6B  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -1,345.09 |
| 03/27/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,177.83 |
| 03/28/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -291.36 |
| 03/28/24 | VENMO      DES:PAYMENT  ID:1033402790118  INDN:ANDREW WILLIAMS      CO ID:3264681992 WEB | -200.00 |

continued on the next page

## BANK OF AMERICA

<div align="right">

**Your checking account**

</div>

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  March 1, 2024 to March 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/29/24 | ADP PAYROLL FEES DES:ADP FEES  ID:932231590401  INDN:XXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -226.01 |
| 03/29/24 | WEX INC         DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -114.34 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|---|---|---|
| 03/04/24 | CHECKCARD  0229 PENSKE TRK LSG 652310 SAN DIEGO   CA 24138294061706000018061 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,422.08 |
| 03/04/24 | CHECKCARD  0303 CORPORATE FILINGS LLC 888-7898466  WY 24755424064130643159350 CKCD 7399 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -125.00 |
| 03/05/24 | PURCHASE  0304 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -1,228.05 |
| 03/11/24 | CHECKCARD  0229 PENSKE TRK LSG 652310 SAN DIEGO   CA 24138294068706000012240 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,171.50 |
| 03/11/24 | CHECKCARD  0307 PRIME DUMPSTER 630-2519183  IL 24750764070900018776319 CKCD 4900 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,985.21 |
| 03/11/24 | CHECKCARD  0307 PENSKE TRK LSG 652310 SAN DIEGO   CA 24138294068706000012422 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -77.50 |
| 03/13/24 | CHECKCARD  0311 US COMPLIANCE SERVICES 877-405-5003 ID 24688084072030022615432 CKCD 8734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,209.00 |
| 03/18/24 | CHECKCARD  0315 VERIATO INC 772-7705670  FL 24013394075001815143227 CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -895.00 |
| 03/18/24 | CHECKCARD  0315 VERIATO INC 772-7705670  FL 24013394075001815143243 CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -75.00 |
| 03/20/24 | CHECKCARD  0307 PENSKE TRK LSG 652310 SAN DIEGO   CA 24138294079706000130197 CKCD 7513 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,216.50 |
| 03/20/24 | CHECKCARD  0319 Reolink Wilmington  DE 24793384079000207623021 CKCD 7393 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -252.11 |
| 03/25/24 | CHECKCARD  0322 CAR AROMA SUPPLIES INC 310-834-2682 CA 24055224082612537085402 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -2,225.00 |
| 03/26/24 | CHECKCARD  0325 CAR AROMA SUPPLIES INC 310-834-2682 CA 24055224085612538658584 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -995.00 |

| | |
|---|---|
| Subtotal for card account # XXXX XXXX XXXX 4413 | -$12,876.95 |
| Total withdrawals and other debits | -$448,133.95 |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 03/19/24 | 1018 | -337.02 | | 03/15/24 | 1055 | -5,320.24 |
| 03/04/24 | 1023* | -1,063.28 | | 03/13/24 | 1056 | -2,330.21 |
| 03/11/24 | 1026* | -7,500.00 | | 03/15/24 | 1057 | -1,281.62 |
| 03/04/24 | 1037* | -981.17 | | 03/14/24 | 1058 | -3,366.02 |
| 03/13/24 | 1044* | -212.12 | | 03/18/24 | 1059 | -1,273.15 |
| 03/06/24 | 1048* | -262.01 | | 03/18/24 | 1060 | -1,262.03 |
| 03/05/24 | 1051* | -2,602.51 | | 03/18/24 | 1061 | -2,140.57 |
| 03/18/24 | 1052 | -928.59 | | 03/14/24 | 1062 | -1,194.68 |
| 03/14/24 | 1054* | -9,217.75 | | 03/14/24 | 1063 | -1,960.44 |

continued on the next page

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  March 1, 2024 to March 31, 2024

## Checks - continued

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 03/28/24 | 1064 | -863.04 | | 03/29/24 | 1071* | -3,661.71 |
| 03/28/24 | 1066* | -2,269.52 | | 03/29/24 | 1073* | -918.64 |
| 03/29/24 | 1067 | -4,772.12 | | 03/29/24 | 1074 | -502.95 |
| 03/28/24 | 1068 | -2,870.99 | | 03/28/24 | 1076* | -1,889.97 |
| 03/28/24 | 1069 | -1,922.74 | | | | |

|  |  |
|---|---|
| **Total checks** | **-$62,905.09** |
| **Total # of checks** | **27** |

\* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $50.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 02/29/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

⟨⟩ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 03/01/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/01/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 03/04/24 | External transfer fee - Next Day - 03/01/2024 | -5.00 |
| 03/04/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 03/05/24 | Wire Transfer Fee | -30.00 |
| 03/05/24 | Wire Transfer Fee | -30.00 |
| 03/05/24 | External transfer fee - Next Day - 03/04/2024 | -5.00 |
| 03/05/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 03/05/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 03/08/24 | Wire Transfer Fee | -30.00 |

*continued on the next page*

Page 8 of 14

**BANK OF AMERICA**

Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  March 1, 2024 to March 31, 2024

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/08/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/18/24 | Wire Transfer Fee | -30.00 |
| 03/18/24 | Wire Transfer Fee | -30.00 |
| 03/22/24 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$190.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 207,867.23 | 03/12 | 64,301.61 | 03/21 | 23,153.73 |
| 03/04 | 95,259.54 | 03/13 | 59,550.28 | 03/22 | 12,261.46 |
| 03/05 | 75,774.39 | 03/14 | 43,811.39 | 03/25 | 4,860.68 |
| 03/06 | 73,512.38 | 03/15 | 25,996.23 | 03/26 | 11,468.77 |
| 03/07 | 66,359.77 | 03/18 | 15,734.19 | 03/27 | 23,623.76 |
| 03/08 | 88,436.99 | 03/19 | 21,996.38 | 03/28 | 13,316.14 |
| 03/11 | 68,229.95 | 03/20 | 23,257.18 | 03/29 | 3,503.32 |

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   March 1, 2024 to March 31, 2024

This page intentionally left blank

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  March 1, 2024 to March 31, 2024

## Check images

**Account number: 3251 8313 1319**

Check number: 1018  |  Amount: $337.02

Check number: 1023  |  Amount: $1,063.28

Check number: 1026  |  Amount: $7,500.00

Check number: 1037  |  Amount: $981.17

Check number: 1044  |  Amount: $212.12



Check number: 1048  |  Amount: $262.01

Check number: 1051  |  Amount: $2,602.51

Check number: 1052  |  Amount: $928.59

Check number: 1054  |  Amount: $9,217.75

Check number: 1055  |  Amount: $5,320.24

continued on the next page

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  March 1, 2024 to March 31, 2024

## Check images - continued
**Account number: 3251 8313 1319**

Check number: 1056  |  Amount: $2,330.21

Check number: 1057  |  Amount: $1,281.62

Check number: 1058  |  Amount: $3,366.02

Check number: 1059  |  Amount: $1,273.15

Check number: 1060  |  Amount: $1,262.03

Check number: 1061  |  Amount: $2,140.57

Check number: 1062  |  Amount: $1,194.68

Check number: 1063  |  Amount: $1,960.44

Check number: 1064  |  Amount: $863.04

Check number: 1066  |  Amount: $2,269.52

continued on the next page

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   March 1, 2024 to March 31, 2024

## Check images - continued
**Account number: 3251 8313 1319**
Check number: 1067   |   Amount: $4,772.12

Check number: 1068   |   Amount: $2,870.99

Check number: 1069   |   Amount: $1,922.74

Check number: 1071   |   Amount: $3,661.71

Check number: 1073   |   Amount: $918.64

Check number: 1074   |   Amount: $502.95

Check number: 1076   |   Amount: $1,889.97

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Starting May 17, statements sent in the mail will no longer include images of canceled checks – do not worry, you have options.**

Your check images can be viewed online, and copies are available by request. All you need to do is log into Online Banking and select your account from the "Accounts Overview" page.

· Check images (up to 18 months) can be found under the "Activity" and "Statements and Documents" tabs.

· Check copies (up to 7 years) can be ordered from the "Information & Services" tab.

If you are not an Online Banking client, you can enroll at bankofamerica.com or contact us for help.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA 92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for April 1, 2024 to April 30, 2024                    Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2024 | $3,503.32 | # of deposits/credits: 43 |
| Deposits and other credits | 123,377.07 | # of withdrawals/debits: 69 |
| Withdrawals and other debits | -82,510.32 | # of items-previous cycle[1]: 30 |
| Checks | -40,157.15 | # of days in cycle: 30 |
| Service fees | -40.00 | Average ledger balance: $8,563.06 |
| **Ending balance on April 30, 2024** | **$4,172.92** | [1]Includes checks paid, deposited items and other debits |

## You've got a banking partner ready to help.



As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Erika Rojas
858.264.2489
maerika.heigert@bofa.com

5504 03 23 07 14 0 | 3072504

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   April 1, 2024 to April 30, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



**Bank of America, N.A. Member FDIC and     Equal Housing Lender**

## BANK OF AMERICA

## Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  April 1, 2024 to April 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 6,992.04 |
| 04/01/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,966.39 |
| 04/01/24 | FULLSTEAM SV92  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,210.72 |
| 04/02/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 20,225.63 |
| 04/02/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 821.15 |
| 04/03/24 | ADP Tax        DES:ADP Tax   ID:L5P5B 4755768VV  INDN:CAR WASH MANAGEMENT LL  CO ID:1941711111 CCD | 1,890.79 |
| 04/03/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 715.17 |
| 04/03/24 | Guideline Retire DES:ACCTVERIFY ID:ST-Y7W1Z3S3H0U7  INDN:CAR WASH MANAGEMENT LL  CO ID:4270465600 CCD | 0.21 |
| 04/03/24 | Guideline Retire DES:ACCTVERIFY ID:ST-W0K5A8S2W7T0  INDN:CAR WASH MANAGEMENT LL  CO ID:4270465600 CCD | 0.19 |
| 04/04/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,995.94 |
| 04/05/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,159.78 |
| 04/09/24 | FULLSTEAM SV9c  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,710.73 |
| 04/10/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 7,810.52 |
| 04/11/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 540.87 |
| 04/12/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,726.07 |

*continued on the next page*

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.¹

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
¹ You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  April 1, 2024 to April 30, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 04/15/24 | FULLSTEAM SV92  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,140.58 |
| 04/15/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 591.50 |
| 04/16/24 | Deposit | 11,438.94 |
| 04/16/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,149.97 |
| 04/17/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 251.49 |
| 04/18/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 9,216.18 |
| 04/18/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 245.00 |
| 04/19/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 7,861.74 |
| 04/19/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 554.78 |
| 04/22/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 396.90 |
| 04/22/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 75.00 |
| 04/23/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,284.87 |
| 04/23/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 99.55 |
| 04/24/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 7,045.53 |
| 04/24/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 5.65 |
| 04/25/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,824.92 |
| 04/25/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 35.67 |
| 04/26/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 6,157.08 |
| 04/26/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,579.90 |
| 04/26/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 34.86 |
| 04/29/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,608.30 |
| 04/29/24 | FULLSTEAM SV92  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,544.85 |

continued on the next page



**BANK OF AMERICA**

## Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  April 1, 2024 to April 30, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/29/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,609.45 |
| 04/29/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 186.81 |
| 04/29/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 68.51 |
| 04/29/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 13.86 |
| 04/30/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 400.19 |
| 04/30/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 188.79 |

**Total deposits and other credits**  **$123,377.07**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -517.60 |
| 04/02/24 | CAPITAL ONE     DES:ONLINE PMT ID:3X8NKBNQJWK00TF INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -4,001.00 |
| 04/02/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -1,954.23 |
| 04/02/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -409.25 |
| 04/02/24 | SUBURBAN WATER S DES:SWWC     ID:006000182107  INDN:CAR WASH MANAGEMENT LL  CO ID:1951371870 CCD | -139.96 |
| 04/02/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -2.50 |
| 04/03/24 | CAPITAL ONE     DES:MOBILE PMT ID:3X8VXYAQM6OWNQB INDN:ANDREW P WILLIAMS     CO ID:9279744380 CCD | -7,100.00 |
| 04/03/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -437.95 |
| 04/03/24 | Guideline Retire DES:ACCTVERIFY ID:ST-M1L3H2O6P6R8  INDN:CAR WASH MANAGEMENT LL  CO ID:4270465600 CCD | -0.40 |
| 04/04/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -354.52 |
| 04/05/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -72.63 |
| 04/08/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -122.81 |
| 04/09/24 | 1701 GROVE AVENU DES:SALE     ID:  INDN:CAR WASH MANAGEMENT LL  CO ID:9215986202 CCD | -2,900.00 |
| 04/09/24 | CAPITAL ONE     DES:ONLINE PMT ID:3XA5L1RV0BRDSF7  INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -2,000.00 |

continued on the next page

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  April 1, 2024 to April 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 04/09/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -83.96 |
| 04/09/24 | SO CAL EDISON CO DES:BILL PAYMT ID:700821892764  INDN:CARWASH MANAGEMENT INC CO ID:4951240335 WEB | -36.56 |
| 04/10/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -541.78 |
| 04/10/24 | CLOVER APP MRKT  DES:CLOVER APP ID:899-9945851-000  INDN:WEST COVINA CAR WASH L CO ID:1841128086 PPD | -39.95 |
| 04/11/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -390.00 |
| 04/12/24 | PENSKE TRUCK   DES:RECEIVE   ID:590095  INDN:CAR WASH MANAGEMENT LL  CO ID:3232518618 CCD | -1,082.19 |
| 04/12/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -360.10 |
| 04/15/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -100.00 |
| 04/16/24 | AscentiumCapital DES:LEASECHG  ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -6,487.23 |
| 04/16/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 04/18/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 04/19/24 | CAPITAL ONE    DES:ONLINE PMT ID:3XC9V1DOVEZA7MR  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -1,000.00 |
| 04/19/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | 200.00 |
| 04/19/24 | ADP PAYROLL FEES DES:ADP FEES  ID:442572845552  INDN:XXXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -8.95 |
| 04/22/24 | Zelle payment to Melissa Pirkey for "Car wash management, West Covina LLC insurance"; Conf# uhqwf7y5c | -2,377.50 |
| 04/23/24 | KAISER GROUP DUE DES:INTERNET   ID:99667314  INDN:1400310000037600667314  CO ID:9049040030 PPD | -13,872.90 |
| 04/25/24 | CAPITAL ONE    DES:ONLINE PMT ID:3XDJBJJD7M0YI3N  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -1,000.00 |
| 04/26/24 | CAPITAL ONE    DES:MOBILE PMT ID:3XDQT3TCTJSX6OZ  INDN:ANDREW P WILLIAMS      CO ID:9279744380 CCD | -1,000.00 |
| 04/26/24 | SPECTRUM       DES:SPECTRUM  ID:1481398  INDN:ANDREW WILLIAMS       CO ID:0000358635 WEB | -139.99 |
| 04/29/24 | CAPITAL ONE    DES:ONLINE PMT ID:3XEDH4S9XR76IW3  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -2,000.00 |
| 04/30/24 | CAPITAL ONE    DES:ONLINE PMT ID:3XELIZTFFS2ATYB  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -2,000.00 |
| 04/30/24 | CAPITAL ONE    DES:ONLINE PMT ID:3XEE4SF3G3OIOPV  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -1,500.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|---|---|---|
| 04/01/24 | PURCHASE  0329 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -1,362.47 |
| 04/03/24 | CHECKCARD  0402 VER TECH LABS INC 763-509-7937 MN 24247604093300752072482 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -4,128.11 |
| 04/04/24 | CHECKCARD  0403 VER TECH LABS INC 763-509-7937 MN 24247604094300728140610 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -13,317.57 |

*continued on the next page*

## BANK OF AMERICA

## Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  April 1, 2024 to April 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 04/08/24 | CHECKCARD 0404 PRIME DUMPSTER 630-2519183 IL 24750764098900011542252 CKCD 4900 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,985.21 |
| 04/08/24 | BKOFAMERICA ATM 04/08 #000004952 WITHDRWL WEST COVINA    WEST COVINA  CA | -300.00 |
| 04/18/24 | CHECKCARD 0418 FISHBOWL INVENTORY WWW.FISHBOWLIUT 24011344109000028027109 CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6,483.00 |
| 04/22/24 | BKOFAMERICA ATM 04/19 #000009141 WITHDRWL WEST COVINA    WEST COVINA  CA | -300.00 |
| Subtotal for card account # XXXX XXXX XXXX 4413 | | -$27,876.36 |
| Total withdrawals and other debits | | -$82,510.32 |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 04/11/24 | 1075 | -1,326.50 | 04/18/24 | 1089 | -1,211.88 |
| 04/11/24 | 1077* | -3,829.14 | 04/26/24 | 1090 | -2,056.29 |
| 04/11/24 | 1078 | -1,970.82 | 04/15/24 | 1091 | -795.93 |
| 04/26/24 | 1080* | -1,784.23 | 04/26/24 | 1092 | -1,168.46 |
| 04/15/24 | 1081 | -221.17 | 04/26/24 | 1093 | -853.16 |
| 04/15/24 | 1083* | -3,076.97 | 04/26/24 | 1094 | -2,273.40 |
| 04/11/24 | 1084 | -2,446.83 | 04/30/24 | 1095 | -2,218.85 |
| 04/12/24 | 1085 | -1,899.30 | 04/29/24 | 1096 | -3,104.21 |
| 04/17/24 | 1086 | -2,607.61 | 04/29/24 | 1097 | -80.54 |
| 04/11/24 | 1087 | -1,168.11 | 04/30/24 | 1099* | -2,269.52 |
| 04/12/24 | 1088 | -717.26 | 04/29/24 | 1100 | -3,076.97 |
| | | | Total checks | | -$40,157.15 |
| | | | Total # of checks | | 22 |

\* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $40.00 | $90.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

continued on the next page

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  April 1, 2024 to April 30, 2024

## Service fees - continued

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/29/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/11/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-11 | -10.00 |
| 04/11/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-11 | -10.00 |
| 04/15/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-15 | -10.00 |
| 04/15/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-15 | -10.00 |
| **Total service fees** | | **-$40.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 11,792.40 | 04/11 | -416.41 | 04/22 | 12,882.65 |
| 04/02 | 26,332.24 | 04/12 | 250.81 | 04/23 | 2,394.17 |
| 04/03 | 17,272.14 | 04/15 | -231.18 | 04/24 | 9,445.35 |
| 04/04 | 6,595.99 | 04/16 | 8,670.50 | 04/25 | 11,305.94 |
| 04/05 | 8,683.14 | 04/17 | 6,314.38 | 04/26 | 9,802.25 |
| 04/08 | 6,275.12 | 04/18 | 7,880.68 | 04/29 | 11,572.31 |
| 04/09 | 2,965.33 | 04/19 | 15,088.25 | 04/30 | 4,172.92 |
| 04/10 | 10,194.12 | | | | |

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  April 1, 2024 to April 30, 2024

## Check images

**Account number: 3251 8313 1319**

Check number: 1075  |  Amount: $1,326.50

Check number: 1077  |  Amount: $3,829.14

Check number: 1078  |  Amount: $1,970.82

Check number: 1080  |  Amount: $1,784.23

Check number: 1081  |  Amount: $221.17

Check number: 1083  |  Amount: $3,076.97

Check number: 1084  |  Amount: $2,446.83

Check number: 1085  |  Amount: $1,899.30

Check number: 1086  |  Amount: $2,607.61

Check number: 1087  |  Amount: $1,168.11

continued on the next page

## BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  April 1, 2024 to April 30, 2024

## Check images - continued
Account number: 3251 8313 1319

Check number: 1088  |  Amount: $717.26

Check number: 1089  |  Amount: $1,211.88

Check number: 1090  |  Amount: $2,056.29

Check number: 1091  |  Amount: $795.93

Check number: 1092  |  Amount: $1,168.46

Check number: 1093  |  Amount: $853.16

Check number: 1094  |  Amount: $2,273.40

Check number: 1095  |  Amount: $2,218.85

Check number: 1096  |  Amount: $3,104.21

Check number: 1097  |  Amount: $80.54

continued on the next page

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   April 1, 2024 to April 30, 2024

## Check images - continued
**Account number: 3251 8313 1319**
Check number: 1099   |   Amount: $2,269.52

Check number: 1100   |   Amount: $3,076.97

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   April 1, 2024 to April 30, 2024

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA 92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

☐ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for May 1, 2024 to May 31, 2024                                  Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2024 | $4,172.92 | # of deposits/credits: 48 |
| Deposits and other credits | 115,071.66 | # of withdrawals/debits: 92 |
| Withdrawals and other debits | -78,840.19 | # of items-previous cycle[1]: 27 |
| Checks | -39,932.55 | # of days in cycle: 31 |
| Service fees | -128.94 | Average ledger balance: $9,676.80 |
| Ending balance on May 31, 2024 | $342.90 | [1]Includes checks paid, deposited items and other debits |



## You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Erika Rojas
858.264.2489
maerika.heigert@bofa.com

SSM-09-23-0714B | 3972509

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   May 1, 2024 to May 31, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**

# BANK OF AMERICA

## Your checking account

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   May 1, 2024 to May 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/01/24 | WIRE TYPE:WIRE IN DATE: 240501 TIME:0536 ET TRN:2024050100177360 SEQ:3752344121ES/003374 ORIG:SUPREME CAR WASH, INC. DB ID:291326913 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:DCD OF 24/04/30 NORTH STAR CAR WASH CONVEY | 13,282.55 |
| 05/01/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 194.63 |
| 05/02/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 5,168.63 |
| 05/02/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,471.76 |
| 05/02/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 158.57 |
| 05/03/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,155.29 |
| 05/03/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 93.71 |
| 05/06/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,789.23 |
| 05/06/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,674.75 |
| 05/06/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 73.37 |
| 05/06/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 47.73 |
| 05/07/24 | Deposit | 3,107.16 |
| 05/07/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,180.20 |
| 05/08/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,494.54 |
| 05/08/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 123.00 |

continued on the next page

---

## Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.   SSM-05-23-0009.C  |  5695722

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 1, 2024 to May 31, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 05/09/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,588.73 |
| 05/09/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 55.51 |
| 05/10/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 444.03 |
| 05/10/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 66.94 |
| 05/13/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,614.19 |
| 05/13/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,002.63 |
| 05/13/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,552.47 |
| 05/13/24 | FULLSTEAM SV92  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 643.21 |
| 05/13/24 | Deposit | 316.82 |
| 05/13/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 203.73 |
| 05/13/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 96.45 |
| 05/13/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 72.61 |
| 05/14/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 05-13) | 1,500.00 |
| 05/14/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 271.93 |
| 05/14/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | 119.32 |
| 05/15/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 05-14) | 400.00 |
| 05/15/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 627.83 |
| 05/16/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 05-15) | 6,487.23 |
| 05/16/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 05-15) | 1,000.00 |
| 05/16/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,194.57 |
| 05/17/24 | Deposit | 11,159.24 |
| 05/17/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 440.59 |
| 05/20/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,493.41 |
| 05/20/24 | FULLSTEAM SV92  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,349.15 |

continued on the next page



**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 1, 2024 to May 31, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 05/22/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,074.54 |
| 05/22/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 384.02 |
| 05/23/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 05-22) | 13,872.90 |
| 05/23/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 9,238.87 |
| 05/24/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,076.93 |
| 05/28/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,115.00 |
| 05/28/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 688.34 |
| 05/29/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,049.32 |
| 05/30/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 6,856.03 |

**Total deposits and other credits**      **$115,071.66**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/01/24 | WIRE TYPE:WIRE OUT DATE:240501 TIME:1338 ET TRN:2024050100360017 SERVICE REF:013852 BNF:ASTROMATIC INC ID:274621 BNF BK:LLANO NATIONAL  BANK ID:114911506 PMT DET:489953756 CAR WASH MANA GEMENT | -11,353.10 |
| 05/01/24 | SO CAL EDISON CO DES:BILL PAYMT ID:700847932517  INDN:CARWASH MANAGEMENT INC CO ID:4951240335 WEB | -735.00 |
| 05/01/24 | ADP Tax       DES:ADP Tax   ID:L5P5B 050604A01  INDN:CAR WASH MANAGEMENT LL  CO ID:1941711111 CCD | -667.18 |
| 05/01/24 | ST OF CA DMV     DES:INTERNET   ID:054081303240430  INDN:ANDREW WILLIAMS       CO ID:1680311348 WEB | -232.00 |
| 05/02/24 | WIRE TYPE:WIRE OUT DATE:240502 TIME:1758 ET TRN:2024050200536951 SERVICE REF:020984 BNF:WEST COVINA CAR WASH INC ID:597563306 BNF BK:J PMORGAN CHASE BANK, NA ID:021000021 PMT DET:490226 852 PAYROLL | -3,000.00 |
| 05/02/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -2,463.00 |
| 05/02/24 | SUBURBAN WATER S DES:SWWC       ID:006000182107  INDN:CAR WASH MANAGEMENT LL CO ID:1951371870 CCD | -135.46 |
| 05/02/24 | ADP PAY-BY-PAY  DES:PAY-BY-PAY ID:548092562434P5B  INDN:CAR WASH MANAGEMENT LL CO ID:9555555505 CCD | -75.00 |
| 05/02/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -4.00 |
| 05/03/24 | CAPITAL ONE     DES:MOBILE PMT ID:3XF7SQOX00DJI8Z INDN:ANDREW P WILLIAMS    CO ID:9279744380 CCD | -400.00 |

continued on the next page

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   May 1, 2024 to May 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 05/03/24 | ADP PAY-BY-PAY  DES:PAY-BY-PAY ID:582056543217P5B  INDN:CAR WASH MANAGEMENT LL  CO ID:9555555505 CCD | -114.73 |
| 05/06/24 | MERCH BNKCD NSD DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | -2.61 |
| 05/09/24 | CAPITAL ONE     DES:MOBILE PMT ID:3XGH9ZJF4NLLJQB  INDN:ANDREW P WILLIAMS         CO ID:9279744380 CCD | -1,500.00 |
| 05/10/24 | ADP PAYROLL FEES DES:ADP FEES   ID:435072892471  INDN:XXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -226.01 |
| 05/10/24 | CAPITAL ONE     DES:ONLINE PMT ID:3XGI6E836362E50  INDN:ANDREW P WILLIAMS         CO ID:9279744391 CCD | -151.00 |
| 05/10/24 | CLOVER APP MRKT  DES:CLOVER APP ID:899-9945851-000  INDN:WEST COVINA CAR WASH L  CO ID:1841128086 PPD | -49.95 |
| 05/13/24 | 1701 GROVE AVENU DES:SALE      ID:  INDN:CAR WASH MANAGEMENT LL  CO ID:9215986202  WEB | -2,900.00 |
| 05/13/24 | PENSKE TRUCK    DES:RECEIVE   ID:599871  INDN:CAR WASH MANAGEMENT LL  CO ID:3232518618 CCD | -2,429.08 |
| 05/13/24 | CAPITAL ONE     DES:ONLINE PMT ID:3XHC89GNKK5731F  INDN:ANDREW P WILLIAMS         CO ID:9279744391 CCD | -1,500.00 |
| 05/13/24 | CAPITAL ONE     DES:ONLINE PMT ID:3XHBVWGUZC5DBFN  INDN:ANDREW P WILLIAMS         CO ID:9279744391 CCD | -1,200.00 |
| 05/13/24 | CAPITAL ONE     DES:ONLINE PMT ID:3XHC17HZ5MEOW0K  INDN:ANDREW P WILLIAMS         CO ID:9279744391 CCD | -200.00 |
| 05/14/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -400.00 |
| 05/15/24 | AscentiumCapital DES:LEASECHG  ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -6,487.23 |
| 05/15/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,000.00 |
| 05/15/24 | MERCH BNKCD NSD  DES:DEPOSIT   ID:526411161882  INDN:WEST COVINA CAR WASH L  CO ID:BXXXXXXXXX CCD | -4.08 |
| 05/20/24 | AscentiumCapital DES:LEASECHG  ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -6,487.23 |
| 05/22/24 | KAISER GROUP DUE DES:INTERNET  ID:99604485  INDN:140031000037673604485  CO ID:9049040030 PPD | -13,872.90 |
| 05/23/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,000.00 |
| 05/29/24 | SO CAL EDISON CO DES:BILL PAYMT ID:700821892764  INDN:CARWASH MANAGEMENT INC  CO ID:4951240335 WEB | -115.14 |
| 05/29/24 | OC TOLL ROADS    DES:ROAD TOLLS ID:1665220  INDN:ANDREW *WILLIAMS         CO ID:0000077789 WEB | -30.00 |
| 05/29/24 | OC TOLL ROADS    DES:ROAD TOLLS ID:1665220  INDN:ANDREW *WILLIAMS         CO ID:0000077789 WEB | -29.76 |
| 05/30/24 | OC TOLL ROADS    DES:ROAD TOLLS ID:1951514  INDN:ANDREW *WILLIAMS         CO ID:0000077789 WEB | -30.00 |
| 05/31/24 | ADP PAYROLL FEES DES:ADP FEES   ID:925432573509  INDN:XXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -765.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|---|---|---|
| 05/02/24 | PURCHASE  0501 Indeed 92237697 800-4625842 TX | -409.38 |
| 05/03/24 | CHECKCARD  0502 VER TECH LABS INC 763-509-7937 MN 24247604123300774990178 CKCD  5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -3,746.42 |

continued on the next page

**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   May 1, 2024 to May 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 05/06/24 | BKOFAMERICA ATM 05/04 #000005956 WITHDRWL WEST COVINA      WEST COVINA   CA | -200.00 |
| 05/07/24 | CHECKCARD  0506 CAR AROMA SUPPLIES INC 310-834-2682 CA 24055224127612605267996 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -350.00 |
| 05/10/24 | CHECKCARD  0509 SQ *CAKED SHOP San Diego   CA 24692164130101877174223 CKCD 5462 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -9.00 |
| 05/14/24 | PURCHASE  0513 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -404.95 |
| 05/14/24 | PURCHASE  0513 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -404.95 |
| 05/20/24 | CHECKCARD  0517 FAST SIGNS 68201 POMOM POMONA      CA 24692164139109111697157 CKCD 5111 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -144.22 |
| 05/28/24 | CHECKCARD  0524 SOUTH BAY SALT WORKS 619-423-3388 CA 24055234146091857000056 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -927.57 |
| 05/28/24 | CHECKCARD  0524 ENTERPRISE RENT-A-CAR SANTA FE SPRICA 24164074145018202857830 CKCD 3405 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,394.48 |
| 05/28/24 | CHECKCARD  0525 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692164146102310073594 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.84 |
| 05/28/24 | CHECKCARD  0525 H&S ENERGY PRO SEAL BEACH  CA CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -59.62 |
| 05/28/24 | CHECKCARD  0525 MIKA SUSHI GARDEN GROVE CA 24765014147010000354323 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -27.24 |
| 05/28/24 | CHECKCARD  0526 CHEVRON 0305779 ONTARIO     CA 24692164147102836745187 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -115.21 |
| 05/28/24 | CVS/PHARM 0919  05/27 #000962356 PURCHASE CVS/PHARM 09192-- San Diego   CA | -9.47 |
| 05/28/24 | CHECKCARD  0527 KAISER 0809751 SAN DIEGO   CA 24431064149286279200531 CKCD 8099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -350.00 |
| 05/28/24 | CHECKCARD  0527 KP RX01781 SAN DIEGO   CA 24431064149206653202051 CKCD 5912 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -13.34 |
| 05/29/24 | CHECKCARD  0527 KAISER 0807751 SAN DIEGO   CA 24431064149286930502705 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -3.25 |
| 05/29/24 | CHECKCARD  0528 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692164149104608224811 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.90 |
| 05/29/24 | CHECKCARD  0528 KAISER 0809220 SAN DIEGO   CA 24431064150200229401707 CKCD 8099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -60.00 |
| 05/30/24 | CHECKCARD  0529 CHEVRON 0305779 ONTARIO     CA 24692164150105633323672 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -157.08 |
| 05/30/24 | CHECKCARD  0529 PHILLY'S GRILL ONTARIO     CA 24116414150400151000191 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -19.38 |
| 05/31/24 | CHECKCARD  0530 CHEVRON 0305779 ONTARIO     CA 24692164151106036424496 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -33.96 |
| 05/31/24 | CHECKCARD  0530 CHEVRON 0305779 ONTARIO     CA 24692164151106036424439 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6.90 |
| 05/31/24 | CHECKCARD  0530 JACK IN THE BOX 5371 ONTARIO     CA 24692164151106218297918 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -14.12 |
| 05/31/24 | CHECKCARD  0530 VER TECH LABS INC 763-509-7937 MN 24247604151300748632984 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -10,382.45 |

Subtotal for card account # XXXX XXXX XXXX 4413 — **-$19,280.73**

Total withdrawals and other debits — **-$78,840.19**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 1, 2024 to May 31, 2024

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 05/08/24 | 1098 | -1,199.29 | 05/22/24 | 1123 | -911.71 |
| 05/13/24 | 1102* | -2,114.04 | 05/23/24 | 1124 | -1,009.33 |
| 05/08/24 | 1106* | -1,635.38 | 05/24/24 | 1126* | -383.04 |
| 05/13/24 | 1107 | -2,269.52 | 05/28/24 | 1127 | -455.81 |
| 05/13/24 | 1108 | -3,076.97 | 05/28/24 | 1129* | -795.61 |
| 05/10/24 | 1109 | -2,648.17 | 05/28/24 | 1130 | -1,327.52 |
| 05/10/24 | 1110 | -1,433.24 | 05/24/24 | 1131 | -1,944.69 |
| 05/13/24 | 1111 | -3,186.55 | 05/28/24 | 1132 | -1,006.45 |
| 05/10/24 | 1112 | -2,264.35 | 05/28/24 | 1133 | -2,609.53 |
| 05/09/24 | 1114* | -2,181.29 | 05/24/24 | 1134 | -403.64 |
| 05/23/24 | 1115 | -166.71 | 05/28/24 | 1135 | -2,563.76 |
| 05/10/24 | 1116 | -516.60 | 05/29/24 | 1136 | -2,533.38 |
| 05/17/24 | 1122* | -102.29 | 05/29/24 | 1139* | -1,193.68 |
| | | | **Total checks** | | **-$39,932.55** |
| | | | **Total # of checks** | | **26** |

\* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $30.00 | $120.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 04/30/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯  $15,000+ combined average monthly balance in linked business accounts has not been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 05/01/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 05/01/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 05/02/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |

continued on the next page

**BANK OF AMERICA** 

Your checking account

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   May 1, 2024 to May 31, 2024

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/13/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-13 | -10.00 |
| 05/13/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-13 | -10.00 |
| 05/15/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-15 | -10.00 |
| 05/30/24 | CHECK ORDER00318 DES:FEE      ID:17ID6169<br>PMT INFO: PRODUCT(S): 54.35      S&H: 37.48     CA TAX: 7.11 | -98.94 |

**Total service fees**                                                                                      **-$128.94**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 4,662.82 | 05/10 | 8,641.09 | 05/22 | -1,480.69 |
| 05/02 | 5,374.94 | 05/13 | -1,752.96 | 05/23 | 19,455.04 |
| 05/03 | 4,362.79 | 05/14 | -1,071.61 | 05/24 | 17,800.60 |
| 05/06 | 9,745.26 | 05/15 | -7,545.09 | 05/28 | 7,929.49 |
| 05/07 | 14,682.62 | 05/16 | 3,136.71 | 05/29 | 4,994.70 |
| 05/08 | 15,465.49 | 05/17 | 14,634.25 | 05/30 | 11,545.33 |
| 05/09 | 15,428.44 | 05/20 | 10,845.36 | 05/31 | 342.90 |

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 1, 2024 to May 31, 2024

This page intentionally left blank

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 1, 2024 to May 31, 2024

## Check images

**Account number: 3251 8313 1319**

Check number: 1098  |  Amount: $1,199.29

Check number: 1102  |  Amount: $2,114.04

Check number: 1106  |  Amount: $1,635.38

Check number: 1107  |  Amount: $2,269.52

Check number: 1108  |  Amount: $3,076.97

Check number: 1109  |  Amount: $2,648.17

Check number: 1110  |  Amount: $1,433.24

Check number: 1111  |  Amount: $3,186.55

Check number: 1112  |  Amount: $2,264.35

Check number: 1114  |  Amount: $2,181.29

*continued on the next page*

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  May 1, 2024 to May 31, 2024

## Check images - continued
**Account number: 3251 8313 1319**

Check number: 1115  |  Amount: $166.71

Check number: 1116  |  Amount: $516.60

Check number: 1122  |  Amount: $102.29

Check number: 1123  |  Amount: $911.71

Check number: 1124  |  Amount: $1,009.33

Check number: 1126  |  Amount: $383.04

Check number: 1127  |  Amount: $455.81

Check number: 1129  |  Amount: $795.61

Check number: 1130  |  Amount: $1,327.52

Check number: 1131  |  Amount: $1,944.69

continued on the next page

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   May 1, 2024 to May 31, 2024

## Check images - continued

**Account number: 3251 8313 1319**
Check number: 1132   |   Amount: $1,006.45

Check number: 1133   |   Amount: $2,609.53

Check number: 1134   |   Amount: $403.64

Check number: 1135   |   Amount: $2,563.76

Check number: 1136   |   Amount: $2,533.38

Check number: 1139   |   Amount: $1,193.68

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   May 1, 2024 to May 31, 2024

This page intentionally left blank


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for June 1, 2024 to June 30, 2024                                    Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on June 1, 2024 | $342.90 | # of deposits/credits: 24 |
| Deposits and other credits | 76,512.48 | # of withdrawals/debits: 124 |
| Withdrawals and other debits | -50,226.80 | # of items-previous cycle[1]: 32 |
| Checks | -19,679.16 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $7,315.80 |
| **Ending balance on June 30, 2024** | **$6,949.42** | [1]Includes checks paid, deposited items and other debits |

BANK OF AMERICA
Preferred Rewards
For Business

## Don't lose your valuable program benefits

You currently don't meet the requirements for your program benefits tier.
Act now before you lose them.

**To learn more on how to retain your benefits, scan this code**
or call **866.953.2481** to speak with a specialist.

When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-07-23-0000.0  |  2031000

PULL: E   CYCLE: 67   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: CA6

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   June 1, 2024 to June 30, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   – Tell us your name and account number.
   – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  🏠  **Equal Housing Lender**

**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   June 1, 2024 to June 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 06/03/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 699.02 |
| 06/03/24 | Deposit | 693.25 |
| 06/04/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,703.62 |
| 06/04/24 | FULLSTEAM SV93   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,273.13 |
| 06/05/24 | Deposit | 2,508.24 |
| 06/06/24 | FULLSTEAM SV95   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,461.58 |
| 06/07/24 | FULLSTEAM SV96   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,890.88 |
| 06/10/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 6,751.34 |
| 06/10/24 | Deposit | 4,222.00 |
| 06/11/24 | FULLSTEAM SV93   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 485.04 |
| 06/12/24 | FULLSTEAM SV94   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 13,826.84 |
| 06/12/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 540.24 |
| 06/17/24 | Deposit | 983.63 |
| 06/18/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 06-17) | 1,906.78 |
| 06/18/24 | FULLSTEAM SV93   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 8,382.47 |
| 06/20/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,021.58 |
| 06/21/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 8,036.35 |

continued on the next page



## You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Erika Rojas
858.264.2489
maerika.heigert@bofa.com

SSM-09-23-0714-B  |  5972504

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  June 1, 2024 to June 30, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 06/21/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,831.06 |
| 06/24/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,628.98 |
| 06/24/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,410.14 |
| 06/25/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 532.47 |
| 06/26/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,169.80 |
| 06/27/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 906.95 |
| 06/28/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,647.09 |

| Total deposits and other credits | | $76,512.48 |
|---|---|---|

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/03/24 | CAPITAL ONE     DES:ONLINE PMT ID:3XLROZBJR2IFX9F INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -400.00 |
| 06/04/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -1,164.93 |
| 06/04/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -9.00 |
| 06/05/24 | NATIONAL INDEMNI DES:NATL INDEM ID:2SOPRS1BAOJMB2I INDN:CAR WASH MANAGEMENT LL  CO ID:4470355979 PPD | -819.92 |
| 06/11/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -300.00 |
| 06/12/24 | PENSKE TRUCK    DES:RECEIVE   ID:608479  INDN:CAR WASH MANAGEMENT LL  CO ID:3232518618 CCD | -3,376.03 |
| 06/12/24 | CLOVER APP MRKT  DES:CLOVER APP ID:899-9945851-000  INDN:WEST COVINA CAR WASH L  CO ID:1841128086 PPD | -49.95 |
| 06/13/24 | 1701 GROVE AVENU DES:SALE      ID:  INDN:CAR WASH MANAGEMENT LL  CO ID:9215986202 CCD | -2,900.00 |
| 06/13/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -400.00 |
| 06/17/24 | AscentiumCapital DES:LEASECHG   ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -6,487.23 |
| 06/17/24 | CAPITAL ONE     DES:ONLINE PMT ID:3XOPY6BPGFMR5EC  INDN:ANDREW P WILLIAMS     CO ID:9279744391 CCD | -1,906.78 |
| 06/18/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,441.30 |
| 06/18/24 | Credit Strong   DES:CSTR PAYMT ID:1249254  INDN:Andrew Williams     CO ID:5122002825 WEB | -449.00 |
| 06/20/24 | SUBURBAN WATER S DES:SWWC      ID:006000182107  INDN:CAR WASH MANAGEMENT LL  CO ID:1951371870 CCD | -458.28 |
| 06/20/24 | OC TOLL ROADS   DES:ROAD TOLLS ID:8458781  INDN:ANDREW *WILLIAMS     CO ID:0000077789 WER | -30.00 |

continued on the next page



**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  June 1, 2024 to June 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 06/21/24 | PROG EXPRESS   DES:INS PREM  ID:POL  XXXXXXXXX  INDN:Andrew Williams        CO  ID:9409348112 TEL | -1,520.00 |
| 06/21/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO  ID:1841425616 CCD | -200.00 |
| 06/21/24 | ADP PAYROLL FEES DES:ADP FEES   ID:930833539666  INDN:XXXXXXXXXXCAR WASH MANA  CO  ID:9659605001 CCD | -8.95 |
| 06/24/24 | WIRE TYPE:WIRE OUT DATE:240624 TIME:1656 ET TRN:2024062400584392 SERVICE  REF:018207 BNF:AXEON WATER TECHNOLOGIES ID:1504033070 BNF BK: FLAGSTAR BANK, N.A.  (FO ID:026013576 PMT DET:49815 4974 CAR WASH MANAGEMENT | -3,684.02 |
| 06/24/24 | CAPITAL ONE    DES:ONLINE PMT ID:3XQ62VRBSSEK2LF  INDN:ANDREW P WILLIAMS      CO  ID:9279744391 CCD | -1,057.00 |
| 06/24/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO  ID:1841425616 CCD | -400.00 |
| 06/25/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO  ID:1841425616 CCD | -400.00 |
| 06/25/24 | FRONTIER COMMUNI DES:BILL PAY   ID:19732223701  INDN:ANDREW WILLIAMS        CO  ID:7529252911 CCD | -94.99 |
| 06/25/24 | ADP PAY-BY-PAY  DES:PAY-BY-PAY ID:936931868970P5B  INDN:CAR WASH MANAGEMENT LL  CO ID:9555555505 CCD | -75.00 |
| 06/26/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO  ID:1841425616 CCD | -200.00 |
| 06/26/24 | OC TOLL ROADS   DES:ROAD TOLLS ID:0620602  INDN:ANDREW *WILLIAMS        CO  ID:0000077789 WEB | -30.00 |
| 06/27/24 | CAPITAL ONE    DES:CRCARDPMT  ID:3XQ5SDMX8X978YC  INDN:ANDREW P WILLIAMS      CO  ID:9541719318 CCD | -1,916.77 |
| 06/27/24 | TRAVELERS      DES:BUS INSUR  ID:BPITBIXXXXXXXXX  INDN:Jannette Williams      CO  ID:4069827001 CCD | -1,570.00 |
| 06/27/24 | SUBURBAN WATER S DES:SWWC       ID:006000182107  INDN:CAR WASH MANAGEMENT LL  CO  ID:1951371870 CCD | -166.70 |
| 06/28/24 | ADP PAYROLL FEES DES:ADP FEES   ID:931832643452  INDN:XXXXXXXXXXCAR WASH MANA  CO  ID:9659605001 CCD | -226.01 |
| 06/28/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO  ID:1841425616 CCD | -200.00 |
| 06/28/24 | ADP PAYROLL FEES DES:ADP FEES   ID:931832643451  INDN:XXXXXXXXXXCAR WASH MANA  CO  ID:9659605001 CCD | -198.04 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|------|-------------|--------|
| 06/03/24 | CHECKCARD  0531 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164152107254688324  CKCD 5814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -7.85 |
| 06/03/24 | CHECKCARD  0601 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164153108025296651  CKCD 5814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.90 |
| 06/03/24 | CVS/PHARMACY #  06/01 #000184807 PURCHASE 09192--14589 Cami  San Diego    CA | -29.94 |
| 06/03/24 | CHECKCARD  0601 CHEVRON 0305779 ONTARIO    CA 24692164154108296116074 CKCD  5542 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -53.43 |
| 06/03/24 | CHECKCARD  0601 JACK IN THE BOX 5371 ONTARIO    CA 24692164154108902720400 CKCD  5814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -14.12 |
| 06/03/24 | ARCO #22662    06/01 #000099400 PURCHASE ARCO #22662       LA PUENTE   CA | -3.36 |
| 06/03/24 | DB OIL MADISON 06/01 #000851600 PURCHASE DB OIL MADISON    RIVERSIDE   CA | -15.49 |

*continued on the next page*

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  June 1, 2024 to June 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 06/03/24 | CHECKCARD  0602 FSP*RECUR360 SOFTWARE L 833-607-3287 AL 2444500415430067445855 2 RECURRING CKCD 5045 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -107.68 |
| 06/03/24 | CHECKCARD  0603 UBER   *TRIP San FranciscoCA CKCD 4121 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -11.95 |
| 06/05/24 | CHECKCARD  0604 CHEVRON 0305779 ONTARIO     CA 24692164156100709363011 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -152.16 |
| 06/05/24 | CHECKCARD  0604 CHEVRON 0305779 ONTARIO     CA 24692164157100944205794 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -44.08 |
| 06/06/24 | CHECKCARD  0604 SHELL OIL10014722010 CORONA     CA 24316054157548282858617 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -55.85 |
| 06/06/24 | CHECKCARD  0604 SHELL OIL10014722010 CORONA     CA 24316054157548282899702 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -8.99 |
| 06/06/24 | CHECKCARD  0604 KLATCH COFFEE ONTARIO ONTARIO     CA 24559304157900013701696 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -24.07 |
| 06/06/24 | CHECKCARD  0605 CHEVRON 0305779 ONTARIO     CA 24692164157101231033980 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -58.26 |
| 06/06/24 | CHECKCARD  0605 CHEVRON 0305779 ONTARIO     CA 24692164157101231033873 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -14.59 |
| 06/07/24 | CHECKCARD  0606 SQ *JAUNT COFFEE ROASTE San Diego     CA 24692164158102357570366 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.84 |
| 06/07/24 | CHECKCARD  0606 LMK-1, INC 951-279-7776 CA 24943004159206643300027 CKCD 5399 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -5,994.54 |
| 06/07/24 | CHECKCARD  0607 ROCKET 31 NORCO     CA CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -52.59 |
| 06/07/24 | ROCKET 31     06/07 #000857366 PURCHASE ROCKET 31     NORCO     CA | -11.81 |
| 06/07/24 | CHECKCARD  0607 ROCKET 44 OCEANSIDE   CA CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -150.00 |
| 06/07/24 | ROCKET 44     06/07 #000099140 PURCHASE ROCKET 44     OCEANSIDE   CA | -6.98 |
| 06/10/24 | CHECKCARD  0607 SAN CLEMENTE VALERO SAN CLEMENTE CA 24427334160120001547546 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -3.50 |
| 06/10/24 | CHECKCARD  0607 SQ *JAUNT COFFEE ROASTE San Diego     CA 24692164159103304339573 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -25.26 |
| 06/10/24 | CHECKCARD  0608 SQ *JAUNT COFFEE ROASTE San Diego     CA 24692164160104286920452 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -14.52 |
| 06/10/24 | CHECKCARD  0609 SQ *JAUNT COFFEE ROASTE San Diego     CA 24692164161104852436403 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.90 |
| 06/10/24 | SHELL SERVICE   06/09 #000694026 PURCHASE SHELL SERVICE STA  CORONA     CA | -85.27 |
| 06/10/24 | CHECKCARD  0609 TST* SUSHI DAMU WEST COVINA  CA 24137464162001485666982 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -34.34 |
| 06/10/24 | CHECKCARD  0609 SQ *ICE CREAM CHEF west covina  CA 24692164162105258120334 CKCD 5499 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -12.73 |
| 06/11/24 | CHECKCARD  0609 SHELL OIL10014722010 CORONA     CA 24316054162548626908022 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -11.61 |
| 06/11/24 | CHECKCARD  0610 CAR AROMA SUPPLIES INC 310-834-2682 CA 24055224162612659534891 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -318.00 |
| 06/11/24 | CHECKCARD  0610 PHILLY'S GRILL ONTARIO     CA 24116414162002221213345 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -14.24 |
| 06/12/24 | CHECKCARD  0611 CHEVRON 0305779 ONTARIO     CA 24692164163106281105226 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -14.68 |

continued on the next page



# BANK OF AMERICA

**Your checking account**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   June 1, 2024 to June 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 06/12/24 | CHECKCARD 0611 YOUR ANSWERING SERVICE HTTPSPAYTRUSTVA 2449216416400004794237 CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -289.38 |
| 06/13/24 | CHECKCARD 0611 SERVICE FUSION 888-9020804 TX 24003414164900019994071 CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -440.00 |
| 06/13/24 | CHECKCARD 0611 Experian* Credit Report 479-3436237 CA 24906414163202182183627 RECURRING CKCD 8999 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -24.99 |
| 06/13/24 | CHECKCARD 0612 SQ *JAUNT COFFEE ROASTE San Diego CA 24692164164107381718032 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -30.22 |
| 06/13/24 | THE HOME DEPOT 06/13 #000925985 PURCHASE THE HOME DEPOT #0 SAN DIEGO CA | -246.75 |
| 06/13/24 | THE HOME DEPOT 06/13 #000628765 PURCHASE THE HOME DEPOT #0 SAN DIEGO CA | -25.67 |
| 06/14/24 | CHECKCARD 0613 INTUIT *QBooks Online CL.INTUIT.COMCA 24692164165108084677888 RECURRING CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -200.00 |
| 06/14/24 | CHECKCARD 0613 ATT*BILL PAYMENT 800-331-0500 TX 24055234166812427764243 CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -772.76 |
| 06/14/24 | CHECKCARD 0613 LMK-1, INC 951-279-7776 CA 24943004166206643400026 CKCD 5399 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -2,973.60 |
| 06/14/24 | CHECKCARD 0613 INTUIT *TSheets CL.INTUIT.COMCA 24692164165108360144389 RECURRING CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -10.00 |
| 06/14/24 | CHECKCARD 0613 SQ *MOSTRA COFFEE San Diego CA 24692164166108454624550 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -13.21 |
| 06/17/24 | CHECKCARD 0613 YESENIAS MEXICAN FOOD SAN DIEGO CA 24049554166900010000883 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -45.37 |
| 06/17/24 | CHECKCARD 0614 SQ *JAUNT COFFEE ROASTE San Diego CA 24692164166109187773482 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.84 |
| 06/17/24 | CHECKCARD 0614 SQ *CAKED SHOP San Diego CA 24692164166109188945048 CKCD 5462 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.40 |
| 06/17/24 | CHECKCARD 0615 SQ *JAUNT COFFEE ROASTE San Diego CA 24692164167100115000618 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.84 |
| 06/17/24 | CHECKCARD 0616 TST* SOMBRERO MEXICAN F San Diego CA 24692164168100629810089 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -14.59 |
| 06/17/24 | CHECKCARD 0616 RINGCENTRAL INC 888-898-4591 CA 24692164168100970647346 RECURRING CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -138.24 |
| 06/18/24 | CHECKCARD 0618 SONNYS ENTERPRISES INC 954-720-4100 FL 24692164170101777754471 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -402.30 |
| 06/18/24 | CHECKCARD 0617 KP RX01781 SAN DIEGO CA 24431064170003839092817 CKCD 5912 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -268.33 |
| 06/18/24 | CHECKCARD 0617 SOCAL SALTWORKS LLC 619-4233388 CA 24355894169424801564135 CKCD 5199 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -923.37 |
| 06/18/24 | CHECKCARD 0617 SQ *JAUNT COFFEE ROASTE San Diego CA 24692164169101569353741 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6.85 |
| 06/18/24 | CHECKCARD 0617 SQ *OHMCO gosq.com WI 24692164169101569598360 CKCD 7372 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -743.88 |
| 06/18/24 | PURCHASE 0617 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -1,078.03 |
| 06/20/24 | CHECKCARD 0619 CHEVRON 0305779 ONTARIO CA 24692164171102774706042 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -54.37 |
| 06/20/24 | CHECKCARD 0619 CHEVRON 0305779 ONTARIO CA 24692164171102916159746 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -11.87 |

continued on the next page

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   June 1, 2024 to June 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 06/20/24 | THE HOME DEPOT  06/18 #000663842 PURCHASE THE HOME DEPOT 68  ONTARIO      CA | -43.33 |
| 06/20/24 | CHECKCARD  0619 CHEVRON 0305779 ONTARIO      CA 24692164171102916159803 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | 6.30 |
| 06/20/24 | CHECKCARD  0619 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164171103369016730 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6.85 |
| 06/24/24 | CHECKCARD  0621 WASH WORLD INC 920-3389278  WI 24896304174022446429679 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -509.78 |
| 06/24/24 | CHECKCARD  0621 PHILLY'S GRILL ONTARIO     CA 24116414173007284649134 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -16.25 |
| 06/24/24 | CHECKCARD  0622 CHEVRON 0305779 ONTARIO     CA 24692164174105676859774 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -3.71 |
| 06/24/24 | CHECKCARD  0622 JACK IN THE BOX 5371 ONTARIO     CA 24692164174105839145483 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -13.57 |
| 06/24/24 | CHECKCARD  0622 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164174105992033757 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.90 |
| 06/25/24 | CHECKCARD  0624 GRAINGER 800-4724643  IL 24755424177131779399830 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -108.52 |
| 06/25/24 | CHECKCARD  0624 GRAINGER 800-4724643  IL 24755424177131779399822 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -32.55 |
| 06/25/24 | CHECKCARD  0624 GRAINGER 800-4724643  IL 24755424177131779399814 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -64.26 |
| 06/25/24 | CHECKCARD  0624 CHEVRON 0305779 ONTARIO     CA 24692164176107606314290 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -52.79 |
| 06/25/24 | CHECKCARD  0624 CHEVRON 0305779 ONTARIO     CA 24692164176107606314142 CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -11.79 |
| 06/26/24 | CHECKCARD  0625 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164177108509061813 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -25.26 |
| 06/26/24 | THE HOME DEPOT  06/26 #000995863 PURCHASE THE HOME DEPOT #0  SAN DIEGO     CA | -10.16 |
| 06/26/24 | CVS/PHARMACY #  06/26 #000183508 PURCHASE 09192- 14589 Cami  San Diego     CA | -42.70 |
| 06/27/24 | CHECKCARD  0625 US COMPLIANCE SERVICES 877-405-5003 ID 24688084178030024066298 CKCD 8734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -495.00 |
| 06/28/24 | CHECKCARD  0627 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164179100008693749 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.84 |
| 06/28/24 | PURCHASE  0627 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -307.95 |
| 06/28/24 | CHECKCARD  0627 CORPORATE FILINGS LLC 888-7898466  WY 24755424180731801238420 CKCD 7399 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -120.00 |
| **Subtotal for card account # XXXX XXXX XXXX 4413** | | **-$18,085.90** |
| **Total withdrawals and other debits** | | **-$50,226.80** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 06/10/24 | 1128 | -51.41 | 06/10/24 | 1144 | -3,473.05 |
| 06/04/24 | 1137* | -3,045.66 | 06/20/24 | 1148* | -96.64 |
| 06/12/24 | 1138 | -2,061.00 | 06/21/24 | 1150* | -551.03 |
| 06/11/24 | 1140* | -1,594.11 | 06/24/24 | 1151 | -1,870.18 |
| 06/20/24 | 1142* | -792.74 | 06/21/24 | 1152 | -1,443.10 |
| 06/10/24 | 1143 | -339.32 | 06/24/24 | 1153 | -3,473.20 |

continued on the next page

## BANK OF AMERICA

## Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  June 1, 2024 to June 30, 2024

## Checks - continued

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 06/20/24 | 1155* | -887.72 | | | |
| | | | Total checks | | -$19,679.16 |
| | | | Total # of checks | | 13 |

\* There is a gap in sequential check numbers

## Service fees

### Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft fees | $0.00 | $120.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 05/31/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------|------|
| 06/24/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------|------|------|------|------|
| 06/01 | 342.90 | 06/11 | 9,439.75 | 06/21 | 13,067.93 |
| 06/03 | 1,072.45 | 06/12 | 18,015.79 | 06/24 | 5,060.44 |
| 06/04 | 3,829.61 | 06/13 | 13,948.16 | 06/25 | 4,753.01 |
| 06/05 | 5,321.69 | 06/14 | 9,978.59 | 06/26 | 6,614.69 |
| 06/06 | 7,621.51 | 06/17 | 2,313.93 | 06/27 | 3,373.17 |
| 06/07 | 4,277.63 | 06/18 | 7,290.12 | 06/28 | 6,949.42 |
| 06/10 | 11,192.67 | 06/20 | 6,923.60 | | |

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   June 1, 2024 to June 30, 2024

This page intentionally left blank

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   June 1, 2024 to June 30, 2024

## Check images
**Account number: 3251 8313 1319**
Check number: 1128   |   Amount: $51.41

Check number: 1137   |   Amount: $3,045.66

Check number: 1138   |   Amount: $2,061.00

Check number: 1140   |   Amount: $1,594.11

Check number: 1142   |   Amount: $792.74

Check number: 1143   |   Amount: $339.32

Check number: 1144   |   Amount: $3,473.05

Check number: 1148   |   Amount: $96.64

Check number: 1150   |   Amount: $551.03

Check number: 1151   |   Amount: $1,870.18

continued on the next page

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   June 1, 2024 to June 30, 2024

## Check images - continued

**Account number: 3251 8313 1319**
Check number: 1152   |   Amount: $1,443.10

Check number: 1153   |   Amount: $3,473.20





Check number: 1155   |   Amount: $887.72



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

📞  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for July 1, 2024 to July 31, 2024

Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on July 1, 2024 | $6,949.42 | # of deposits/credits: | 38 |
| Deposits and other credits | 155,360.75 | # of withdrawals/debits: | 131 |
| Withdrawals and other debits | -108,060.60 | # of items-previous cycle[1]: | 19 |
| Checks | -17,985.43 | # of days in cycle: | 31 |
| Service fees | -0.00 | Average ledger balance: | $12,916.14 |
| **Ending balance on July 31, 2024** | **$36,264.14** | | |

[1]Includes checks paid, deposited items and other debits

---

BANK OF AMERICA
**Preferred
Rewards**
For Business

## Don't lose your valuable program benefits

You currently don't meet the requirements for your program benefits tier.
Act now before you lose them.

**To learn more on how to retain your benefits, scan this code**
or call **866.953.2481** to speak with a specialist.

When you use the QRC feature certain information is collected from your mobile device for business purposes.   SSM-07-23-0686.B  |  5931893

---

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   July 1, 2024 to July 31, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

-   Tell us your name and account number.
-   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
-   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**BANK OF AMERICA**

<span style="float:right">**Your checking account**</span>

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2024 to July 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 07/01/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 6,523.73 |
| 07/01/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,621.73 |
| 07/02/24 | FULLSTEAM SV93   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,919.36 |
| 07/02/24 | Deposit | 708.19 |
| 07/02/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 654.39 |
| 07/03/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 36.91 |
| 07/05/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 5,315.85 |
| 07/05/24 | FULLSTEAM SV96   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 5,219.93 |
| 07/05/24 | FULLSTEAM SV96   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,853.81 |
| 07/08/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 752.66 |
| 07/08/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 624.82 |
| 07/09/24 | Deposit | 4,290.66 |
| 07/09/24 | FULLSTEAM SV93   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 830.60 |
| 07/09/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 274.50 |
| 07/10/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 8,253.45 |
| 07/10/24 | Deposit | 2,639.87 |

*continued on the next page*

## You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Erika Rojas
858.264.2489
erika.rojas2@bofa.com

SSM-09-23-0714.B  |  5972504

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   July 1, 2024 to July 31, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 07/10/24 | FULLSTEAM SV94   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 967.98 |
| 07/16/24 | Deposit | 538.49 |
| 07/17/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 07-16) | 6,487.23 |
| 07/18/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,035.82 |
| 07/18/24 | FULLSTEAM SV95   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 833.30 |
| 07/19/24 | FULLSTEAM SV96   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 9,975.34 |
| 07/19/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,872.52 |
| 07/22/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,337.59 |
| 07/22/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 936.11 |
| 07/23/24 | FULLSTEAM SV93   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 8,383.12 |
| 07/23/24 | Deposit | 507.40 |
| 07/24/24 | FULLSTEAM SV94   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 8,862.27 |
| 07/24/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,124.24 |
| 07/25/24 | FULLSTEAM SV95   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,411.55 |
| 07/25/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,386.53 |
| 07/26/24 | FULLSTEAM SV96   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,938.75 |
| 07/26/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 296.00 |
| 07/29/24 | WIRE TYPE:WIRE IN DATE: 240729 TIME:0903 ET TRN:2024072600573359 SEQ:2024072600023333/008169 ORIG:MOLLER RETAIL INC, DBA CO ID:031090385 SND BK:CITY NATIONAL BANK ID:122016066 PMT DET:CHU LAVISTA25%DEP1945 LA MEDIA PKWY CHULA VISTA, CA 91 | 44,710.56 |
| 07/29/24 | Deposit | 3,191.00 |
| 07/29/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,122.22 |
| 07/29/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 596.00 |
| 07/30/24 | FULLSTEAM SV93   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,326.27 |

**Total deposits and other credits** $155,360.75



**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2024 to July 31, 2024

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 07/01/24 | FULLSTEAM SV92  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -2,384.78 |
| 07/01/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 07/01/24 | OC TOLL ROADS   DES:ROAD TOLLS ID:1571477  INDN:ANDREW *WILLIAMS        CO ID:0000077789 WEB | -30.00 |
| 07/02/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -1,659.70 |
| 07/02/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 07/02/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -6.00 |
| 07/03/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -500.00 |
| 07/05/24 | CAPITAL ONE      DES:CRCARDPMT  ID:3XS9ZR1KDHG7QJ8  INDN:ANDREW P WILLIAMS       CO ID:9541719318 CCD | -27.98 |
| 07/08/24 | NATIONAL INDEMNI DES:NATL INDEM ID:2SUB532M8ML6FTE  INDN:CAR WASH MANAGEMENT LL  CO ID:4470355979 PPD | -1,585.92 |
| 07/08/24 | OC TOLL ROADS   DES:ROAD TOLLS ID:4360070  INDN:ANDREW *WILLIAMS        CO ID:0000077789 WEB | -30.00 |
| 07/10/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -400.00 |
| 07/10/24 | CLOVER APP MRKT  DES:CLOVER APP ID:899-9945851-000  INDN:WEST COVINA CAR WASH L  CO ID:1841128086 PPD | -49.95 |
| 07/11/24 | 1701 GROVE AVENU DES:SALE      ID:  INDN:CAR WASH MANAGEMENT LL  CO ID:9215986202 CCD | -2,900.00 |
| 07/11/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 07/11/24 | CAPITAL ONE      DES:CRCARDPMT  ID:3XTR9126YZS7UHG  INDN:ANDREW P WILLIAMS       CO ID:9541719318 CCD | -90.24 |
| 07/12/24 | PENSKE TRUCK    DES:RECEIVE   ID:617535  INDN:CAR WASH MANAGEMENT LL  CO ID:3232518618 CCD | -3,188.42 |
| 07/15/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -300.00 |
| 07/15/24 | SUBURBAN WATER S DES:SWWC      ID:006000182107  INDN:CAR WASH MANAGEMENT LL  CO ID:1951371870 CCD | -71.32 |
| 07/15/24 | OC TOLL ROADS   DES:ROAD TOLLS ID:6276566  INDN:ANDREW *WILLIAMS        CO ID:0000077789 WEB | -30.00 |
| 07/16/24 | AscentiumCapital DES:LEASECHG  ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -6,487.23 |
| 07/16/24 | Credit Strong    DES:CSTR PAYMT ID:1304469  INDN:Andrew Williams        CO ID:5122002825 WEB | -449.00 |
| 07/16/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -150.00 |
| 07/17/24 | WEX INC        DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -600.00 |

continued on the next page

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2024 to July 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 07/17/24 | FRONTIER COMMUNI DES:BILL PAY  ID:20175195631  INDN:ANDREW WILLIAMS      CO ID:7529252911 CCD | -94.99 |
| 07/18/24 | CAPITAL ONE     DES:CRCARDPMT ID:3XV8F397YUDARDG INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -34.95 |
| 07/19/24 | AscentiumCapital DES:LEASECHG  ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -6,487.23 |
| 07/23/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -350.00 |
| 07/23/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -300.00 |
| 07/24/24 | PROG EXPRESS    DES:INS PREM  ID:POL  XXXXXXXXX  INDN:Andrew Williams      CO ID:9409348112 WEB | -1,043.76 |
| 07/24/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -600.00 |
| 07/25/24 | ULINE     DES:SUPPLIES  ID:0209551  INDN:CAR WASH MANAGEMENT     CO ID:0000711010 CCD | -986.98 |
| 07/25/24 | CAPITAL ONE     DES:CRCARDPMT ID:3XWPFZZZ4UARBPW  INDN:ANDREW P WILLIAMS     CO ID:9541719318 CCD | -19.97 |
| 07/26/24 | WIRE TYPE:WIRE OUT DATE:240726 TIME:1657 ET TRN:2024072600553476 SERVICE REF:018947 BNF:JE ADAMS INDUSTRIES ID:60002692560 BNF BK:COLL INS COMMUNITY CREDI ID:273972949 PMT DET:503342890  SALES ORDER 19859 CAR WASH MGMT | -5,781.50 |
| 07/26/24 | WEX INC     DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -1,200.00 |
| 07/26/24 | ADP PAYROLL FEES DES:ADP FEES   ID:787095429574  INDN:XXXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -8.95 |
| 07/29/24 | HERC RENTALS INC DES:BT0726     ID:000000282407067  INDN:Andrew Williams      CO ID:2831272089 CCD | -1,317.17 |
| 07/29/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -632.99 |
| 07/29/24 | OC TOLL ROADS    DES:ROAD TOLLS ID:0895346  INDN:ANDREW *WILLIAMS      CO ID:0000077789 WEB | -30.00 |
| 07/30/24 | WIRE TYPE:WIRE OUT DATE:240730 TIME:0531 ET TRN:2024073000146375 SERVICE REF:003864 BNF:WASHWORLD INC ID:83010268 BNF BK:BANK FIRST N. A ID:075901134 PMT DET:503661230 CAR WASH MANAGEME NT | -25,000.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/24 | CHECKCARD  0628 DNH*GODADDY.COM 480-505-8855 AZ 24692164180101113385590 RECURRING CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -119.88 |
| 07/01/24 | CHECKCARD  0628 RINGCENTRAL INC. 888-898-4591 CA 24692164180101063240472 RECURRING CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -75.28 |
| 07/01/24 | CHECKCARD  0628 SERVICE FUSION 888-9020804  TX 24003414182900011643898 CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -440.00 |
| 07/01/24 | DELHI KITCHEN   06/29 #000730205 PURCHASE DELHI KITCHEN     SAN DIEGO   CA | -56.51 |
| 07/01/24 | CHECKCARD  0630 DNH*GODADDY.COM 480-505-8855 AZ 24692164182102915727136 RECURRING CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -95.88 |
| 07/02/24 | CHECKCARD  0702 SONNYS ENTERPRISES INC 954-720-4100 FL 24692164184103872141863 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -550.99 |
| 07/02/24 | CHECKCARD  0701 FSP*RECUR360 SOFTWARE L 833-607-3287 AL 24445004183300710859032 RECURRING CKCD 5045 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -100.84 |
| 07/02/24 | CHECKCARD  0701 DNH*GODADDY.COM 480-505-8855 AZ 24692164184103857962861 RECURRING CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -239.76 |

continued on the next page

BANK OF AMERICA

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2024 to July 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 07/02/24 | CHECKCARD 0701 FERRIS & BRITTON A PROF 619-2333131 CA 24559304183900012315462 CKCD 8111 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -5,000.00 |
| 07/03/24 | CHECKCARD 0703 SONNYS ENTERPRISES INC 954-720-4100 FL 24692164185104763781287 CKCD 5099 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -75.68 |
| 07/03/24 | CHECKCARD 0701 WASH WORLD INC 920-3389278 WI 24896304184022500372516 CKCD 5046 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -3,772.12 |
| 07/03/24 | CHECKCARD 0702 ATT*BILL PAYMENT 800-331-0500 TX 24055234185017931717409 CKCD 4814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -149.09 |
| 07/03/24 | CHECKCARD 0702 ATT*BILL PAYMENT 800-331-0500 TX 24055234185017931717433 CKCD 4814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -171.20 |
| 07/03/24 | CHECKCARD 0702 ALL PHASE ELECTRIC NORTHRIDGE CA 24231684185017867209689 CKCD 5732 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -2,000.00 |
| 07/05/24 | CHECKCARD 0703 CHEVRON 0305779 ONTARIO CA 24692164185104956929867 CKCD 5541 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -13.48 |
| 07/05/24 | CHECKCARD 0703 WASH WORLD INC 920-3389278 WI 24896304186022513744675 CKCD 5046 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -70.72 |
| 07/05/24 | CHECKCARD 0703 SQ *JAUNT COFFEE ROASTE San Diego CA 24692164185105488523896 CKCD 5814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.24 |
| 07/05/24 | CHECKCARD 0704 SQ *GREEK CORNER CAFE SAN DIEGO CA 24692164186105849169610 CKCD 5812 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -59.26 |
| 07/08/24 | CHECKCARD 0706 CHEVRON 0091214 SAN DIEGO CA 24692164188107692048691 CKCD 5542 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -60.20 |
| 07/08/24 | CHECKCARD 0706 CHEVRON 0091214 SAN DIEGO CA 24692164188107692048675 CKCD 5541 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -10.78 |
| 07/08/24 | CHECKCARD 0706 SQ *JAUNT COFFEE ROASTE San Diego CA 24692164188107707728907 CKCD 5814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -15.75 |
| 07/09/24 | CHECKCARD 0708 PHILLY'S GRILL ONTARIO CA 24116414190023330194081 CKCD 5814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -16.25 |
| 07/09/24 | CHECKCARD 0708 CHEVRON 0205126 SAN DIEGO CA 24692164190109002662894 CKCD 5542 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -54.30 |
| 07/09/24 | PURCHASE 0708 Experian* Credit Report 479-3436237 CA | -24.99 |
| 07/09/24 | CHECKCARD 0708 CHEVRON 0305779 ONTARIO CA 24692164190109405339132 CKCD 5541 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -15.08 |
| 07/09/24 | CHECKCARD 0708 PHILLY'S GRILL ONTARIO CA 24116414190023330194073 CKCD 5814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -16.25 |
| 07/10/24 | CHECKCARD 0709 GDP*Candroy 480-4638389 CA 24755424191291912443150 CKCD 2741 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -252.92 |
| 07/11/24 | CHECKCARD 0710 PURETEC INDUSTRIAL WATE 800-9066060 CA 24453884193000018261061 CKCD 7299 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -158.63 |
| 07/11/24 | CHECKCARD 0710 MARSHALLS INDSTRL HRDWR SAN DIEGO CA 24801974193025522638734 CKCD 5251 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -225.12 |
| 07/11/24 | THE HOME DEPOT 07/10 #000519247 PURCHASE THE HOME DEPOT #0 SAN DIEGO CA | -98.17 |
| 07/11/24 | HARBOR FREIGHT 07/11 #000036260 PURCHASE HARBOR FREIGHT TO SAN DIEGO CA | -11.08 |
| 07/12/24 | CHECKCARD 0712 GIH*GLOBALINDUSTRIALEQ 800-645-2986 FL 24692164194102160880826 CKCD 5085 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -24.61 |
| 07/12/24 | CHECKCARD 0711 RENU CHEM 951-722-8762 CA 24116414193067872005012 CKCD 5169 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -4,190.00 |

continued on the next page

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2024 to July 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/12/24 | CHECKCARD 0711 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164193102006903023 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -7.85 |
| 07/15/24 | CHECKCARD 0712 JACK IN THE BOX 3086 SAN DIEGO    CA 24692164194102677125418 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -25.82 |
| 07/15/24 | CHECKCARD 0712 CHEVRON 0205126 SAN DIEGO    CA 24692164194102641529257 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -58.37 |
| 07/15/24 | CHECKCARD 0712 RENU CHEM 951-722-8762 CA 24116414194067909983693 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6,158.00 |
| 07/15/24 | CHECKCARD 0712 COLDSTONE #20114 SAN DIEGO    CA 24138294195009311028203 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -16.00 |
| 07/15/24 | CHECKCARD 0713 INTUIT *QBooks Online CL.INTUIT.COMCA 24692164195100559739503 RECURRING CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -298.00 |
| 07/15/24 | CHECKCARD 0713 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164196100927874247 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.84 |
| 07/16/24 | CHECKCARD 0714 YESENIAS MEXICAN FOOD SAN DIEGO    CA 24049554197900016500434 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -20.22 |
| 07/16/24 | CHECKCARD 0715 AMERICAN WATER PRODUCTS 714-9638490  CA 24497784197900013416949 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,120.93 |
| 07/22/24 | CHECKCARD 0718 SUNRISE DELI SAN DIEGO    CA 24941684201014221652820 CKCD 5499 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -23.68 |
| 07/22/24 | CHECKCARD 0719 CHEVRON 0205126 SAN DIEGO    CA 24692164201105493330287 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -57.44 |
| 07/22/24 | CHECKCARD 0719 FERRIS & BRITTON A PROF 619-2333131  CA 24559304201900012915566 CKCD 8111 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -5,000.00 |
| 07/22/24 | CHECKCARD 0720 ATT*BILL PAYMENT 800-331-0500 TX 24055234203034879549585 CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -424.43 |
| 07/22/24 | CHECKCARD 0720 ATT*BILL PAYMENT 800-331-0500 TX 24055234203034879535030 CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -181.19 |
| 07/22/24 | CHECKCARD 0720 ATT*BILL PAYMENT 800-331-0500 TX 24055234203034879549569 CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -104.55 |
| 07/22/24 | CHECKCARD 0721 DNH*GODADDY.COM 480-505-8855 AZ 24692164204107948303916 RECURRING CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -70.32 |
| 07/23/24 | PURCHASE 0722 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -110.95 |
| 07/24/24 | CHECKCARD 0723 THE CARY COMPANY 630-629-6600 IL 24247604205300657128764 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -480.52 |
| 07/24/24 | CHECKCARD 0722 WASH WORLD INC 920-3389278  WI 24896304205022612308056 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | 339.65 |
| 07/24/24 | CHECKCARD 0723 GRAINGER 800-4724643  IL 24755424206732065804550 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -127.32 |
| 07/24/24 | CHECKCARD 0723 GRAINGER 800-4724643  IL 24755424206732065754631 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -26.15 |
| 07/24/24 | CHECKCARD 0723 GRAINGER 800-4724643  IL 24755424206732065754623 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -5.87 |
| 07/24/24 | PURCHASE 0723 YOUR ANSWERING SERVICE HTTPSPAYTRUSTVA | -229.79 |
| 07/24/24 | CHECKCARD 0723 NORMAN FOX & CO 626-5815609  CA 24275394205900016021551 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -2,532.05 |
| 07/25/24 | CHECKCARD 0725 INSTAWORK-4448811 HTTPSWWW.INSTCA 24000774207000002792720 RECURRING CKCD 7372 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -218.56 |
| 07/25/24 | HOFFMEYER COMP 07/25 #000459463 PURCHASE HOFFMEYER COMPANY  SAN DIEGO    CA | -43.75 |
| 07/26/24 | CHECKCARD 0725 NORMAN FOX & CO 626-5815609  CA 24275394207900016221878 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -500.00 |

*continued on the next page*

## BANK OF AMERICA

<div align="right">Your checking account</div>

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2024 to July 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/26/24 | PURCHASE  0726 AMAZON MKTPL*RV5112ZR0 Amzn.com/billWA | -38.67 |
| 07/26/24 | PURCHASE  0726 INSTAWORK-4450448 HTTPSWWW.INSTCA | -221.82 |
| 07/29/24 | CHECKCARD  0727 SONNYS ENTERPRISES INC 954-720-4100 FL 24692164209102395820871 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -49.66 |
| 07/29/24 | CHECKCARD  0726 AMERICAN WATER PRODUCTS 714-9638490  CA 24497784208900014029169 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,036.23 |
| 07/29/24 | CHECKCARD  0726 THE HOME DEPOT #6679 SAN DIEGO    CA 24943014209010184706892 CKCD 5200 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -54.97 |
| 07/29/24 | PURCHASE  0728 INSTAWORK-4453640 HTTPSWWW.INSTCA | -212.48 |
| 07/29/24 | PURCHASE  0727 INSTAWORK-4452121 HTTPSWWW.INSTCA | -228.60 |
| 07/29/24 | PURCHASE  0728 AMAZON MKTPL*RV2TO4GW0 Amzn.com/billWA | -80.80 |
| 07/29/24 | PURCHASE  0728 INSTAWORK-4453634 HTTPSWWW.INSTCA | -217.20 |
| 07/29/24 | THE HOME DEPOT  07/27 #000379556 PURCHASE THE HOME DEPOT #6  SAN DIEGO    CA | -16.63 |
| 07/29/24 | CHECKCARD  0728 RINGCENTRAL INC. 888-898-4591 CA 24692164210103967690293 RECURRING CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -138.93 |
| 07/30/24 | CHECKCARD  0728 SERVICE FUSION 888-9020804  TX 24003414211900014627661 CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -440.00 |
| 07/31/24 | PURCHASE  0730 AMAZON MKTPL*RV41E05A1 Amzn.com/billWA | -8.05 |
| 07/31/24 | CHECKCARD  0730 RENU CHEM 951-722-8762 CA 24116414213067612398046 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -3,335.00 |
| 07/31/24 | CHECKCARD  0731 ULINE  *SHIP SUPPLIES 800-295-5510 WI 24692164213105729963881 CKCD 5964 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -121.31 |
| 07/31/24 | THE HOME DEPOT  07/31 #000475286 PURCHASE THE HOME DEPOT #6  SAN DIEGO    CA | -47.91 |
| Subtotal for card account # XXXX XXXX XXXX 4413 | | -$42,631.57 |
| Total withdrawals and other debits | | -$108,060.60 |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 07/03/24 | 1154 | -497.22 | | 07/22/24 | 1163 | -1,982.37 |
| 07/05/24 | 1157* | -2,741.59 | | 07/22/24 | 1164 | -2,876.51 |
| 07/05/24 | 1158 | -1,839.85 | | 07/19/24 | 1165 | -1,471.79 |
| 07/08/24 | 1159 | -2,816.28 | | 07/22/24 | 1166 | -1,504.85 |
| 07/05/24 | 1160 | -609.13 | | 07/22/24 | 1167 | -253.33 |
| 07/16/24 | 1161 | -141.91 | | 07/24/24 | 1168 | -178.69 |
| 07/19/24 | 1162 | -1,071.91 | | | | |
| | | | | Total checks | | -$17,985.43 |
| | | | | Total # of checks | | 13 |

* There is a gap in sequential check numbers

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  July 1, 2024 to July 31, 2024

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $120.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 06/28/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 07/26/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 07/29/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 07/30/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |

**Total service fees**      **-$0.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 07/01 | 11,692.55 | 07/12 | 10,289.89 | 07/23 | 9,850.68 |
| 07/02 | 8,217.20 | 07/15 | 3,313.54 | 07/24 | 17,273.39 |
| 07/03 | 1,088.80 | 07/16 | -4,517.26 | 07/25 | 20,802.21 |
| 07/05 | 8,098.14 | 07/17 | 1,274.98 | 07/26 | 15,286.02 |
| 07/08 | 4,956.69 | 07/18 | 3,109.15 | 07/29 | 60,890.14 |
| 07/09 | 10,225.58 | 07/19 | 8,926.08 | 07/30 | 39,776.41 |
| 07/10 | 21,384.01 | 07/22 | 1,721.11 | 07/31 | 36,264.14 |
| 07/11 | 17,700.77 | | | | |

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   July 1, 2024 to July 31, 2024

## Check images
**Account number: 3251 8313 1319**
Check number: 1154   |   Amount: $497.22

Check number: 1157   |   Amount: $2,741.59

Check number: 1158   |   Amount: $1,839.85

Check number: 1159   |   Amount: $2,816.28

Check number: 1160   |   Amount: $609.13

Check number: 1161   |   Amount: $141.91

Check number: 1162   |   Amount: $1,071.91

Check number: 1163   |   Amount: $1,982.37

Check number: 1164   |   Amount: $2,876.51

Check number: 1165   |   Amount: $1,471.79

continued on the next page

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   July 1, 2024 to July 31, 2024

## Check images - continued

**Account number: 3251 8313 1319**
Check number: 1166   |   Amount: $1,504.85

Check number: 1167   |   Amount: $253.33

Check number: 1168   |   Amount: $178.69



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

🏛  Bank of America, N.A.
P.O. Box 25118
Tampa, Fl  33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for August 1, 2024 to August 31, 2024                              Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 1, 2024 | $36,264.14 | # of deposits/credits: 34 | |
| Deposits and other credits | 250,310.97 | # of withdrawals/debits: 138 | |
| Withdrawals and other debits | -238,927.05 | # of items-previous cycle[1]: 24 | |
| Checks | -30,115.15 | # of days in cycle: 31 | |
| Service fees | -55.00 | Average ledger balance: $44,112.65 | |
| **Ending balance on August 31, 2024** | **$17,477.91** | [1]Includes checks paid, deposited items and other debits | |

BANK OF AMERICA
Preferred
Rewards
For Business

## Don't lose your valuable program benefits

You currently don't meet the requirements for your program benefits tier.
Act now before you lose them.

**To learn more on how to retain your benefits, scan this code**
or call **866.953.2481** to speak with a specialist.



When you use the QRC feature certain information is collected from your mobile device for business purposes.   SSM-07-23-0686-B | 5931805

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2024 to August 31, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**

Page 2 of 14



Your checking account

**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2024 to August 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 08/05/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-02) | 2,169.65 |
| 08/05/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-02) | 565.70 |
| 08/05/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-02) | 226.01 |
| 08/05/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-02) | 200.00 |
| 08/05/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 8,847.60 |
| 08/05/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 7,734.39 |
| 08/05/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,787.91 |
| 08/05/24 | WIRE TYPE:WIRE IN DATE: 240805 TIME:1649 ET TRN:2024080500520495 SEQ:2024080500520105/000488 ORIG:CAR WASH MANAGEMENT, LLC ID:325183131319 SND BK:THE BANCORP BANK, N.A. ID:031101114 PMT DET:504967124 RTN YR REF 504967124 DD05AUG UTA | 1,172.00 |
| 08/06/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 567.68 |
| 08/07/24 | FULLSTEAM SV94   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 367.50 |
| 08/08/24 | FULLSTEAM SV95   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,591.51 |
| 08/09/24 | FULLSTEAM SV96   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 7,773.66 |
| 08/09/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 5,242.21 |
| 08/12/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,375.49 |
| 08/12/24 | FULLSTEAM SV9T   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,113.48 |
| 08/13/24 | FULLSTEAM SV93   DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,102.18 |

*continued on the next page*



## You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

Contact me today.

Erika Rojas
858.264.2489
erika.rojas2@bofa.com

SSM-09-23-0714.B  |  5972504

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   August 1, 2024 to August 31, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/14/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 406.40 |
| 08/15/24 | WIRE TYPE:WIRE IN DATE: 240815 TIME:1753 ET TRN:2024081500559156 SEQ:2024081500021754/007188 ORIG:MOLLER RETAIL INC, DBA CO ID:031090385 SND BK:CITY NATIONAL BANK ID:122016066 PMT DET:INV  24159153 INV #24159882 | 151,282.00 |
| 08/15/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,902.43 |
| 08/16/24 | Deposit | 178.44 |
| 08/19/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 8,745.18 |
| 08/19/24 | Deposit | 1,588.11 |
| 08/20/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 7,126.45 |
| 08/21/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,527.87 |
| 08/21/24 | CHECKCARD  0820 GALLOP BRUSH IMLAY CITY   MI 7443565423401582804 | 280.44 |
| 08/23/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,033.61 |
| 08/23/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,179.52 |
| 08/26/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,322.48 |
| 08/27/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,378.44 |
| 08/28/24 | Deposit | 3,422.41 |
| 08/28/24 | CHECKCARD  0826 WASH WORLD INC 920-3389278  WI 7489630424002279511 | 187.39 |
| 08/29/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 5,734.12 |
| 08/29/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 5,565.62 |
| 08/30/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 6,613.09 |
| **Total deposits and other credits** | | **$250,310.97** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/24 | KAISER GROUP DUE DES:TELEPHONE  ID:043000098660852  INDN:14003100000037845702806 CO ID:9049040030 TEL | -25,660.84 |
| 08/01/24 | CAPITAL ONE     DES:CRCARDPMT ID:3XY6T8ZRFU9EC5W  INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -1,358.47 |
| 08/01/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -1,337.27 |
| 08/01/24 | WEX INC      DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -400.00 |

continued on the next page



**BANK OF AMERICA**

Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2024 to August 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/02/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -1,571.09 |
| 08/02/24 | ADP PAYROLL FEES DES:ADP FEES  ID:930434738941  INDN:XXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -565.70 |
| 08/02/24 | ST OF CA DMV  DES:INTERNET  ID:060909864240801  INDN:ANDREW WILLIAMS    CO ID:1680311348 WEB | -326.00 |
| 08/02/24 | ADP PAYROLL FEES DES:ADP FEES  ID:930434738942  INDN:XXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -226.01 |
| 08/02/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 08/02/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -11.50 |
| 08/05/24 | WIRE TYPE:WIRE OUT DATE:240805 TIME:1435 ET TRN:2024080500520105 SERVICE REF:014085 BNF:JUAN PACHECO ID:156158837583 BNF BK:THE BANCOR P BANK ID:031101279 PMT DET:504967124 PAYROLL | -1,172.00 |
| 08/05/24 | WIRE TYPE:WIRE OUT DATE:240805 TIME:1449 ET TRN:2024080500526416 SERVICE REF:014692 BNF:PREMIER TOUCHLESS DRYING S ID:1160364 BNF BK:W OODTRUST BANK ID:075901561 PMT DET:504970592 CAR W ASH MANAGEMENT SO 16033 | -3,181.63 |
| 08/05/24 | TRANSFER CAR WASH MANAGEMENT,:Juan Pacheco Confirmation# 0189432172 | -965.94 |
| 08/06/24 | WIRE TYPE:BOOK OUT DATE:240806 TIME:1359 ET TRN:2024080600424243 RELATED REF:505161150 BNF:ADRIAN M GARCIA ID:000521144257 PMT DET:PAYROL L | -2,169.65 |
| 08/06/24 | NATIONAL INDEMNI DES:NATL INDEM ID:2SZYPP4JT974XRW  INDN.CAR WASH MANAGEMENT LL  CO ID:4470355979 PPD | -1,202.92 |
| 08/06/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -200.00 |
| 08/06/24 | OC TOLL ROADS  DES:ROAD TOLLS ID:4142660  INDN:ANDREW *WILLIAMS    CO ID:0000077789 WEB | -30.91 |
| 08/07/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -600.00 |
| 08/08/24 | WIRE TYPE:WIRE OUT DATE:240808 TIME:0545 ET TRN:2024080800225553 SERVICE REF:004571 BNF:WEX BANK ID:4539508 BNF BK:BMO BANK N.A. ID:07 1000288 PMT DET:505408578 ACCOUNT 0496008710550 | -300.00 |
| 08/08/24 | ULINE    DES:SUPPLIES  ID:4827571  INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -715.77 |
| 08/08/24 | ULINE    DES:SUPPLIES  ID:4827572  INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -271.21 |
| 08/08/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -150.00 |
| 08/08/24 | CAPITAL ONE    DES:CRCARDPMT  ID:3XZNYLO1D9NCQVO  INDN:ANDREW P WILLIAMS    CO ID:9541719318 CCD | -88.11 |
| 08/08/24 | CAPITAL ONE    DES:ONLINE PMT ID:3XZO7MV3HO62DCK  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -25.00 |
| 08/09/24 | CAPITAL ONE    DES:ONLINE PMT ID:3XZWN2E4O1U66G3  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -4,000.00 |
| 08/09/24 | WEX INC    DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -400.00 |
| 08/12/24 | 1701 GROVE AVENU DES:SALE    ID:  INDN:CAR WASH MANAGEMENT LL  CO ID:9215986202 WEB | -2,900.00 |

continued on the next page

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   August 1, 2024 to August 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/12/24 | PENSKE TRUCK    DES:RECEIVE   ID:626686   INDN:CAR WASH MANAGEMENT LL  CO ID:3232518618 CCD | -2,074.89 |
| 08/12/24 | WEX INC       DES:FLEET DEBI ID:9100010681398  INDN:Car Wash Management LL  CO ID:1841425616 CCD | -400.00 |
| 08/12/24 | FRONTIER COMMUNI DES:BILL PAY   ID:19825141801  INDN:ANDREW WILLIAMS       CO ID:7529252911 CCD | -99.99 |
| 08/12/24 | CLOVER APP MRKT  DES:CLOVER APP ID:899-9945851-000  INDN:WEST COVINA CAR WASH L CO ID:1841128086 PPD | -49.95 |
| 08/13/24 | ADP PAYROLL FEES DES:ADP FEES   ID:925433347800  INDN:XXXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -565.70 |
| 08/13/24 | ADP PAYROLL FEES DES:ADP FEES   ID:925433347799  INDN:XXXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -226.01 |
| 08/15/24 | AscentiumCapital DES:LEASECHG   ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -6,487.23 |
| 08/15/24 | CAPITAL ONE      DES:ONLINE PMT ID:3Y16FW3ZLR2YC6B  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -3,000.00 |
| 08/15/24 | CAPITAL ONE      DES:CRCARDPMT  ID:3Y152RY19HDRRPW  INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -73.95 |
| 08/16/24 | CAPITAL ONE      DES:ONLINE PMT ID:3Y16ORDQ71VOISJ  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -8,000.00 |
| 08/16/24 | CAPITAL ONE      DES:CRCARDPMT  ID:3Y1CODVLJZYNRC3  INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -500.00 |
| 08/22/24 | ULINE        DES:SUPPLIES  ID:9419151  INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -986.98 |
| 08/22/24 | CAPITAL ONE      DES:CRCARDPMT  ID:3Y2M7INY4VCVI8K  INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -4.99 |
| 08/23/24 | WIRE TYPE:WIRE OUT DATE:240823 TIME:0517 ET TRN:2024082200562064 SERVICE REF:004953 BNF:WASHWORLD INC ID:83010268 BNF BK:BANK FIRST N. A ID:075901134 PMT DET:507595052 CAR WASH MANAGEME NT 80 0036 | -124,835.50 |
| 08/23/24 | CAPITAL ONE      DES:CRCARDPMT  ID:3Y2TT4B4J5I9MHV  INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -500.00 |
| 08/26/24 | OC TOLL ROADS   DES:ROAD TOLLS ID:0487159  INDN:ANDREW *WILLIAMS       CO ID:0000077789 WEB | -30.00 |
| 08/27/24 | KAISER GROUP DUE DES:INTERNET   ID:043000091127046  INDN:1400310000037904733991  CO ID:9049040030 WEB | -3,134.77 |
| 08/27/24 | CAPITAL ONE      DES:ONLINE PMT ID:3Y3PDWSAL3RM4O3  INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -3,000.00 |
| 08/29/24 | Credit One Bank DES:Payment   ID:60192881  INDN:ANDREW WILLIAMS       CO ID:WEB000001 WEB | -2,203.41 |
| 08/29/24 | CAPITAL ONE      DES:CRCARDPMT  ID:3Y43CVWJ9JZDZXO  INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -497.82 |
| 08/29/24 | Credit One Bank DES:Payment   ID:53317984  INDN:ANDREW WILLIAMS       CO ID:WEB000004 WEB | -446.82 |
| 08/30/24 | CAPITAL ONE      DES:CRCARDPMT  ID:3Y4AYGPIFHWKVFN  INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -500.00 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/24 | CHECKCARD  0730 EXCEL PAC, LLC 858-530-4888 CA 24251384213030050169881 CKCD 4215 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -77.58 |
| 08/02/24 | CHECKCARD  0731 WASH WORLD INC 920-3389278  WI 24896304214022659112436 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -197.15 |

continued on the next page



**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   August 1, 2024 to August 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/02/24 | CHECKCARD 0801 FSP*RECUR360 SOFTWARE L 833-607-3287 AL 2444500421430069500418S RECURRING CKCD 5045 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -102.08 |
| 08/05/24 | PURCHASE 0802 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -307.95 |
| 08/05/24 | CHECKCARD 0802 MORSCO 817-870-2227 TX 24941684216020713007491 CKCD 5251 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -102.70 |
| 08/06/24 | CHECKCARD 0805 DNH*GODADDY.COM 480-505-8855 AZ 24692164218100925757950 RECURRING CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -35.16 |
| 08/06/24 | CHECKCARD 0805 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692164218100735749957 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -24.84 |
| 08/06/24 | CHECKCARD 0805 GALLOP BRUSH 810-721-7255 MI 24435654219012276036697 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | 3,899.08 |
| 08/07/24 | CHECKCARD 0805 RIV COURT EPAY FINE PMT 951-4799400  CA 24755424219162199251111 CKCD 9222 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -30.95 |
| 08/07/24 | CHECKCARD 0806 DNH*GODADDY COM 480-505-8855 AZ 24692164219101804585644 RECURRING CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -89.88 |
| 08/07/24 | CHECKCARD 0806 APRIA-MEDICAL EQUIPMENT 949-639-4217 CA 24138294220017709019055 CKCD 5047 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -51.94 |
| 08/07/24 | PURCHASE 0807 OATS OVERNIGHT HTTPSWWW.OATSAZ | -49.00 |
| 08/08/24 | CHECKCARD 0807 CHEMBOYS LLC 855-2436722  TX 24421144220900018809287 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -29.99 |
| 08/08/24 | PURCHASE 0807 AMAZON MKTPL*RM9I87482 Amzn.com/billWA | -13.45 |
| 08/08/24 | PURCHASE 0807 AMAZON RETA* RM36N9ZC2 WWW.AMAZON.COWA | 54.02 |
| 08/08/24 | CHECKCARD 0807 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692164220102652876264 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -37.74 |
| 08/09/24 | CHECKCARD 0807 WASH WORLD INC 920-3389278  WI 24896304221022700112147 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -538.31 |
| 08/09/24 | CHECKCARD 0808 SUPERIORCOURTLAPUBLICAC 213-6330129  CA 24013394221001671025578 CKCD 9399 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -4.75 |
| 08/09/24 | CHECKCARD 0808 SUPERIORCOURTLAPUBLICAC 213-6330129  CA 24013394221001671025214 CKCD 9399 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -4.75 |
| 08/09/24 | PURCHASE 0808 Experian* Credit Report 479-3436237  CA | -24.99 |
| 08/09/24 | PURCHASE 0808 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -207.95 |
| 08/09/24 | CHECKCARD 0808 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692164221103369786928 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -45.18 |
| 08/09/24 | CHECKCARD 0808 MARSHALLS INDSTRL HRDWR SAN DIEGO   CA 24801974222053200577888 CKCD 5251 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -52.56 |
| 08/12/24 | CHECKCARD 0809 APRIA-MEDICAL EQUIPMENT 949-639-4217 CA 24138294223018756014806 CKCD 5047 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -4.43 |
| 08/12/24 | CHECKCARD 0809 US COMPLIANCE SERVICES 877-405-5003 ID 24688084224030049305873 CKCD 8734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -165.00 |
| 08/12/24 | CHECKCARD 0809 CHEVRON 0205126 SAN DIEGO   CA 24692164222104345622764 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -54.08 |
| 08/12/24 | CHECKCARD 0809 PURETEC INDUSTRIAL WATE 800-9066060  CA 24789304222123901885124 RECURRING CKCD 7399 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -305.42 |
| 08/12/24 | CHECKCARD 0809 TST*BALLAST POINT HQ  M San Diego   CA 24692164223104831089113 CKCD 5813 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -95.04 |

continued on the next page

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   August 1, 2024 to August 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/13/24 | PURCHASE  0812 AMAZON MKTPL*RM5DN6KS0 Amzn.com/billWA | -91.10 |
| 08/14/24 | CHECKCARD  0812 WASH WORLD INC 920-3389278  WI 24896304226022724512103 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -984.22 |
| 08/14/24 | CHECKCARD  0813 INTUIT *QBooks Online CL.INTUIT.COMCA 24692164226107480362993 RECURRING CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -333.00 |
| 08/14/24 | CHECKCARD  0813 (PC) 1075 ROYAL 707-4957269  CA 24767904226145100746392 CKCD 5065 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,833.17 |
| 08/15/24 | CHECKCARD  0814 ATT*BILL PAYMENT 800-331-0500 TX 24055234228058765553154 CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -389.43 |
| 08/15/24 | CHECKCARD  0814 ATT*BILL PAYMENT 800-331-0500 TX 24055234228058765553147 CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -171.20 |
| 08/15/24 | CVS/PHARM 0919  08/14 #000315896 PURCHASE CVS/PHARM 09192-- San Diego    CA | -22.61 |
| 08/16/24 | THE HOME DEPOT  08/15 #000533997 PURCHASE THE HOME DEPOT #6  SAN DIEGO    CA | -34.42 |
| 08/19/24 | CHECKCARD  0816 CALIFORNIA CHEMICAL 310-460-9937 CA 24426294231018019564937 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6,674.40 |
| 08/19/24 | CHECKCARD  0816 MCMASTER-CARR 630-834-9600 IL 24789304231166200010018 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -735.93 |
| 08/19/24 | CHECKCARD  0816 MCMASTER-CARR 630-834-9600 IL 24789304231166200009994 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -127.36 |
| 08/19/24 | CHECKCARD  0816 MCMASTER-CARR 630-834-9600 IL 24789304231166200010000 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -452.17 |
| 08/19/24 | CHECKCARD  0816 MCMASTER-CARR 630-834-9600 IL 24789304231166200009986 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -161.42 |
| 08/19/24 | CHECKCARD  0816 MCMASTER-CARR 630-834-9600 IL 24789304231166200009978 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -220.04 |
| 08/19/24 | CHECKCARD  0816 MCMASTER-CARR 630-834-9600 IL 24789304231166200030123 CKCD 5085 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -155.77 |
| 08/19/24 | CHECKCARD  0818 Ntl Conflict Resolutio San Diego    CA 24793384231001506649050 CKCD 8111 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,550.00 |
| 08/19/24 | CHECKCARD  0819 AMAZON.COM*R47G70OY2 SEATTLE    WA 24431064232039164477906 CKCD 5942 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -29.67 |
| 08/20/24 | PURCHASE  0819 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -686.75 |
| 08/20/24 | PURCHASE  0819 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -607.95 |
| 08/20/24 | CHECKCARD  0819 CHEMBOYS LLC 855-2436722  TX 24421144232900010005633 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -29.98 |
| 08/20/24 | CHECKCARD  0819 LAB ALLEY LLC 512-668-9918 TX 24829134232300725799126 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -56.47 |
| 08/20/24 | CHECKCARD  0819 HCM*ALLIANCE CHEMICAL 877-6435246  TX 24755424232262323649272 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -25.00 |
| 08/26/24 | CHECKCARD  0823 WASH WORLD INC 920-3389278  WI 24896304237022783068242 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -593.89 |
| 08/27/24 | PURCHASE  0826 YOUR ANSWERING SERVICE HTTPSPAYTRUSTVA | -170.86 |
| 08/29/24 | PURCHASE  0829 INSTAWORK-4571280 HTTPSWWW.INSTCA | -246.48 |
| 08/29/24 | CHECKCARD  0827 CHICK-FIL-A #02334 SAN DIEGO    CA 24427334241710014292966 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -53.09 |
| 08/29/24 | CHECKCARD  0828 RINGCENTRAL INC. 888-898-4591 CA 24692164241100411030657 RECURRING CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -138.93 |
| 08/29/24 | PURCHASE  0828 Experian* Credit Report 479-3436237  CA | -29.99 |
| 08/29/24 | CVS/PHARM 0919  08/29 #000215536 PURCHASE CVS/PHARM 09192-- San Diego    CA | -9.26 |

continued on the next page

## BANK OF AMERICA

Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2024 to August 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/30/24 | CHECKCARD  0828 SERVICE FUSION 888-9020804  TX 24003414242900017712141 CKCD 5734 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -495.00 |
| 08/30/24 | CHECKCARD  0829 SUPPLYHOUSE.COM 888-757-4774 NY 24692164242101157438467 CKCD 5074 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -7,167.51 |
| 08/30/24 | CHECKCARD  0829 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692164242101074993602 CKCD 5814 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -18.90 |
| 08/30/24 | CHECKCARD  0829 SECURITYMETRICS, INC. 8017249600   UT 24116414242714632809776 CKCD 7299 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -85.00 |
| 08/30/24 | CHECKCARD  0829 USPS CHANGE OF ADDRESS 800-238-3150 TN 24137464243600248704403 CKCD 9402 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -45.60 |
| 08/30/24 | PURCHASE  0830 INSTAWORK-4573220 HTTPSWWW.INSTCA | -246.48 |
| **Subtotal for card account # XXXX XXXX XXXX 4413** | | **-$31,279.02** |
| **Total withdrawals and other debits** | | **-$238,927.05** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 08/02/24 | 1104 | -300.00 | | 08/16/24 | 1178* | -2,699.36 |
| 08/02/24 | 1105 | -219.41 | | 08/16/24 | 1179 | -825.26 |
| 08/05/24 | 1169* | -2,841.37 | | 08/16/24 | 1180 | -2,444.87 |
| 08/02/24 | 1170 | -1,466.72 | | 08/19/24 | 1181 | -333.93 |
| 08/02/24 | 1171 | -3,310.39 | | 08/29/24 | 1182 | -2,482.18 |
| 08/02/24 | 1173* | -2,169.65 | | 08/29/24 | 1183 | -1,440.99 |
| 08/16/24 | 1175* | -1,750.34 | | 08/29/24 | 1184 | -3,045.27 |
| 08/16/24 | 1176 | -2,339.96 | | 08/29/24 | 1186* | -2,445.45 |
| | | | | **Total checks** | | **-$30,115.15** |
| | | | | **Total # of checks** | | **16** |

\*  There is a gap in sequential check numbers

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2024 to August 31, 2024

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $20.00 | $140.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 07/31/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|---|---|---|
| 08/02/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-02 | -10.00 |
| 08/02/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-02 | -10.00 |
| 08/05/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 08/05/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 08/05/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 08/06/24 | External transfer fee - Next Day - 08/05/2024 | -5.00 |
| 08/06/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 08/08/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 08/15/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 08/23/24 | Wire Transfer Fee | -30.00 |

**Total service fees** — **-$55.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 7,429.98 | 08/08 | 3,328.02 | 08/15 | 151,920.96 |
| 08/02 | -3,255.72 | 08/09 | 11,065.40 | 08/16 | 133,505.19 |
| 08/05 | 10,875.95 | 08/12 | 8,405.57 | 08/19 | 133,397.79 |
| 08/06 | 3,876.07 | 08/13 | 8,624.94 | 08/20 | 139,118.09 |
| 08/07 | 3,421.80 | 08/14 | 5,880.95 | 08/21 | 142,926.40 |

continued on the next page

**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2024 to August 31, 2024

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/22 | 141,934.43 | 08/27 | 17,553.46 | 08/29 | 19,423.31 |
| 08/23 | 19,782.06 | 08/28 | 21,163.26 | 08/30 | 17,477.91 |
| 08/26 | 20,480.65 | | | | |

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2024 to August 31, 2024

This page intentionally left blank

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   August 1, 2024 to August 31, 2024

## Check images

**Account number: 3251 8313 1319**

Check number: 1104   |   Amount: $300.00

Check number: 1105   |   Amount: $219.41

Check number: 1169   |   Amount: $2,841.37

Check number: 1170   |   Amount: $1,466.72

Check number: 1171   |   Amount: $3,310.39

Check number: 1175   |   Amount: $1,750.34

Check number: 1176   |   Amount: $2,339.96

Check number: 1178   |   Amount: $2,699.36

Check number: 1179   |   Amount: $825.26



Check number: 1180   |   Amount: $2,444.87



continued on the next page

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  August 1, 2024 to August 31, 2024

## Check images - continued

**Account number: 3251 8313 1319**
Check number: 1181  |  Amount: $333.93

Check number: 1182  |  Amount: $2,482.18

Check number: 1183  |  Amount: $1,440.99

Check number: 1184  |  Amount: $3,045.27

Check number: 1186  |  Amount: $2,445.45

Page 14 of 14



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

☐  1.888.BUSINESS (1.888.287.4637)

☒  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Gold

for September 1, 2024 to September 30, 2024

Account number: 3251 8313 1319

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on September 1, 2024 | $17,477.91 | # of deposits/credits: 34 |
| Deposits and other credits | 98,670.66 | # of withdrawals/debits: 134 |
| Withdrawals and other debits | -89,101.74 | # of items-previous cycle[1]: 21 |
| Checks | -23,577.43 | # of days in cycle: 30 |
| Service fees | -60.00 | Average ledger balance: $10,571.40 |
| **Ending balance on September 30, 2024** | **$3,409.40** | [1]Includes checks paid, deposited items and other debits |



## You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Erika Rojas
858.264.2489
erika.rojas2@bofa.com

SSM-09-23-0714-B | 5972504

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   September 1, 2024 to September 30, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

# BANK OF AMERICA

## Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2024 to September 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,429.19 |
| 09/03/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,677.94 |
| 09/03/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,083.89 |
| 09/03/24 | Deposit | 626.91 |
| 09/03/24 | PURCHASE REFUND 0901  INSTAWORK-4576825 HTTPSWWW.INSTCA 2400077424600001641O296 RECURRING CKCD 7372 XXXXXXXXXXXX4413 | 97.64 |
| 09/04/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 853.38 |
| 09/04/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 803.56 |
| 09/05/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 9,416.36 |
| 09/05/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,293.30 |
| 09/09/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 4,527.31 |
| 09/10/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,160.29 |
| 09/12/24 | Deposit | 3,607.95 |
| 09/16/24 | CHECKCARD  0913 UNITED RENTALS SAN DIEGO    CA 7444500425830075198 | 17.49 |
| 09/17/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-16) | 2,681.33 |
| 09/17/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-16) | 59.00 |
| 09/17/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 7,036.79 |
| 09/18/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-17) | 6,487.23 |

*continued on the next page*

---

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                    SSM-11-23-0027 B  |  6019109

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   September 1, 2024 to September 30, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/18/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,310.72 |
| 09/18/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 684.51 |
| 09/19/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 3,436.23 |
| 09/19/24 | Deposit | 1,018.24 |
| 09/20/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,596.39 |
| 09/20/24 | WIRE TYPE:WIRE IN DATE: 240920 TIME:0945 ET TRN:2024092000293295 SEQ:2024092000030079/000010 ORIG:CAR WASH MANAGEMENT, LLC ID:325183131319 SND BK:THE BANCORP BANK, N.A. ID:031101114 PMT DET:512065664 RTN REF 512065664 DD20SEP UTA BY | 1,255.42 |
| 09/23/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,510.27 |
| 09/23/24 | Deposit | 1,163.90 |
| 09/24/24 | FULLSTEAM SV93  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 10,099.53 |
| 09/24/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,101.39 |
| 09/25/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 5,540.90 |
| 09/25/24 | FULLSTEAM SV94  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 2,040.38 |
| 09/26/24 | FULLSTEAM SV95  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 5,375.27 |
| 09/26/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 245.00 |
| 09/27/24 | FULLSTEAM SV96  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 6,857.81 |
| 09/27/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 5,522.85 |
| 09/30/24 | FULLSTEAM SV92  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | 1,052.29 |

**Total deposits and other credits**                                                                                $98,670.66

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/24 | CAPITAL ONE    DES:ONLINE PMT ID:3Y4RM5V7TNT42SJ  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -2,000.00 |
| 09/04/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -1,760.94 |
| 09/04/24 | FULLSTEAM SV9T  DES:3343296775 ID:Car Wash Manage  INDN:Car Wash Management LL  CO ID:1043575881 CCD  PMT INFO:Car Wash Management LLC | -13.50 |

continued on the next page



**BANK OF AMERICA**

## Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/05/24 | ULINE      DES:SUPPLIES  ID:4024808 INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -986.98 |
| 09/05/24 | CAPITAL ONE      DES:CRCARDPMT ID:3Y5KM8GH2VCCUMS INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -27.98 |
| 09/06/24 | NATIONAL INDEMNI DES:NATL INDEM ID:2T5M23ITB1TASX1  INDN:CAR WASH MANAGEMENT LL  CO ID:4470355979 PPD | -1,202.92 |
| 09/06/24 | ADP PAYROLL FEES DES:ADP FEES  ID:926034379136  INDN:XXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -524.93 |
| 09/06/24 | CAPITAL ONE      DES:CRCARDPMT ID:3Y5S8OEQWRRK8PV INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -500.00 |
| 09/06/24 | ADP PAYROLL FEES DES:ADP FEES  ID:926034379137  INDN:XXXXXXXXXCAR WASH MANA  CO ID:9659605001 CCD | -226.01 |
| 09/06/24 | OC TOLL ROADS   DES:ROAD TOLLS ID:4430407  INDN:ANDREW *WILLIAMS      CO ID:0000077789 WEB | -30.00 |
| 09/10/24 | 1701 GROVE AVENU DES:SALE      ID:  INDN:ANDREW WILLIAMS      CO ID:9215986202 CCD | -2,900.00 |
| 09/10/24 | Credit One Bank  DES:Payment   ID:53317984 INDN:WILLIAMS, ANDREW      CO ID:WEB000004 WEB | -819.42 |
| 09/11/24 | CLOVER APP      DES:CLOVER APP ID:1669483  INDN:WEST COVINA CAR WASH L  CO ID:1841128086 PPD | -49.95 |
| 09/12/24 | PENSKE TRUCK    DES:RECEIVE    ID:636093  INDN:CAR WASH MANAGEMENT LL  CO ID:3232518618 CCD | -3,373.76 |
| 09/12/24 | CAPITAL ONE      DES:CRCARDPMT ID:3Y71SLKBQRSK844 INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -53.12 |
| 09/13/24 | CAPITAL ONE      DES:CRCARDPMT ID:3Y79HGTV5XNP9NN INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -500.00 |
| 09/13/24 | FRONTIER COMMUNI DES:BILL PAY  ID:20339489861  INDN:ANDREW WILLIAMS      CO ID:7529252911 CCD | -99.99 |
| 09/16/24 | FLEETCOR FUNDING DES:BT0913    ID:000000289855360 INDN:2818288_99123_1      CO ID:2201912242 CCD | -59.00 |
| 09/17/24 | AscentiumCapital DES:LEASECHG  ID:232631  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -6,487.23 |
| 09/17/24 | Credit Strong    DES:CSTR PAYMT ID:1443489  INDN:Andrew Williams      CO ID:5122002825 WEB | -898.00 |
| 09/19/24 | CAPITAL ONE      DES:CRCARDPMT ID:3Y8J2IYN6ISSHZO INDN:ANDREW P WILLIAMS      CO ID:9541719318 CCD | -3,054.94 |
| 09/19/24 | CAPITAL ONE      DES:ONLINE PMT ID:3Y8K5K49KX8VBJ7 INDN:ANDREW P WILLIAMS      CO ID:9279744391 CCD | -1,000.00 |
| 09/19/24 | ULINE      DES:SUPPLIES  ID:8757411  INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -429.56 |
| 09/19/24 | ULINE      DES:SUPPLIES  ID:8757411  INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -200.87 |
| 09/19/24 | ULINE      DES:SUPPLIES  ID:8757411  INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -200.87 |
| 09/19/24 | ULINE      DES:SUPPLIES  ID:8757411  INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -154.62 |
| 09/19/24 | FLEETCOR FUNDING DES:RETRY PYMT ID:000000289855360 INDN:2818288_99123_1      CO ID:2201912242 CCD | -59.00 |

continued on the next page

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/19/24 | ULINE    DES:SUPPLIES  ID:8757411  INDN:CAR WASH MANAGEMENT    CO ID:0000711010 CCD | -1.06 |
| 09/20/24 | WIRE TYPE:WIRE OUT DATE:240920 TIME:0507 ET TRN:2024092000030079 SERVICE REF:005780 BNF:JUAN PACHECO ID:156158837583 BNF BK:THE BANCOR P BANK ID:031101279 PMT DET:512065664 PAYROLL | -1,255.42 |
| 09/20/24 | BKOFAMERICA BC  09/20 #000001417 WITHDRWL | -1,300.00 |
| 09/20/24 | CAPITAL ONE    DES:MOBILE PMT ID:3Y8RNTF2JYQETR7  INDN:ANDREW P WILLIAMS    CO ID:9279744380 CCD | -2,000.00 |
| 09/20/24 | CAPITAL ONE    DES:ONLINE PMT ID:3Y8RNNT5XC51Q8Z  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -1,400.00 |
| 09/20/24 | CAPITAL ONE    DES:CRCARDPMT  ID:3Y8QM0UQLMVVVHF  INDN:ANDREW P WILLIAMS    CO ID:9541719318 CCD | -500.00 |
| 09/23/24 | WIRE TYPE:WIRE OUT DATE:240923 TIME:0423 ET TRN:2024092300237893 SERVICE REF:004162 BNF:JOE MORENO ID:0912404977 BNF BK:WELLS FARGO BA NK, NA ID:121000248 PMT DET:512330030 PAYROLL | -2,218.33 |
| 09/23/24 | PROG EXPRESS    DES:INS PREM  ID:POL XXXXXXXXX  INDN:Andrew Williams    CO ID:9409348112 WEB | -1,071.00 |
| 09/23/24 | OC TOLL ROADS   DES:ROAD TOLLS ID:9516699  INDN:ANDREW *WILLIAMS    CO ID:0000077789 WEB | -30.00 |
| 09/24/24 | CAPITAL ONE    DES:ONLINE PMT ID:3Y9M4XB8474I9ER  INDN:ANDREW P WILLIAMS    CO ID:9279744391 CCD | -9,000.00 |
| 09/24/24 | Credit Strong   DES:CSTR PAYMT ID:1460550  INDN:Andrew Williams    CO ID:5122002825 WEB | -449.00 |
| 09/24/24 | Credit One Bank DES:Payment    ID:53317984  INDN:WILLIAMS,ANDREW    CO ID:WEB000004 WEB | -341.15 |
| 09/26/24 | FLEETCOR FUNDING DES:BT0925    ID:000000291352130  INDN:2818288_99123_1    CO ID:2201912242 CCD | -265.33 |
| 09/26/24 | CAPITAL ONE    DES:CRCARDPMT  ID:3YA03CCT2SPYEC4  INDN:ANDREW P WILLIAMS    CO ID:9541719318 CCD | -24.97 |
| 09/27/24 | KAISER GROUP DUE DES:INTERNET   ID:043000092193096  INDN:140031000003797945 7849 CO ID:9049040030 WEB | -3,134.77 |
| 09/30/24 | AscentiumCapital DES:LEASECHG  ID:197573  INDN:CAR WASH MANAGEMENT, L  CO ID:9176794002 CCD | -6,517.23 |

Card account # XXXX XXXX XXXX 4413

| Date | Description | Amount |
|---|---|---|
| 09/03/24 | PURCHASE  0831 INSTAWORK-4575146 HTTPSWWW.INSTCA | -212.50 |
| 09/03/24 | PURCHASE  0831 INSTAWORK-4575148 HTTPSWWW.INSTCA | -233.73 |
| 09/03/24 | THE HOME DEPOT  08/31 #000315224 PURCHASE THE HOME DEPOT #6  SAN DIEGO    CA | -73.23 |
| 09/03/24 | PURCHASE  0903 INSTAWORK-4579591 HTTPSWWW.INSTCA | -193.66 |
| 09/03/24 | PURCHASE  0901 INSTAWORK-4576825 HTTPSWWW.INSTCA | -185.69 |
| 09/03/24 | PURCHASE  0901 INSTAWORK-4576824 HTTPSWWW.INSTCA | -233.42 |
| 09/03/24 | CHECKCARD  0901 FSP*RECUR360 SOFTWARE L 833-607-3287 AL 2444500424530068281 7139 RECURRING CKCD 5045 XXXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -101.92 |
| 09/03/24 | PURCHASE  0902 ACI*CREDIT ONE BANK, N. 877-825-3242 NV | -562.04 |
| 09/03/24 | PURCHASE  0902 INSTAWORK-4578350 HTTPSWWW.INSTCA | -206.01 |
| 09/03/24 | PURCHASE  0902 INSTAWORK-4578354 HTTPSWWW.INSTCA | -212.50 |
| 09/03/24 | PURCHASE  0903 INSTAWORK-4579590 HTTPSWWW.INSTCA | -213.06 |
| 09/04/24 | PURCHASE  0904 INSTAWORK-4591485 HTTPSWWW.INSTCA | -702.95 |

continued on the next page



**BANK OF AMERICA**

<div align="right">Your checking account</div>

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/04/24 | CHECKCARD  0903 READYSPACES CHV 801-810-2009 CA 24492154247745441995944 CKCD 4225 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -9,512.60 |
| 09/04/24 | CHECKCARD  0903 LIFTOFFCERTS.COM HTTPSLIFTOFFCAZ 24011344248000023938799 CKCD 8299 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -59.00 |
| 09/04/24 | PURCHASE  0904 INSTAWORK-4591535 HTTPSWWW.INSTCA | -219.76 |
| 09/05/24 | PURCHASE  0904 INSTAWORK-4591889 HTTPSWWW.INSTCA | -231.04 |
| 09/05/24 | CHECKCARD  0904 DNH*GODADDY.COM 480-505-8855 AZ 24692164248103442470432 RECURRING CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -119.88 |
| 09/09/24 | CHECKCARD  0906 BEST WESTERN OTAY CHULA VISTA  CA 24941664251035785079671 CKCD 3502 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -373.29 |
| 09/09/24 | CHECKCARD  0906 BEST WESTERN OTAY CHULA VISTA  CA 24941664251035785079978 CKCD 3502 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -248.86 |
| 09/09/24 | CHECKCARD  0906 BEST WESTERN OTAY CHULA VISTA  CA 24941664251035785079861 CKCD 3502 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -373.29 |
| 09/09/24 | CHECKCARD  0906 BEST WESTERN OTAY CHULA VISTA  CA 24941664251035785079713 CKCD 3502 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -248.86 |
| 09/09/24 | CHECKCARD  0906 ATT*BILL PAYMENT 800-288-2020 TX 24692164250105125075292 RECURRING CKCD 4899 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -69.55 |
| 09/09/24 | CHECKCARD  0906 DNH*GODADDY.COM 480-505-8855 AZ 24692164250105184793983 RECURRING CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -239.88 |
| 09/09/24 | PURCHASE  0907 OATS OVERNIGHT HTTPSWWW.OATSAZ | -56.00 |
| 09/09/24 | PURCHASE  0908 Experian* Credit Report 479-3436237  CA | -24.99 |
| 09/09/24 | THE HOME DEPOT  09/09 #000767212 PURCHASE THE HOME DEPOT #6  SAN DIEGO    CA | -99.38 |
| 09/10/24 | CHECKCARD  0909 PURETEC INDUSTRIAL WATE 800-9066060  CA 24789304253298600910480 RECURRING CKCD 7399 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -120.30 |
| 09/10/24 | CHECKCARD  0909 ASTROMATIC 361-387-1357 TX 24247604253300622159150 CKCD 7542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -1,729.64 |
| 09/10/24 | CHECKCARD  0909 MARSHALLS INDSTRL HRDWR SAN DIEGO    CA 24801974254084353098282 CKCD 5251 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -136.95 |
| 09/10/24 | THE HOME DEPOT  09/10 #000011353 PURCHASE THE HOME DEPOT #6  SAN DIEGO    CA | -407.30 |
| 09/10/24 | PB/DIXIELINE #  09/10 #000880520 PURCHASE PB/DIXIELINE #11   SAN DIEGO    CA | -9.67 |
| 09/11/24 | CHECKCARD  0909 UNITED RENTALS 858-565-7122 CA 24445004254300574818292 CKCD 7394 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -96.72 |
| 09/11/24 | CHECKCARD  0909 UNITED RENTALS 858-565-7122 CA 24445004254300574818375 RECURRING CKCD 7394 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6.47 |
| 09/11/24 | THE HOME DEPOT  09/11 #000856007 PURCHASE THE HOME DEPOT #0  SAN DIEGO    CA | -214.40 |
| 09/12/24 | CHECKCARD  0912 SONNYS ENTERPRISES INC 954-720-4100 FL 24692164256109295105040 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -388.66 |
| 09/12/24 | CHECKCARD  0911 RENU CHEM 951-722-8762 CA 24116414255067290032601 CKCD 5169 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -6,158.00 |
| 09/12/24 | CHECKCARD  0911 HARBOR FREIGHT TOOLS 34 SAN DIEGO    CA 24231684256086383177245 CKCD 5251 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -218.64 |
| 09/12/24 | CHECKCARD  0911 PANDA EXPRESS #1949 SAN DIEGO    CA 24431064256053660705372 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -34.59 |
| 09/12/24 | BALBOA 76     09/12 #000452170 PURCHASE BALBOA 76       SAN DIEGO    CA | -7.37 |

*continued on the next page*

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   September 1, 2024 to September 30, 2024

## Withdrawals and other debits – continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/13/24 | CHECKCARD  0911 UNITED RENTALS 858-565-7122 CA 24445004256300579812819 RECURRING CKCD 7394 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -103.17 |
| 09/13/24 | CHECKCARD  0912 CHEVRON 0091214 SAN DIEGO   CA 24692164256109600519174 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -94.52 |
| 09/13/24 | CHECKCARD  0912 KAISER 0809705 SAN DIEGO   CA 24431064257054245574241 CKCD 8099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -30.00 |
| 09/13/24 | CHECKCARD  0912 KP RX01793 SAN DIEGO   CA 24431064257054244291326 CKCD 5912 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -12.66 |
| 09/16/24 | CHECKCARD  0912 UNITED RENTALS 858-565-7122 CA 24445004257300649953816 RECURRING CKCD 7394 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -223.86 |
| 09/16/24 | CHECKCARD  0912 IN-N-OUT  CHULAVISTA CHULA VISTA  CA 24692164257100587387650 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -8.37 |
| 09/16/24 | CHECKCARD  0913 BEST WESTERN OTAY CHULA VISTA  CA 24941664258038931015162 CKCD 3502 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -502.57 |
| 09/16/24 | CHECKCARD  0913 BEST WESTERN OTAY CHULA VISTA  CA 24941664258038931015436 CKCD 3502 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -502.57 |
| 09/16/24 | CHECKCARD  0912 NAPA STORE 4637681 SAN DIEGO   CA 24431054257038327015026 CKCD 5533 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -53.33 |
| 09/16/24 | CHECKCARD  0913 INTUIT *QBooks Online CL.INTUIT.COMCA 24692164257100504256889 RECURRING CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -343.00 |
| 09/16/24 | CHECKCARD  0915 STARS & STRIPES MIRAMAR SAN DIEGO   CA 24801974259090071470526 CKCD 5542 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -72.13 |
| 09/16/24 | STARS & STRIPE  09/15 #000363352 PURCHASE STARS & STRIPES   SAN DIEGO   CA | -35.18 |
| 09/17/24 | CHECKCARD  0915 YESENIAS MEXICAN FOOD SAN DIEGO   CA 24049554260900010500929 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -41.68 |
| 09/17/24 | CHECKCARD  0915 YESENIAS MEXICAN FOOD SAN DIEGO   CA 24049554260900018500194 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -2.14 |
| 09/18/24 | CHECKCARD  0916 SERVICE FUSION 888-9020804  TX 24003414261900019659742 CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -399.00 |
| 09/18/24 | PURCHASE  0917 AMAZON MKTPL*W22YB1683 Amzn.com/billWA | -28.04 |
| 09/20/24 | THE HOME DEPOT  09/20 #000643845 PURCHASE THE HOME DEPOT #1  SAN DIEGO   CA | -39.63 |
| 09/23/24 | CHECKCARD  0920 IN-N-OUT  CHULAVISTA CHULA VISTA  CA 24692164265107591530779 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -12.18 |
| 09/23/24 | CHECKCARD  0921 UPLEVEL ENTREPRENEUR UPLEVELENTREPFL 24011344266000052241005 RECURRING CKCD 8999 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -97.00 |
| 09/23/24 | CHECKCARD  0922 3 CREDITS UPLEVELENTREPFL 24011344266000059561389 RECURRING CKCD 8999 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -270.00 |
| 09/24/24 | PURCHASE  0923 YOUR ANSWERING SERVICE HTTPSPAYTRUSTVA | -189.34 |
| 09/25/24 | CHECKCARD  0925 SONNYS ENTERPRISES INC 954-720-4100 FL 24692164269100386779780 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -424.20 |
| 09/25/24 | CHECKCARD  0924 KP RX01781 SAN DIEGO   CA 24431064269061520083349 CKCD 5912 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -250.00 |
| 09/25/24 | CHECKCARD  0924 SQ *JAUNT COFFEE ROASTE San Diego   CA 24692164268100362534002 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -37.74 |
| 09/25/24 | CHECKCARD  0924 ARCO #42709 AM SAN DIEGO   CA CKCD 5541 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -157.11 |
| 09/25/24 | CHECKCARD  0924 CALIFORNIA THAI CAFE SAN DIEGO   CA 24055224269099360579393 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -78.88 |
| 09/26/24 | CHECKCARD  0926 SONNYS ENTERPRISES INC 954-720-4100 FL 24692164270101253939355 CKCD 5099 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -275.09 |

continued on the next page



**BANK OF AMERICA**

Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/27/24 | CHECKCARD  0926 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164270101882999432 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -31.86 |
| 09/27/24 | CHECKCARD  0926 SQ *JAUNT COFFEE ROASTE San Diego    CA 24692164270101965815604 CKCD 5814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -13.81 |
| 09/30/24 | CHECKCARD  0926 WASH WORLD INC 920-3389278  WI 24896304271023034285822 CKCD 5046 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -2,238.74 |
| 09/30/24 | CHECKCARD  0928 ACCESS COUNSELING INC 877-410-5368 CA 24141664273017036334297 CKCD 7299 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -35.80 |
| 09/30/24 | CHECKCARD  0928 RINGCENTRAL INC. 888-898-4591 CA 24692164272103832154991 RECURRING CKCD 4814 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -138.93 |
| 09/30/24 | CHECKCARD  0928 SERVICE FUSION 888-9020804  TX 24003414273900010998194 CKCD 5734 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -495.00 |
| 09/30/24 | CHECKCARD  0928 YESENIAS MEXICAN FOOD SAN DIEGO    CA 24049554273900011200524 CKCD 5812 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -46.82 |
| 09/30/24 | CHECKCARD  0929 DNH*GODADDY#3325159410 480-5058855  AZ 24906414273210268943381 RECURRING CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -79.24 |
| 09/30/24 | CHECKCARD  0929 DNH*GODADDY#3325160742 480-5058855  AZ 24906414273210268677542 CKCD 4816 XXXXXXXXXXXX4413 XXXX XXXX XXXX 4413 | -80.50 |
| Subtotal for card account # XXXX XXXX XXXX 4413 | | -$31,979.89 |
| Total withdrawals and other debits | | -$89,101.74 |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 09/24/24 | 1119 | -217.46 | 09/13/24 | 1195 | -2,236.10 |
| 09/03/24 | 1185* | -235.72 | 09/27/24 | 1196 | -3,564.03 |
| 09/26/24 | 1189* | -485.09 | 09/27/24 | 1197 | -2,126.68 |
| 09/16/24 | 1190 | -2,681.33 | 09/27/24 | 1198 | -2,498.83 |
| 09/13/24 | 1192* | -2,756.61 | 09/30/24 | 1199 | -1,763.16 |
| 09/04/24 | 1193 | 102.08 | 09/27/24 | 1200 | -2,067.08 |
| 09/13/24 | 1194 | -2,843.26 | | | |

| | | |
|---|---|---|
| Total checks | | -$23,577.43 |
| Total # of checks | | 13 |

*  There is a gap in sequential check numbers

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2024 to September 30, 2024

## Service fees

### Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $140.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/30/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- $15,000+ combined average monthly balance in linked business accounts has been met
✓ Become a member of Preferred Rewards for Business has been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|---|---|---|
| 09/20/24 | Wire Transfer Fee | -30.00 |
| 09/20/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 09/23/24 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$60.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 17,477.91 | 09/11 | 16,338.71 | 09/20 | 2,656.16 |
| 09/03 | 22,730.00 | 09/12 | 9,712.52 | 09/23 | 2,601.82 |
| 09/04 | 12,016.11 | 09/13 | 1,036.21 | 09/24 | 3,605.79 |
| 09/05 | 21,359.89 | 09/16 | -3,427.64 | 09/25 | 10,239.14 |
| 09/06 | 18,876.03 | 09/17 | -1,079.57 | 09/26 | 14,808.93 |
| 09/09 | 21,669.24 | 09/18 | 6,975.85 | 09/27 | 13,752.53 |
| 09/10 | 16,706.25 | 09/19 | 6,329.40 | 09/30 | 3,409.40 |

## BANK OF AMERICA

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1319  |  September 1, 2024 to September 30, 2024

## Check images

**Account number: 3251 8313 1319**
Check number: 1119  |  Amount: $217.46



Check number: 1185  |  Amount: $235.72

Check number: 1189  |  Amount: $485.09

Check number: 1192  |  Amount: $2,756.61

Check number: 1193  |  Amount: $102.08

Check number: 1194  |  Amount: $2,843.26

Check number: 1195  |  Amount: $2,236.10

Check number: 1196  |  Amount: $3,564.03

Check number: 1197  |  Amount: $2,126.68

Check number: 1198  |  Amount: $2,498.83

*continued on the next page*

# BANK OF AMERICA

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1319   |   September 1, 2024 to September 30, 2024

## Check images - continued

**Account number: 3251 8313 1319**
Check number: 1199   |   Amount: $1,763.16

Check number: 1200   |   Amount: $2,067.08

Case 25-90005-CL    Filed 09/04/25    Entered 09/04/25 14:29:25    Doc 12-4    Pg. 304 of 403

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 56 | OUTGOING | | | | FTR | USD | | | | OLB |
| 57 | OUTGOING | | | | FTR | USD | | | | OLB |
| 58 | INCOMING | | | | FTR | USD | | | | FED |
| 59 | OUTGOING | | | | FTR | USD | | | | OLB |
| 60 | OUTGOING | | | | FTR | USD | | | | OLB |
| 61 | OUTGOING | | | | FTR | USD | | | | OLB |
| 62 | OUTGOING | | | | FTR | USD | | | | OLB |
| 63 | INCOMING | | | | FTR | USD | | | | OLB |
| 64 | OUTGOING | | | | FTR | USD | | | | OLB |
| 65 | OUTGOING | | | | FTR | USD | | | | OLB |
| 66 | INCOMING | | | | FTR | USD | | | | FED |
| 67 | OUTGOING | | | | FTR | USD | | | | OLB |
| 68 | OUTGOING | | | | FTR | USD | | | | OLB |
| 69 | OUTGOING | | | | FTR | USD | | | | OLB |
| 70 | INCOMING | | | | FTR | USD | | | | FED |
| 71 | OUTGOING | | | | FTR | USD | | | | OLB |

Case 25-90005-CL   Filed 09/04/25   Entered 09/04/25 14:29:25   Doc 12-4   Pg. 306 of 403

| | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|
| 56 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 57 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 58 | LTR | NOX | A | ['''''' | JPMORGAN#CHASE#BANK#g#NA | NEW#YOFI#g#NY | # | f'''''f |
| 59 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 60 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 61 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 62 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 63 | LTR | NOX | A | [''ccc | CITY#NATIONAL#BANK | LOS#ANGELES#CA | # | [''lf['eb |
| 64 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 65 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 66 | LTR | NOX | A | ['''''''a | THE#BANCORP#BANK#n#NA#n | SIOUX#FALLS#g#SD | # | b'e'''''f |
| 67 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 68 | LTR | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 69 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 a a | # | b'e'''''f |
| 70 | LTR | NOX | A | [''cccc | CITY#NATIONAL#BANK | LOS#ANGELES#g#CA | # | [''lf['eb |
| 71 | FED | CAX | D | b'e'''''c | CAR#WASH#MANAGEMENT#LLC | 666c#TRADE#ST#STE#SAN#DIEGO#CA#f ^ ^1 | | b'e'''''f |

| | S | T | U | V | W |
|---|---|---|---|---|---|
| 56 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 57 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 58 | SUPREME#CAR#WASH#INC#TEA#NORTH | STAR#CAR#WASH#`d` #HALSTED#SENOREHR[VGB#CA#£` ` bl`£`q#US | DCD#OF#_ #£[#£`I | # | |
| 59 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGOq#CA#£ ` `q#US | | # | |
| 60 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 61 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 62 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 63 | MOLLER#RETAIL#INC#DBA#CONSERV | PUBL#q#MOLLER#RETAIL#DISBURSEMENT`c#£`#COLLINS#DR#SUITE#£`^`MOORPARK#CA#£`} ` | CHULAVISTA b?DDP | # | |
| 64 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 65 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 66 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | b[sfc£^ a_ | # | |
| 67 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 68 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 69 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#CA#£ ` `q#US | | # | |
| 70 | MOLLER#RETAIL#INC#DBA#CONSERV | PUBL#q#MOLLER#RETAIL#DISBURSEMENT`c#£`#COLLINS#DR#SUITE#£`^`MOORPARK#CA#£`} ` | INV# a^bf^b` | # | |
| 71 | CAR#WASH#MANAGEMENTq#LLC | ddd#TRADE#ST#STE#SAN#DIEGO#q#CA#£ ` | | | |

Case 25-90005-CL    Filed 09/04/25    Entered 09/04/25 14:29:25    Doc 12-4    Pg. 309 of 403

| | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|
| | ORIG#BANK#NAME | ORIG#BANK#NAME#LINE | ORIG#BANK#REF#NUM | SENDER#BANK#ID#TYPE | SENDER#BANK#ID | SENDER#BANK#NAME | SENDER#BANK#NAME#LINE |
| | CALIF#BUS#BK | [[#EL#CAMINO#REAL#SUITE# [IRVINE#CA#] | | # | | | |
| | HARRIS#AMERICAN#BANK | NEW#YORK#NEW#YORK | | # | | | |
| | | | a cb '' | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | a'tbede^ | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | aa^ea ff | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | aac'o'f | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | aaafd['ac | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | aaad^fotc | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | CALIF#BUS#BK | [[#EL#CAMINO#REAL#SUITE# [IRVIUB#CA#] | | # | | | |
| | | | aac[a[dc | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | ab[['ou]a | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | ab^t_'abc | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | abaa cafa | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | atdf'o dc | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | abfoo''fc | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | CITIBANK#NA | NEW#YORK#NYUSA | | # | | | |
| | | | ac cb fo | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | | # | | | |
| | | | acc' d d | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | ad cb co[ | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | ad cc' | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | | # | | | |
| | | | adb[ca fo | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | adbddc[ [ | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | | # | | | |
| | | | adcc[c dc | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | adoc[cd'e | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | adcfecdar | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | | # | | | |
| | | | add[['dfa | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | add'boode | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | add'bcada | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | addipob' | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | adde['dic | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | | # | | | |
| | | | ae['''a | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | | # | | | |
| | | | aelef'cda | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | ac'' [bc | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | ae^''bc | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | a''[f | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | ae''[cfc | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | | # | | | |
| | | | ae^cdd'a | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |
| | | | ac dd 'o | U | QLBS | CONSUMER | BFT#KEY#MONEY#TRANSFER |

| | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|
| 56 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 57 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 58 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 59 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 60 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 61 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 62 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 63 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 64 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 65 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 66 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 67 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 68 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 69 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 70 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |
| 71 | | | | | CCRAS | CONSUMER | EFT#/#/MONEY#/TRANSFER |

Case 25-90005-CL   Filed 09/04/25   Entered 09/04/25 14:29:25   Doc 12-4   Pg. 313 of 403

| | AK | AL | AM | AN | AO | AP |
|---|---|---|---|---|---|---|
| | INTERMEDIARY#ID | INTERMEDIARY#NAME | INTERMEDIARY#NAME#LINE#2 | BENEFICIARY#BANK#ID#TYPE | BENEFICIARY#BANK#ID | BENEFICIARY#BANK#NAME |
| | | | | | UXplaᵒ ( be | UnSn#BANK#NATIONAL#ASSOCIATION |

Case 25-90005-CL    Filed 09/04/25    Entered 09/04/25 14:29:25    Doc 12-4    Pg. 314 of 403



| | AK | AL | AM | AN | AO | AP |
|---|---|---|---|---|---|---|
| | | | | # | | |
| | | | | # | | |
| | | | | # | | |
| | | | | # | | |
| | | | | # | | |
| | | | | # | | |
| | | | | # | | |
| | | | | # | | |
| | | | | A | NCRp[`^^]^ &E | THE#BANCORP#BANK |
| | | | | # | | |
| | | | | # | | |
| | | | | # | | |
| | | | | # | | |
| | | | | # | | |
| | | | | I | | |

## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA
### Preferred Rewards
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

⚠ Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for May 16, 2023 to May 31, 2023                                   Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 16, 2023 | $0.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 16 |
| Service fees | -0.00 | Average ledger balance: $0.00 |
| Ending balance on May 31, 2023 | $0.00 | [1]Includes checks paid, deposited items and other debits |

---

### Set up alerts[1] for important account activity

**Choose alerts that matter to you and be notified right away, even when you're not logged in.**

- Balances
- Payment due dates
- Deposits and transfers
- And more!

Set up alerts at **bankofamerica.com/onlinebanking**
You can scan this code with your smart device to go there directly.



When you use the QRC feature certain information is collected from your mobile device for business purposes. You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-12-22-0016B 1 5247360

---

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  May 16, 2023 to May 31, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news - we are lowering and eliminating fees related to international wires and transactions!**

Starting May 21, we will lower the Incoming International Wire Transfer Fee from $16 to $15.

As a reminder, on May 23, 2023, we will stop charging an International Transaction Fee when an international debit card purchase is processed in U.S. dollars. However, keep in mind, debit card purchases processed in a foreign currency will continue to be charged the International Transaction Fee which is equal to 3% of the U.S. dollar amount of the transaction.

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   May 16, 2023 to May 31, 2023

Page 4 of 4

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for June 1, 2023 to June 30, 2023

Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2023 | $0.00 | # of deposits/credits: 1 |
| Deposits and other credits | 10.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $0.66 |
| **Ending balance on June 30, 2023** | **$10.00** | [1]Includes checks paid, deposited items and other debits |

## Can you spot a scam? Be aware of these common red flags:

Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

Asked to provide codes or click links to verify information



Share these tips with friends and family so they can help protect themselves.
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-23-00798 | S440173

PULL: E   CYCLE: 67   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: CA7

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  June 1, 2023 to June 30, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and    Equal Housing Lender**

**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  June 1, 2023 to June 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 06/29/23 | Online Banking transfer from CHK 1319 Confirmation# 7206896689 | 10.00 |
| Total deposits and other credits | | $10.00 |

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 06/29 | 10.00 |

BANK OF AMERICA BUSINESS ADVANTAGE

**Start receiving online alerts today**

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633.B | 5421083

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  June 1, 2023 to June 30, 2023

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for July 1, 2023 to July 31, 2023

Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on July 1, 2023 | $10.00 | # of deposits/credits: 1 | |
| Deposits and other credits | 90.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $85.48 | |
| **Ending balance on July 31, 2023** | **$100.00** | [1]Includes checks paid, deposited items and other debits | |

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A | S197654




CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   July 1, 2023 to July 31, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



**Bank of America, N.A. Member FDIC and      Equal Housing Lender**

**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  July 1, 2023 to July 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/06/23 | Online Banking transfer from CHK 1319 Confirmation# 4369499188 | 90.00 |
| **Total deposits and other credits** | | **$90.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 07/01 | 10.00 | 07/06 | 100.00 |

BUSINESS ADVANTAGE

## We see the importance of your business

At Bank of America, we are grateful that you have chosen us for your everyday banking needs and are here for you with tools, resources and expertise you can count on for continued financial growth.

To learn more about how we can serve you, visit **bankofamerica.com/SmallBusiness**.

SSM-01-23-2533.B  |  5422866

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  July 1, 2023 to July 31, 2023

This page intentionally left blank

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

BANK OF AMERICA
## Preferred Rewards
For Business

### Customer service information

 1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

⚠ Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for August 1, 2023 to August 31, 2023          Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 1, 2023 | $100.00 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $100.00 | |
| **Ending balance on August 31, 2023** | **$100.00** | [1]Includes checks paid, deposited items and other debits | |

## Mobile and Online Banking — convenient, secure, simple[1]

Help reduce check fraud by writing fewer checks and switching to digital payments. Scammers are targeting the mail to steal checks and other information.

To learn more, scan the code or go to **bofa.com/BillPay**.



[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. When you use the QRC feature, certain information is collected from your mobile device for business purposes.

SSM-02-23-0509C : 5471549

CAR WASH MANAGEMENT, LLC | Account # 3251 8313 1380 | August 1, 2023 to August 31, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact Information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

**BANK OF AMERICA**

<div align="right">

# Your checking account

</div>

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  August 1, 2023 to August 31, 2023

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 08/01 | 100.00 |

---

BUSINESS ADVANTAGE

## Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings.**

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.

SSM-01-23-2637-B | 5421106

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  August 1, 2023 to August 31, 2023

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Now funds deposited by check may be available to you earlier.**

We are changing when funds are available to you when your check deposit is not made in person to one of our employees at a financial center. Beginning August 11, 2023, the funds from your check deposit will be available the first business day after the day of your deposit.

Please keep in mind, all deposits are subject to a hold review at any time – and we may place longer holds on certain items in some cases, which could impact your ability to withdraw or use the deposited funds or result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  August 1, 2023 to August 31, 2023

This page intentionally left blank

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  August 1, 2023 to August 31, 2023

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

BANK OF AMERICA
**Preferred Rewards**
For Business

### Customer service information

📞  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for September 1, 2023 to September 30, 2023                Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on September 1, 2023 | $100.00 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 | |
| Checks | -0.00 | # of days in cycle: 30 | |
| Service fees | -0.00 | Average ledger balance: $100.00 | |
| **Ending balance on September 30, 2023** | **$100.00** | ¹Includes checks paid, deposited items and other debits | |

## Account security you can see

Check your security meter level and watch it rise as you take action
to help protect against fraud. See it in the Mobile Banking app and
Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.                                        SSM-12-22-0030,A | 5197654



CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  September 1, 2023 to September 30, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**



**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  September 1, 2023 to September 30, 2023

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 09/01 | 100.00 |

BANK OF AMERICA BUSINESS ADVANTAGE

### Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633.B | 5421083

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   September 1, 2023 to September 30, 2023

This page intentionally left blank


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for October 1, 2023 to October 31, 2023                    Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on October 1, 2023 | $100.00 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $100.00 | |
| **Ending balance on October 31, 2023** | **$100.00** | [1]Includes checks paid, deposited items and other debits | |

## Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking,
or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                    SSM-05-23-0809.C | 5695722

FULL: E  CYCLE: 67  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: CA5

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  October 1, 2023 to October 31, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**



**BANK OF AMERICA**

Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  October 1, 2023 to October 31, 2023

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 10/01 | 100.00 |

## Women business owners are making moves that matter

We're celebrating National Women's Small Business Month with owners who are keeping businesses moving forward.

Learn more at **bankofamerica.com/SBwomen**.

SSM-06-23-0931.B | 5752176

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  October 1, 2023 to October 31, 2023

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA  92121-2432

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

☐  1.888.BUSINESS (1.888.287.4637)

⊞  bankofamerica.com

▣  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Relationship Banking
## Preferred Rewards for Bus Platinum Honors

for November 1, 2023 to November 30, 2023

Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2023 | $100.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $100.00 |
| **Ending balance on November 30, 2023** | **$100.00** | ¹Includes checks paid, deposited items and other debits |

## Can you spot a scam? Be aware of these common red flags:

Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

Asked to provide codes or click links to verify information

Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

PULL: E  CYCLE: 67  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: CA4

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  November 1, 2023 to November 30, 2023

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

**BANK OF AMERICA** 📊

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  November 1, 2023 to November 30, 2023

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 11/01 | 100.00 |

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                SSM-OS-22-010EB | 4878896

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   November 1, 2023 to November 30, 2023

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
9030 KENAMAR DR STE 315
SAN DIEGO, CA 92121-2432

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

▤ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Relationship Banking
## Preferred Rewards for Bus Platinum Honors

for December 1, 2023 to December 31, 2023          Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on December 1, 2023 | $100.00 | # of deposits/credits: | 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: | 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: | 0 |
| Checks | -0.00 | # of days in cycle: | 31 |
| Service fees | -0.00 | Average ledger balance: | $100.00 |
| **Ending balance on December 31, 2023** | **$100.00** | [1]Includes checks paid, deposited items and other debits | |

BANK OF AMERICA BUSINESS ADVANTAGE

## Join the Bank of America® Advisory Panel

Have your opinion heard. As a member of our Advisory Panel, you can influence the way Bank of America does business — so we can better support business owners like you.

Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.                                    SSM-01-23-2557.B : 5421173

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  December 1, 2023 to December 31, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and   Equal Housing Lender**

## BANK OF AMERICA

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   December 1, 2023 to December 31, 2023

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 12/01 | 100.00 |



BANK OF AMERICA BUSINESS ADVANTAGE

**Fraud prevention:**
## We're here to help

- **Update your contact information** so we can reach you if we suspect fraud.
- **Set up alerts**[1] in our Mobile Banking app[2] so we can reach you quickly if we see anything suspicious.
- **Report suspicious activity** right away.

Learn more about fraud and scam prevention in our Business Security Center at **bankofamerica.com/securitybusiness**.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. [2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                SSM 01-73-2988.B | 5422885

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   December 1, 2023 to December 31, 2023

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA 92121-2424

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

---

△ | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for January 1, 2024 to January 31, 2024                    Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on January 1, 2024 | $100.00 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 | |
| Withdrawals and other debits | -75.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $51.61 | |
| Ending balance on January 31, 2024 | $25.00 | [1]Includes checks paid, deposited items and other debits | |

---



## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                    SSM-09-23-0692-A | 6039180

---

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   January 1, 2024 to January 31, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



**BANK OF AMERICA**

# Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  January 1, 2024 to January 31, 2024

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/12/24 | Online Banking transfer to CHK 1319 Confirmation# 7608888184 | -75.00 |
| **Total withdrawals and other debits** | | **-$75.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 01/01 | 100.00 | 01/12 | 25.00 |

## Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app[1] is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture—all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   January 1, 2024 to January 31, 2024

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Good news!
**We no longer charge these service fees — here are the details.**

- **Legal Order Process Fee**
  On October 16, 2023, we stopped charging a fee for each legal order or process that directs us to freeze, attach or withhold funds or other property.

- **Check Image Service Fee**
  On November 6, 2023, we stopped charging a fee for returning images of canceled checks with statements sent in the mail.

In addition, we stopped charging these service fees on December 11, 2023:

- **Check and Statement Copy Fees**
  For ordering one or more copies of your checks or statements

- **Deposit Slips and other Credit Item Copies**
  For ordering one or more copies of your deposit slips or credit items

- **ATM Balance Inquiry Fees**
  For requesting an account balance at a non-Bank of America ATM in the U.S. or in a foreign country

- **NY Protest Fee**
  For New York residents filing a certificate of protest when a payment instrument has not been honored

- **Bond Coupon Collection Fees**
  For debt obligations with coupons that represent semiannual interest payments

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  January 1, 2024 to January 31, 2024

This page intentionally left blank

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  January 1, 2024 to January 31, 2024



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
**Preferred Rewards**
For Business

### Customer service information

☐  1.888.BUSINESS (1.888.287.4637)

☒  bankofamerica.com

☐  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for February 1, 2024 to February 29, 2024                    Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2024 | $25.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 29 |
| Service fees | -0.00 | Average ledger balance: $25.00 |
| **Ending balance on February 29, 2024** | **$25.00** | [1]Includes checks paid, deposited items and other debits |

 ## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                    SSM-09-22-0692-A | 6039180

CAR WASH MANAGEMENT, LLC | Account # 3251 8313 1380 | February 1, 2024 to February 29, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and    Equal Housing Lender**

**BANK OF AMERICA**

Your checking account

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   February 1, 2024 to February 29, 2024

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 02/01 | 25.00 |

## Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app¹ is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture—all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
¹ Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-07-23-0816B  |  5936705

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   February 1, 2024 to February 29, 2024

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
**Preferred Rewards**
For Business

### Customer service information

☎ 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for March 1, 2024 to March 31, 2024

Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on March 1, 2024 | $25.00 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $25.00 | |
| **Ending balance on March 31, 2024** | **$25.00** | [1]Includes checks paid, deposited items and other debits | |

## 🔒 Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                SSM-09-23-0692A | 69981R0

---

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  March 1, 2024 to March 31, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**     **Equal Housing Lender**

Page 2 of 6

**BANK OF AMERICA**

<div align="right">

## Your checking account

</div>

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  March 1, 2024 to March 31, 2024

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 03/01 | 25.00 |

---

## Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app¹ is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture — all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
¹ Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  March 1, 2024 to March 31, 2024

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Starting May 17, statements sent in the mail will no longer include images of canceled checks – do not worry, you have options.**

Your check images can be viewed online, and copies are available by request. All you need to do is log into Online Banking and select your account from the "Accounts Overview" page.

- Check images (up to 18 months) can be found under the "Activity" and "Statements and Documents" tabs.

- Check copies (up to 7 years) can be ordered from the "Information & Services" tab.

If you are not an Online Banking client, you can enroll at bankofamerica.com or contact us for help.

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   March 1, 2024 to March 31, 2024

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA 92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

☐ 1.888.BUSINESS (1.888.287.4637)

☐ bankofamerica.com

☐ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for April 1, 2024 to April 30, 2024                     Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2024 | $25.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $25.00 |
| **Ending balance on April 30, 2024** | **$25.00** | [1]Includes checks paid, deposited items and other debits |

  

Can you spot a scam?   Be aware of these common red flags:

Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

Asked to provide codes or click links to verify information

Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.                                    SSM-02-23-0029B  |  S449173

PULL: E   CYCLE: 67   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: CA7

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  April 1, 2024 to April 30, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**



**BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  April 1, 2024 to April 30, 2024

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 04/01 | 25.00 |



## Go paperless today!

- Reduce the risk of lost, delayed or stolen mail
- View your statements securely and easily — online or from our mobile app — 24/7 from virtually anywhere[1]

**Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com.**



When you use the QRC feature certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.    SSM-08-23-0779 | 0902255

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   April 1, 2024 to April 30, 2024

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

## Your Business Advantage Relationship Banking
## Preferred Rewards for Bus Platinum Honors

for May 1, 2024 to May 31, 2024                          Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2024 | $25.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $25.00 |
| **Ending balance on May 31, 2024** | **$25.00** | ¹Includes checks paid, deposited items and other debits |

## Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking,
or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile
Banking app and is only available for select mobile devices. Message and data rates may apply.                          SSM-05-23-0009.C 1 5695722

PULL: E  CYCLE: 67  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: CA4

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  May 1, 2024 to May 31, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

 **BANK OF AMERICA**

**Your checking account**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   May 1, 2024 to May 31, 2024

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 05/01 | 25.00 |

BANK OF AMERICA BUSINESS ADVANTAGE

 ## Online alerts help keep you informed

Know when transactions have posted and when payments are due to help you avoid late fees and finance charges. Sign up for **Alerts** today! Scan this code to sign in to Business Advantage 360, visit **bankofamerica.com/SmallBusiness** or sign in to the Mobile Banking App.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-10-23-0412B | 6045774

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   May 1, 2024 to May 31, 2024

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

### Customer service information

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for June 1, 2024 to June 30, 2024                    Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2024 | $25.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $25.00 |
| **Ending balance on June 30, 2024** | **$25.00** | [1]Includes checks paid, deposited items and other debits |

 Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                    SSM 09-23-0602-A | 6030100

PULL: E  CYCLE: 87  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: CAS                    Page 1 of 4

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  June 1, 2024 to June 30, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  🏠  **Equal Housing Lender**

## BANK OF AMERICA

### Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  June 1, 2024 to June 30, 2024

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 06/01 | 25.00 |

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.





When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0458C | 6113469

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  June 1, 2024 to June 30, 2024

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for July 1, 2024 to July 31, 2024

Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2024 | $25.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $25.00 |
| **Ending balance on July 31, 2024** | **$25.00** | [1]Includes checks paid, deposited items and other debits |

---

 ## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.     SSM 09 23 0602 A | 6030100

---

PULL: E  CYCLE: 67  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: CA5

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  July 1, 2024 to July 31, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**



**BANK OF AMERICA**

Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  July 1, 2024 to July 31, 2024

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 07/01 | 25.00 |



**Security tips**

## Tips to help protect yourself from trending scams:

- Don't be pressured to act quickly — it could be an imposter trying to steal your money.
- If asked to transfer money unexpectedly, use caution — it could be a scam.
- Never grant remote access or download apps at the request of someone you don't know.

Learn more about trending scams.
Scan the code or visit **bofa.com/HelpProtectYourself**.



When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-01-24-2353.B | 6172083

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   July 1, 2024 to July 31, 2024

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA  92121-2424

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for August 1, 2024 to August 31, 2024            Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2024 | $25.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $25.00 |
| **Ending balance on August 31, 2024** | **$25.00** | [1]Includes checks paid, deposited items and other debits |



## Security tips

Tips to help protect yourself from trending scams:

· Hang up if you receive a suspicious call from someone saying they're from the bank. Instead, call the number on your statement or card.
· Neither Bank of America nor the U.S. government will request that you transfer money or share codes to resolve fraud.

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself.**



When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-01-24-2353.B2 | 6172098

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  August 1, 2024 to August 31, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**BANK OF AMERICA**

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   August 1, 2024 to August 31, 2024

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 08/01 | 25.00 |



## Go paperless today!

- Reduce the risk of lost, delayed or stolen mail
- View your statements securely and easily — online or from our mobile app — 24/7 from virtually anywhere[1]

**Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com.**



When you use the QRC feature certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.   SSM-08-23-0773.B | 5902255

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  August 1, 2024 to August 31, 2024

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CAR WASH MANAGEMENT, LLC
7776 TRADE ST STE E
SAN DIEGO, CA 92121-2424

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Gold

for September 1, 2024 to September 30, 2024

Account number: 3251 8313 1380

**CAR WASH MANAGEMENT, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on September 1, 2024 | $25.00 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 30 | |
| Service fees | -0.00 | Average ledger balance: $25.00 | |
| Ending balance on September 30, 2024 | $25.00 | [1]Includes checks paid, deposited items and other debits | |

## Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking,
or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile
Banking app and is only available for select mobile devices. Message and data rates may apply.                    SSM-03-24-0504.B  T  6490905

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  September 1, 2024 to September 30, 2024

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**



**BANK OF AMERICA**

Your checking account

CAR WASH MANAGEMENT, LLC  |  Account # 3251 8313 1380  |  September 1, 2024 to September 30, 2024

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 09/01 | 25.00 |



BANK OF AMERICA BUSINESS ADVANTAGE

## Online alerts help keep you informed

Know when transactions have posted and when payments are due to help you avoid late fees and finance charges. Sign up for **Alerts** today! Scan this code to sign in to Business Advantage 360, visit **bankofamerica.com/SmallBusiness** or sign in to the Mobile Banking App.



When you use the QRC feature, certain information is collected from your mobile device for business purposes. You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-10-23-0412.B | 6043774

CAR WASH MANAGEMENT, LLC   |   Account # 3251 8313 1380   |   September 1, 2024 to September 30, 2024

Page 4 of 4

This page intentionally left blank

# EXHIBIT "D"

Account QuickReport
01 Nov 2023 - 12 Feb 2024

| Account | Date | Transaction type | Num | Name | Description | Full name | Clr | Amount | Balance |
|---------|------|------------------|-----|------|-------------|-----------|-----|--------|---------|
| West Covina Supplies & Materials | | | | | | | | | |
| West Covir | 11/1/2023 | Expense | -- | West Covir | WIRE TYPE:WIRE OUT DATE:231 | West Covir | -- | $8,654.96 | $8,654.96 |
| West Covir | 11/1/2023 | Expense | -- | West Covir | LOWES #01873* | West Covir | -- | $58.91 | $8,713.87 |
| West Covir | 11/2/2023 | Check | 1013 | West Covir | Check 1013 | West Covir | -- | $72,000.00 | $80,713.87 |
| West Covir | 11/2/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $100.39 | $80,814.26 |
| West Covir | 11/2/2023 | Expense | -- | -- | DRB SYSTEMS | West Covir | -- | $1,089.97 | $81,904.23 |
| West Covir | 11/2/2023 | Expense | -- | West Covir | LOWES #02270* | West Covir | -- | $25.50 | $81,929.73 |
| West Covir | 11/3/2023 | Expense | -- | West Covir | TRANSFER CAR WASH MANAGE | West Covir | -- | $15,401.25 | $97,330.98 |
| West Covir | 11/3/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $45.49 | $97,376.47 |
| West Covir | 11/3/2023 | Expense | -- | West Covir | LOWES #02270* | West Covir | -- | $21.76 | $97,398.23 |
| West Covir | 11/6/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $4,057.05 | $101,455.28 |
| West Covir | 11/6/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $1,278.87 | $102,734.15 |
| West Covir | 11/6/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $140.16 | $102,874.31 |
| West Covir | 11/7/2023 | Expense | -- | -- | AXEON WATER TECHNOLOGIES | West Covir | -- | $7,596.69 | $110,471.00 |
| West Covir | 11/7/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $135.88 | $110,606.88 |
| West Covir | 11/8/2023 | Expense | -- | West Covir | CHECKCARD  1103 DRB SYSTEM | West Covir | -- | $1,810.34 | $112,417.22 |
| West Covir | 11/8/2023 | Credit Card Expense | -- | West Covir | CROWN ACE HARDWARE | West Covir | -- | $26.56 | $112,443.78 |
| West Covir | 11/8/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $281.72 | $112,725.50 |
| West Covir | 11/8/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $57.13 | $112,782.63 |
| West Covir | 11/8/2023 | Expense | -- | West Covir | KLEEN RITE CORP | West Covir | -- | $304.52 | $113,087.15 |
| West Covir | 11/10/2023 | Expense | -- | -- | SPECIALTY SALES LLC | West Covir | -- | $70.23 | $113,157.38 |
| West Covir | 11/12/2023 | Credit Card Expense | -- | West Covir | CROWN ACE HARDWARE | West Covir | -- | $27.99 | $113,185.37 |
| West Covir | 11/14/2023 | Expense | -- | West Covir | CHECKCARD  1110 PRIME DUMI | West Covir | -- | $1,985.21 | $115,170.58 |
| West Covir | 11/14/2023 | Expense | -- | -- | AXEON WATER TECHNOLOGIES | West Covir | -- | $2,850.49 | $118,021.07 |
| West Covir | 11/14/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $30.07 | $118,051.14 |
| West Covir | 11/14/2023 | Expense | -- | -- | TEST EQUIPMENT AND MACHIN | West Covir | -- | $118.25 | $118,169.39 |
| West Covir | 11/14/2023 | Expense | -- | West Covir | LOWES #02270* | West Covir | -- | $20.64 | $118,190.03 |
| West Covir | 11/14/2023 | Expense | -- | -- | ULINE  *SHIP SUPPLIES | West Covir | -- | $1,687.06 | $119,877.09 |
| West Covir | 11/15/2023 | Expense | -- | -- | ALLEN BOLT CO | West Covir | -- | $30.70 | $119,907.79 |
| West Covir | 11/16/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $29.79 | $119,937.58 |

Account QuickReport
01 Nov 2023 - 12 Feb 2024

| Account | Date | Transaction type | Num | Name | Description | Full name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| West Covir | 11/16/2023 | Expense | -- | -- | HOFFMEYER COMPANY | West Covir | -- | $157.78 | $120,095.36 |
| West Covir | 11/16/2023 | Expense | -- | -- | PB/DIXIELINE #11 | West Covir | -- | $61.98 | $120,157.34 |
| West Covir | 11/16/2023 | Expense | -- | -- | J H BENNETT AND CO INC | West Covir | -- | $564.18 | $120,721.52 |
| West Covir | 11/17/2023 | Expense | -- | West Covir | KLEEN RITE CORP | West Covir | -- | $6.02 | $120,727.54 |
| West Covir | 11/20/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $22.91 | $120,750.45 |
| West Covir | 11/20/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $87.76 | $120,838.21 |
| West Covir | 11/20/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $88.40 | $120,926.61 |
| West Covir | 11/21/2023 | Expense | -- | West Covir | TRANSFER CAR WASH MANAGE | West Covir | -- | $8,315.00 | $129,241.61 |
| West Covir | 11/21/2023 | Expense | -- | West Covir | TRANSFER CAR WASH MANAGE | West Covir | -- | $2,975.58 | $132,217.19 |
| West Covir | 11/21/2023 | Expense | -- | West Covir | TRANSFER CAR WASH MANAGE | West Covir | -- | $22,525.00 | $154,742.19 |
| West Covir | 11/21/2023 | Credit Card Expense | -- | West Covir | ACE HARDWARE | West Covir | -- | $8.30 | $154,750.49 |
| West Covir | 11/21/2023 | Credit Card Expense | -- | West Covir | ECONOCRAFT CAR WASH EQUI | West Covir | -- | $8,372.60 | $163,123.09 |
| West Covir | 11/22/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $36.40 | $163,159.49 |
| West Covir | 11/22/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $139.43 | $163,298.92 |
| West Covir | 11/22/2023 | Expense | -- | -- | J H BENNETT AND CO INC | West Covir | -- | $51.25 | $163,350.17 |
| West Covir | 11/22/2023 | Expense | -- | -- | J H BENNETT AND CO INC | West Covir | -- | $701.81 | $164,051.98 |
| West Covir | 11/25/2023 | Expense | -- | -- | PAYPAL *REOLINKVE9C | West Covir | -- | $3,850.25 | $167,902.23 |
| West Covir | 11/26/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $438.33 | $168,340.56 |
| West Covir | 11/26/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $657.21 | $168,997.77 |
| West Covir | 11/26/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $236.24 | $169,234.01 |
| West Covir | 11/27/2023 | Expense | -- | West Covir | TRANSFER CAR WASH MANAGE | West Covir | -- | $682.00 | $169,916.01 |
| West Covir | 11/27/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $16.09 | $169,932.10 |
| West Covir | 11/27/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $25.00 | $169,957.10 |
| West Covir | 11/27/2023 | Expense | -- | -- | GALLOP BRUSH | West Covir | -- | $511.06 | $170,468.16 |
| West Covir | 11/27/2023 | Expense | -- | -- | SP BARZEL LOCK | West Covir | -- | $430.00 | $170,898.16 |
| West Covir | 11/28/2023 | Expense | -- | -- | COMPRESSED AIR SYSTEMS | West Covir | -- | $875.09 | $171,773.25 |
| West Covir | 11/28/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $550.00 | $172,323.25 |
| West Covir | 11/28/2023 | Expense | -- | -- | SPECIALTY SALES LLC | West Covir | -- | $275.20 | $172,598.45 |
| West Covir | 11/28/2023 | Expense | -- | -- | SPECIALTY SALES LLC | West Covir | -- | $31.04 | $172,629.49 |
| West Covir | 11/28/2023 | Expense | -- | -- | ULINE  *SHIP SUPPLIES | West Covir | -- | $1,692.55 | $174,322.04 |

Account QuickReport
01 Nov 2023 - 12 Feb 2024

| Account | Date | Transaction type | Num | Name | Description | Full name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| West Covir | 11/29/2023 | Expense | -- | West Covir | TRANSFER CAR WASH MANAGE | West Covir | -- | $10,704.00 | $185,026.04 |
| West Covir | 11/29/2023 | Expense | -- | -- | CLEAN WATER SYSTEMS & STO | West Covir | -- | $1,485.88 | $186,511.92 |
| West Covir | 11/29/2023 | Credit Card Expense | -- | West Covir | ECONOCRAFT CAR WASH EQUI | West Covir | -- | $1,788.90 | $188,300.82 |
| West Covir | 11/29/2023 | Expense | -- | -- | WINSUPPLY SAN DIEGO CA | West Covir | -- | $3,189.65 | $191,490.47 |
| West Covir | 11/29/2023 | Expense | -- | -- | PUR-CLEAN | West Covir | -- | $469.14 | $191,959.61 |
| West Covir | 11/29/2023 | Expense | -- | -- | PUR-CLEAN | West Covir | -- | $1,318.55 | $193,278.16 |
| West Covir | 11/29/2023 | Expense | -- | -- | PUR-CLEAN | West Covir | -- | $1,605.74 | $194,883.90 |
| West Covir | 11/29/2023 | Expense | -- | -- | IND METAL SUPPL-SAN DIEG | West Covir | -- | $537.03 | $195,420.93 |
| West Covir | 11/29/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $265.00 | $195,685.93 |
| West Covir | 11/29/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $35.00 | $195,720.93 |
| West Covir | 11/29/2023 | Expense | -- | -- | PAYPAL *VENTANAVELO | West Covir | -- | $250.00 | $195,970.93 |
| West Covir | 11/30/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $153.92 | $196,124.85 |
| West Covir | 11/30/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $200.80 | $196,325.65 |
| West Covir | 11/30/2023 | Expense | -- | -- | SPECIALTY SALES LLC | West Covir | -- | $73.56 | $196,399.21 |
| West Covir | 12/1/2023 | Credit Card Expense | -- | West Covir | ECONOCRAFT CAR WASH EQUI | West Covir | -- | $990.00 | $197,389.21 |
| West Covir | 12/1/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $100.00 | $197,489.21 |
| West Covir | 12/1/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $20.00 | $197,509.21 |
| West Covir | 12/2/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $9.44 | $197,518.65 |
| West Covir | 12/2/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $103.83 | $197,622.48 |
| West Covir | 12/4/2023 | Expense | -- | -- | WALTERS WHOLESALE ELEC#21 | West Covir | -- | $961.36 | $198,583.84 |
| West Covir | 12/4/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $901.57 | $199,485.41 |
| West Covir | 12/4/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $19.06 | $199,504.47 |
| West Covir | 12/4/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $19.10 | $199,523.57 |
| West Covir | 12/4/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $241.93 | $199,765.50 |
| West Covir | 12/4/2023 | Expense | -- | -- | IND METAL SUPPL-SAN DIEG | West Covir | -- | $588.10 | $200,353.60 |
| West Covir | 12/5/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $170.99 | $200,524.59 |
| West Covir | 12/5/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $507.40 | $201,031.99 |
| West Covir | 12/5/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $29.74 | $201,061.73 |
| West Covir | 12/5/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $152.47 | $201,214.20 |
| West Covir | 12/5/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $79.36 | $201,293.56 |

Account QuickReport
01 Nov 2023 - 12 Feb 2024

| Account | Date | Transaction type | Num | Name | Description | Full name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| West Covir | 12/5/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $71.32 | $201,364.88 |
| West Covir | 12/5/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $265.00 | $201,629.88 |
| West Covir | 12/5/2023 | Expense | -- | -- | PVC FITTINGS ONLINE | West Covir | -- | $515.77 | $202,145.65 |
| West Covir | 12/5/2023 | Expense | -- | -- | OSH CUT | West Covir | -- | $472.02 | $202,617.67 |
| West Covir | 12/5/2023 | Expense | -- | -- | SPECIALTY SALES LLC | West Covir | -- | $29.82 | $202,647.49 |
| West Covir | 12/6/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $106.07 | $202,753.56 |
| West Covir | 12/6/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $16.30 | $202,769.86 |
| West Covir | 12/6/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $158.52 | $202,928.38 |
| West Covir | 12/6/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $103.96 | $203,032.34 |
| West Covir | 12/6/2023 | Expense | -- | West Covir | KLEEN RITE CORP | West Covir | -- | $281.42 | $203,313.76 |
| West Covir | 12/6/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $415.72 | $203,729.48 |
| West Covir | 12/6/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $225.96 | $203,955.44 |
| West Covir | 12/6/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $16.71 | $203,972.15 |
| West Covir | 12/6/2023 | Expense | -- | -- | PURETEC INDUSTRIAL WATER | West Covir | -- | $120.30 | $204,092.45 |
| West Covir | 12/6/2023 | Expense | -- | -- | SP FITTINGS N VALVES | West Covir | -- | $193.29 | $204,285.74 |
| West Covir | 12/7/2023 | Expense | -- | West Covir | CHECKCARD  1206 AMERICAN V | West Covir | -- | $840.99 | $205,126.73 |
| West Covir | 12/7/2023 | Expense | -- | West Covir | CHECKCARD  1206 AMERICAN V | West Covir | -- | $6,125.88 | $211,252.61 |
| West Covir | 12/7/2023 | Expense | -- | West Covir | CHECKCARD  1206 AMERICAN V | West Covir | -- | $329.50 | $211,582.11 |
| West Covir | 12/7/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $541.57 | $212,123.68 |
| West Covir | 12/7/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $197.16 | $212,320.84 |
| West Covir | 12/7/2023 | Credit Card Expense | -- | West Covir | ECONOCRAFT CAR WASH EQUI | West Covir | -- | $463.88 | $212,784.72 |
| West Covir | 12/8/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $138.40 | $212,923.12 |
| West Covir | 12/8/2023 | Expense | -- | -- | ULINE  *SHIP SUPPLIES | West Covir | -- | $1,692.48 | $214,615.60 |
| West Covir | 12/11/2023 | Expense | -- | West Covir | CHECKCARD  1207 DRB SYSTEM | West Covir | -- | $164.55 | $214,780.15 |
| West Covir | 12/11/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $55.84 | $214,835.99 |
| West Covir | 12/11/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $128.19 | $214,964.18 |
| West Covir | 12/11/2023 | Expense | -- | -- | CHECKCARD  1209 SQ *PLUMBI | West Covir | -- | $1,100.00 | $216,064.18 |
| West Covir | 12/11/2023 | Expense | -- | -- | CHECKCARD  1209 SQ *PLUMBI | West Covir | -- | $1,350.00 | $217,414.18 |
| West Covir | 12/11/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $712.60 | $218,126.78 |
| West Covir | 12/11/2023 | Expense | -- | -- | FLUID TECH | West Covir | -- | $504.18 | $218,630.96 |

Account QuickReport
01 Nov 2023 - 12 Feb 2024

| Account | Date | Transaction type | Num | Name | Description | Full name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| West Covir | 12/11/2023 | Expense | -- | -- | NATIONALCARWASHSOLUTION! | West Covir | -- | $1,357.79 | $219,988.75 |
| West Covir | 12/12/2023 | Expense | -- | -- | SUPPLYHOUSE.COM | West Covir | -- | $339.60 | $220,328.35 |
| West Covir | 12/12/2023 | Expense | -- | -- | SPECIALTY SALES LLC | West Covir | -- | $486.03 | $220,814.38 |
| West Covir | 12/13/2023 | Expense | -- | West Covir | CHECKCARD  1213 DRB/NOPILE | West Covir | -- | $899.00 | $221,713.38 |
| West Covir | 12/13/2023 | Expense | -- | -- | CHECKCARD  1211 EGOV-ASSIST | West Covir | -- | $249.00 | $221,962.38 |
| West Covir | 12/13/2023 | Expense | -- | -- | CHECKCARD  1212 DELAWARE ( | West Covir | -- | $210.00 | $222,172.38 |
| West Covir | 12/13/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $265.00 | $222,437.38 |
| West Covir | 12/13/2023 | Expense | -- | -- | WARE DISPOSAL | West Covir | -- | $1.84 | $222,439.22 |
| West Covir | 12/15/2023 | Expense | -- | West Covir | CHECKCARD  1213 PRIME DUM | West Covir | -- | $1,985.21 | $224,424.43 |
| West Covir | 12/15/2023 | Expense | -- | -- | NATIONALCARWASHSOLUTION! | West Covir | -- | $464.29 | $224,888.72 |
| West Covir | 12/18/2023 | Expense | -- | Grainger, Ii | GRAINGER | West Covir | -- | $80.42 | $224,969.14 |
| West Covir | 12/18/2023 | Expense | -- | Grainger, Ii | GRAINGER | West Covir | -- | $31.56 | $225,000.70 |
| West Covir | 12/19/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $294.40 | $225,295.10 |
| West Covir | 12/19/2023 | Expense | -- | -- | MCFADDEN-DALE ONTARIO | West Covir | -- | $175.52 | $225,470.62 |
| West Covir | 12/19/2023 | Expense | -- | West Covir | KLEEN RITE CORP | West Covir | -- | $1,509.65 | $226,980.27 |
| West Covir | 12/20/2023 | Expense | -- | West Covir | CHECKCARD  1219 SPRAGUES' R | West Covir | -- | $1,399.59 | $228,379.86 |
| West Covir | 12/20/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $176.23 | $228,556.09 |
| West Covir | 12/20/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $844.59 | $229,400.68 |
| West Covir | 12/20/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $64.79 | $229,465.47 |
| West Covir | 12/20/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $25.79 | $229,491.26 |
| West Covir | 12/20/2023 | Expense | -- | -- | PAYPAL *WONDERWAFER | West Covir | -- | $238.00 | $229,729.26 |
| West Covir | 12/21/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $92.95 | $229,822.21 |
| West Covir | 12/21/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $175.39 | $229,997.60 |
| West Covir | 12/21/2023 | Credit Card Expense | -- | West Covir | ECONOCRAFT CAR WASH EQUI | West Covir | -- | $164.91 | $230,162.51 |
| West Covir | 12/21/2023 | Expense | -- | -- | MCFADDEN-DALE ANAHEIM | West Covir | -- | $85.34 | $230,247.85 |
| West Covir | 12/21/2023 | Expense | -- | -- | HOFFMEYER COMPANY | West Covir | -- | $344.00 | $230,591.85 |
| West Covir | 12/21/2023 | Expense | -- | -- | FLUID TECH | West Covir | -- | $191.36 | $230,783.21 |
| West Covir | 12/22/2023 | Expense | -- | West Covir | BEARINGS & DRIVES INC 2 | West Covir | -- | $207.96 | $230,991.17 |
| West Covir | 12/22/2023 | Expense | -- | -- | MCFADDEN DALE HARDWARE | West Covir | -- | $175.52 | $231,166.69 |
| West Covir | 12/22/2023 | Expense | -- | -- | MCFADDEN-DALE SANTA ANA | West Covir | -- | $58.78 | $231,225.47 |

Account QuickReport
01 Nov 2023 - 12 Feb 2024

| Account | Date | Transaction type | Num | Name | Description | Full name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| West Covir | 12/22/2023 | Expense | -- | Spectrum | Spectrum | West Covir | -- | $373.91 | $231,599.38 |
| West Covir | 12/26/2023 | Expense | -- | West Covir | BRIDGESTONE HOSEPOWER | West Covir | -- | $328.50 | $231,927.88 |
| West Covir | 12/26/2023 | Expense | -- | -- | MCFADDEN-DALE ONTARIO | West Covir | -- | $200.75 | $232,128.63 |
| West Covir | 12/26/2023 | Expense | -- | -- | MCFADDEN-DALE ONTARIO | West Covir | -- | $11.75 | $232,140.38 |
| West Covir | 12/26/2023 | Credit Card Credit | -- | -- | THE HOSE-MAN IRWINDALE | West Covir | -- | ($31.04) | $232,109.34 |
| West Covir | 12/26/2023 | Expense | -- | -- | THE HOSE-MAN IRWINDALE | West Covir | -- | $31.04 | $232,140.38 |
| West Covir | 12/27/2023 | Expense | -- | West Covir | CHECKCARD  1226 CAR AROMA | West Covir | -- | $2,145.00 | $234,285.38 |
| West Covir | 12/27/2023 | Expense | -- | -- | AXEON WATER TECHNOLOGIES | West Covir | -- | $6,368.65 | $240,654.03 |
| West Covir | 12/27/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $167.89 | $240,821.92 |
| West Covir | 12/27/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $221.87 | $241,043.79 |
| West Covir | 12/27/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $617.83 | $241,661.62 |
| West Covir | 12/27/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $1,027.71 | $242,689.33 |
| West Covir | 12/27/2023 | Expense | -- | -- | IND METAL SUPPL-INLAND E | West Covir | -- | $232.29 | $242,921.62 |
| West Covir | 12/28/2023 | Expense | -- | West Covir | THE HOME DEPOT  12/28 #XXX) | West Covir | -- | $39.16 | $242,960.78 |
| West Covir | 12/28/2023 | Expense | -- | West Covir | THE HOME DEPOT  12/28 #XXX) | West Covir | -- | $123.56 | $243,084.34 |
| West Covir | 12/28/2023 | Expense | -- | West Covir | THE HOME DEPOT  12/28 #XXX) | West Covir | -- | $190.19 | $243,274.53 |
| West Covir | 12/28/2023 | Expense | -- | West Covir | THE HOME DEPOT  12/28 #XXX) | West Covir | -- | $8.78 | $243,283.31 |
| West Covir | 12/28/2023 | Expense | -- | West Covir | CHECKCARD  1227 CAR AROMA | West Covir | -- | $282.67 | $243,565.98 |
| West Covir | 12/28/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $674.37 | $244,240.35 |
| West Covir | 12/28/2023 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $86.31 | $244,326.66 |
| West Covir | 12/28/2023 | Expense | -- | -- | CHECKCARD  1227 (PC) 5440 CE | West Covir | -- | $800.10 | $245,126.76 |
| West Covir | 12/29/2023 | Expense | -- | West Covir | THE HOME DEPOT  12/29 #XXX) | West Covir | -- | $868.48 | $245,995.24 |
| West Covir | 12/29/2023 | Expense | -- | West Covir | CHECKCARD  1228 WALTERS WI | West Covir | -- | $326.45 | $246,321.69 |
| West Covir | 12/29/2023 | Expense | -- | West Covir | CHECKCARD  1228 WALTERS WI | West Covir | -- | $83.95 | $246,405.64 |
| West Covir | 1/2/2024 | Expense | -- | West Covir | THE HOME DEPOT  01/02 #XXX) | West Covir | -- | $66.37 | $246,472.01 |
| West Covir | 1/2/2024 | Expense | -- | West Covir | THE HOME DEPOT  12/30 #XXX) | West Covir | -- | $206.89 | $246,678.90 |
| West Covir | 1/2/2024 | Expense | -- | West Covir | THE HOME DEPOT  12/31 #XXX) | West Covir | -- | $513.95 | $247,192.85 |
| West Covir | 1/2/2024 | Expense | -- | West Covir | CHECKCARD  1229 MERRITTS A( | West Covir | -- | $90.48 | $247,283.33 |
| West Covir | 1/2/2024 | Expense | -- | West Covir | CHECKCARD  1230 MERRITTS A( | West Covir | -- | $95.46 | $247,378.79 |
| West Covir | 1/2/2024 | Expense | -- | West Covir | CHECKCARD  1230 MERRITTS A( | West Covir | -- | $77.95 | $247,456.74 |

Account QuickReport
01 Nov 2023 - 12 Feb 2024

| Account | Date | Transaction type | Num | Name | Description | Full name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| West Covir | 1/2/2024 | Expense | -- | Uline | ULINE *SHIP SUPPLIES | West Covir | -- | $1,068.18 | $248,524.92 |
| West Covir | 1/2/2024 | Expense | -- | West Covir | CHECKCARD 1229 BRIDGESTON | West Covir | -- | $270.25 | $248,795.17 |
| West Covir | 1/3/2024 | Expense | -- | West Covir | THE HOME DEPOT 01/02 #XXX) | West Covir | -- | $78.70 | $248,873.87 |
| West Covir | 1/3/2024 | Expense | -- | West Covir | CHECKCARD 0102 MARSHALLS | West Covir | -- | $85.33 | $248,959.20 |
| West Covir | 1/3/2024 | Expense | -- | -- | MERCH BNKCD NSD DES:DEPO! | West Covir | -- | $16.86 | $248,976.06 |
| West Covir | 1/4/2024 | Expense | -- | West Covir | CHECKCARD 0103 SUPPLYHOU! | West Covir | -- | $575.84 | $249,551.90 |
| West Covir | 1/4/2024 | Expense | -- | West Covir | CHECKCARD 0103 SUPPLYHOU! | West Covir | -- | $45.08 | $249,596.98 |
| West Covir | 1/4/2024 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $204.75 | $249,801.73 |
| West Covir | 1/5/2024 | Credit Card Expense | -- | West Covir | LOWES #02270* | West Covir | -- | $60.93 | $249,862.66 |
| West Covir | 1/5/2024 | Expense | -- | Petco | PETCO 0592 | West Covir | -- | $32.83 | $249,895.49 |
| West Covir | 1/5/2024 | Expense | -- | -- | WWW.AIRLINEHYD.COM | West Covir | -- | $364.29 | $250,259.78 |
| West Covir | 1/5/2024 | Expense | -- | -- | THE HOSE-MAN MONTEBELLO | West Covir | -- | $372.09 | $250,631.87 |
| West Covir | 1/5/2024 | Expense | -- | -- | SQ *TONY VIRAMONTES SOIL | West Covir | -- | $53.88 | $250,685.75 |
| West Covir | 1/5/2024 | Expense | -- | Hotels.com | HOTELTONIGHTCOMFORT S | West Covir | -- | $244.00 | $250,929.75 |
| West Covir | 1/6/2024 | Expense | -- | -- | SQ *TONY VIRAMONTES SOIL | West Covir | -- | $107.75 | $251,037.50 |
| West Covir | 1/8/2024 | Expense | -- | West Covir | CHECKCARD 0106 WEST COVIN | West Covir | -- | $12.00 | $251,049.50 |
| West Covir | 1/8/2024 | Expense | -- | West Covir | CHECKCARD 0106 WEST COVIN | West Covir | -- | $18.00 | $251,067.50 |
| West Covir | 1/8/2024 | Expense | -- | -- | MAIN ELECTRIC SANTA ANA | West Covir | -- | $32.11 | $251,099.61 |
| West Covir | 1/8/2024 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $162.94 | $251,262.55 |
| West Covir | 1/9/2024 | Expense | -- | West Covir | CHECKCARD 0108 MR NOZZLE I | West Covir | -- | $1,760.52 | $253,023.07 |
| West Covir | 1/9/2024 | Expense | -- | Pomona W | POMONA WHOLESALE | West Covir | -- | $237.14 | $253,260.21 |
| West Covir | 1/9/2024 | Expense | -- | -- | WALTERS WHOLESALE ELEC #8 | West Covir | -- | $36.88 | $253,297.09 |
| West Covir | 1/9/2024 | Expense | -- | -- | SQ *TONY VIRAMONTES SOIL | West Covir | -- | $53.87 | $253,350.96 |
| West Covir | 1/10/2024 | Credit Card Expense | -- | West Covir | KLEEN RITE CORP | West Covir | -- | $332.17 | $253,683.13 |
| West Covir | 1/10/2024 | Expense | -- | Best Buy | BEST BUY 00001024 | West Covir | -- | $14.78 | $253,697.91 |
| West Covir | 1/10/2024 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $84.32 | $253,782.23 |
| West Covir | 1/10/2024 | Expense | -- | West Covir | KLEEN RITE CORP | West Covir | -- | $65.40 | $253,847.63 |
| West Covir | 1/11/2024 | Expense | -- | -- | SQ *TONY VIRAMONTES SOIL | West Covir | -- | $53.88 | $253,901.51 |
| West Covir | 1/12/2024 | Expense | -- | West Covir | THE HOME DEPOT 01/12 #XXX) | West Covir | -- | $28.31 | $253,929.82 |
| West Covir | 1/12/2024 | Expense | -- | West Covir | CA CAR CARE | West Covir | -- | $464.30 | $254,394.12 |

Account QuickReport
01 Nov 2023 - 12 Feb 2024

| Account | Date | Transaction type | Num | Name | Description | Full name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| West Covir | 1/13/2024 | Expense | -- | West Covir | ATHENS SERVICES | West Covir | -- | $389.12 | $254,783.24 |
| West Covir | 1/13/2024 | Credit Card Expense | -- | West Covir | LOWES #02270* | West Covir | -- | $18.47 | $254,801.71 |
| West Covir | 1/17/2024 | Expense | -- | Cleaning Sy | PUR-CLEAN | West Covir | -- | $349.25 | $255,150.96 |
| West Covir | 1/18/2024 | Expense | -- | West Covir | KLEEN RITE CORP | West Covir | -- | $65.40 | $255,216.36 |
| West Covir | 1/20/2024 | Credit Card Expense | -- | West Covir | MCMASTER-CARR | West Covir | -- | $152.29 | $255,368.65 |
| West Covir | 1/24/2024 | Expense | -- | West Covir | SO CAL EDISON CO DES:BILL PA) | West Covir | -- | $136.99 | $255,505.64 |
| West Covir | 1/24/2024 | Expense | -- | West Covir | SO CAL EDISON CO DES:BILL PA) | West Covir | -- | $1,089.17 | $256,594.81 |
| West Covir | 1/24/2024 | Expense | -- | West Covir | ULINE DES:SUPPLIES ID:2 | West Covir | -- | $1,193.56 | $257,788.37 |
| West Covir | 1/26/2024 | Expense | -- | West Covir | CHECKCARD 0123 PRIME DUMI | West Covir | -- | $1,985.21 | $259,773.58 |
| West Covir | 1/26/2024 | Expense | -- | West Covir | SUBURBAN WATER S DES:SWW( | West Covir | -- | $288.69 | $260,062.27 |
| West Covir | 1/27/2024 | Expense | -- | Grainger, Ir | GRAINGER | West Covir | -- | $283.45 | $260,345.72 |
| West Covir | 1/27/2024 | Expense | -- | -- | DIY HOME CENTER #13 AG | West Covir | -- | $12.79 | $260,358.51 |
| West Covir | 2/1/2024 | Expense | -- | -- | WIRE TYPE:WIRE OUT DATE:24( | West Covir | -- | $7,450.00 | $267,808.51 |
| Total for West Covina Supplies & Materials | | | | | | | | $267,808.51 | |

Monday, February 12, 2024 11:07 PM UTC