**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>ANDREW PAUL WILLIAMS,<br><br>Debtor. | Case No. 24-bk-03761-CL7<br><br>Chapter 7 |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW PAUL WILLIAMS,<br><br>Defendant. | Adv No. 25-ap-90005-CL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST ANDREW PAUL WILLIAMS**<br><br>Dept.:        1<br>Judge:        Hon. Christopher B. Latham |

The Court, having reviewed the moving papers and having considered any argument presented on Plaintiffs ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON (collectively "Plaintiffs") Motion for Default Judgment, hereby **GRANTS** the Motion against Defendant and Debtor Andrew Paul Williams ("Debtor").

The Court hereby **ENTERS** Default Judgment as follows:

1.    Plaintiffs' debt owed by Debtor to Plaintiffs of $195,000 is excepted from discharge pursuant to 11 U.S.C. sections 523(a)(2)(A) and (a)(6).

2.    Default Judgment is entered in favor of Plaintiffs and against Debtor in the amount of $195,000.

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

**IT IS SO ORDERED.**

Dated: _____

_____
United States Bankruptcy Judge
Hon. Chritopher B. Latham

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

2                                                    Case No. 25-ap-90005-CL
ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT