CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Martin A. Eliopulos (SBN 149299)
Jake Sesti (SBN 339005)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
T: 619.236.1551      F: 619.696.1410
elio@higgslaw.com; sestij@higgslaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
ANDREW PAUL WILLIAM,

                                        Debtor(s)

BANKRUPTCY NO. 24-03761-CL7

ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON,

                                        Plaintiff(s)

ADVERSARY NO. 25-90005-CL

v.
ANDREW PAUL WILLIAM,

                                        Defendant(s)

# PROOF OF SERVICE

I,  Marie Begay                          am a resident of the State of California, over the age of 18 years,
and not a party to this action.

On   September 4, 2025            , I served the following documents:

•        Plaintiffs' Notice of Motion and Motion for Default Judgment
•        Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Default Judgment
•        Declaration of Jake Sesti in Support of Plaintiffs' Motion for Default Judgment
•        Declaration of Erik Anderson in Support of Request to Enter Default of Defendant Andrew Paul Williams
•        Order Granting Plaintiffs' Motion for Default Judgment Against Andrew Paul Williams

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

        Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the
court via NEF and hyperlink to the document. On  September 4, 2025           , I checked the CM/ECF docket for
this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail
Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos      elio@higgslaw.com; begaym@higgslaw.com

☐        Chapter 7 Trustee:

☐        For Chapter 7, 11, & 12 cases:                ☐    For Chapter 13 cases:
         UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
         ustp.region15@usdoj.gov                           mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.       **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.       **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   September 4, 2025
                          (Date)

MARIE BEGAY      /s/ Marie Begay
  (Typed Name and Signature)

401 West A Street, Suite 2600
  (Address)

San Diego, CA 92101
  (City, State, ZIP Code)