**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Martin A. Elipulos, Esq. (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Tel: 619-236-1551
Fax: 619-696-1410
Email: elio@higgslaw.com

Order Entered on
September 15, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re    ANDREW PAUL WILLIAMS<br><br><br>Debtor. | BANKRUPTCY NO.    24-bk-03761-CL7 |
| ERIK ANDERSON; NICK ASHTON; AND SANDRA ASHTON<br><br>Plaintiff(s) | ADVERSARY NO.  25-ap-90005-CL |
| v.  ANDREW PAUL WILLIAMS<br><br>Defendant(s) | Date of Hearing:<br>Time of Hearing:<br>Name of Judge:  Hon. Christopher B. Latha |

### ORDER ON
### PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

The court orders as set forth on the continuation pages attached and numbered  2  through  2  with                    jro

exhibits, if any, for a total of 2 pages.  Motion/Application Docket Entry No. 12 .

//

//

//

//

DATED:      September 15, 2025

_____
Judge, United States Bankruptcy Court

CSD 3000A [07/01/18]                                                                 Page **2** of **2**

ORDER ON  PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

DEBTOR:  ANDREW PAUL WILLIAMS                          CASE NO.:24-bk-03761-CL7

                                                       ADV NO.:25-ap-90005-CL

---

The Court, having considered the Motion for Entry of Default Judgment (the "Motion") and all supporting pleadings and papers filed by Plaintiffs, ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON (collectively "Plaintiffs") on September 4, 2025 as ECF #12 in the above-referenced Adversary Proceeding filed against Debtor, ANDREW PAUL WILLIAMS ("Debtor"), and good cause appearing therefore, rules as follows:

1.   The Motion is GRANTED;

2.   The $195,000.00 debt owed by Debtor to Plaintiffs identified and established by Plaintiffs in the Motion, and in an amount less than prayed for by Plaintiffs in the adversary complaint filed on January 6, 2025, as ECF #1 in the above-referenced Adversary Proceeding, is hereby excepted from discharge pursuant to 11 U.S.C. sections 523(a)(2)(A) and (a)(6);and

3.   Judgment is hereby entered in favor of Plaintiffs and against Debtor in the amount of $195,000.00.

IT IS SO ORDERED.

CSD 3000A

Signed by Judge Christopher B. Latham September 15, 2025