# Notice Recipients

District/Off: 0974–3       User: Admin.       Date Created: 9/15/2025

Case: 25–90005–CL       Form ID: pdfO1       Total: 1

**Recipients of Notice of Electronic Filing:**

aty       Martin A. Eliopulos       elio@higgslaw.com

TOTAL: 1