**CSD 3029** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Martin A. Eliopulos, Esq., SBN 149299
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA  92101
Tel: 619.236.1551
E-mail:  elio@higgslaw.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
ANDREW PAUL WILLIAMS

Debtor.

BANKRUPTCY NO.  24-bk-03761-CL7

ERIK ANDERSON; NICK ASHTON and SANDRA
ASHTON,

Plaintiff(s)

ADVERSARY NO.  25-ap-90005-CL

v.

ANDREW PAUL WILLIAMS

Defendant(s)

## JUDGMENT BY DEFAULT

The court orders as set forth on the continuation pages attached and numbered __2__ through __5__ with

exhibits, if any, for a total of __5__ pages.  Request for Default Docket Entry No. __6__ .

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

**CSD 3029**

**CSD 3029** [07/01/18]**(Page 2)**
DEBTOR:  ANDREW PAUL WILLIAMS
CASE NO: 24-bk-03761-CL7
ADVERSARY NO.: 25-ap-90005-CL
JUDGMENT BY DEFAULT

Default was entered against defendant,  <u>ANDREW PAUL WILLIAMS</u>

on <u>February 18, 2025</u>        .  Therefore, on motion of the plaintiff, judgment is entered against that defendant

in favor of the plaintiff as follows.

**It is ordered that**:

As set forth in the Order on Plaintiffs' Motion for Default Judgment entered by the Bankruptcy Court in the above-referenced adversary proceeding on September 15, 2025, as ECF #13, a true and correct copy of which is attached hereto as Exhibit A, the $195,000.00 debt owed by Debtor and Defendant, ANDREW PAUL WILLIAMS, to Creditors and Plaintiffs ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON, identified and established by Plaintiffs in their Motion for Default Judgment filed on September 4, 2025, as ECF #12, and in an amount less than prayed for by Plaintiffs in the adversary complaint filed on January 6, 2025, as ECF #1, is hereby excepted from discharge and is therefore nondischargeable pursuant to 11 U.S.C. sections 523(a)(2)(A) and (a)(6).

**CSD 3029**

# EXHIBIT "A"

**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Martin A. Elipulos, Esq. (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Tel: 619-236-1551
Fax: 619-696-1410
Email: elio@higgslaw.com

Order Entered on
September 15, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re    ANDREW PAUL WILLIAMS

Debtor.

BANKRUPTCY NO.    24-bk-03761-CL7

ERIK ANDERSON; NICK ASHTON; AND SANDRA ASHTON

Plaintiff(s)

ADVERSARY NO.  25-ap-90005-CL

v.  ANDREW PAUL WILLIAMS

Defendant(s)

Date of Hearing:
Time of Hearing:
Name of Judge:   Hon. Christopher B. Latha

## ORDER ON
### PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with    jro

exhibits, if any, for a total of 2 pages.  Motion/Application Docket Entry No. 12 .

//

//

//

//

DATED:    September 15, 2025

_____
Judge, United States Bankruptcy Court

CSD 3000A [07/01/18]                                                                                          Page **2** of **2**

ORDER ON  PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
DEBTOR:  ANDREW PAUL WILLIAMS                                      CASE NO.:24-bk-03761-CL7
                                                                  ADV NO.:25-ap-90005-CL

---

The Court, having considered the Motion for Entry of Default Judgment (the "Motion") and all supporting pleadings and papers filed by Plaintiffs, ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON (collectively "Plaintiffs") on September 4, 2025 as ECF #12 in the above-referenced Adversary Proceeding filed against Debtor, ANDREW PAUL WILLIAMS ("Debtor"), and good cause appearing therefore, rules as follows:

1.   The Motion is GRANTED;

2.   The $195,000.00 debt owed by Debtor to Plaintiffs identified and established by Plaintiffs in the Motion, and in an amount less than prayed for by Plaintiffs in the adversary complaint filed on January 6, 2025, as ECF #1 in the above-referenced Adversary Proceeding, is hereby excepted from discharge pursuant to 11 U.S.C. sections 523(a)(2)(A) and (a)(6);and

3.   Judgment is hereby entered in favor of Plaintiffs and against Debtor in the amount of $195,000.00.

IT IS SO ORDERED.

CSD 3000A

Signed by Judge Christopher B. Latham September 15, 2025