NTF
Rev. 02/25

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

| | |
|---|---|
| Andrew Paul Williams<br><br>Debtor(s) | BANKRUPTCY NO.  24–03761–CL7 |
| Erik Anderson et al.<br><br>Plaintiff(s) | ADVERSARY NO.  25–90005–CL |
| v.<br><br>Andrew Paul Williams<br><br>Defendant(s) | *see Note* |

**Notice To Filer Of Errors And/Or Deficiencies in Documents**

Document Number **15**   filed on: **10/3/25**
Title of Document: **Motion for Entry of Judgment**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

Selected Event description does not match PDF image. The Filer is directed to refile the document using the correct Event.

 Visit the Court website CM/ECF Training & Registration page. The training focuses on court–specific filing requirements and is available online for you to complete at your own pace with training video included. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phonelist.

**ACTION TAKEN BY COURT**
☐ Atty/Debtor/Movant contacted on                    via ☐ Tel/Voice Mail        ☐ Email ☐ Mail or Other

**OTHER:** **Missing Motion for Entry of Judgment.**

**Also, if applicable, please Upload the Judgment via OrderUpload.**

Dated: 10/6/25

Mark Schnakenberg
Clerk of the Bankruptcy Court