# Notice Recipients

District/Off: 0974–3            User: Admin.            Date Created: 10/7/2025
Case: 25–90005–CL             Form ID: pdfO1          Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Martin A. Eliopulos          elio@higgslaw.com

TOTAL: 1