CSD 3059 [10/01/24]

Name, Address, Telephone No. & ID No.

Martin A. Eliopulos, Esq. (SBN 149299)
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
Tel: (619) 236-1551

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAMS<br><br><div align="right">Debtor(s)</div> | Bankruptcy No. 24-bk-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON AND SANDRA ASHTON<br><br><div align="right">Plaintiff(s)</div> | Adversary No.   25-ap-90005-CL |
| v.<br>ANDREW PAUL WILLAMS<br><br><div align="right">Defendant(s)</div> | |

## ABSTRACT OF JUDGMENT

I certify that in this proceeding, Judgment was entered [or registered] in the docket of the United States Bankruptcy Court for the Southern District of California on   September 15, 2025   in favor of

ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON

and against

| Name | Social Security Number [last 4 digits] | ☐ Unknown |
|---|---|---|
| ANDREW PAUL WILLIAMS | 6131<br>Driver's License Number [last 4 digits] and state | ☑ Unknown |

☑   Judgment Entered on (date): 9/15/2025          ☐   Judgment Renewed on (date): _____

For $ 195,000.00          Principal, $ 0.00          Interest

$ 0.00          Attorney Fees, and $ 0.00          Costs.

ATTESTED this 12th     Day of    March 2026

[Seal of the U.S. Bankruptcy Court]

Mark T. Schnakenberg, Clerk

By: _____, Deputy Clerk

**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Martin A. Elipulos, Esq. (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Tel: 619-236-1551
Fax: 619-696-1410
Email: elio@higgslaw.com

Order Entered on
September 15, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re    ANDREW PAUL WILLIAMS<br><br>Debtor. | BANKRUPTCY NO.    24-bk-03761-CL7 |
| ERIK ANDERSON; NICK ASHTON; AND SANDRA ASHTON<br><br>Plaintiff(s) | ADVERSARY NO.  25-ap-90005-CL |
| v.  ANDREW PAUL WILLIAMS<br><br>Defendant(s) | Date of Hearing:<br>Time of Hearing:<br>Name of Judge:  Hon. Christopher B. Latha |

## ORDER ON
### PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with    jro

exhibits, if any, for a total of 2 pages.  Motion/Application Docket Entry No. 12 .

//

//

//

//

DATED:     September 15, 2025

Judge, United States Bankruptcy Court

CSD 3000A [07/01/18]                                                                      Page **2** of **2**

ORDER ON  PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
DEBTOR:  ANDREW PAUL WILLIAMS                                CASE NO.:24-bk-03761-CL7
                                                            ADV NO.:25-ap-90005-CL

---

The Court, having considered the Motion for Entry of Default Judgment (the "Motion") and all supporting pleadings and papers filed by Plaintiffs, ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON (collectively "Plaintiffs") on September 4, 2025 as ECF #12 in the above-referenced Adversary Proceeding filed against Debtor, ANDREW PAUL WILLIAMS ("Debtor"), and good cause appearing therefore, rules as follows:

1.   The Motion is GRANTED;

2.   The $195,000.00 debt owed by Debtor to Plaintiffs identified and established by Plaintiffs in the Motion, and in an amount less than prayed for by Plaintiffs in the adversary complaint filed on January 6, 2025, as ECF #1 in the above-referenced Adversary Proceeding, is hereby excepted from discharge pursuant to 11 U.S.C. sections 523(a)(2)(A) and (a)(6);and

3.   Judgment is hereby entered in favor of Plaintiffs and against Debtor in the amount of $195,000.00.

IT IS SO ORDERED.

CSD 3000A

Signed by Judge Christopher B. Latham September 15, 2025