CSD 3060 [11/15/04]

Name, Address, Telephone No. & I.D. No.

Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Tel: 619-236-1551
Fax: 619-696-1410
Email: elio@higgslaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAMS<br><br>Debtor | Bankruptcy No.  24-bk-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON<br><br>Plaintiff(s) | Adversary No.  25-ap-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS<br><br>Defendant(s) | |

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

1. ☒ Judgment creditor  ☐ Assignee of record  ☐ Plaintiff who has a right to attach order applies for an order requiring (name): ANDREW PAUL WILLIAMS_____  to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

2. The person to be examined is
   ☒ the judgment debtor.
   ☐ a third person (1) who has possession or control of property belonging to the judgement debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250.  An affidavit supporting this application under CCP §491.110 or §708.120 is attached.

3. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.

4. ☐ This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment.  An affidavit supporting an application under CCP §491.150 or §708.160 is attached.

5. ☐ The Judgment debtor has been examined within the past 120 days.  An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  March 12, 2026

/s/ Martin A. Eliopulos_____
[Attorney for] Moving Party

CSD 3060                    **SUBMIT WITH ORDER TO APPEAR FOR EXAMINATION (CSD 3061)**