CSD 3057 [12/01/24]

Name, Address, Telephone No. & ID No.
 Martin A. Eliopulos (SBN 149299)
 Higgs Fletcher & Mack LLP
 401 West A Street, Suite 2600
 San Diego, CA 92101
 Tel: 619-236-1551
 Fax: 619-696-1410
 Email: elio@higgslaw.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAMS<br><br>Debtor(s) | Bankruptcy No.  24-bk-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON<br><br>Plaintiff(s) | Adversary No.  25-ap-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS<br><br>Defendant(s) | |

## REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, ___Martin A. Eliopulos, Esq._____, the undersigned, hereby state that:

1.    Judgment for $195,000.00 was entered on 09/15/2025, in the docket of the above-entitled proceeding in the United States Bankruptcy Court, for the Southern District of California, in favor of Plaintiffs and Judgment Creditors ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON

as Judgment Creditor, and against
Defendant ANDREW PAUL WILLIAMS

as Judgment Debtor.

[IF A REGISTERED JUDGMENT:]  The judgment was registered under Title 28, U.S. Code §1963, being a judgment which was obtained in Case No. 25-ap-90005-CL in the United States Bankruptcy Court for the Southern District of California that has become FINAL.

2.    I am the attorney for the Judgment Creditor, and request issuance of a Writ of Execution on the judgment.

☒  Filed concurrently is the Declaration in Support of Request for Issuance of Writ of Execution using Local Form CSD 3057A if required by LBR 7069-1(b).

CSD 3057 [12/01/24]

3.      ACCRUED since the entry of judgment are the following sums:

$3,471.00 accrued interest, computed at 3.65% [1]

$0.00 accrued costs.

4.      CREDIT must be given for payments and partial satisfactions in the total sum of $0.00 which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $198,471.00 ACTUALLY DUE on this date.  OF THIS TOTAL, $195,000.00 is the amount of the original judgment as entered still remaining due and bearing interest at 3.65% in the amount of $19.50 per day from this date.

I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: March 12, 2026                                    /s/ Martin A. Eliopulos
                                                      Signature of (Attorney for) Judgment Creditor

---

[1]The current legal rate of interest may be obtained by calling (619) 557-5620.