CSD 3057A [12/01/24]

Name, Address, Telephone No. & ID No.

Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Tel: 619-236-1551
Fax: 619-696-1410

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAMS<br><br>Debtor(s) | Bankruptcy No.  24-bk-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON<br><br>Plaintiff(s) | Adversary No.  25-ap-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS<br><br>Defendant(s) | |

## DECLARATION IN SUPPORT OF REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, Martin A. Eliopulos, declare as follows:

1.     I claim the following costs after judgment incurred within the last two years:

$ _____ incurred on the _____ day of _____, 20_____.
[Description: _____]
$ _____ incurred on the _____ day of _____, 20_____.
[Description: _____]
$ _____ incurred on the _____ day of _____, 20_____.
[Description: _____]

Resulting in $ 0.00 total costs added.

[Attach Any Additional Memorandum of Costs or Motions to Claim Costs ("MOC")]

$ 0.00 total costs have been added since judgment was entered.

2.     CREDIT must be given for the following payments and partial satisfactions ("PS"):

$ _____ incurred on the _____ day of _____, 20_____.
$ _____ incurred on the _____ day of _____, 20_____.
$ _____ incurred on the _____ day of _____, 20_____.

[Attach Any Additional Payments or Partial Satisfactions]

[Credits are first applied toward outstanding costs/interest then to remaining principal]

CSD 3057A [12/01/24]

3.     INTEREST has accrued in the following amounts in accordance with the costs added and partial satisfactions made toward the judgment:

Interest accrues at 3.65 % per annum.

$ _____ from [date of judgment] to [date of first MOC or PS]
$ _____ from [date of first MOC or PS] to [date of next MOC or PS]

[Attach any additional interest calculations; interest ceases to accrue on any portion of paid principal as of the time that payment is made]

$ 3,471.00 Total Interest Accrued

Leaving $ 198,471.00 PRESENTLY DUE on this date.  OF THIS TOTAL, $ 195,000.00 is the amount of the original judgment as entered still remaining due and bearing interest at 3.65% in the amount of $ 19.50 per day from this date.

I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.


Dated:  March 12, 2026                          /s/ Martin A. Eliopulos
                                                _____
                                                Signature of Judgment Creditor

                                           By:  Martin A. Eliopulos
                                                _____

                                           Its  Attorney of Record
                                                _____

                    Name of Judgment Creditor  Plaintiffs ERIK ANDERSON, NICK ASHTON, and
                                                SANDRA ASHTON
                                                _____