CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Email: elio@higgslaw.com
T: 619.236.1551
F: 619.696.1410

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
ANDREW PAUL WILLIAM,

Debtor(s)

BANKRUPTCY NO. 24-03761-CL7

ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON,

Plaintiff(s)

ADVERSARY NO. 25-90005-CL

v.
ANDREW PAUL WILLIAM,

Defendant(s)

# PROOF OF SERVICE

I, Marie Begay                    am a resident of the State of California, over the age of 18 years, and not a party to this action.

On   March 20, 206                    , I served the following documents:

•       ABSTRACT OF JUDGMENT
•       APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION CSD3060
•       ORDER TO APPEAR FOR EXAMINATION CSD3061
•       REQUEST FOR ISSUANCE OF WRIT OF EXECUTION CSD 3057
•       DECLARATION IN SUPPORT OF REQUEST FOR ISSUANCE OF WRIT OF EXECUTION CSD 3057A
•       WRIT OF EXECUTION

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On   March 20, 2026                 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos       elio@higgslaw.com; begaym@higgslaw.com

☐       Chapter 7 Trustee:

☐       For Chapter 7, 11, & 12 cases:                ☐   For Chapter 13 cases:
        UNITED STATES TRUSTEE                            MICHAEL KOCH, TRUSTEE
        ustp.region15@usdoj.gov                          mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.      **Served by United States Mail**:

On March 20, 2026_____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Andrew Paul Williams
12136 Avenida Sivrita
San Diego, CA 92121

(Courtesy Copy)
Ronald E. Stadtmueller
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  March 20, 2026_____          MARIE BEGAY       /s/ Marie Begay_____
                  (Date)                                   (Typed Name and Signature)

                                                         401 West A Street, Suite 2600_____
                                                            (Address)

                                                         San Diego, CA 92101_____
                                                            (City, State, ZIP Code)