# Notice Recipients

| District/Off: 0974–3 | User: Admin. | Date Created: 3/25/2026 |
|---|---|---|
| Case: 25–90005–CL | Form ID: pdfO1 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty        Martin A. Eliopulos        elio@higgslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla        Erik Anderson        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street, Suite 2600        San Diego, CA 92101
pla        Nick Ashton        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street, Suite 2600        San Diego, CA 92101
pla        Sandra Ashton        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street, Suite 2600        San Diego, CA 92101
dft        Andrew Paul Williams        12136 Avenida Sivrita        San Diego, CA 92121

TOTAL: 4