CSD 3059 [10/01/24]

Name, Address, Telephone No. & ID No.

Martin A. Eliopulos, Esq. (SBN 149299)
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
Tel: (619) 236-1551

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAMS<br><br>Debtor(s) | Bankruptcy No. 24-bk-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON AND SANDRA ASHTON<br><br>Plaintiff(s) | Adversary No.   25-ap-90005-CL |
| V.<br>ANDREW PAUL WILLAMS<br><br>Defendant(s) | |

## ABSTRACT OF JUDGMENT

I certify that in this proceeding, Judgment was entered [or registered] in the docket of the United States Bankruptcy Court for the Southern District of California on  September 15, 2025                          in favor of

ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON


and against

| Name | Social Security Number [last 4 digits] | ☐ | Unknown |
|---|---|---|---|
| ANDREW PAUL WILLIAMS | 6131<br>Driver's License Number [last 4 digits] and state | ☑ | Unknown |

☑  Judgment Entered on (date): 9/15/2025              ☐  Judgment Renewed on (date): _____

For $ 195,000.00                   Principal, $ 0.00                                Interest

  $ 0.00                         Attorney Fees, and $ 0.00                        Costs.

ATTESTED this 2 6 + h   Day of   March 2026

[Seal of the U.S. Bankruptcy Court]        Mark T. Schnakenberg, Clerk

By: _____Brian Cary/_____ , Deputy Clerk