# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

## *Hearing Information:*

**ADV:** 25-90005-CL
Erik Anderson et al. vs Andrew Paul Williams

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Andrew Paul Williams | | |
| **BK Case Number:** | 24-03761-CL7 | **Chapter:** | 7 |
| **Date / Time / Room:** | 05/04/2026 10:00 AM, Department 3 | | |
| **Bankruptcy Judge:** | Christopher B. Latham | | |
| **Courtroom Clerk:** | Russell Paluso | | |
| **ECRO:** | FTR | | |

## *Matters:*

HEARING ON SUBMISSION OF ORDER TO APPEAR FOR EXAMINATION

## *Appearances:*

Martin A. Eliopulos, Attorney for Erik Anderson, Nick Ashton, Sandra Ashton (telephonically)
Andrew Paul Williams

## *Disposition:*

Mr. Williams appeared voluntary for the debtor's examination and submitted to the Court's jurisdiction over him for that purpose for which that Court thanks him.

On the record, Court put him under oath and there will be a debtor's examination that will be arranged between Mr. Eliopulos and Mr. Williams.

Mr. Williams will call Mr. Eliopulos at the telephone number indicated. Mr Eliopulos will provide Mr. Williams with a copy of the subpeona and list of documents that he is looking for.  The communication will be by telephone to arrange of all that.

The debtor's examination will take place by video at a venue that is close to where Mr. Williams live. The parties are to meet and confer over that so Mr. Williams doesn't have to drive down to San Diego.