**CSD 1000** [12/01/03]
Name, Address, Telephone No. & I.D. No.

Andrew Paul Williams
12641 Antioch Rd. Suite #1045
Overland Park KS 66213
(619) 796-6469

FILED

2026 MAY 12 PM 2:46

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re    Williams

BANKRUPTCY NO. 24-03761-C17
25-90005CL

[add if filing in response to hearing]
Date of Hearing: June 8 2026
Time of Hearing: 10:30 am
Name of Judge: Hon. Christopher B. Lathan

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-6131    Debtor.

Request for Judicial notice

CSD 1000

P 90005 Req-7Pg

Andrew Paul Williams
Defendant, Pro Se
Mailing Address: 12641 Antioch Rd., Suite #1045
Overland Park, KS 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* | Bankruptcy Case No. 24-03761-CL7<br>Chapter 7 |
| **ANDREW PAUL WILLIAMS,** | |
| Debtor. | Adv. Proc. No. 25-90005-CL |
| | **DEFENDANT'S MOTION TO VACATE** |
| **ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON,** | **DEFAULT AND DEFAULT JUDGMENT** |
| Plaintiffs, | **PURSUANT TO FED. R. CIV. P. 60(b)**<br>**(Made Applicable by Fed. R. Bankr. P. 9024)** |
| v. | |
| **ANDREW PAUL WILLIAMS,** | Hearing Date: June 8, 2026<br>Hearing Time: 10:30 a.m.<br>Judge: Hon. Christopher B. Latham |
| Defendant. | Dept.: 1, Room 218 |

## REQUEST FOR JUDICIAL NOTICE
## IN SUPPORT OF MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Evidence 201, Defendant Andrew Paul Williams respectfully requests that this Court take judicial notice of the following documents in connection with his Motion to Vacate Default and Default Judgment Pursuant to Federal Rule of Civil Procedure 60(b), filed concurrently herewith:

## DOCUMENTS ON FILE WITH THIS COURT

1.    **ECF No. 1, Adversary Complaint** filed January 6, 2025 by Plaintiffs Erik Anderson, Nick Ashton, and Sandra Ashton, including all exhibits attached thereto. Of particular relevance: paragraph 25 of the Complaint and Exhibit B thereto (the WCCW Operating Agreement).

2.    **ECF No. 2, Summons in Adversary Proceeding**, issued January 6, 2025.

3.    **ECF No. 4, Proof of Service of Summons**, filed January 7, 2025, showing service by mail addressed to "Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92121."

4.    **ECF No. 5, Notice of Compliance Re Early Conference (FRBP 7016)**, filed January 7, 2025.

5.    **ECF No. 6-1, Declaration of Jake D. Sesti in Support of Request to Enter Default**, filed February 14, 2025, including Exhibit A thereto (showing the same erroneous service ZIP code).

6.    **ECF No. 7, Clerk's Entry of Default**, entered February 18, 2025.

7.    **ECF No. 9, Notice of Intent to Dismiss Adversary Proceeding Without Prejudice for Want of Prosecution**, issued by the Clerk on August 14, 2025 under Local Bankruptcy Rule 7041-1, citing more than three months of inactivity and failure of Plaintiffs to submit a default judgment.

8. **ECF No. 12, Plaintiffs' Motion for Default Judgment**, filed September 4, 2025.

9. **ECF No. 12-3, Exhibit to Motion for Default Judgment** (Plaintiffs' documentary evidence consisting of the bank records on which Plaintiffs themselves rely; the ground for judicial notice is established by Plaintiffs' own filing of the document with this Court). These records show, among other things, that CWM contributed approximately $350,000 to the West Covina project, substantially in excess of CWM's $200,000 capital commitment and approximately 175% of the Plaintiffs' combined $200,000 contributions.

10. **ECF No. 12-4, Additional Exhibit to Motion for Default Judgment** (additional bank records filed by Plaintiffs supporting the figures in paragraph 9 above).

11. **ECF No. 13, Order on Plaintiffs' Motion for Default Judgment**, entered September 15, 2025, signed by Hon. Christopher B. Latham.

12. **ECF No. 15, Default Judgment**, entered October 3, 2025 (containing errors).

13. **ECF No. 16, Notice to Filer of Errors**, filed October 6, 2025.

14. **ECF No. 17, Amended Default Judgment**, entered October 7, 2025, signed by Hon. J. Barrett Marum.

15. **ECF No. 19, Abstract of Judgment; ECF No. 20, Application for Order to Appear for Examination; ECF No. 20-1, Order to Appear for Examination;**

**ECF No. 21, Request for Issuance of Writ of Execution**; **ECF No. 21-2, Writ of Execution**; all filed March 20, 2026.

16.    **ECF No. 24, Order to Appear for Examination (Supplemental)**, filed March 25, 2026, scheduling debtor examination for May 4, 2026 at 10:00 a.m.

17.    **ECF No. 28, Writ of Execution issued by the Clerk**, March 30, 2026.

## RELATED BANKRUPTCY CASE DOCUMENTS

18.    **Voluntary Petition for Relief Under Chapter 7** filed October 4, 2024, in the underlying Bankruptcy Case No. 24-03761-CL7, listing 12136 Avenida Sivrita, San Diego, CA, as Debtor's address.

19.    **Order Discharging Debtor**, entered January 7, 2025, in the underlying Bankruptcy Case No. 24-03761-CL7 (Bankr. ECF No. 15).

## PUBLICLY VERIFIABLE RECORDS

20.    **United States Postal Service ZIP Code Lookup** confirming that the address "12136 Avenida Sivrita, San Diego, CA" corresponds to ZIP code 92128, not 92121. ZIP code 92121 corresponds to a different community (Sorrento Valley) approximately eight miles away. This is publicly verifiable through the official USPS ZIP lookup tool (https://tools.usps.com/zip-code-lookup.htm). Judicial notice of geographic facts and government-published ZIP code data is appropriate. Fed. R. Evid. 201(b)(2). *See Daniels-Hall v. National Education Association*, 629 F.3d 992,

998-99 (9th Cir. 2010) (judicial notice of public records and information on government websites).

21.    **Public Google business listing** for "Sun Day Carwash" at 310 South Vincent Avenue, West Covina, CA 91790, showing the business as operating with public reviews and ratings, attached to the Declaration of Andrew Paul Williams as Exhibit B. *See Threshold Enters. Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 146 (N.D. Cal. 2020) ("courts may take judicial notice of publicly available information, including the contents of websites whose accuracy and authenticity is not subject to reasonable dispute").

22.    **Public Yelp business listing** for "Sun Day Carwash" at 310 South Vincent Avenue, West Covina, CA 91790.

23.    **City of West Covina official Instagram post** dated December 15, 2025 featuring Sun Day Carwash at 310 South Vincent Avenue. As an official social media communication of a municipal government, this post is a record "not subject to reasonable dispute". Fed. R. Evid. 201(b)(2).

## STANDARD FOR JUDICIAL NOTICE

Federal Rule of Evidence 201(b) authorizes judicial notice of facts that are "not subject to reasonable dispute" because they (1) are generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Rule 201(c)(2) makes judicial notice mandatory

when a party requests it and supplies the necessary information. Court files in a related proceeding, ZIP code data published by the USPS, and operating businesses with public listings each meet that standard. *See Daniels-Hall*, 629 F.3d at 998-99; *Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001) ("a court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment").

All of the documents identified herein (with the exception of the website screenshots) are already filed in this Court's record in either this Adversary Proceeding or the underlying Bankruptcy Case. The ZIP code data is published by an agency of the United States. The operating-business records are publicly available through Google, Yelp, and an official municipal social media account. None of the items is reasonably subject to dispute.

**WHEREFORE**, Defendant respectfully requests that the Court take judicial notice of items 1 through 23 above in connection with the Motion to Vacate Default and Default Judgment.

Dated: _____5/12_____, 2026

_A.P Williams_

Andrew Paul Williams, Defendant, Pro Se