CSD 3015 [12/01/23]

| |
|---|
| *Name, Address, Telephone No. & I.D. No.*<br>**Andrew Paul Williams**<br>Defendant, Pro Se<br>Mailing Address: 12641 Antioch Rd. Suite #1045<br>Overland Park, KS 66213<br>Telephone: (619) 796-6469<br>Email: andrew@carwashmgmt.com |



FILED
2026 MAY 12 PM 2:46
CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF.

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF CALIFORNIA

325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| *In Re*<br>**ANDREW PAUL WILLIAMS,**<br>Debtor. | BANKRUPTCY NO.<br>**24-03761-CL7**<br>Chapter 7  25-90005-CL |
| **ERIK ANDERSON, NICK ASHTON, and**<br>**SANDRA ASHTON,**<br>Plaintiffs,<br>v.<br>**ANDREW PAUL WILLIAMS,**<br>Defendant. | ADVERSARY NO.<br>**25-90005-CL**<br>Hon. Christopher B. Latham<br>Hearing Date: June 8, 2026<br>Hearing Time: 10:30 a.m.<br>Dept. 1, Room 218 |
| **NOTICE OF HEARING AND MOTION** | |

**TO:** Plaintiffs Erik Anderson, Nick Ashton, and Sandra Ashton, by and through their counsel of record, Martin A. Eliopulos and Jake D. Sesti of Higgs Fletcher & Mack LLP, 401 West A Street, Suite 2600, San Diego, California 92101; Chapter 7 Trustee Leslie T. Gladstone, 5656 La Jolla Boulevard, La Jolla, California 92037; and the Office of the United States Trustee, 880 Front Street, Suite 3230, San Diego, California 92101:

You are hereby notified that on **June 8, 2026**, at **10:30 a.m.**, in Department **1**, Room **218**, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of **Andrew Paul Williams, Defendant, appearing pro se**, Movant, for an order pursuant to Federal Rule of Civil Procedure 60(b), made applicable by Federal Rule of Bankruptcy Procedure 9024, vacating: (1) the Clerk's Entry of Default (ECF No. 7); (2) the Order on Plaintiffs' Motion for Default Judgment (ECF No. 13); (3) the Default Judgment (ECF No. 15); and (4) the Amended Default Judgment (ECF No. 17); and granting Defendant leave to file a responsive pleading.

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, not later than fourteen (14) days from the date of service.

**DATED:** _____5/12_____, 2026

90                                                                      41

**Andrew Paul Williams**
Defendant, Pro Se

---

1 Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 3015 [12/01/23]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on ____12____ day of ____May____, 2026, I served a true copy of the within **NOTICE OF HEARING AND MOTION**, together with the following pleadings and documents on the persons listed below by the mode of service shown below:

**Accompanying papers served:**

(1) Defendant's Motion to Vacate Default and Default Judgment Pursuant to Fed. R. Civ. P. 60(b) and Memorandum of Points and Authorities;

(2) Declaration of Andrew Paul Williams in Support of Motion to Vacate;

(3) Defendant's Request for Judicial Notice;

(4) [Proposed] Order Granting Motion to Vacate;

(5) Defendant's Motion to File Documents Under Seal;

(6) [Proposed] Order Granting Motion to File Documents Under Seal;

(7) Public Index of Sealed Exhibit E;

(8) Certificate of Service;

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rule(s), the documents listed above will be served by the Court via NEF and hyperlink to the document. On ____5/12____, 2026, I checked the CM/ECF docket for this adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated:

Martin A. Eliopulos, Esq.  -  elio@higgslaw.com  (Counsel for Plaintiffs)

Jake D. Sesti, Esq.  -  sestij@higgslaw.com  (Counsel for Plaintiffs)

Office of the United States Trustee  -  ustp.region15@usdoj.gov

Leslie T. Gladstone, Chapter 7 Trustee  -  [trustee email per CM/ECF docket]

2. **Served by United States Mail:**

On ____5/12____, 2026, I served the following persons and entities at the last known addresses in this adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via first class, postage prepaid, addressed as follows:

Martin A. Eliopulos, Esq.

Jake D. Sesti, Esq.

Higgs Fletcher & Mack LLP

401 West A Street, Suite 2600

San Diego, California 92101

(Counsel for Plaintiffs Erik Anderson, Nick Ashton, and Sandra Ashton)

Leslie T. Gladstone, Esq.

Chapter 7 Trustee

5656 La Jolla Boulevard

La Jolla, California 92037

Office of the United States Trustee

880 Front Street, Suite 3230

San Diego, California 92101

3.  **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed. R. Civ. P. 5 and controlling LBR, on _____, 2026, I served the following persons and entities by [check one and complete]: ☐ personal delivery; ☐ facsimile transmission (with consent); ☐ overnight delivery; ☐ electronic mail (with consent), as follows:

[List recipients here, if any, or write "None."]

*I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.*

Executed on: _____5/12_____, 2026

_____

**Andrew Paul Williams**

Mailing Address: 12641 Antioch Rd. Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com