**CSD 1000** [12/01/03]
Name, Address, Telephone No. & I.D. No.

Andrew Paul Williams
12641 Antioch Rd. Suite #1045
Overland Park KS 66213

(619) 796-6469

FILED

2026 MAY 12 PM 2:46

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re **Williams**

BANKRUPTCY NO. 24-03761-C17
25-90005-CL

[add if filing in response to hearing]
Date of Hearing: June 8 2026
Time of Hearing: 10:30 am
Name of Judge: Hon. Christopher B. Latham

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-**6131**    Debtor.

Certificate of Service

CSD 1000

el 0,0005 cer 4P

Andrew Paul Williams
Defendant, Pro Se
Mailing Address: 12641 Antioch Rd., Suite #1045
Overland Park, KS 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* | Bankruptcy Case No. 24-03761-CL 7 |
| **ANDREW PAUL WILLIAMS,** | Chapter 7 |
| Debtor. | Adv. Proc. No. 25-90005-CL |

**DEFENDANT'S MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b) (Made Applicable by Fed. R. Bankr. P. 9024)**

**ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON,**

Plaintiffs,

v.

**ANDREW PAUL WILLIAMS,**

Defendant.

Hearing Date: June 8, 2026
Hearing Time: 10:30 a.m.
Judge: Hon. Christopher B. Latham
Dept.: 1, Room 218

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am over the age of eighteen years, and not a party to the above-captioned Adversary Proceeding.

On _____5/12_____, 2026, I caused to be served the following documents, filed concurrently herewith in the above-captioned Adversary Proceeding:

1.      Notice of Motion and Motion to Vacate Default and Default Judgment Pursuant to Federal Rule of Civil Procedure 60(b); Memorandum of Points and Authorities in Support Thereof;

2.      Declaration of Andrew Paul Williams in Support of Motion to Vacate Default and Default Judgment, with Exhibits A through H thereto;

3.      Request for Judicial Notice in Support of Motion to Vacate Default and Default Judgment;

4.      [Proposed] Order Vacating Default, Default Judgment, and Amended Default Judgment, and Staying Collection Activity;

5.      This Certificate of Service.

Service was effected by the following methods, on the parties identified below:

**BY UNITED STATES MAIL**

I caused a true and correct copy of each of the documents identified above to be enclosed in a sealed envelope, with first-class postage thereon fully prepaid, and deposited the envelope(s) in the United States Mail at _San Diego_, addressed as follows:

**Counsel for Plaintiffs Erik Anderson, Nick Ashton, and Sandra Ashton:**

Martin A. Eliopulos, Esq.

Higgs Fletcher & Mack LLP

401 West A Street, Suite 2600

San Diego, CA 92101

**Office of the United States Trustee:**

Office of the U.S. Trustee

880 Front Street, Suite 3230

San Diego, CA 92101

**Chapter 7 Trustee (underlying bankruptcy):**

Leslie T. Gladstone, Chapter 7 Trustee

5656 La Jolla Blvd., La Jolla, CA 92037

**BY THE COURT'S CM/ECF SYSTEM**

Filing of the documents identified above with the Clerk of the United States Bankruptcy Court for the Southern District of California through the Court's CM/ECF system will effectuate electronic notice on all parties registered to receive electronic notice in this case, including counsel for Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____5/12_____ , 2026, at ____San Diego_____ .

_____Andrew Williams_____

[Print Name of Server]