Order Entered on
May 14, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In re:<br><br>ANDREW PAUL WILLIAMS,<br>Debtors. | BANKRUPTCY NO.   24-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON, & SANRA ASHTON,<br>Plaintiff. | ADVERSARY NO.   25-90005-CL |
| v.<br><br>ANDREW PAUL WILLIAMS,<br>Defendant. | Name of Judge:   Christopher B. Latham |

**ORDER GRANTING DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO DOCUMENTS**

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED:   May 13, 2026

_____
Judge, United States Bankruptcy Court

Page 2  |  ORDER GRANTING DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO
             DOCUMENTS

| | |
|---|---|
| Debtors: Andrew Paul Williams | Bankruptcy No. 24-03761-CL7 |
| ANDERSON, ET AL. V. WILLIAMS | Adversary No. 25-90005-CL |

The court has considered Defendant's motion to file documents under seal (ECF No. 34) and its own docket.  It construes Defendant's paper as a request to restrict public access to certain sensitive medical records.  LBR 9018-1; 11 U.S.C. § 105(a).  Good cause appearing, the court **grants** the motion and **restricts** the documents described in ECF No. 34.

It further clarifies that Defendant will need to electronically deliver those documents to opposing counsel or any other party he intends to serve, as they will not otherwise be accessible through CM/ECF.


IT IS SO ORDERED.

Signed by Judge Christopher B. Latham May 13, 2026