## Notice Recipients

District/Off: 0974–3        User: Admin.              Date Created: 5/14/2026
Case: 25–90005–CL          Form ID: pdfO1            Total: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          Andrew Paul Williams        12136 Avenida Sivrita        San Diego, CA 92121
             Andrew P. Williams        12641 Antioch Rd., Suite #1045        Overland Park KS 66213

                                                                              TOTAL: 2