# Notice Recipients

District/Off: 0974–3                    User: Admin.                    Date Created: 5/14/2026
Case: 25–90005–CL                       Form ID: 185                    Total: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          Andrew Paul Williams        12136 Avenida Sivrita        San Diego, CA 92121
             Andrew P. Williams        12641 Antioch Rd., Suite #1045        Overland Park, KS 66213

                                                                                TOTAL: 2