NTF
Rev. 02/25

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

| | |
|---|---|
| Andrew Paul Williams<br><br>Debtor(s) | BANKRUPTCY NO.  24−03761−CL7 |
| Erik Anderson et al.<br><br>Plaintiff(s) | ADVERSARY NO.  25−90005−CL |
| v.<br><br>Andrew Paul Williams<br><br>Defendant(s) | *see Note* |

**Notice To Filer Of Errors And/Or Deficiencies in Documents**

Document Number **30−34**    filed on: **5/12/26**
Title of Document: **[30] Motion to Vacate, [31] Request for Judicial Notice, [32] Notice of Hearing and Motion, [33] Certificate of Service, [34] Motion to Seal Document(s))**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

 Visit the Court website CM/ECF Training & Registration page. The training focuses on court−specific filing requirements and is available online for you to complete at your own pace with training video included. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phonelist.

**ACTION TAKEN BY COURT**

☐  Atty/Debtor/Movant contacted on                    via  ☐ Tel/Voice Mail        ☐ Email  ☐ Mail or Other

**OTHER:  Please note the address on your documents does not match the address for the above case.**

**If applicable, please submit a Change of Address.**

Dated: 5/14/26

Mark Schnakenberg
Clerk of the Bankruptcy Court

Case 25-90005-CL    Filed 05/14/26    Entered 05/16/26 21:08:25    Doc 38    Pg. 2 of 3

United States Bankruptcy Court

Southern District of California

Anderson,

     Plaintiff

Williams,

     Defendant

Adv. Proc. No. 25-90005-CL

# CERTIFICATE OF NOTICE

District/off: 0974-3          User: Admin.          Page 1 of 1

Date Rcvd: May 14, 2026       Form ID: 185         Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + Andrew P. Williams, 12641 Antioch Rd., Suite #1045, Overland Park, KS 66213-1701 |
| dft | + Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92128-4547 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martin A. Eliopulos | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com |

TOTAL: 3