Order Entered on
May 14, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | | |
|---|---|---|
| In re: <br> ANDREW PAUL WILLIAMS, <br> Debtors. | | BANKRUPTCY NO.   24-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON, & SANRA ASHTON, <br> Plaintiff. | | ADVERSARY NO.   25-90005-CL |
| v. <br> ANDREW PAUL WILLIAMS, <br> Defendant. | | Name of Judge:   Christopher B. Latham |

**ORDER GRANTING DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO DOCUMENTS**

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED:   May 13, 2026

_____
Judge, United States Bankruptcy Court

Page 2 | ORDER GRANTING DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO
          DOCUMENTS

Debtors: Andrew Paul Williams                                    Bankruptcy No. 24-03761-CL7
ANDERSON, ET AL. V. WILLIAMS                                     Adversary No. 25-90005-CL

The court has considered Defendant's motion to file documents under seal (ECF No. 34) and its own docket. It construes Defendant's paper as a request to restrict public access to certain sensitive medical records. LBR 9018-1; 11 U.S.C. § 105(a). Good cause appearing, the court **grants** the motion and **restricts** the documents described in ECF No. 34.

It further clarifies that Defendant will need to electronically deliver those documents to opposing counsel or any other party he intends to serve, as they will not otherwise be accessible through CM/ECF.


IT IS SO ORDERED.

Signed by Judge Christopher B. Latham May 13, 2026

United States Bankruptcy Court

Southern District of California

Anderson,

    Plaintiff

Adv. Proc. No. 25-90005-CL

Williams,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0974-3

Date Rcvd: May 14, 2026

User: Admin.

Form ID: pdfO1

Page 1 of 1

Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
|  | + Andrew P. Williams, 12641 Antioch Rd., Suite #1045, Overland Park KS 66213-1701 |
| dft | + Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92128-4547 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martin A. Eliopulos | |
| | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com |
| Martin A. Eliopulos | |
| | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com |
| Martin A. Eliopulos | |
| | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com |

TOTAL: 3