Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Defendant and Debtor, In Pro Per

FILED

2026 JUN -1 PM 1:21

CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ANDREW PAUL WILLIAMS,<br><br>Debtor. | Bankr. Case No. 24-03761-CL7<br><br>Chapter 7<br><br>Adv. Proc. No. 25-90005-CL |
| ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW PAUL WILLIAMS,<br><br>Defendant. | **SUPPLEMENTAL DECLARATION OF ANDREW PAUL WILLIAMS IN SUPPORT OF REPLY TO MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT**<br><br>Date: June 8, 2026   Time: 10:30 a.m.<br><br>Dept.: 1, Room 218<br><br>Judge: Hon. Christopher B. Latham |

**SUPPLEMENTAL DECLARATION OF ANDREW PAUL WILLIAMS IN SUPPORT OF**

**REPLY TO MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT**

I, ANDREW PAUL WILLIAMS, declare as follows:

1

SUPPL. DECL. ISO MOTION TO VACATE DEFAULT

Case No. 24-03761-CL7 / Adv. Proc. No. 25-90005-CL

1. I am the Defendant in the above-captioned adversary proceeding. I am over the age of 18 and competent to make this Declaration. I have personal knowledge of the matters stated herein and could and would testify to them competently if called as a witness. This Supplemental Declaration supplements my original Declaration filed at ECF No. 30-1 on May 12, 2026, and is submitted in support of my concurrently-filed Reply in Support of Motion to Vacate Default and Default Judgment.

## I.   THE STADTMUELLER EMAIL AND THE FORWARDED NOTICE OF ELECTRONIC FILING (EXHIBIT 1).

2. On January 6, 2025 at 8:25 PM Pacific Time, I received an email from my Chapter 7 bankruptcy counsel Ronald E. Stadtmueller. The email was sent from "ronstadtmueller@aol.com" to my email address "andrew@carwashmgmt.com." The email forwarded the Notice of Electronic Filing originally generated by this Court's CM/ECF system from "info_casb@casb.uscourts.gov" at 5:45 PM Pacific Time the same day. A true and correct copy is attached as Exhibit 1.

3. Plaintiffs' Opposition (ECF No. 40 at 6) characterizes that email as one in which counsel "offered to defend Debtor or refer Debtor to different counsel." That characterization is contradicted by the text of the email itself.

4. The substantive text of Mr. Stadtmueller's email reads in full: "Mr. Williams, See the attached Adversary Complaint filed in your case alleging non dischargeability of a debt. As you know my representation does not include defense of any Adversary Proceedings. If you wish to discuss the case and receive a referral to someone who may be willing to represent you in this matter please contact me Wednesday. You must file a timely Answer to the Complaint or the plaintiff will be able to obtain a default judgment. Ron."

5. Mr. Stadtmueller did not offer to defend me in the adversary proceeding. He stated the opposite: "my representation does not include defense of any Adversary Proceedings." Mr. Stadtmueller did not refer me to different counsel. He offered the possibility of a referral, contingent on my initiating contact on a specific day (Wednesday). I did not initiate that contact

2

SUPPL. DECL. ISO MOTION TO VACATE DEFAULT

Case No. 24-03761-CL7 / Adv. Proc. No. 25-90005-CL

and Mr. Stadtmueller did not follow up. I received no further communications from Mr. Stadtmueller related to the adversary proceeding during the response period or thereafter.

## II.  THE COURT'S NOTICE OF ELECTRONIC FILING SHOWS ZIP CODE 92121.

6. The Notice of Electronic Filing attached as part of Exhibit 1 is the automatic message generated by this Court's CM/ECF system at 5:45 PM on January 6, 2025, the moment Plaintiffs' counsel Martin A. Eliopulos electronically filed the adversary complaint. It is a system-generated record reflecting the case caption, document filing information, and the parties' addresses as submitted to the Court by the filing party.

7. The Notice of Electronic Filing states: "25-90005-CL Notice will not be electronically mailed to: Andrew Paul Williams 12136 Avenida Sivrita San Diego, CA 92121."

8. The ZIP code 92121 reflected on the Court's Notice of Electronic Filing is the same wrong ZIP code that appears on every Plaintiff-generated certificate of service in the adversary proceeding docket (ECF Nos. 4, 6, 7, 8, 10, 13, 15, 17, 18).

## III.  THE PETITION BEARS THE INCORRECT ZIP CODE 92121; THE CORRECT ZIP CODE FOR THE ADDRESS IS 92128 (EXHIBIT 2).

9. On October 4, 2024, I filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code, captioned In re Andrew Paul Williams, Case No. 24-03761-CL7. At that time I had no residence of my own and was staying temporarily with others; on the advice of my bankruptcy counsel, the petition listed my parents' address, 12136 Avenida Sivrita, as my address of record. The address page of the petition is attached as Exhibit 2.

10. The petition lists the address as "12136 Avenida Sivrita, San Diego, CA 92121." That ZIP code is incorrect. The correct ZIP code for 12136 Avenida Sivrita is 92128, which corresponds to the Rancho Bernardo area of San Diego. The United States Postal Service confirms this: when the Bankruptcy Noticing Center processed the address, the Postal Service's address standardization automatically corrected it to "92128-4547" (ECF Nos. 8 and 10).

SUPPL. DECL. ISO MOTION TO VACATE DEFAULT

Case No. 24-03761-CL7 / Adv. Proc. No. 25-90005-CL

11. ZIP code 92121 is a different ZIP code in a different area of San Diego (Sorrento Valley and Mira Mesa), approximately eight miles distant, served by a different United States Postal Service sorting facility. The street address 12136 Avenida Sivrita does not exist within ZIP code 92121.

12. Plaintiffs' Opposition asserts (Opp. 9) that "Plaintiffs served Debtor at the address and zip code set forth in his Chapter 7 petition." The petition does bear ZIP code 92121 (Exhibit 2); that ZIP code, however, is incorrect, as the Postal Service's own standardization of the address to 92128-4547 confirms (ECF Nos. 8 and 10). Plaintiffs mailed the summons and complaint to that incorrect ZIP code, 92121, in which the street address 12136 Avenida Sivrita does not exist. Because I was not residing at that address and the mailing was directed to a ZIP code in which the address does not exist, I did not receive the summons and complaint.

IV.  PLAINTIFFS' OWN CONTEMPORANEOUS TEXT MESSAGES AND CONDUCT ESTABLISH PERSONAL KNOWLEDGE THAT THE CAR WASH WAS OPERATIONAL (EXHIBIT 3).

13. Plaintiffs Erik Anderson and Nick Ashton had personal knowledge that the car wash was operational well before they filed Complaint paragraph 25 on January 6, 2025. Their personal knowledge is established by their own contemporaneous text messages and by their personal use of the operating car wash.

14. Authentication of Exhibit 3 text messages. The text-message screenshots attached as Exhibit 3 are true and correct copies of messages exchanged between myself, Plaintiff Erik Anderson, and Plaintiff Nick Ashton during late 2023 and early 2024. They are admissible under Federal Rule of Evidence 901(b)(4) (distinctive characteristics, contents, internal patterns, and circumstances). The authenticating circumstances are:

(a) Source device: The screenshots were captured from my personal mobile telephone, which has remained in my exclusive possession at all relevant times. The messages have not been deleted, altered, or modified.

(b) Identifying telephone numbers: The group thread visible in the screenshots is identified at the top by participant names and telephone numbers. Plaintiff Erik Anderson appears in the thread at

4

SUPPL. DECL. ISO MOTION TO VACATE DEFAULT

the telephone number ending 1151. Plaintiff Nick Ashton appears as a named participant in the same group message thread. Both numbers and names are independently verifiable through Plaintiffs' own filings in this and related proceedings.

(c) Time stamps: Each message bears an automatic system-generated time stamp within the message thread. The time stamps are sequential and consistent.

(d) Distinctive content: The messages discuss specific operational features of the car wash at 310 South Vincent Avenue, West Covina, California, in detail that only the parties to the venture would possess. Plaintiff Anderson's responses ("Hell yeah," "Looking like a real car wash!") reflect direct personal observation.

(e) Chain of custody: The messages were stored continuously on my device from receipt to screenshot capture for this Declaration. I have made no edits, redactions, or modifications. The screenshots reflect the messages as they existed at the time of receipt.

(f) One item within Exhibit 3 is a screenshot that Plaintiff Anderson captured on his own device and transmitted into the group thread (a screenshot within a screenshot). It is authenticated by the same distinctive characteristics described above and by Plaintiff Anderson's own act of transmitting it into the thread.

15. December 14, 2023, property walkthrough scheduling. The messages reflected in Exhibit 3 were exchanged in a group text thread among myself, Plaintiff Erik Anderson, and Plaintiff Nick Ashton. On December 14, 2023, Plaintiff Erik Anderson, from the telephone number ending 1151, wrote: "Is Thursday 12/21 a good day for you to walk the property?" I responded: "That day is good, what time." Plaintiff Anderson responded: "Anytime between 8:00am to 2:00pm. Is 11:00am good for you?" I responded: "That works." The property walkthrough was scheduled and took place on or about December 21, 2023.

16. January 6, 2024, one year before the Complaint was filed. On Saturday, January 6, 2024, at 8:37 PM, I sent the group text message: "We have a day of testing and cleaning and we will be done." Plaintiff Erik Anderson responded: "Hell yeah."

SUPPL. DECL. ISO MOTION TO VACATE DEFAULT

17. January 9, 2024, operational features. On Tuesday, January 9, 2024, at 12:51 PM, I sent the group an itemized list of the car wash's operational features: "Foam bath, spot free rinse dryers, Triple foam, Polish, Foam waterfall, wax, undercarrige, Ceramic." Plaintiffs responded: "Thanks."

18. "Looking like a real car wash!" On a subsequent date reflected in Exhibit 3, I sent Plaintiffs photographs of the operating car wash site, including photographs of vehicles at the wash. Plaintiff Erik Anderson responded: "Looking like a real car wash!"; "Yeah it looks good"; and "Get some new plants in there and it'll be awesome." After I sent additional photographs of a clean, dry, post-wash vehicle, Plaintiff Erik Anderson responded: "Thanks for the pics."

18A. Plaintiff Anderson's shared screenshot of his own vehicle at the operating wash. On a date reflected in Exhibit 3, Plaintiff Erik Anderson transmitted into our group message thread a screenshot he had captured from his own mobile device. That screenshot depicts Plaintiff Anderson's own exchange with a third party, together with imagery of Plaintiff Anderson's own vehicle at the operating car wash site. Plaintiff Anderson personally captured and shared this image, further establishing his contemporaneous personal knowledge that the car wash was operational.

19. February 2024, Plaintiffs personally operated their vehicles through the wash. In or about February 2024, Plaintiff Erik Anderson and Plaintiff Nick Ashton each personally drove their own vehicles through the operating car wash to test the equipment. Each Plaintiff observed his own vehicle being washed by the car wash. Each Plaintiff was physically present at the operating wash site at 310 South Vincent Avenue, West Covina, California, during that operation.

20. Percipient witnesses. Jose Rene Ortiz and Travis Beaudoin were physically present at the car wash site during operations and personally observed Plaintiffs Anderson and Ashton each take their respective vehicles through the operating car wash. Each is a percipient witness to the car wash's operation and to Plaintiffs' personal use of it.

21. The representation in Complaint paragraph 25, filed January 6, 2025, that the car wash "remains non-operable" was not an inadvertent inaccuracy or an interpretive dispute. It was filed

SUPPL. DECL. ISO MOTION TO VACATE DEFAULT

Case No. 24-03761-CL7 / Adv. Proc. No. 25-90005-CL

by Plaintiffs against the backdrop of their own contemporaneous written acknowledgments of the car wash's operation, and against the backdrop of Plaintiffs' personal use of the operating car wash. Plaintiffs had personal knowledge that paragraph 25 was false at the moment it was filed.

## V.  AUTHENTICATION OF EXHIBITS.

22. The exhibits to this Supplemental Declaration are true and correct copies of the originals, as follows:

Exhibit 1: The email from Ronald E. Stadtmueller of January 6, 2025 at 8:25 PM, including the forwarded Notice of Electronic Filing from this Court's CM/ECF system sent at 5:45 PM the same day. Preserved in my email account and printed to PDF for this filing. No alterations.

Exhibit 2: The address page of my Chapter 7 voluntary petition, filed October 4, 2024, in In re Andrew Paul Williams, Case No. 24-03761-CL7, retrieved from the public PACER docket of that case. The petition reflects ZIP code 92121, which is incorrect for the reasons stated in paragraphs 10 through 12.

Exhibit 3: Screenshots of text message exchanges from my mobile device between myself and Plaintiffs Erik Anderson and Nick Ashton, taken from the group message thread that I maintained with Plaintiffs during the relevant period. The screenshots include the time stamps and identifying participant information within the thread itself. I have preserved the original messages on my device and have not altered them. Authenticated under Federal Rule of Evidence 901(b)(4) (distinctive characteristics) as set forth in paragraph 14 above.

## VI.  ATTESTATION.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___1___ day of ___June___, 2026.

_____

Andrew Paul Williams

Defendant, Pro Se

7

SUPPL. DECL. ISO MOTION TO VACATE DEFAULT

# EXHIBIT 1

Email from Ronald E. Stadtmueller dated January 6, 2025,
including the forwarded Notice of Electronic Filing (showing ZIP 92121).

*The Exhibit 1 email follows immediately behind this cover sheet.*

Case No. 24-03761-CL7 / Adv. Proc. No. 25-90005-CL

**From: Ronald E. Stadtmueller <ronstadtmueller@aol.com>**
**Sent: Monday, January 6, 2025 8:25 PM**
**To: Andrew Williams <andrew@carwashmgmt.com>**
**Subject: FW: 25-90005-CL Complaint**
**Attachment: AP 25-90005.pdf (Adversary Complaint)**

Mr. Williams,

See the attached Adversary Complaint filed in your case alleging non dischargeability of a debt. As you know my representation does not include defense of any Adversary Proceedings. If you wish to discuss the case and receive a referral to someone who may be willing to represent you in this matter please contact me Wednesday.

You must file a timely Answer to the Complaint or the plaintiff will be able to obtain a default judgment.

Ron

Ronald E. Stadtmueller

10755 Scripps Poway Pkwy., #370

San Diego, CA 92131

858-564-9310

Confidentiality Notice:

This message is a confidential and privileged communication, intended only for the use of the individual or entity to whom it is addressed, and should not be read or used by anyone else. This message is not intended to give legal advice, such must be sought from the attorney of your choosing. If you have received this message in error, please immediately notify me by return e-mail; delete the message from your system, and retain no hard copies.

From: info_casb@casb.uscourts.gov <info_casb@casb.uscourts.gov>
Sent: Monday, January 6, 2025 5:45 PM
To: casb_ecf@casb.uscourts.gov
Subject: 25-90005-CL Complaint

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Southern District of California

Notice of Electronic Filing

The following transaction was received from Martin A. Eliopulos entered on 1/6/2025 at 5:45 PM PST and filed on 1/6/2025

Case Name:

Anderson et al v. Williams

Case Number:

25-90005-CL

Document Number:

1

Case Name:

Andrew Paul Williams

Case Number:

24-03761-CL7

Document Number:

14

Docket Text:
Adversary case 25-90005. Complaint by Erik Anderson, Nick Ashton, Sandra Ashton against Andrew Paul Williams. Nature of Suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud) 68 (Dischargeability - 523(a)(6), willful and malicious injury) , Fee Amount $ 350.00 Filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:2025-01-06 - Anderson v. Williams - AP Complaint.pdf
Electronic document Stamp:
[STAMP CASBStamp_ID=875559582 [Date=1/6/2025] [FileNumber=20560759-0]
[90ecef6336f58f1c42ffb9b480628f7ac0b0a58caa116febb1ecca8fb6f7bb6fd6639
38f8faece7912fb6490fe26b6e63e3c3ae8b5c1f9907fd38313f68c088d]]
Document description:Main Document
Original filename:2025-01-06 - Anderson v. Williams - AP Complaint.pdf
Electronic document Stamp:
[STAMP CASBStamp_ID=875559582 [Date=1/6/2025] [FileNumber=20560760-0]
[27d976df9a1540eaaa44b4a7e04f4f4b21e2736a480de8fdde1f560436a7868e0f4d8
80ac26e61b31101253509beeb543cc7d35e06aaec043e7f7398819ee36ef]]

25-90005-CL Notice will be electronically mailed to:

Martin A. Eliopulos on behalf of Plaintiffs Erik Anderson
elio@higgslaw.com , begaym@higgslaw.com

Martin A. Eliopulos on behalf of Plaintiffs Nick Ashton
elio@higgslaw.com , begaym@higgslaw.com

Martin A. Eliopulos on behalf of Plaintiffs Sandra Ashton
elio@higgslaw.com , begaym@higgslaw.com

25-90005-CL Notice will not be electronically mailed to:

Andrew Paul Williams
12136 Avenida Sivrita
San Diego, CA 92121

24-03761-CL7 Notice will be electronically mailed to:

Martin A. Eliopulos on behalf of Plaintiffs Erik Anderson
elio@higgslaw.com , begaym@higgslaw.com

Martin A. Eliopulos on behalf of Plaintiffs Nick Ashton
elio@higgslaw.com , begaym@higgslaw.com

Martin A. Eliopulos on behalf of Plaintiffs Sandra Ashton
elio@higgslaw.com , begaym@higgslaw.com

Leslie T. Gladstone
candic@flgsd.com ,
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgs
d.com

Ronald E. Stadtmueller on behalf of Debtor Andrew Paul Williams
ronstadtmueller@aol.com

United States Trustee
ustp.region15@usdoj.gov

24-03761-CL7 Notice will not be electronically mailed to:

# EXHIBIT 2

Address pages of Defendant's Chapter 7 voluntary petition,

In re Andrew Paul Williams, Case No. 24-03761-CL7,

reflecting the incorrect ZIP code 92121.

(The correct ZIP code is 92128 - see Supplemental Declaration paragraphs 10-12.)

*The Exhibit 2 petition pages follow immediately behind this cover sheet.*

Case No. 24-03761-CL7 / Adv. Proc. No. 25-90005-CL

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of California**

Case number *(If known)*: _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

### Part 1:   Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Andrew** <br> First name <br> **Paul** <br> Middle name <br> **Williams** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name <br><br> _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br> _____ <br> Business name (if applicable) | _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name <br><br> _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br> _____ <br> Business name (if applicable) |

---

Official Form 101

Copyright © Financial Software Solutions, LLC

**Voluntary Petition for Individuals Filing for Bankruptcy**

BlueStylus

Debtor 1    **Andrew**          **Paul**          **Williams**          Case number *(if known)* _____
　　　　　　　First Name　　　　Middle Name　　Last Name

**3.  Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx  – xx –  **6    1    3    1**

OR

**9** xx  – xx –  ___  ___  ___  ___

xxx  – xx –  ___  ___  ___  ___

OR

**9** xx  – xx –  ___  ___  ___  ___

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

**5.  Where you live**

**12136 Avenida Sivrita**
Number        Street

**San Diego**        **CA**        **92121**
City                State        ZIP Code

**SAN DIEGO**
County

*If your mailing address is different from the one above, fill it in here.* Note that the court will send any notices to you at this mailing address.

**7776 Trade Street, Suite E**
Number        Street

P.O. Box

**San Diego**        **CA**        **92121**
City                State        ZIP Code

**If Debtor 2 lives at a different address:**

Number        Street

City                State        ZIP Code

County

*If Debtor 2's mailing address is different from yours, fill it in here.* Note that the court will send any notices to this mailing address.

Number        Street

P.O. Box

City                State        ZIP Code

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

# EXHIBIT 3

Screenshots of text-message exchanges between Defendant and Plaintiffs Erik Anderson and Nick Ashton (late 2023 - early 2024).

*The Exhibit 3 screenshots follow immediately behind this cover sheet.*

Case No. 24-03761-CL7 / Adv. Proc. No. 25-90005-CL











