CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Email: elio@higgslaw.com
T: 619.236.1551
F: 619.696.1410

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
ANDREW PAUL WILLIAM,

Debtor(s)

BANKRUPTCY NO. 24-03761-CL7

ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON,

Plaintiff(s)

ADVERSARY NO. 25-90005-CL

v.
ANDREW PAUL WILLIAM,

Defendant(s)

# PROOF OF SERVICE

I,  Linda Dominguez             am a resident of the State of California, over the age of 18 years, and not a party to this action.

On   June 4, 2026             , I served the following documents:

- REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTFFS' OPPOSITION TO MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On  June 4, 2026             , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos        elio@higgslaw.com

☐        Chapter 7 Trustee:

☐        For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐    For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.      **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on   June 4, 2026 _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

Andrew Paul Williams: andrew@carwashmgmt.com

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   June 4, 2026 _____        LINDA DOMINGUEZ      */s/ Linda Dominguez* _____
                          (Date)                            (Typed Name and Signature)

                                                  401 West A Street, Suite 2600 _____
                                                    (Address)

                                                  San Diego, CA 92101 _____
                                                    (City, State, ZIP Code)