# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

## *Hearing Information:*

**ADV:** 25-90005-CL
Erik Anderson, et al. vs Williams

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Andrew Paul Williams | | |
| **BK Case Number:** | 24-03761-CL7 | **Chapter:** | 7 |
| **Date/Time/Room:** | 06/08/2026 10:30 AM, Department 1 | | |
| **Bankruptcy Judge:** | Christopher B. Latham | | |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas | | |
| **ECRO:** | FTR | | |

## *Matters:*

MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT
PURSUANT TO FED. R. CIV. P.60(b) FILED BY DEFENDANT

## *Appearances:*

Martin A. Eliopulos, Attorney for Erik Anderson, et al. (*telephonic*)
Andrew Paul Williams (*telephonic*)

## *Disposition:*

Court heard oral argument, takes the matter under submission and will issue a
separate written order.