# Notice Recipients

District/Off: 0974–3             User: Admin.              Date Created: 6/16/2026

Case: 25–90005–CL               Form ID: pdfO1            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft          Andrew Paul Williams        12136 Avenida Sivrita        San Diego, CA 92121

TOTAL: 1