MARTIN A. ELIOPULOS (Bar No. 149299)
elio@higgslaw.com
JAKE D. SESTI (Bar No. 339005)
sestij@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Plaintiffs
ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANDREW PAUL WILLIAMS,<br><br>　　　　　　Debtor. | Case No. 24-03761-CL7<br><br>Chapter 7<br><br>Adv No. 25-90005-CL |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW PAUL WILLIAMS,<br><br>　　　　　　Defendant. | **NOTICE OF COMPLIANCE RE EARLY CONFERENCE OF PARTIES OR COUNSEL**<br><br>**[F.R.B.P. Rule 7016 and Local Rule 7016-2]**<br><br>Dept.:　　　1<br>Judge:　　　Hon. Christopher B. Latham |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IF HEREBY GIVEN** that pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Rule 7016-1(a) of the Local Rules of the United States Bankruptcy Court for the Southern District of California, Martin A. Eliopulos, Esq., counsel for Plaintiffs, ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON hereby notifies Defendant ANDREW PAUL WILLIAMS, an individual ("Defendant"), shall comply with the following requirements of Local Rule 7016-1:

/ / /

/ / /

/ / /

**7016-1. Early Conference of Counsel**.

(a)     **Time of Early Conference**. In all Actions governed by Part VII of the Federal Rules of Bankruptcy Procedure unless all defendants' default:

    (1)     Plaintiff must serve, with the summons and complaint, a notice that compliance with this rule is required and a copy of Local Form CSD 3018.

    (2)     Plaintiff must file the Proof of Service of the LBR 7016-1(a)(1) notice, together with the Proof of Service of the summons and complaint, within the time provided by LBR 9006-2.

    (3)     Counsel for the parties must confer in person, by email, or by telephone within 30 days after the date all defendants have appeared or defaulted or 45 days from the date of the first appearance of any defendant, whichever occurs first. Where there are multiple defendants, plaintiff must take all reasonable steps to schedule the meeting or conference call so that all parties can attend. Where necessary, in multi-defendant cases and upon a showing of good cause, the Court may grant an application for an extension of time within which to hold the Early Conference.

(b)     **Purpose of Conference**. At the Early Conference required by this Local Bankruptcy Rule, the parties must:

    (1)     Civil Rule 26 Exchanges. Exchange all documents and make all disclosures required by FRBP 7026(a)(1) or fix a date to make such exchange.

    (2)     Discovery. Discuss a deadline to complete discovery and any agreements with respect to discovery.

    (3)     Settlement. Discuss settlement possibilities, including the parties' willingness to go to mediation. If mediation is agreed upon, the parties must designate the first choice and alternate choice of mediator, using the Court-maintained mediator list or other mutually acceptable mediator. A list of mediators is available from the Clerk or on the Court's website, www.casb.uscourts.gov.

    (4)     Exception from Pretrial Order. Determine whether the Action should be excluded from any or all of the requirements of LBR 7016-6.

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

2

Adv. Case No. 24-ap-90005-CL

(c)    **<u>Certificate of Compliance with Early Conference of Counsel</u>**. All counsel and unrepresented parties must complete and jointly sign Local Form CSD 3018. No later than 7 days after the Early Conference, plaintiff's counsel must file and serve the completed Local Form CSD 3018 on all parties.

A true and correct copy of the Certificate of Compliance with Early Conference of Counsel (Local Form CSD 3018) is attached hereto as **Exhibit A**.

Dated: June 19, 2026                              **HIGGS FLETCHER & MACK LLP**

By: /s/ *Martin A. Eliopulos*
    MARTIN A. ELIOPULOS
    JAKE D. SESTI
    Attorneys for Plaintiffs
    ERIK ANDERSON, NICK ASHTON and
    SANDRA ASHTON

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

3

Adv. Case No. 24-ap-90005-CL

NOTICE OF COMPLIANCE RE EARLY CONFERENCE OF PARTIES OR COUNSEL

# Exhibit "A"

CSD 3018 [12/01/2022]

Name, Address, Telephone No. & I.D. No.

Martin A. Eliopulos 149299
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
619.236.1551
619.696.1410

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAMS<br><br>Debtor. | BANKRUPTCY NO. 24-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON<br><br>Plaintiff(s) | ADVERSARY NO. 25-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS<br><br>Defendant(s) | Date & Time of Pre-Trial Status Conference:<br><br>Name of Judge: Hon. Christopher B. Latham |

**CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL**

**[LOCAL BANKRUPTCY RULE 7016-1]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following **Certificate of Compliance with Early Conference of Counsel** in accordance with LBR 7016-1(c):

**A.    SERVICE OF PLEADINGS**

　　1.    Have all parties been served?　　　　　　　　　　　　　　　　☐ Yes　　☐ No

　　2.    Have all parties filed and served answers to the complaint, counterclaims, etc.?　　☐ Yes　　☐ No

**B.    SETTLEMENT AND MEDIATION**

　　1.    What is the status of settlement efforts?

　　2.    Has this dispute been formally mediated? If so, when?

　　3.    Has mediation been discussed with your client? (See LBR 7016-3.)
　　　　　Plaintiff　　　　　　　　　　Defendant
　　　　　☐ Yes　　　☐ No　　　　☐ Yes　　　☐ No

　　4.    The parties desire to go to voluntary, non-binding mediation. (See Administrative Procedures, Section 5) They have reviewed the list of mediators on the court's website (www.casb.uscourts.gov) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:
　　　　　First Choice:
　　　　　Second Choice:
　　　　　Third Choice:
　　　　　Parties are requested to notify the courtroom deputy of their preferences at the time a pretrial status conference date is obtained.

CSD 3018 [12/01/2022]

**C.** **DISCOVERY**

1. Discovery should be propounded in time to be completed by _____.

2. The parties held their early conference of counsel on _____.

   (LBR 7016-1(a)(3) requires the early conference of counsel within 30 days after all defendants have appeared or, in cases having multiple defendants, within 45 days after the first defendant appears.)

3. Initial disclosures (FRBP 7026(a)(1)) should be served by _____.

4. Maximum of _____ interrogatories by each party to any other party.

5. Maximum of _____ requests for admission by each party to any other party.

6. Maximum of _____ depositions by plaintiff(s) and _____ by defendant(s).

7. Each deposition [other than of _____] should be limited to a maximum of _____ hours unless extended by agreement of the parties.

8. Expert disclosures (FRBP 7026(a)(2)) should be served by _____.

9. Rebuttal expert disclosures (FRBP 7026(a)(2)) should be served by _____.

10. Expert reports (FRBP 7026(a)(2)(B)) should be served by _____.

11. Rebuttal expert reports (FRBP 7026(a)(2)(B)) should be served by _____.

12. Any supplemental disclosures and discovery responses (FRBP 7026(e)) should be served by _____.

**D.** **MOTION PRACTICE**

1. Motions to join additional parties or to amend the pleadings should be filed by _____.

2. All other motions, except motions in limine, should be filed by _____.

**E.** **TRIAL PREPARATION**

1. When will you be ready for trial in this case? _____.

2. What is your estimate of the time required to present both sides of the case at trial (including rebuttal phase, if applicable)? _____

3. How many witnesses do you intend to call at trial (including opposing parties)? _____

**F.** **CONSENT TO BANKRUPTCY COURT JUDGMENT**

The following parties consent to entry of final orders or judgment by the Bankruptcy Court:

CSD 3018 [12/01/2022]

**G.**     <u>**PRETRIAL STATUS CONFERENCE**</u>

A further pretrial status conference in this case should be held on _____ at _____ m.

At that time, the Court may set deadlines for pretrial disclosures and objections (FRBP 7026(a)(3)) and schedule the final pretrial conference (FRBP 7016(e)).

**H.**     <u>**ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**</u>: (Use additional page if necessary.)

Dated: _____        Dated: _____

Higgs Fletcher & Mack LLP
Firm Name                                  Firm Name

By: _____        By: _____
Name: Martin A. Eliopulos                    Name:

Attorney for: Plaintiffs, Erik Anderson, Nick Ashton and Sandra Ashton        Attorney for: _____

**LBR 7016-1(c) requires this form to be filed no later than 7 days after early conference of counsel.**

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Email: elio@higgslaw.com
T: 619.236.1551
F: 619.696.1410

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAM,<br><br>Debtor(s) | BANKRUPTCY NO. 24-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON and<br>SANDRA ASHTON,<br><br>Plaintiff(s) | ADVERSARY NO. 25-ap-90005-CL |
| v.<br>ANDREW PAUL WILLIAM,<br><br>Defendant(s) | |

# PROOF OF SERVICE

I, ___Linda Dominguez___ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On ___June 19, 2026___, I served the following documents:

• NOTICE OF COMPLIANCE RE: EARLY CONFERENCE OF PARTIES OR COUNSEL

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On ___June 19, 2026___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos        elio@higgslaw.com

☐        Chapter 7 Trustee:

☐        For Chapter 7, 11, & 12 cases:                    ☐        For Chapter 13 cases:
         UNITED STATES TRUSTEE                                     MICHAEL KOCH, TRUSTEE
         ustp.region15@usdoj.gov                                   mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.    **Served by United States Mail**:

On June 19, 2026_____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Andrew Paul Williams
12136 Avenida Sivrita
San Diego, CA 92121

Andrew Paul Williams
12136 Avenida Sivrita
San Diego, CA 92128

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____June 19, 2026_____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

Andrew Paul Williams: andrew@carwashmgmt.com

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  June 19, 2026_____         LINDA DOMINGUEZ     /s/ Linda Dominguez
              (Date)                                (Typed Name and Signature)

                                                401 West A Street, Suite 2600
                                                 (Address)

                                                San Diego, CA 92101
                                                 (City, State, ZIP Code)