# Notice Recipients

District/Off: 0974–3          User: Admin.                    Date Created: 6/23/2026

Case: 25–90005–CL            Form ID: 3019                    Total: 10

**Recipients of Notice of Electronic Filing:**
aty          Martin A. Eliopulos          elio@higgslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla          Erik Anderson          c/o Higgs Fletcher & Mack LLP          Attn: Martin A. Eliopulos, Esq.          401 West A Street, Suite 2600          San Diego, CA 92101

pla          Nick Ashton          c/o Higgs Fletcher & Mack LLP          Attn: Martin A. Eliopulos, Esq.          401 West A Street, Suite 2600          San Diego, CA 92101

pla          Sandra Ashton          c/o Higgs Fletcher & Mack LLP          Attn: Martin A. Eliopulos, Esq.          401 West A Street, Suite 2600          San Diego, CA 92101

dft          Andrew Paul Williams          12136 Avenida Sivrita          San Diego, CA 92121

ust          Elvina Rofael          United States Trustee          880 Front Street Third Floor, Suite 3230          San Diego, CA 92101

ust          Office of the U.S. Trustee for Region 17          501 I Street, Suite 7–500          Sacramento, CA 95814

ust          Office of the U.S. Trustee for Region 17          501 I Street, Suite 7–500          Sacramento, CA 95814

ust          Rofael          United States Trustee          880 Front Street, Third Floor, Suite 323          San Diego, CA 92101

ust          United States Trustee          Office of the U.S. Trustee          880 Front Street          Suite 3230          San Diego, CA 92101

TOTAL: 9