MARTIN A. ELIOPULOS (Bar No. 149299)
elio@higgslaw.com
JAKE D. SESTI (Bar No. 339005)
sestij@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Plaintiffs
ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANDREW PAUL WILLIAMS,<br><br>          Debtor. | Case No. 24-03761-CL7<br><br>Chapter 7<br><br>Adv No. 25-AP-90005-CL |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON,<br><br>          Plaintiffs,<br><br>      v.<br><br>ANDREW PAUL WILLIAMS,<br><br>          Defendant. | ***EX PARTE* APPLICATION FOR AN ORDER TO WITHDRAW WRIT OF EXECUTION**<br><br>Dept.:     1<br>Judge:    Hon. Christopher B. Latham |

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Plaintiffs, ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON ("Plaintiffs") seek an *ex parte* order ordering the Clerk of the Bankruptcy Court to withdraw the Court Modified Writ of Execution issued by the Clerk of the Bankruptcy Court on March 30, 2026 (ECF #28) in the above-referenced Adversary Case filed by Plaintiffs against Debtor, ANDREW PAUL WILLIAMS ("Defendant")[1].

---

[1] Plaintiffs are also filing in the San Diego County Recorder's Office a Release of the Abstract of Judgment issued by the Clerk of the Bankruptcy Court on March 26, 2026 (ECF #25) and recorded with the San Diego County Recorder on March 27, 2026, as Document No.: 2026-0085277.

This *ex parte* application is based on the following pleadings of record in the adversary case:

1.  On January 6, 2025, Plaintiffs filed an Adversary Complaint against Defendant asserting claims under Bankruptcy Code sections 523(a)(2) and (6).  ECF #1[2].

2.  When Defendant failed to respond to the Adversary Complaint filed in the Adversary Proceeding, Plaintiffs took Defendant's default and thereafter filed a Motion for a Default Judgment on September 4, 2025.  ECF #s 6, 7 and 12.

3.  On October 7, 2025, the Bankruptcy Court entered a $195,000.00 nondischargeable default judgment (the "Judgment") in favor of Plaintiffs and against Defendant.  ECF #17.

4.  On March 30, 2026, the Clerk of the Bankruptcy Court issued a Court Modified Writ of Execution in the Adversary Proceeding.  ECF #28.

5.  On June 16, 2026, the Bankruptcy Court entered an Order that vacated Plaintiff's Judgment. ECF #47.

6.  Because the underlying Judgment has been vacated, the Writ of Execution is no longer supported by an enforceable judgment.

7.  Accordingly, Plaintiffs request the Bankruptcy Court issue an order that orders the Clerk of the Bankruptcy Court to withdraw the Court Modified Writ of Execution issued in the Adversary Proceeding on March 30, 2026 (ECF #28).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[2]  All ECF references are filings in the Adversary Case.

8.    A proposed Order will be uploaded concurrently with the filing of this *ex parte* application and is attached as **Exhibit "A"**.

Dated: June 26, 2026                 **HIGGS FLETCHER & MACK LLP**

By: /s/ *Martin A. Eliopulos*
       MARTIN A. ELIOPULOS
       JAKE D. SESTI
       Attorneys for Plaintiffs
       ERIK ANDERSON, NICK ASHTON and
       SANDRA ASHTON

# Exhibit A

**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

MARTIN A. ELIOPULOS, ESQ. (SBN #149299)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101
elio@higgslaw.com
619.236.1551

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAMS<br><br>Debtor. | BANKRUPTCY NO. 24-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON,<br><br>Plaintiff(s) | ADVERSARY NO. 25-AP-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS,<br><br>Defendant(s) | Date of Hearing:  Ex Parte<br>Time of Hearing:  Ex Parte<br>Name of Judge:   Hon.Christopher B. Latham |

## ORDER ON

## EX PARTE APPLICATION TO WITHDRAW WRIT OF EXECUTION

The court orders as set forth on the continuation pages attached and numbered __1__ through __1__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. _____ .

//

//

//

//


DATED: _____                  _____
                                    Judge, United States Bankruptcy Court



**CSD 3000A**

**CSD 3000A** [07/01/18]**(Page 2)**
ORDER ON
DEBTOR: ANDREW PAUL WILLIAMS

CASE NO.:   24-03761-CL7
ADV. NO.:   25-AP-90005-CL

On June 26, 2026, Plaintiffs, ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON ("Plaintiffs") filed an ex parte application seeking a Bankruptcy Court order that orders the Clerk of the Bankruptcy Court to withdraw the Court Modified Writ of Execution issued by the Clerk of the Bankruptcy Court on March 30, 2026 (ECF #28) in the above-referenced Adversary Case filed by Plaintiffs against Debtor, ANDREW PAUL WILLIAMS ("Defendant").

For lawful grounds and good cause showing:

IT IS HEREBY ORDERED:

1. The Clerk of the Bankruptcy Court shall take the necessary action to immediately withdraw the Court Modified Writ of Execution issued on March 30, 2026, as ECF #28.
2. The Court Modified Writ of Execution issued on March 30, 2026, as ECF #28, shall be of no further force and effect.

**CSD 3000A**

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Email: elio@higgslaw.com
T: 619.236.1551
F: 619.696.1410

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
ANDREW PAUL WILLIAM,

Debtor(s)

BANKRUPTCY NO. 24-03761-CL7

ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON,

Plaintiff(s)

ADVERSARY NO. 25-ap-90005-CL

v.
ANDREW PAUL WILLIAM,

Defendant(s)

# PROOF OF SERVICE

I, ___Linda Dominguez___ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On ___June 26, 2026___, I served the following documents:

- Ex Parte Application for an Order to Withdraw Writ of Execution

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On ___June 26, 2026___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos        elio@higgslaw.com

☐        Chapter 7 Trustee:

☐        For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐        For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.     **Served by United States Mail**:

_____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.     **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____June 26, 2026_____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

Andrew Paul Williams: andrew@carwashmgmt.com

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _June 26, 2026_____
       (Date)

LINDA DOMINGUEZ    /s/ *Linda Dominguez*
    (Typed Name and Signature)

401 West A Street, Suite 2600
    (Address)

San Diego, CA 92101
    (City, State, ZIP Code)