**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

MARTIN A. ELIOPULOS, ESQ. (SBN #149299)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101
elio@higgslaw.com
619.236.1551

Order Entered on
June 29, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
ANDREW PAUL WILLIAMS

Debtor.

BANKRUPTCY NO. 24-03761-CL7

ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON,

Plaintiff(s)

ADVERSARY NO. 25-AP-90005-CL

v.
ANDREW PAUL WILLIAMS,

Defendant(s)

Date of Hearing:  Ex Parte
Time of Hearing:  Ex Parte
Name of Judge:  Hon.Christopher B. Latham

### ORDER ON

### EX PARTE APPLICATION TO WITHDRAW WRIT OF EXECUTION

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with                                        jro

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. __53__ .                                        jro

//

//

//

//

DATED:      June 29, 2026

_____
Judge, United States Bankruptcy Court

**CSD 3000A**

**CSD 3000A** [07/01/18]**(Page 2)**
ORDER ON EX PARTE APPLICATION TO WITHDRAW WRIT OF EXECUTION

DEBTOR: ANDREW PAUL WILLIAMS

CASE NO.:   24-03761-CL7
ADV. NO.:   25-AP-90005-CL

On June 26, 2026, Plaintiffs, ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON ("Plaintiffs") filed an ex parte application seeking a Bankruptcy Court order that orders the Clerk of the Bankruptcy Court to withdraw the Court Modified Writ of Execution issued by the Clerk of the Bankruptcy Court on March 30, 2026 (ECF #28) in the above-referenced Adversary Case filed by Plaintiffs against Debtor, ANDREW PAUL WILLIAMS ("Defendant").

For lawful grounds and good cause showing:

IT IS HEREBY ORDERED:

1.  The Clerk of the Bankruptcy Court shall take the necessary action to immediately withdraw the Court Modified Writ of Execution issued on March 30, 2026, as ECF #28.
2.  The Court Modified Writ of Execution issued on March 30, 2026, as ECF #28, shall be of no further force and effect.

**CSD 3000A**

Signed by Judge Christopher B. Latham June 29, 2026