# Notice Recipients

District/Off: 0974–3            User: Admin.                Date Created: 6/29/2026
Case: 25–90005–CL              Form ID: pdfO1              Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla          Erik Anderson        c/o Higgs Fletcher & Mack LLP        Attn: Martin A. Eliopulos, Esq.        401 West A Street,
             Suite 2600        San Diego, CA 92101

                                                                                                TOTAL: 1