**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

MARTIN A. ELIOPULOS, ESQ. (SBN #149299)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101
elio@higgslaw.com
619.236.1551

Order Entered on
June 29, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAMS<br><br>Debtor. | BANKRUPTCY NO. 24-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON and SANDRA ASHTON,<br><br>Plaintiff(s) | ADVERSARY NO. 25-AP-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS,<br><br>Defendant(s) | Date of Hearing: Ex Parte<br>Time of Hearing: Ex Parte<br>Name of Judge: Hon.Christopher B. Latham |

### ORDER ON

## EX PARTE APPLICATION TO WITHDRAW WRIT OF EXECUTION

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with                jro

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. __53__ .                jro

//

//

//

//

DATED:    June 29, 2026

_____
Judge, United States Bankruptcy Court

**CSD 3000A**

**CSD 3000A** [07/01/18]**(Page 2)**

ORDER ON EX PARTE APPLICATION TO WITHDRAW WRIT OF EXECUTION

DEBTOR: ANDREW PAUL WILLIAMS

CASE NO.:   24-03761-CL7
ADV. NO.:   25-AP-90005-CL

On June 26, 2026, Plaintiffs, ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON ("Plaintiffs") filed an ex parte application seeking a Bankruptcy Court order that orders the Clerk of the Bankruptcy Court to withdraw the Court Modified Writ of Execution issued by the Clerk of the Bankruptcy Court on March 30, 2026 (ECF #28) in the above-referenced Adversary Case filed by Plaintiffs against Debtor, ANDREW PAUL WILLIAMS ("Defendant").

For lawful grounds and good cause showing:

IT IS HEREBY ORDERED:

1.  The Clerk of the Bankruptcy Court shall take the necessary action to immediately withdraw the Court Modified Writ of Execution issued on March 30, 2026, as ECF #28.
2.  The Court Modified Writ of Execution issued on March 30, 2026, as ECF #28, shall be of no further force and effect.

**CSD 3000A**

Signed by Judge Christopher B. Latham June 29, 2026

United States Bankruptcy Court

Southern District of California

Anderson,

    Plaintiff

Williams,

    Defendant

Adv. Proc. No. 25-90005-CL

# CERTIFICATE OF NOTICE

| District/off: 0974-3 | User: Admin. | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: pdfO1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Erik Anderson, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martin A. Eliopulos | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com |

TOTAL: 3