Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Defendant and Debtor, In Pro Per

FILED

2026 JUL -2 PM 3: 44

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ANDREW PAUL WILLIAMS, | Bankr. Case No. 24-03761-CL7 |
| Debtor. | Chapter 7 |
| | Adv. Proc. No. 25-90005-CL |
| ERIK ANDERSON, NICK ASHTON, and SANDRA ASHTON, | |
| Plaintiffs, | **DISCLOSURE AND CERTIFICATION ON GENERATIVE ARTIFICIAL INTELLIGENCE USE** |
| v. | |
| ANDREW PAUL WILLIAMS, | |
| Defendant. | Judge: Hon. Christopher B. Latham |

Pursuant to General Order No. 210, Party: Andrew Paul Williams, Defendant and Debtor, In Pro Per and Filing Counsel: N/A (pro se) make the following disclosure and certification concerning the use of any generative artificial intelligence ("AI") program in preparing the paper previously

1

DISCLOSURE AND CERTIFICATION ON GENERATIVE ARTIFICIAL INTELLIGENCE USE (CSD 5013)

filed as Defendant Andrew Paul Williams's Answer to Complaint to Determine Dischargeability of Debt (Adv. ECF Doc. 50).

For purposes of General Order No. 210, the Court considers generative AI to be that which can create original content such as text or images in response to a user's prompt or request. This includes in particular the creation of a filed paper's initial content through such a prompt or request. Later augmentations to initial content are likewise subject to the General Order if that is created through a prompt or request using generative AI.

In contrast, spell checkers, predictive text prompts, grammar checkers, paraphrasing tools, text polishers and the like are typically not covered by the General Order.

**Disclosure**

The following generative AI program(s) was/were used in preparing the paper previously filed as Adv. ECF Doc. 50:

Cursor

**Certification**

The filer of the paper previously filed as Adv. ECF Doc. 50 certifies that he checked that document for factual and legal accuracy using print reporters, traditional legal databases, or other reliable means outside of AI.

Executed on July 2, 2026.

2

DISCLOSURE AND CERTIFICATION ON GENERATIVE ARTIFICIAL INTELLIGENCE USE (CSD 5013)

*A.P. Williams*

Andrew Paul Williams

Defendant and Debtor, In Pro Per

3

DISCLOSURE AND CERTIFICATION ON GENERATIVE ARTIFICIAL INTELLIGENCE USE (CSD 5013)

*A.P. Williams*