CSD 3018 [12/01/2025]
Name, Address, Telephone No. & I.D. No.

Martin A. Eliopulos, Esq. (SBN #149299)
Higgs, Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101
Phone:  619.236.1551
E-mail:  elio@higgslaw.com
Attorneys for Plaintiffs

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re  ANDREW PAUL WILLIAMS,<br><br>Debtor(s) | BANKRUPTCY NO. 24-03671-CL7 |
| ERIK ANDERSON, NICK ASHTON, SANDRA ASHTON,<br><br>Plaintiff(s) | ADVERSARY NO.   25-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS,<br><br>Defendant(s) | Date & Time of Pre-Trial Status Conference: 8/10/2026 at 10:30AM<br><br>Name of Judge:   Hon. Christopher B. Lathem |

**CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL**
**[LOCAL BANKRUPTCY RULE 7016-1]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following **Certificate of Compliance with Early Conference of Counsel** in accordance with LBR 7016-1(c):

**A.      SERVICE OF PLEADINGS**

1.      Have all parties been served?                                                             ☒ Yes       ☐  No

2.      Have all parties filed and served answers to the complaint, counterclaims,  etc.?        ☒ Yes       ☐  No

**B.      SETTLEMENT AND MEDIATION**

1.      What is the status of settlement efforts?
         No offer from Plaintiffs
         Defendant's offer rejected by Plaintiffs

2.      Has this dispute been formally mediated?  If so, when?
         No

3.      Has mediation been discussed with your client?  (See LBR 7016-3.)
         Plaintiff                              Defendant
         ☒ Yes       ☐  No              ☒  Yes       ☐  No

4.      The parties desire to go to voluntary, non-binding mediation. (See Administrative Procedures, Section 5)
         They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the
         list from the court and have selected the following persons subject to availability as first, second, and third
         choices for mediator:
                              First Choice: Kit J. Gardner
                              Second Choice: Gary B. Rudolph
                              Third Choice: William P. Fennell

         Parties are requested to notify the courtroom deputy of their preferences at the time a pretrial status
         conference date is obtained.

CSD 3018 [12/01/2025]

### C.    DISCOVERY

1.    Discovery should be propounded in time to be completed by  12/31/2026  .

2.    The parties held their early conference of counsel on  7/8/2026  .
(LBR 7016-1(a)(3) requires the early conference of counsel within 30 days after all defendants have appeared or, in cases having multiple defendants, within 45 days after the first defendant appears.)

3.    Initial disclosures (FRBP 7026(a)(1)) should be served by  7/22/2026  .

4.    Maximum of 25 interrogatories by each party to any other party.

5.    Maximum of 25 requests for admission by each party to any other party.

6.    Maximum of 5 depositions by plaintiff(s) and 5 by defendant(s).

7.    Each deposition [other than of  N/A  ] should be limited to a maximum of 7 hours unless extended by agreement of the parties.

8.    Expert disclosures (FRBP 7026(a)(2)) should be served by  12/1/2026  .

9.    Rebuttal expert disclosures (FRBP 7026(a)(2)) should be served by  12/15/2026  .

10.    Expert reports (FRBP 7026(a)(2)(B)) should be served by  1/15/2027  .

11.    Rebuttal expert reports (FRBP 7026(a)(2)(B)) should be served by  1/30/2027  .

12.    Any supplemental disclosures and discovery responses (FRBP 7026(e)) should be served by  4/1/2027  .

### D.    MOTION PRACTICE

1.    Motions to join additional parties or to amend the pleadings should be filed by  12/31/2026  .

2.    All other motions, except motions in limine, should be filed by  4/1/2026  .

### E.    TRIAL PREPARATION

1.    When will you be ready for trial in this case?  8/2026  

2.    What is your estimate of the time required to present both sides of the case at trial (including rebuttal phase, if applicable)?  2-3 Days  

3.    How many witnesses in total do the parties intend to call at trial? 5-10

### F.    PRETRIAL STATUS CONFERENCE

A further pretrial status conference in this case should be held on  TBD  at  TBD  m. At that time, the Court may set deadlines for pretrial disclosures and objections (FRBP 7026(a)(3)) and schedule the final pretrial conference (FRBP 7016(e)).

Plaintiff. It is assumed Defendant (*pro per*) also agrees but not yet verified.

CSD 3018 [12/01/2025]

**G.**    **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: (Use additional page if necessary.)

Attorney Eliopulos met and conferred with Mr. Williams (*pro per*) via Microsoft Teams on July 8, 2026. On that same day, Attorney Eliopulos e-mailed Mr. Williams a draft Certificate of Compliance with suggested dates for Parts C, D and E for his review, comment and signature and noting that the Certificate of Compliance was due to be filed no later than 7 days after the meet and conference or no later than July 15, 2026. Mr. Williams failed to respond. As a result, this Certificate of Compliance is filed unilaterally by Plaintiffs.

There is also a pending state court action filed by Plaintiffs against Defendant (*pro per*) and an entity in which Defendant has an interest, Car Wash Management LLC (not represented). Case No.: 24CU003299CO,Department C-74; Judge Blaine K Bowman. On July 17, 2026, at 10:30 a.m., there was a status conference in the state court action. Plaintiffs appeared through Attorney Eliopulos. Neither Defendant nor Car Wash Management LLC appeared. The purpose of the status conference was to advise the court as to the status of Defendant's Chapter 7 bankruptcy. Attorney Eliopulos notified Judgment Bowman of the pending nondischargeable adversary proceeding and Judge Bowman continued the status conference for one year.

Dated: _____ 7/17/2026 _____          Dated: _____ 7/17/2026 _____

HIGGS, FLETCHER & MACK LLP _____          _____
Firm Name                                         Firm Name

By: _____          By: _____
Name:    MARTIN A. ELIOPULOS, ESQ.          Name:    ANDREW PAUL WILLIAMS

Attorney for:    Plaintiffs                        Attorney for:    Defendant, *In Pro Per*

**LBR 7016-1(c) requires this form to be filed no later than 7 days after early conference of counsel.**

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Email: elio@higgslaw.com
T: 619.236.1551
F: 619.696.1410

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
ANDREW PAUL WILLIAM,

                                            Debtor(s)

BANKRUPTCY NO. 24-03761-CL7

ERIK ANDERSON, NICK ASHTON and
SANDRA ASHTON,

                                            Plaintiff(s)

ADVERSARY NO. 25-ap-90005-CL

v.
ANDREW PAUL WILLIAM,

                                            Defendant(s)

# PROOF OF SERVICE

I, _____Linda Dominguez_____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____July 17, 2026_____, I served the following documents:

• CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On _____July 17, 2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos        elio@higgslaw.com

☐        Chapter 7 Trustee:

☐        For Chapter 7, 11, & 12 cases:
            UNITED STATES TRUSTEE
            ustp.region15@usdoj.gov

☐        For Chapter 13 cases:
            MICHAEL KOCH, TRUSTEE
            mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.      **Served by United States Mail**:

        On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

        Under Fed.R.Civ.P.5 and controlling LBR, on _____July 17, 2026_____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

Andrew Paul Williams: andrew@carwashmgmt.com

        I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  July 17 2026 _____          LINDA DOMINGUEZ      /s/ Linda Dominguez _____
             (Date)                                   (Typed Name and Signature)

                                                  401 West A Street, Suite 2600 _____
                                                    (Address)

                                                  San Diego, CA 92101 _____
                                                    (City, State, ZIP Code)