CSD 3018 [12/01/2025]
Name, Address, Telephone No. & I.D. No.

Martin A. Eliopulos, Esq. (SBN #149299)
Higgs, Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101
Phone:  619.236.1551
E-mail:  elio@higgslaw.com
Attorneys for Plaintiffs

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re  ANDREW PAUL WILLIAMS,<br><br>Debtor(s) | BANKRUPTCY NO. 24-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON, SANDRA ASHTON,<br><br>Plaintiff(s) | ADVERSARY NO.   25-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS,<br><br>Defendant(s) | Date & Time of Pre-Trial Status Conference:<br>August 10, 2026 @ 10:30 a.m.<br>Name of Judge:   Hon. Christopher B. Latham |

**AMENDED CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL**
**[LOCAL BANKRUPTCY RULE 7016-1]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following **Certificate of Compliance with Early Conference of Counsel** in accordance with LBR 7016-1(c):

**A.     SERVICE OF PLEADINGS**

1.     Have all parties been served?                                                ☒ Yes     ☐ No

2.     Have all parties filed and served answers to the complaint, counterclaims, etc.?     ☒ Yes     ☐ No

**B.     SETTLEMENT AND MEDIATION**

1.     What is the status of settlement efforts?
         No offer from Plaintiffs
         Defendant's offer rejected by Plaintiffs

2.     Has this dispute been formally mediated?  If so, when?
         No

3.     Has mediation been discussed with your client?  (See LBR 7016-3.)
         Plaintiff                              Defendant
         ☒ Yes     ☐ No          ☒ Yes     ☐ No

4.     The parties desire to go to voluntary, non-binding mediation. (See Administrative Procedures, Section 5) They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:
                  First Choice:     Kit J. Gardner
                  Second Choice:     Kathleen A. Cashman-Kramer
                  Third Choice:     James P. Hill
         Parties are requested to notify the courtroom deputy of their preferences at the time a pretrial status conference date is obtained.

13783571.1

CSD 3018 [12/01/2025]

**C.**   **DISCOVERY**

1.   Discovery should be propounded in time to be completed by _12/31/2026_ .

2.   The parties held their early conference of counsel on _7/8/2026_ .
(LBR 7016-1(a)(3) requires the early conference of counsel within 30 days after all defendants have appeared or, in cases having multiple defendants, within 45 days after the first defendant appears.)

3.   Initial disclosures (FRBP 7026(a)(1)) should be served by _7/22/2026_ .

4.   Maximum of 25 interrogatories by each party to any other party.

5.   Maximum of 25 requests for admission by each party to any other party.

6.   Maximum of 5 depositions by plaintiff(s) and 3 by defendant(s).

7.   Each deposition [other than of _N/A_ ] should be limited to a maximum of 7 hours unless extended by agreement of the parties.

8.   Expert disclosures (FRBP 7026(a)(2)) should be served by _2/13/2027_ .

9.   Rebuttal expert disclosures (FRBP 7026(a)(2)) should be served by _2/27/2027_ .

10.  Expert reports (FRBP 7026(a)(2)(B)) should be served by _3/13/2027_ .

11.  Rebuttal expert reports (FRBP 7026(a)(2)(B)) should be served by _3/27/2027_ .

12.  Any supplemental disclosures and discovery responses (FRBP 7026(e)) should be served by _4/15/2027_ .

**D.**   **MOTION PRACTICE**

1.   Motions to join additional parties or to amend the pleadings should be filed by _12/31/2026_ .

2.   All other motions, except motions in limine, should be filed by _4/1/2027_ .

**E.**   **TRIAL PREPARATION**

1.   When will you be ready for trial in this case? _7/15/2027_

2.   What is your estimate of the time required to present both sides of the case at trial (including rebuttal phase, if applicable)? _2-3 Days_

3.   How many witnesses in total do the parties intend to call at trial? 5-8.

**F.**   **PRETRIAL STATUS CONFERENCE**

A further pretrial status conference in this case should be held on _TBD_ at _TBD_ m.
At that time, the Court may set deadlines for pretrial disclosures and objections (FRBP 7026(a)(3)) and schedule the final pretrial conference (FRBP 7016(e)).

13783571.1

CSD 3018 [12/01/2025]

**G.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: (Use additional page if necessary.)

Mr. Eliopulos and Mr. Williams met and conferred via e-mail on July 22, 2026, and have agreed to make the changes set forth in this Amended Joint Certificate of Compliance.

There is also a pending state court action filed by Plaintiffs against Defendant (pro per) and an entity in which Defendant has an interest, Car Wash Management LLC (not represented). Case No.: 24CU003299CO, Department C-74; Judge Blaine K Bowman. On July 17, 2026, at 10:30 a.m., there was a status conference in the state court action. Plaintiffs appeared through Attorney Eliopulos. Neither Defendant nor Car Wash Management LLC appeared. The purpose of the status conference was to advise the court as to the status of Defendant's Chapter 7 bankruptcy. Attorney Eliopulos notified Judge Bowman of the pending nondischargeable adversary proceeding and Judge Bowman continued the status conference for one year.

Dated:    August 6, 2026

HIGGS, FLETCHER & MACK LLP
Firm Name

By:
Name:    MARTIN A. ELIOPULOS, ESQ.

Attorney for:    Plaintiffs

Dated:    August 6, 2026

Firm Name

By:
Name:    ANDREW PAUL WILLIAMS

Attorney for:    Defendant, *In Pro Per*

**LBR 7016-1(c) requires this form to be filed no later than 7 days after early conference of counsel.**

13783571.1