CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Email: elio@higgslaw.com
T: 619.236.1551
F: 619.696.1410

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>ANDREW PAUL WILLIAM,<br><br>Debtor(s) | BANKRUPTCY NO. 24-03761-CL7 |
| ERIK ANDERSON, NICK ASHTON and<br>SANDRA ASHTON,<br>Plaintiff(s) | ADVERSARY NO. 25-ap-90005-CL |
| v.<br>ANDREW PAUL WILLIAM,<br><br>Defendant(s) | |

# PROOF OF SERVICE

I, ___Sabrina Gridley___ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __August 7, 2026__, I served the following documents:

• AMENDED NOTICE OF COMPLIANCE RE: EARLY CONFERENCE OF PARTIES OR COUNSEL

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On __August 7, 2026__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos        elio@higgslaw.com

☐ Chapter 7 Trustee:

☐ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _August 7, 2026_____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Andrew Paul Williams
12136 Avenida Sivrita
San Diego, CA 92121

Andrew Paul Williams
12136 Avenida Sivrita
San Diego, CA 92128

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____August 7, 2026_____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

Andrew Paul Williams: andrew@carwashmgmt.com

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _August 7, 2026_____
      (Date)

SABRINA GRIDLEY   _/s/ Sabrina Gridley_____
    (Typed Name and Signature)

401 West A Street, Suite 2600_____
    (Address)

San Diego, CA 92101_____
    (City, State, ZIP Code)