# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

*Hearing Information:*

**ADV:** 25-90005-CL
Erik Anderson, et al. vs Andrew Paul Williams

**Debtor:** Andrew Paul Williams
**BK Case Number:** 24-03761-CL7        **Chapter:** 7
**Date/Time/Room:** 08/10/2026 10:30 AM, Department 1
**Bankruptcy Judge:** Christopher B. Latham
**Courtroom Clerk:** Josie Rodriguez-Olivas
**ECRO:** FTR

*Matters:*

PRE-TRIAL STATUS CONFERENCE

*Appearances:*

Martin A. Eliopulos, Attorney for Erik Anderson, et al. (*telephonic*)
Andrew Paul Williams (*telephonic*)

*Disposition:*

Matter continued to 10/26/26 at 10:30 a.m.

Pre-trial dates pursuant to Rule 7016(b) as follows:
Motion to amend pleadings or join additional parties to be completed by 10/15/26.
All other motions, except motions in limine, must be filed by 04/01/27.
Fact discovery to be completed by 12/31/26.
Expert discovery to be completed by 02/22/27.
Initial disclosures have already been exchanged.
Maximum of 25 interrogatories by each party.
Maximum of 25 requests for admission by each party.
Maximum of 5 depositions by Plaintiffs and 3 depositions by Defendant.
All depositions are limited to seven hours unless agreed to by the parties.
Expert disclosures must be served by 12/01/26.
Rebuttal expert disclosures must be served by 12/15/26.
Case-in-chief expert reports must be served by 01/15/27.
Rebuttal expert reports must be served by 01/29/27.
Supplemental disclosures and responses under Rule 7026(e) due by 03/15/27.

The parties expressed interest in mediation and have selected Kit Gardner, Kathleen Cashman-Kramer, and James Hill, in that order, as potential mediators. Court will issue the mediator order.

Court will look for a status report from Plaintiffs by 10/21/26 if there are any material developments. Telephonic appearances will be allowed at the continued hearing on 10/26/26.