Order Entered on
August 19, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In re:<br>ANDREW PAUL WILLIAMS,<br>Debtor. | BANKRUPTCY NO. 24-03761-CL7 |
| ERIC ANDERSON, ET AL.,<br>Plaintiffs. | ADVERSARY NO. 25-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS,<br>Defendant. | Date of Hearing: October 26, 2026<br>Time of Hearing: 10:30 a.m.<br>Name of Judge: Christopher B. Latham |

**ADVERSARY PROCEEDING SCHEDULING ORDER**

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through three (3).

DATED: August 19, 2026

Christopher B. Latham
Judge, United States Bankruptcy Court

Following the August 10, 2026 pretrial status conference in this case, the court orders the following schedule under Rule 7016(b) of the Federal Rules of Bankruptcy Procedure ("Rules").

I. Motion Cutoffs

Motions to amend the pleadings or to join additional parties must be filed by **October 15, 2026**.

All other motions, except motions *in limine* concerning admissibility of evidence or conduct of the trial, must be filed by **April 1, 2027**.

II. Discovery Cutoff

All fact discovery must be propounded in time to be completed by **December 31, 2026**.

All expert discovery must be propounded in time to be completed by **February 22, 2027**.

III. Initial Disclosures

Rule 7026(a)(1) initial disclosures have been exchanged.

IV. Fact Discovery

A maximum of **25** interrogatories by each party to any other party are permitted.

A maximum of **25** requests for admission by each party to any other party are permitted.

A maximum of **5** depositions by plaintiffs and **3** by defendant are permitted.

V. Expert Discovery

Rule 7026(a)(2) expert disclosures must be served by **December 1, 2026**.

Rule 7026(a)(2) rebuttal expert disclosures must be served by **December 15, 2026**.

Rule 7026(a)(2)(B) expert reports must be served by **January 15, 2027**.

Rule 7026(a)(2)(B) rebuttal expert reports must be served by **January 29, 2027**.

VI. Depositions

Each deposition is limited to a maximum of **7** hours unless extended by agreement of the parties.

VII. Supplemental Disclosures and Discovery

Any supplemental disclosures and discovery responses under Rule 7026(e) must be served by **March 15, 2027**.

VIII. Further Pretrial Status Conference

A further pretrial status conference in this case will be held on **October 26, 2026 at 10:30 a.m.**

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham August 19, 2026