# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974−3 | User: Admin. | Date Created: 8/19/2026 |
| Case: 25−90005−CL | Form ID: pdfO1 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

aty Martin A. Eliopulos elio@higgslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla Erik Anderson c/o Higgs Fletcher & Mack LLP Attn: Martin A. Eliopulos, Esq. 401 West A Street, Suite 2600 San Diego, CA 92101

pla Nick Ashton c/o Higgs Fletcher & Mack LLP Attn: Martin A. Eliopulos, Esq. 401 West A Street, Suite 2600 San Diego, CA 92101

pla Sandra Ashton c/o Higgs Fletcher & Mack LLP Attn: Martin A. Eliopulos, Esq. 401 West A Street, Suite 2600 San Diego, CA 92101

dft Andrew Paul Williams 12136 Avenida Sivrita San Diego, CA 92121

TOTAL: 4