Order Entered on
August 19, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In re:<br>ANDREW PAUL WILLIAMS,<br>Debtor. | BANKRUPTCY NO. 24-03761-CL7 |
| ERIC ANDERSON, ET AL.,<br>Plaintiffs. | ADVERSARY NO. 25-90005-CL |
| v.<br>ANDREW PAUL WILLIAMS,<br>Defendant. | Date of Hearing: October 26, 2026<br>Time of Hearing: 10:30 a.m.<br>Name of Judge: Christopher B. Latham |

**ADVERSARY PROCEEDING SCHEDULING ORDER**

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through three (3).

DATED: August 19, 2026

[signature]
Judge, United States Bankruptcy Court

Following the August 10, 2026 pretrial status conference in this case, the court orders the following schedule under Rule 7016(b) of the Federal Rules of Bankruptcy Procedure ("Rules").

I. Motion Cutoffs

Motions to amend the pleadings or to join additional parties must be filed by **October 15, 2026**.

All other motions, except motions *in limine* concerning admissibility of evidence or conduct of the trial, must be filed by **April 1, 2027**.

II. Discovery Cutoff

All fact discovery must be propounded in time to be completed by **December 31, 2026**.

All expert discovery must be propounded in time to be completed by **February 22, 2027**.

III. Initial Disclosures

Rule 7026(a)(1) initial disclosures have been exchanged.

IV. Fact Discovery

A maximum of **25** interrogatories by each party to any other party are permitted.

A maximum of **25** requests for admission by each party to any other party are permitted.

A maximum of **5** depositions by plaintiffs and **3** by defendant are permitted.

V. Expert Discovery

Rule 7026(a)(2) expert disclosures must be served by **December 1, 2026**.

Rule 7026(a)(2) rebuttal expert disclosures must be served by **December 15, 2026**.

Rule 7026(a)(2)(B) expert reports must be served by **January 15, 2027**.

Rule 7026(a)(2)(B) rebuttal expert reports must be served by **January 29, 2027**.

VI. Depositions

Each deposition is limited to a maximum of **7** hours unless extended by agreement of the parties.

VII. Supplemental Disclosures and Discovery

Any supplemental disclosures and discovery responses under Rule 7026(e) must be served by **March 15, 2027**.

VIII. Further Pretrial Status Conference

A further pretrial status conference in this case will be held on **October 26, 2026 at 10:30 a.m.**

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham August 19, 2026

United States Bankruptcy Court
Southern District of California

Anderson,
Plaintiff
Williams,
Defendant

Adv. Proc. No. 25-90005-CL

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: Admin. Page 1 of 2
Date Rcvd: Aug 19, 2026 Form ID: pdfO1 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92128-4547 |
| pla | + | Erik Anderson, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |
| pla | + | Nick Ashton, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |
| pla | + | Sandra Ashton, c/o Higgs Fletcher & Mack LLP, Attn: Martin A. Eliopulos, Esq., 401 West A Street, Suite 2600, San Diego, CA 92101-7913 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martin A. Eliopulos | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com |

TOTAL: 3